IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                          **PLAINTIFF**

v.                              **CASE NO. 4:19-CV-00655 BSM**

**CHARLES McNULTY., et al.**                                                     **DEFENDANTS**

## ORDER

Janice Warren's motion to compel [Doc. No. 12] is granted. *See* F. R. Civ. P. 37. Defendants are directed to supplement their responses in accordance to the rulings below.

The motion is granted as to requests 18 and 19 of Warren's first set of requests for production of documents and electronically stored information. *See* F. R. Civ. P. 34(b)(2)(C). ("An objection must state whether any responsive materials are being withheld on the basis of that objection.").

IT IS SO ORDERED this 28th day of April 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE