IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Janice Hargrove Warren                                                                                   Plaintiff

v.                                  Case No. 4:19-cv-655-BSM

Charles McNulty, et. al                                                                                Defendants

## JOINT MOTION TO EXTEND THIS COURT'S DEADLINE
## FOR THE FILING OF MOTIONS

Come now, jointly, all parties involved in this case by and through their respective counsel requesting this Honorable Court to extend its deadline set in the Final Scheduling Order, issued on February 24, 2020, for the filing of motions other than motions in limine.

1. This Court's Final Scheduling Order set July 20, 2020, as the deadline for filing motions other than motions in limine.

2. The deadline is eleven days from today's date. There are motions pending before this Court. This Court's resolution of those motions may impact the filing of other motions by the parties.

3. Therefore, the parties, jointly, request this Court to extend the deadline for the filing of motions other than motions in limine to August 12, 2020.

Respectfully submitted this 10th day of July, 2020,
Sarah Howard Jenkins
Arkansas Bar #97046
SARAH HOWARD JENKINS, PLLC
P.O. Box 242694
Little Rock, Arkansas 72223
Phone: (501) 406-0905
sarah@shjenkinslaw.com (email)

Cody Kees
Arkansas Bar #2012118

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

### CERTIFICATE OF SERVICE

I, Sarah Howard Jenkins, hereby certify that on this 10th day of July, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filing to any CM/ECF participants including:

Jay Bequette
Cody Kees
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

<u>Sarah Howard Jenkins</u>
Sarah Howard Jenkins
