**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

Janice Hargrove Warren                                                                           Plaintiff

    v.                        Case No. 4:19-cv-655-BSM

Charles McNulty, et. al                                                                        Defendants

## PLAINTIFF'S STATUS REPORT

Plaintiff, Janice Hargrove Warren, through her attorney, Sarah Howard Jenkins, states as follows for her Status Report:

1.    **Trial Date**:   This matter is scheduled for a **JURY TRIAL** commencing at **9:30 a.m.** during the week of **November 16, 2020**, in Courtroom #2D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas 72201.  Plaintiff anticipates six full days for the trying of the issues in this case.

2.    **Discovery:**   This Court set June 24, 2020, as the end of discovery; that date elapsed 26 days ago.  Plaintiff has a pending request for an extension of her discovery as part of her Second Motion to Compel.

3.    **Dispositive Motions**: After a joint motion by the parties, the Court extended the deadline for motions other than motions in limine to August 12, 2020.

4.    **Settlement:**   The parties have not scheduled a settlement conference.  The possibility of settlement is unlikely.

5.    **Pending:**   Plaintiff's Motion to Amend her Complaint (docket #16) and her Second Motion to Compel (docket #18) are still pending before this Court.

        Respectfully submitted this 20th day of July, 2020,

        <u>Sarah Howard Jenkins</u>
        Arkansas Bar #97046
        SARAH HOWARD JENKINS, PLLC
        P.O. Box 242694
        Little Rock, Arkansas 72223
        Phone: (501) 406-0905
        Email: sarah@shjenkinslaw.com
        Attorney for the Plaintiff

        Cody Kees
        Arkansas Bar #2012118
        BEQUETTE, BILLINGSLEY & KEES, P.A.
        425 West Capitol Avenue, Suite 3200
        Little Rock, AR 72201-3469
        Phone: (501) 374-1107
        Fax: (501) 374-5092
        Email: jbequette@bbpalaw.com
        Email: ckees@bbpalaw.com

## **CERTIFICATE OF SERVICE**

    I, Sarah Howard Jenkins, hereby certify that on this 20th day of July, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filing to any CM/ECF participants including:

Cody Kees
Jay Bequette
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Email: ckees@bbpalaw.com
Email: jbequette@bbpalaw.com

        <u>Sarah Howard Jenkins</u>
        Sarah Howard Jenkins