# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                **PLAINTIFF**

        **v.**                       **No. 4:19-cv-00655-BSM**

**CHARLES MCNULTY, in his official capacity as
Superintendent of the Pulaski County Special
School District and in his official capacity;
MIKE KEMP, in his official capacity as a Member
of the Board of the Pulaski County Special School
District and in his individual capacity; TINA WARD,
in her official capacity as a Member of the
Board of the Pulaski County Special School
District and in her individual capacity; LINDA REMELE,
in her official capacity as a Member of the Board
of the Pulaski County Special School District
and in her individual capacity; SHELBY THOMAS,
in his official capacity as a Member of the Board
of the Pulaski County Special School District
and in his individual capacity; ALICIA GILLEN,
in her official capacity as a Member of the Board
of the Pulaski County Special School District
and in her individual capacity; ELI KELLER, in his
official capacity as a Member of the Board of the
Pulaski County Special School District
and in his individual capacity; BRIAN MAUNE, in his
official capacity as a Member of the Board of the
Pulaski County Special School District; and THE PULASKI
COUNTY SPECIAL SCHOOL DISTRICT**                 **DEFENDANTS**

## DEFENDANTS' STATUS REPORT

Comes now Defendants, Charles McNulty, Mike Kemp, Tina Ward, Linda Remele, Shelby Thomas, Alicia Gillen, Eli Keller, Brian Maune and the Pulaski County Special School District ("PCSSD" and/or "District") (collectively, "District Defendants"), by and through their attorneys, Bequette, Billingsley & Kees, P.A., and for their Status Report, state:

1.     <u>Settlement Conference</u>. The parties have not participated in a settlement conference and Defendants are not requesting one.

2. <u>Settlement Prospects</u>.  Unlikely.

3. <u>Estimated Length of Trial</u>.  2-3 days.

WHEREFORE, Defendants respectfully request the Court accept this Status Report.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
　　　　ckees@bbpalaw.com

**W. Cody Kees**
Jay Bequette, Ark. Bar No. 87012
W. Cody Kees, Ark. Bar No. 2012118

*Attorneys for Defendants*