**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JANICE HARGROVE WARREN**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:19-CV-00655 BSM**

**CHARLES MCNULTY,** *et al.*                                                              **DEFENDANTS**

## ORDER

Janice Warren's motion to dismiss Tina Ward and Charles McNulty is granted. Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED this 28th day of July, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE