Issues leading to a lack of confidence in Dr. Warren

1. Hired on July 18 (Tues)
2. On July 19 I hear she is having paneling in supt office painted – later find out it was removed
3. Aug 28 attend a meeting with Dr Warren and Will Reid to preview pictures of Mills and Robinson athletic facilities. I already have an appointment to go see Robinson that afternoon since I would not be there to attend the grand opening on the 31st. I go to Mills immediately after the meeting. I ask Dr Warren to hold off notifying the rest of the board until I can see the issue for myself. She disregards me request and immediately calls the rest of the board to come in to see slides.
4. Email of **supplemental** report to court sent to board on Sept 5. This was filed without board input AND Dr. Warren represented numerous times to Sam Jones that the Board supported this document. The majority of the Board was unaware of the creation of this document.
5. We were also never forwarded the original court document filed a week earlier by Sam Jones.
6. Email dated Sept 6 indicates Sam got it to you right before it was filed but you had been working on several drafts of the documents for at least 4 days prior to sending it to us. I called you on the morning of Sept 5 and you said you were meeting with Sam right then to draft a response. I specifically asked if I could help and you quickly said NO. That I had helped enough when I told you the date the CAB heard the first report on Robinson. This would have been an opportune time to involve the Board in the draft and to solicit input from me. You chose not to include anyone on the Board in the writing of the report. You also met with John Walker at 2pm to let him see the report prior to sending it out to the Board later on Sept 5.
7. Sept 12 in executive session the Board reminds you that you are interim and just to keep the ship afloat. Not make major changes and not remodel offices. You respond by telling us how we won't find a better superintendent than you.
8. Sept 22 I hear you have purchased and installed new furniture in your offices. I call you and tell you as a friend that the Board as a whole will not be happy with this as we told you not to remodel and I suggested you send the furniture back. You said you didn't think you could and I assured you the company would take it back as they do a huge volume of business with us and want to continue outfitting 3 new schools.
9. Sept 25 you invite several of the board members in to your office to see the new furniture and explain that it was the superintendent's office turn to be remodeled. This was NOT true. The office had already had new carpet put down and been updated. The new furniture was an unnecessary expense and even if Derek Scott suggested it in trying to win your favor you should have been a wise steward of the district's money and declined any new purchases as an interim supt.
10. During preservice days in August it became apparent that you were moving all testing responsibilities to the media specialists. I talked to you about this and you said you would check on it. This resulted in the Lajuana Green agreeing to the counselors accepting responsibility for the summative assessments only. Media specialist still would do the majority of the testing. When I suggested closing the media centers for training and testing was an unacceptable idea you said we would hire subs for the media specialists. This unnecessarily increases the COST of our substitutes and our budget for subs. We do not hire subs for counselors. In past times counselors dealt with many mental health issues of students but currently all schools have a mental health provider and most cases are referred to them. The counselors have the time to deal with testing. Media specialists are already the technology person in the school and with the one-on-one initiative that takes a lot of additional time without the added burden of all the testing. I have personally spoken to you on several occasions about my concern on



this issue but have received no satisfaction as you are not going to return the counselors being responsible for testing.

11. You said the 4 high schools would continue to hire a testing coordinator. As of the meeting on Nov 2 I believe all 4 high schools have a testing coordinator but that has not relieved the media specialist at those 4 schools of the testing responsibility. The newly hired coordinators are on contract and working but have been told to only take over a helping role and the media specialist is still the responsible person for testing up until the summative testing and then they will be in charge of the testing. This is another COST item. We are paying for 4 testing coordinators who are not coordinating testing until April.

12. You were hired in 2012-13 school year as the Elem Dir. At the end of that year you assumed the additional role of Assistant Supt for Desegregation. That means you are beginning your 6 year as an employee of PCSSD. On Oct 31 you referred to yourself as an outsider in a construction meeting. 6 years is no longer an outsider. You have been in a position of authority as Assist Supt for Deseg for 4 years. You are partially responsible for any disparity in the building of Mills. This was your job to see the district followed Plan 2000. On Nov 1 you had a principals meeting where you told them that they have not been following Plan 2000. If that is true then it is your fault as that was your job. You can not blame other people for PCSSD being out of compliance with Plan 2000 for the past 4 years.

13. At summer administrator meetings you told the principals it was unacceptable that we did not have higher academic achievement. Once again, you have been the elementary director for 5 years and you bear the burden of raising student achievement.

14. On Wed Oct 25 a potentially dangerous situation occurred at SH Freshman Academy. The board was not notified of this and had to hear it from the community later that night. I called you about it on Thursday to see why we were not notifed and why Freshman Academy and Cato were not placed on lockdown. You indicated you had just heard the details that morning. That is not true and should not be true. Your staff should keep you aware of any potential threat to students and staff and I know they did. You did not choose to inform the Board and did not question why the schools were not placed on lockdown once it was determined a threat had been made against a school.

15. 11/14/17 Ordered 150 imprinted umbrellas for central office staff to give as Christmas gifts. Cost of $2,436.84 Was told it would be an audit finding as you can't do that with taxpayer dollars. Dr. Warren said she was told it was not an audit finding. I know she was told exact opposite.

16. 11/14/17 Told to stop hiring subs for an administrator when there is another administrator in the building. She said this was past practice. I reminded her it was not practice when we were both in the district.

17. 11/14/17 Questioned about trip to Kansas City. She said ADE told them to visit and those going were Tackett, Reid, Altschul, Burgess and Whitfield. She failed to tell us that she and Clayton were also going. Also pretty sure ADE did not have them on a list to visit. We explained the perception of all these trips when we have no money.

18. 11/14/17 told her to stop hiring Cherrie Johnson
19. 11/14/17 Told her to start following policy on overtime and it must be approved prior to it being taken
20. 4 district admin show up for ASBA conference in Jan. It was not a joint conference
21. Slush fund comment in board meeting about fund balance
22. Handling of issue at Robinson HS with gun. No police and AP chewed out for doing the right thing
23. Lance LeVar issue
24. Repeatedly berating the principals for perceived building discrepancies at Mills and Rob