**From:** Sam Jones
**Sent:** Tuesday, September 5, 2017 4:27 PM
**To:** jwarren@pcssd.org
**Subject:** mills

About to file. Is the board fully informed? Thanks. Sam



**M. Samuel Jones III**
T 501.688.8812 | F 501.918.7812
sjones@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

Confidentiality Notice: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-5650 Rogers, AR (512) 480-5100 Austin, TX (267) 757-8780 Newtown, PA or (870) 336-9292 Jonesboro, AR so that our address record can be corrected.

**EXHIBIT J**

**Confidential
Produced Subject to
Protective Order**

PCSSD; Warren 1451

**From:** JANICE WARREN
**Sent:** Tuesday, September 5, 2017 5:00 PM
**To:** Sam Jones
**Subject:** Re: mills

Yes

Sent from my iPhone

On Sep 5, 2017, at 4:27 PM, Sam Jones <SJones@mwlaw.com> wrote:

About to file.  Is the board fully informed?  Thanks. Sam

<image001.jpg>

**M. Samuel Jones III**
T 501.688.8812 | F 501.918.7812
sjones@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

Confidentiality Notice: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-5650 Rogers, AR (512) 480-5100 Austin, TX (267) 757-8780 Newtown, PA or (870) 336-9292 Jonesboro, AR so that our address record can be corrected.

**Confidential
Produced Subject to
Protective Order**