
John Gunn


Charles McNulty


Janice Warren


PLAINTIFF'S EXHIBIT 4


Sharon Griffin


Devon Horton




Erick Pruitt


Joe Fisher


James Harris


Roderick Payne

**EXHIBIT M**