IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                          **PLAINTIFF**

v.                  Case No. 4:19-cv-00655-BSM

**CHARLES MCNULTY, et al.**                          **DEFENDANTS**

**RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through her legal counsel, SARAH HOWARD JENKINS, PLLC, responds to Defendants Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, allege and says:

1. There is sufficient evidence to support all of Plaintiff's claims in this case.

2. There are genuine issues of material fact in this matter and Defendants, controlling law, are not entitled to summary judgment.

3. In support of their Motion, Defendants have relied upon Exhibit H – Excerpts from the Deposition Transcript of Dr. Linda Remele and Exhibit I – Issues Leading to a Lack of Confidence in Dr. Warren.  A substantial part of this evidence is not within Linda Remele's personal knowledge, is hearsay, and not within a hearsay exception, and is false.

4.  Plaintiff Objects to Exhibits H & I, and moves this Court to strike those Exhibits.

5.  Plaintiff served supplemental responses to Defendants' Third Set of Interrogatories on August 3, 2020, that includes evidence that support the conclusion that Linda Remele is using evidence knowingly to cover intentional discrimination;

6.  Plaintiff supports her response with the follow documents and Exhibit

WHEREFORE, Plaintiff ask this Court, first, to deny Defendants' Motion for Summary Judgment. Second, should this Court bar the admission of Exhibits H & I, grant Plaintiff Summary Judgment pursuant to Fed. R. Civ. Pro. 56 (e)(4) and 56(f)(1).

        Respectfully submitted this 9th day of September, 2020,
        <u>Sarah Howard Jenkins</u>
        Arkansas Bar #97046
        SARAH HOWARD JENKINS, PLLC
        P.O. Box 242694
        Little Rock, Arkansas 72223
        Phone: (501) 406-0905
        sarah@shjenkinslaw.com (email)