# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## SUPERINTENDENT SEARCH *APPROVED* PROCESS AND TIMELINE

*Items highlighted in yellow indicate an in-person meeting with the consultant(s)*

| Stage | DATE | Description |
|---|---|---|
| **Stage 1** Board Input & Preparation | 01/08/2018 | Consultant planning meeting with the Board and individual Board member interviews. *(Time: 6:00p.m.)* (option to conduct via Skype or gotomeetings.com) |
| | 01/09/2018 | Begin preparing information for the District promotional flyer or job description and online application form with the District liaison representative(s). |
| | 01/09/2018 | Notify all associates and other professional contacts of vacancy. |
| | 01/10/2018 | Contact constituents and stakeholders for input meetings on 01/29-30/2018. |
| **Stage 2** Profile Development & Process | 01/10/2018 | Online survey link, for input on developing the profile, available on District website from 01/10/2018 to 02/01/2018. |
| | 01/29-30/18 | Meetings with constituent and stakeholder group representatives. |
| | 02/01/2018 | 8 a.m. deadline for survey/input from constituents, stakeholders and Board members, including online survey. |
| | 02/07/2018 | Promotional flyer draft due. |
| | 02/12/2018 | Board to finalize Superintendent profile for the promotional flyer or job description and online application form. *(Time: TBD)* (option to conduct via Skype or gotomeetings.com) |
| **Stage 3** Recruiting & Screening | 02/13/2018 | Print promotional flyer. |
| | 02/13/2018 | E-mail promotional flyer and online application instructions to interested candidates. |
| | 03/12/2018 | Deadline for all application materials.  (*See note below.*) |
| **Stage 4** Candidate Presentation | 03/27/2018 | Consultant develops and finalizes interview questions and procedures with the Board. Top candidates are presented to the Board and consultant assists the Board in selecting finalists for the interviews. If desired, consultant will meet with constituents and staff interview group(s) to discuss their roles. *(Time: TBD)* (Spring Break – 03/19 – 03/26) |
| | Wk of 04/02/18 | Interview top candidates (1st round). |
| | Wk of 04/02/18 | Meeting with consultant following the last interview. *(Time: TBD)* |
| **Stage 5** Selection of Finalist & Future Planning | Wk of 04/09/18 | Interview finalist candidates (2nd round). *(Optional)* |
| | Wk of 04/09/18 | Final meeting with consultant following the last interview. *(Time: TBD)* (option to conduct via Skype or gotomeetings.com) |
| | TBD | Optional on-site visit of leading candidate(s) current district by board members. |
| | TBD | Consultant will discuss contract terms with the finalist. |
| | TBD | Offer the contract. |
| | TBD | Press release of new Superintendent. |
| | TBD | Board Self-Assessment Survey Results presented to the Board. |

*\*All applications will be reviewed. Materials received after the closing date may be given full consideration depending upon the number of applications received and other factors.*

(Actual dates to be determined in the first meeting with the Board.)



PLAINTIFF'S EXHIBIT 5