# PULASKI COUNTY SPECIAL SCHOOL DISTRICT



# PERSONNEL POLICIES FOR CERTIFIED STAFF
# 2017-2018

Warren: Bates No. 000489



PLAINTIFF'S EXHIBIT 7

# PROMOTION AND TRANSFER POLICY

The general policy of the District is to employ the most able and best qualified persons with the proper credentials for all positions. However, PCSSD favors promotions from within so that where, in the opinion of the administration, ability, qualifications, and credentials of an existing employee are equal to those of an outside applicant, the existing employee will be favored for promotion.

Normally this will be accomplished by licensed employees within the District being extended the advantage of first consideration for promotion.

Vacant or new positions shall be advertised internally and externally by the administration. The administration shall in its sole discretion determine the minimum qualifications related to degrees, certifications, experience, and the like, for each position and clearly state the same in the written notice of vacancy. Internal advertising will be by posting of vacancies within the various buildings and at the central office. The duration of inside and outside advertising, and the media and targets for outside advertising, will be determined by the administration. Deadlines for applying shall be clearly stated on the face of any advertisements or notices.

All teachers are subject to assignment and transfer at the direction of the Superintendent. Insofar as possible, teachers shall be assigned to positions for which they are best qualified. Also, while keeping in mind the needs of students, the need to have a balanced faculty, and in the interest of efficiency and economy, reasonable effort shall be made to honor teacher preference in assignments. When a tentative decision has been made to transfer a teacher to another school, he/she will be notified by the Superintendent or his or her designee. When the tentative assignment involves changes within a building, the teacher will be notified by the principal. In all transfer cases, every effort will be made to advise the teacher involved at the earliest possible time.

<u>Posting of Vacancies</u>

1. Vacancies shall be posted on the District website.

2. The recall of all appropriate teachers who are laid-off may occur before the posting of any vacancy in the affected teacher's certification area(s).

3. Vacancies occurring after the teacher report day will be posted as a temporary one-year position.

4. Posting shall occur within five (5) days after the Human Resources Division receives a signed resignation.

5. Postings shall contain listings of schools, positions available, and if applicable, qualifications to be met for administrative positions.

6. A posted position will remain open ten (10) days from the date of the announcement.

7. An opening which occurs without a ten (10) day written notice will be considered an emergency. Such an opening may be filled without regard to the provisions of this Policy.

Voluntary Transfer Request Procedure

1. Teachers desiring a transfer must give written notice on or after November 1 of each year.

    a. Transfer request forms are available to be completed online on the District's website at pcssd.org.

    b. The transfer request shall remain effective through November 1 of the next year or until specifically withdrawn in writing by the requesting teacher.

    c. The transfer request must be renewed annually.

2. A formal request for transfer must be processed through the Human Resources Division and be on file with the principal of the requested school. The principal will acknowledge receipt by sending a signed copy of the transfer request to the teacher.

3. Vacancies will be filled with the most qualified candidate from the applicant pool. In the event of a tie, the administrator or hiring manager will make the final decision.

4. No in-district voluntary transfers will be granted after August 1 without the approval of the building administrators and the Director of Human Resources.

Involuntary Transfer

1. In determining an involuntary transfer of teachers from one school to another, a review of each particular school situation must be conducted and will be based upon any of the following:

    a. The District Affirmative Action Transfer Procedure (see Appendix) and/or goals.

    b. Program needs and/or changes.

    c. Enrollment changes due to student population shifts.

2. The involuntarily transferred teacher(s) will be identified based upon their District seniority and certification area or endorsement.

3. The involuntary transfer(s) identification procedure will be implemented as follows:

    a. Attrition and volunteers will be used to achieve the desired reduction in an effort to avoid involuntary transfers.

    b. If there are more teachers who volunteer to transfer than is necessary, then the most senior eligible teacher(s) will be identified to achieve the necessary reduction in force.

    c. If involuntary transfers are necessary, the teacher who has the least seniority in a certification area or endorsement in the affected program shall be transferred.

    d. No teacher will be allowed to volunteer to be involuntarily transferred if they are currently on an Individual Improvement Plan.

4. When the specific involuntarily transferred teacher(s) has been identified, the principal or immediate supervisor will personally inform the teacher in writing the reason(s) why the teacher is being involuntarily transferred.

5. To acknowledge receipt of the notification, the involuntarily transferred teacher will sign a copy of the written notice.

6. Beginning May 1 each year, volunteers and involuntarily transferred teachers will be assigned accordingly by District seniority by the Human Resources Division to existing vacancies or to vacancies as they occur for which they are qualified and certified.

7. When it becomes necessary to assign a permanent teacher in a one-year temporary assignment at a school, the teacher will be placed in the involuntary transfer pool in May of the following year to be assigned.

<u>Rights of Involuntarily Transferred Teacher</u>

1. Teachers who have been involuntarily transferred will be assigned to a position prior to routine teacher assignments.

2. Should a position become available, involuntarily transferred teachers shall be given the opportunity to relocate to their original school should a vacancy occur prior to August 1.

3. After August 1 involuntarily transferred teachers may not relocate to their original school until the following school year.

4. Involuntarily transferred teachers must provide written notification of intent to return to their original school by May 1 to the Director of Human Resources.

5. Involuntarily transferred teachers will be assigned to a position for which they are certified prior to employment of outside candidates.

<u>Transfer to Extended Contract Position</u>

1. Vacant positions which exclusively involve extended contracts shall be filled from the ranks of qualified internal applicants when she/he is determined to be the best-qualified candidate from the applicant pool. When it is determined that a tie exists with regard to the selection of the most qualified candidate, the administrator or hiring manager will make the final decision.

2. Posting of vacancies for positions that involve extended contracts will be posted on the District website.

3. Positions will not be filled prior to the deadline date for receipt of applications.

Awarding of Position

1. Transfer requests of teachers will be given priority consideration, prior to employment of outside applicants.

2. The Board recognizes that District affirmative action goals must be met in all the terms of this Policy.

3. After the position has been filled, the teacher(s) requesting to transfer who interviewed for the position shall be advised within five (5) days by the principal that the position has been filled.

Promotion with Supplemental Contract

1. The filling of vacant positions via promotion which exclusively involve supplemental contracts such as Middle School Band Director to Senior High Band Director, or Assistant Football Coach to Head Football Coach, shall be filled from the ranks of qualified internal applicants when she/he is determined to be the best qualified candidate from the applicant pool.

2. When it is determined that a tie exists with regard to the selection of the most qualified candidate, the administrator or hiring manager will make the final decision.

3. Posting of vacancies for positions that involve supplemental contracts will be posted on the District website.

4. Positions will not be filled prior to the deadline date for receipt of applications.

Promotion to Administrative Position

1. Priority consideration will be given to qualified internal applicants for vacant administrative positions before the District employs an external applicant following the "*Promotion &*

*Employment Guidelines for Above Entry Level Positions"* found in the Appendix of this Policy.

2. Posting of vacancies for positions that involve administrative positions will be posted on the District website.

3. Positions will not be filled prior to the deadline date for receipt of applications.

Administrative Staff Assignments and Transfers

1. All administrators are subject to lateral transfer at the direction of the Superintendent.

2. Any involuntary transfer which results in a demotion will be accompanied by a written explanation from the Superintendent.

3. When a vacancy occurs, District personnel will be given first consideration over outside applicants.

## PROMOTION AND EMPLOYMENT
## FOR ABOVE ENTRY LEVEL POSITION

The District recognizes the benefit of providing career advancement opportunities to employees within the system. The District also recognizes that in some instances it may be beneficial to employ from outside the district. The following procedure will be used to fill vacancies that are above entry level:

- Job announcements are posted on the district website, sent to all schools, auxiliary units, the teacher organization, and to various outside agencies. The job announcement will include: position title, minimum qualifications, job description, salary information, job goal, the terms of employment and application procedure. All job announcements will be reviewed by the Office of Desegregation and Human Resources prior to dissemination.

- Application Process – All applicants are required to submit a letter of intent for administrative openings prior to the deadline of each posting. In-District applicants are required to submit a letter of intent and a current resume when applying for each position. Out-of-District applicants are required to submit a completed professional application for employment in addition to the letter of intent for the particular opening. The completed application must include a copy of a valid teaching certificate, resume, and transcripts. All applications are kept current for one (1) calendar year.

- Interview Committee -- The appropriate assistant superintendent in conjunction with the office of desegregation will set up a bi-racial interview committee, chaired by the immediate supervisor. This committee may vary in size and make-up as needs dictate. The interview committee will screen all applications to determine whether the applicant meets the minimum qualifications for the position. The interview committee will provide written notification to the individuals who do not met the minimum qualifications. All candidates meeting the minimum qualifications will be offered a personal interview.

- Interview Process -- The interview committee will evaluate past performance on the basis of references and/or evaluations prior to making a recommendation.

The interview committee will compile a list of questions that will be asked of each candidate. The questions will be used to acquire information related to the following:

- obtain further information regarding background and experience
- evaluate ability to work with people
- evaluate management skills (i.e., planning, organization and follow-up)
- evaluate communication skills
- supervisory skills (i.e., problem solving, conflict resolution)
- commitment to desegregation
- other questions applicable to the specific position may be developed as necessary

Recommendation Process – The interview committee will submit a recommendation for hire to the Superintendent through the Assistant Superintendent of Human Resources based on the evaluation of the following criteria:

- A review of the individual's qualifications
- Experience
- Responses to questions during the interview process
- Consideration of the district's affirmative action goals

49

## MAKING THE FINAL DECISION

To make the final decision, imagine the ideal candidate, then analyze all the materials at your disposal and weigh them with your own best judgement.

I. REMEMBER:

    BEFORE YOU INTERVIEW:
    *Prescreening Interview has been conducted
    *Verify application on file

    BEFORE YOU HIRE:
    *Check references of every one, especially anyone not on binder.
    *Verify certification
    *Review monitoring report to assure that all steps have been followed.
    *REMEMBER, the applicant can not work until the recommendation has been approved by Personnel.
    *Review applicants' files in Personnel Division

II. PLEASE DO NOT:

    *Employ the under qualified
    *Make a decision simply because of a time factor
    *Compromise on your standards

III. **IF IN DOUBT, DO NOT HIRE!!!**

IV. Notify candidates- successful ones as well as those you are not recommending for the position.

*Never forget to use the human relations skills everyone deserves.*

50

# EMERGENCY– IN-DISTRICT

PLEASE POST                                                                 PLEASE POST

### PULASKI COUNTY SPECIAL SCHOOL DISTRICT
CERTIFIED ADMINISTRATIVE POSITION AVAILABLE
May 4, 2018

**POSITION TITLE:** DEPUTY SUPERINTENDENT FOR LEARNING SERVICES

**QUALIFICATIONS:** Must have or be eligible for Arkansas Certification as a District Administrator (ADE License 301 Administrator or 311 District Level Administrator)
Doctorate Degree in related field of Educational Leadership or Curriculum (preferred)
Four (4) years of experience as an administrator with evidence of increasing student achievement scores for all students and specifically for African American, Latino/Hispanic, Free and or Reduced Lunch, English Language Learners and students' receiving specialized instruction (required)

**REPORTS TO:** Superintendent of Schools

**JOB GOAL:** To provide leadership in the ongoing development and improvement of the entire instructional program of the district.

**PERFORMANCE RESPONSIBILITIES:**

1. Implement the district's desegregation plan in the Learning Services Division through monitoring to preclude discrimination on the basis of race, gender, age or handicap, and annually report the results of monitoring to the Superintendent of Schools.
2. Supervise ABC/Early Childhood administrative staff and Elementary Principals as they implement the Pre-K and elementary programs.
3. Facilitate the development and implementation of Common Core State Standards K-12.
4. Supervise all federal programs.
5. Supervise Arkansas Comprehensive School Improvement Program (ACSIP).
6. Improve district-wide administrative organization.
7. Coordinate the development and implementation of a comprehensive staff development program to support all aspects of the District's curriculum and weave technology into the process.
8. Oversee the development of multiple formative and summative assessments that guide student learning and align with the Arkansas Curriculum Frameworks and PCSSD goals.
9. In collaboration with Instructional Technology, develop and implement a long-range technology plan for the District, including support for teachers during integration of technology into the curriculum.
10. Provide leadership in the awareness and implementation of the state teacher performance/evaluation system.
11. Evaluate and guide elementary principals and staff in improvement of curriculum and instructional program.
12. Oversee and administer the appraisal and selection of textbooks and other instructional materials.
13. Assist in the development and execution of policies concerning the classification, promotion, graduation, failure, and progress of pupils.
14. Assist in the development and execution of policies concerning student activities.
15. Recommend allocations for instructional staff to the Superintendent.
16. Oversee the development of instructional supply budgets and monitor all instructional spending for supplies, equipment, travel and textbooks.
17. Make recommendations concerning expansion, replacement and additions of school plants.
18. Approve vacations, professional, educational, school business leaves for all instructional staff.
19. Take a major role in selection of principals, assistant principals, coordinators and directors for instructional programs.

Deputy Superintendent for Learning Services cont.

20. Serve as Superintendent's designee for Level II grievance hearings within the instructional division.
21. Attend all Board meetings.
22. Other duties as assigned.

TERMS OF EMPLOYMENT:

Salary Range:       Per Salary Schedule
Length of Contract: 244 days per contract year

EVALUATION:

Performance of this job will be evaluated in accordance with provisions of the Board's policy on evaluation of Professional Personnel.

APPLICATION PROCEDURE:

Interested and qualified applicants should submit an online application at www.pcssd.org. Personnel currently employed by the district who meet the necessary qualifications may apply by submitting an online district application.

APPLICATION DEADLINE: May 11, 2018 (or until filled)

IT IS THE POLICY OF THE PULASKI COUNTY SPECIAL SCHOOL DISTRICT TO PROVIDE EQUAL EMPLOYMENT OPPORTUNITIES WITHOUT REGARD TO RACE, COLOR, NATIONAL ORIGIN, RELIGION, SEX, AGE, QUALIFIED DISABILITY, OR VETERAN IN ITS EDUCATIONAL PROGRAMS AND ACTIVITIES, EDUCATION SERVICES, FINANCIAL AID, AND EMPLOYMENT. THE DISTRICT WILL MAKE SPECIAL EFFORTS TO EMPLOY AND ADVANCE WOMEN, BLACKS AND DISABLED PERSONS. EQUITY CONCERNS MAY BE ADDRESSED TO THE ASSISTANT SUPERINTENDENT FOR EQUITY AND PUPIL SERVICES.



## Job Postings

From: **Williams, Darrick** <dwilliams5660@pcssd.org>
Date: Wed, Apr 29, 2020 at 11:08 AM
Subject: Job Postings
To: PRINCIPALS <PRINCIPALS@pcssd.org>
Cc: SHAWN BURGESS <sburgess@pcssd.org>, KRISTY MANEES <kmanees@pcssd.org>, CHANDA SWINSON <cswinson@pcssd.org>

Good Morning Principals,

All teaching positions for the 2020-2021 school year have been posted. Please take a few minutes to review the job postings for your school to make sure all vacancies are listed. If you have any questions about a job posting let me know.

Just a few things to remember:

1. All jobs must be posted for at least ten days before you can recommend a candidate for hire.
2. You may conduct virtual interviews via Google Hangout or some type of video conferencing platform. Let me know if you need assistance with this process.
3. Make sure you have a bi-racial committee when conducting interviews
4. Any in-district candidate that applies for a vacancy and holds the appropriate certification must be granted an interview
5. I have an electronic scoring sheet I can send to you if you need it when conducting virtual interviews
6. The recommended candidate should hold an Arkansas license for the area they're being recommended to teach. If they don't, please consult with me prior to recommending the candidate for the teaching position.
7. Make sure you check references on all candidates before recommending them for hire. You should check at least three references for each candidate. At least one should be a former supervisor.
8. Keep in mind the racial composition of your staff. We must continue to meet the requirements of Plan 2000.

The Human Resources Department is still available to assist you in any way possible. Even though we're working remotely we're just a phone call or email away. Let us know if we can do anything to support you in the hiring process.

Have a great rest of the week. Be safe!



Darrick Williams
Director of Human Resources
Phone: 501-234-2032
Fax: 501-490-9897

Mobile: 501-539-0047
dwilliams5660@pcssd.org

--



JANICE WARREN, Ed.D
Assistant Superintendent for Equity and Pupil Services
Phone: 501-234-2015
jwarren@pcssd.org