# SRM Projects

| Building Fund (Masterplan Input) | Estimate | Priority | Architect | CM | Board Approved |
|---|---|---|---|---|---|
| **SY 17-18** | | | | | |
| **ENERGY MANAGEMENT SYSTEM IMPROVEMENTS:** | | | | | |
| Baker Elementary School EMS Retrofit (Still need to calculate actual price. Placeholder amount only.) | 200,000 | | | | |
| Door & window contact switches for Landmark Elem. (Actual cost unknown. Guestimate Placeholder value only | 3,500 | | | | |
| Door & window contact switches for Lawson Elem. (Actual cost unknown. Guestimate Placeholder value only) | 3,500 | | | | |
| Door & window contact switches for Robinson Elem. (Actual cost unknown. Guestimate Placeholder value only) | 3,500 | | | | |
| Mills High Demand IAQ Sequence for Applicable Units (Actual cost unknown. Guestimate Placeholder value only | 1,500 | | | | |
| Baker Elementary School Energy Dashboard (Actual cost unknown. Guestimate Placeholder value only) | 10,000 | | | | |
| Crystal Hill Elementary School Energy Dashboard (Actual cost unknown. Guestimate Placeholder value only) | 10,000 | | | | |
| Mills High Submetering of Large Loads (Actual cost unknown. Guestimate Placeholder value only) | 3,000 | | | | |
| Add LAN to SHHS to control boilers and chillers in mechanical building (Guestimate Placeholder value only) | 10,000 | | | | |
| Harris Elementary Replace windows to secure A & B Bldg. | 150,000 | | | | |
| Baker health room lacks privacy and needs a fully functional sink/shower | | | | | |
| District Wide Flooring | 50,000 | | | | |
| Baker add parking & pole lights in front | 280,000 | | | | |
| Pine Forest original building ceiling grid painting and tile replacement common spaces | 75,000 | | | | |
| Oakebrooke Grounds & Safety | 50,000 | | | | |
| Various schools stage screening/refinishing 5 screen, 2 refinish | 25,000 | | | | |
| Robinson Elementary Blend replacement ceiling tile. Match existing | 15,000 | | | | |
| Baker front office expansion (take out L shaped wall and replace) | | | | | |
| **PAVEMENTS & HORIZONTAL SURFACES:** | | | | | |
| Sylvan Hills 9th Grade Grounds improvements | 40,000 | | | | |
| Various schools VCT replace with carpet/ no wax floor tile (Cato, OGE, Scott, Harris, Lawson, Northwood, Crysta | 800,000 | | | | |
| Various schools abatement projects in advance of flooring projects | 225,000 | | | | |
| Various schools playground border, fill material/play structures ( Oakbrooke, Landmark, Sherwood) | 160,000 | | | | |
| Lawson add parking, pole lights, and coat lot | 100,000 | | | | |
| Various school sidewalk repair/replacement/add | 200,000 | | | | |
| Various School Ceiling tile grid/ ceiling tile paint/replacement | 200,000 | | | | |
| Various school awning repair/repaint/replace | 250,000 | | | | |
| Various School Tree trimming/removal landscape alteration | 200,000 | | | | |
| Sherwood Elementary fencing | 180,000 | | | | |
| Chenal add parking & Lighting | 195,000 | | | | |
| Crystal Hill VCT replace with no wax floor tile | 125,000 | | | | |
| Daisy Bates Elementary Playground Improvement | 40,000 | | | | |
| **ELECTRICAL, MECHANICAL, UTILITY (WATER/SEWER) SYSTEMS:** | | | | | |
| Robinson Elementary School replace HVAC system | 225,000 | | | | |
| Bates parking lot lighting upgrade to LED | 50,000 | | | | |
| Baker electrical service upgrade MDP and place underground | 175,000 | | | | |
| Cato Elementary upgrade outside lighting to LED | 10,000 | | | | |

PCSSD; Warren 1181

PLAINTIFF'S EXHIBIT 13
tabbies

| | |
|---|---|
| ClintonElementary upgrade outside lighting to LED | 20,000 |
| College Station Elementary add parking lot lights, remove pole light, add wall packs to front of school | 100,000 |
| Crystal Hill Elementary upgrade parking lot lights to LED | 50,000 |
| Harris Elementary add wall packs & upgrade parking lot lights to LED | 25,000 |
| Oakgrove Elementary upgrade electrical service to underground | 85,000 |
| Robinson High replace walk in freezer & cooler | 45,000 |
| Sherwood Elem replace HVAC in all class rooms | 200,000 |
| Sylvan Hills Elementary add wall packs & upgrade electrical service to underground | 100,000 |
| Sylvan Hills High add outside lighting & upgrade existing lights to LED | 65,000 |
| Landmark - School LED interior lighting upgrade | 40,000 |
| | |
| Harris replace all HVAC in the class rooms | 200,000 |
| Sherwood Elem. replace general lighting | 30,000 |
| Sylvan Hills High pressure pump and tank on potable water | 30,000 |
| Fuller Middle  grease trap for kitchen | 30,000 |
| Oak Grove Elementary upgrade sewage pump pit | 40,000 |
| | |
| Landmark upgrade electrical service | 60,000 |
| Baker  repair irrigation system | 5,000 |
| Sylvan Hills High Field house remodel plumbing | 150,000 |
| Sylvan Hills High  basketball gym public restrooms, remodel and asbestos abatement | 200,000 |
| Lawson  Install grease trap for kitchen | 20,000 |
| College Station  Install grease trap for kitchen | 20,000 |
| | |
| Robinson Middle  install grease trap in kitchen | 25,000 |
| Robinson High School  upgrade existing kitchen grease trap | 20,000 |
| Baker  hook up school to city sewer | 50,000 |
| | |
| Baker install grease trap for kitchen | 50,000 |
| Harris Install grease trap for kitchen | 15,000 |
| | |
| **PAINT & FINISHES:** | |
| District wide Various Cafeteria and Kitchens repainting/ceiling tile | 230,000 |
| Paint and finishes | 950,000 |
| | |
| **SECURITY CAMERAS, ALARMS, DOORS & LOCKS:** | |
| School surveillance system upgrades- Elementary, Middle, and High Schools | 350,000 |
| Door and hardware replacement various schools | 500,000 |
| **OTHER PROJECTS:** | |
| Districtwide sign repair, replacement and upgrade | 25,000 |
| Furnishings, Fixtures and Equipment (includes cafeteria tables at various schools) | 570,000 |

PCSSD; Warren 1182

| | |
|---|---:|
| Information Technology project driven infrastructure changes | 75,000 |
| Baker kitchen remodel and upgrade including addition of HVAC and new kitchen equipment | 135,000 |
| | 4,385,000 |

PCSSD; Warren 1183

| Account | Description | Date | Col | # | Ref | Doc | Vendor | Debit | Credit | Balance | Memo | Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3007 - 2017 SRM BUD 3007-4710-000-999-00-3007471000099900 64500 | CONSTRUCTION SERV 07/12/17 | 13 | 1 | | | | -2905.42 | 0 | 0 | ADJ TO FYE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-000-999-00-3007471000099900 64500 | CONSTRUCTION SERV 07/12/17 | 13 | 1 | | | | 2905.42 | 0 | 0 | ADJ TO FYE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-000-999-00-3007471000099900 64500 | CONSTRUCTION SERV 07/12/17 | 13 | 1 | | | | -2905.42 | 0 | 0 | ADJ TO FYE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-000-999-00-3007471000099900 64500 | CONSTRUCTION SERV 07/12/17 | 11 | 1 | | | | 4228697 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD 3007-4710-000-999-00-3007471000099900 64500 | CONSTRUCTION SERV 09/25/17 | 13 | 1 | | | | 4228697 | 0 | 0 | ADJ TO END BAL TEAM | 0 |
| 3007 - 2017 SRM BUD 3007-4710-000-999-00-3007471000099900 64500 | CONSTRUCTION SERV 09/25/17 | 13 | 1 | | | | -2831675.16 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-120-999-00-3007471012099900 64500 | CONSTRUCTION SERVICES | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-120-999-00-3007471012099900 64500 | CONSTRUCTION SERV 07/12/17 | 11 | 1 | | | | 0 | 0 | 259337 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD 3007-4710-120-999-00-3007471012099900 64500 | CONSTRUCTION SERV 07/25/17 | 17 | 1 | 18000535-01 | | 24548 BALDWIN & SH | 0 | 0 | 259337 | APPLICATION #1 - PRC | 0 |
| 3007 - 2017 SRM BUD 3007-4710-120-999-00-3007471012099900 64500 | CONSTRUCTION SERV 07/26/17 | 17 | 1 | 18000540-01 | | 22285 ENVIRONMENT | 0 | 0 | 25000 | PARTIAL ASBESTOS A | 0 |
| 3007 - 2017 SRM BUD 3007-4710-120-999-00-3007471012099900 64500 | CONSTRUCTION SERV 07/27/17 | 17 | 1 | 18000535-01 | | 24548 BALDWIN & SH | 0 | 259337 | -259337 | APP #1 FULLER MIDD | 0 |
| 3007 - 2017 SRM BUD 3007-4710-120-999-00-3007471012099900 64500 | CONSTRUCTION SERV 08/07/17 | 19 | 1 | | 390205 | | 0 | -259337 | 390205 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-120-999-00-3007471012099900 64500 | CONSTRUCTION SERV 08/24/17 | 19 | 1 | | 14703 | | 0 | -25000 | 390626 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-125-999-00-3007471012599900 64500 | CONSTRUCTION SERVICES | | | | 14719 | | 0 | 0 | 390626 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD 3007-4710-125-999-00-3007471012599900 64500 | CONSTRUCTION SERV 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD 3007-4710-125-999-00-3007471012599900 64500 | CONSTRUCTION SERV 07/27/17 | 21 | 1 | | | | 0 | 0 | 390226 | PO#170O6909 HARRIS | 0 |
| 3007 - 2017 SRM BUD 3007-4710-125-999-00-3007471012599900 64500 | CONSTRUCTION SERV 08/07/17 | 19 | 1 | | 390226 | 34709 SERVICE PLUS 1 | 0 | 55178.43 | -55178.43 | PO#170O6909 HARRIS | 0 |
| 3007 - 2017 SRM BUD 3007-4710-127-999-00-3007471012799900 64500 | CONSTRUCTION SERVICES | | | | 14703 | | 0 | 55178.43 | 390226 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-127-999-00-3007471012799900 64500 | CONSTRUCTION SERV 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD 3007-4710-127-999-00-3007471012799900 64500 | CONSTRUCTION SERV 07/24/17 | 21 | 1 | | V390166 | 27822 GENESIS DATA | 0 | 6120.01 | | ROBINSON PRESS BO | 0 |
| 3007 - 2017 SRM BUD 3007-4710-127-999-00-3007471012799900 64500 | CONSTRUCTION SERV 07/27/17 | 21 | 1 | | 390226 | 34709 SERVICE PLUS 1 | 0 | 60172.23 | | PO#170O6908 ROBIN | 0 |
| 3007 - 2017 SRM BUD 3007-4710-127-999-00-3007471012799900 64500 | CONSTRUCTION SERV 08/07/17 | 19 | 1 | | 14703 | | 0 | -60172.23 | 390226 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-128-999-00-3007471012899900 63470 | ARCHITECTURAL | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-128-999-00-3007471012899900 63470 | ARCHITECTURAL 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD 3007-4710-128-999-00-3007471012899900 63470 | ARCHITECTURAL 07/24/17 | 17 | 1 | 18000475-01 | | 22312 WITSELL EVAN: | 0 | 352469.07 | | INVOICE #10970 - PRC | 0 |
| 3007 - 2017 SRM BUD 3007-4710-128-999-00-3007471012899900 63470 | ARCHITECTURAL 07/27/17 | 21 | 1 | 18000475-01 | | 22312 WITSELL EVAN: | 0 | -352469.07 | 352469.07 | SYLV HLS PCSSD00866 | 0 |
| 3007 - 2017 SRM BUD 3007-4710-128-999-00-3007471012899900 63470 | ARCHITECTURAL 08/07/17 | 19 | 1 | | 390239 | | 0 | -352469.07 | 390239 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD 3007-4710-143-999-00-3007471014399900 64500 | CONSTRUCTION SERV 07/12/17 | 11 | 1 | | 14703 | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD 3007-4710-143-999-00-3007471014399900 64500 | CONSTRUCTION SERV 07/24/17 | 21 | 1 | | 390173 | 22285 ENVIRONMENT | 0 | 19900 | | PO# 170O6829 | 0 |
| 3007 - 2017 SRM BUD 3007-4710-143-999-00-3007471014399900 64500 | CONSTRUCTION SERV 07/24/17 | 17 | 1 | 18000474-01 | | 60340 MORRIS & ASS( | 0 | 1875 | 1875 | FINAL CLEARANCE SAI | 0 |
| 3007 - 2017 SRM BUD 3007-4710-143-999-00-3007471014399900 64500 | CONSTRUCTION SERV 07/27/17 | 21 | 1 | 18000474-01 | 390219 | 60340 MORRIS & ASS( | 0 | -19900 | -1875 | ROB MDL ASBESTOS | 0 |
| 3007 - 2017 SRM BUD 3007-4710-143-999-00-3007471014399900 64500 | CONSTRUCTION SERV 08/07/17 | 19 | 1 | | 14703 | | 0 | -1875 | 390173 | BEGINNING BALANCE | 0 |
| 3008 - SRM-H FURNIS 3008-4710-000-999-00-3008471000099900 64500 | CONSTRUCTION SERVICES | | | | | | 54 | 0 | 0 | ADJ TO TRANS | 0 |
| 3008 - SRM-H FURNIS 3008-4710-000-999-00-3008471000099900 64500 | CONSTRUCTION SERVICES | | | | | | -4095093 | 0 | 0 | ADJ | 0 |
| 3008 - SRM-H FURNIS 3008-4710-000-999-00-3008471000099900 64500 | CONSTRUCTION SERVICES | | | | | | 8089949 | 0 | 0 | ADJ TO ENDING | 0 |
| 3008 - SRM-H FURNIS 3008-4710-000-999-00-3008471000099900 64500 | CONSTRUCTION SERV 09/15/17 | 13 | 1 | | | | -3994910 | 0 | 0 | ADJ TO ZERO | 0 |
| 3008 - SRM-H FURNIS 3008-4710-000-999-00-3008471000099900 64500 | CONSTRUCTION SERV 09/15/17 | 13 | 1 | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TEC SUPPL | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TE 07/25/17 | 11 | 1 | 18000556-01 | | 28018 HOWARD TEC- | 0 | 0 | 125.78 | GOOGLE CHROMECAS | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TE 07/27/17 | 17 | 1 | 18000559-03 | | 22524 COMPLETE COI | 0 | 0 | 1021.25 | 5400R 1100W POE+ Z | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TE 07/27/17 | 17 | 1 | 18000559-05 | | 22524 COMPLETE COI | 0 | 0 | 1698.5 | PROCURVE 10GB SP+ | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TE 07/27/17 | 17 | 1 | 18000560-01 | | 28018 HOWARD TEC- | 0 | 0 | 12.9 | TRIPP LITE 10 FT HIGH | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TE 07/27/17 | 17 | 1 | 18000560-02 | | 28018 HOWARD TEC- | 0 | 0 | 68.8 | TRIPP LITE 50 FT STAN | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TE 07/27/17 | 17 | 1 | 18000560-03 | | 28018 HOWARD TEC- | 0 | 0 | 27.93 | STARTECH DISPLAYPO | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TE 07/27/17 | 17 | 1 | 18000560-04 | | 28018 HOWARD TEC- | 0 | 0 | 73.1 | PEERLESS SMARTMOl | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 66527 | LOW VALUE EQUIP TE 07/27/17 | 17 | 1 | 18000560-06 | | 28018 HOWARD TEC- | 0 | 0 | 83.85 | GOOGLE CHROMEAST | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 67340 | TECH RELATED HARDWARE | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 67340 | TECH RELATED HARD 07/25/17 | 11 | 1 | | | | 0 | 0 | 3101.38 | 5406R 44GT POE+ / 4! | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 67340 | TECH RELATED HARD 07/27/17 | 17 | 1 | 18000559-01 | | 22524 COMPLETE COI | 0 | 0 | 1021.25 | 5400R 2L2 MANAGEV | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 67340 | TECH RELATED HARD 07/27/17 | 17 | 1 | 18000559-02 | | 22524 COMPLETE COI | 0 | 0 | 4408.58 | 24PORT GIG-T POE+ V | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 67340 | TECH RELATED HARD 07/27/17 | 17 | 1 | 18000559-04 | | 22524 COMPLETE COI | 0 | 0 | 2857.35 | VIZIO SMARTCAST 70' | 0 |
| 3008 - SRM-H FURNIS 3008-4710-125-999-00-3008471012599900 67340 | TECH RELATED HARD 07/27/17 | 17 | 1 | 18000560-05 | | 28018 HOWARD TEC- | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3008 - SRM-H FURNIS 3008-4710-128-999-00-3008471012899900 63470 | ARCHITECTURAL | | | | | | | | | | |

| FUND | BUDGET UNIT ACCOUNT | ACCOUNT TITLE | DATE | T/C | PERIOD | PURCHASE O | REFERENCE | VENDOR | BUDGET | EXPENDITURES | ENCUMBRANCE | DESCRIPTION | ILATIVE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 07/12/17 | 11 | 1 | | 390221 | 34902 NICK RAIL MUS | 0 | 2029 | 0 | BEGINNING BALANCE | 0 |
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 07/27/17 | 21 | 1 | | 390221 | 34902 NICK RAIL MUS | 0 | 2029 | 0 | POSTED FROM BUDGI | 0 |
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 07/27/17 | 21 | 1 | | 390221 | 34902 NICK RAIL MUS | 0 | 4040 | 0 | PO#17006025 | 0 |
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 07/27/17 | 21 | 1 | | 390221 | 34902 NICK RAIL MUS | 0 | 4107 | 0 | PO#17006025 | 0 |
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 07/27/17 | 21 | 1 | | 390221 | 34902 NICK RAIL MUS | 0 | 5210 | 0 | PO#17006025 | 0 |
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 08/07/17 | 19 | 1 | | 14703 | | 0 | -2029 | 0 | 390221 | 0 |
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 08/07/17 | 19 | 1 | | 14703 | | 0 | -4040 | 0 | 390221 | 0 |
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 08/07/17 | 19 | 1 | | 14703 | | 0 | -4107 | 0 | 390221 | 0 |
| 3006 - SRM CARRY OV | 3006-2610-128-999-OD-3006261012899900 67390 | OTHER EQUIPMENT | 08/07/17 | 19 | 1 | | 14703 | | 0 | -5210 | 0 | 390221 | 0 |
| 3006 - SRM CARRY OV | 3006-4610-127-999-OD-3006461012799900 67400 | INFRASTRUCTURE | 07/24/17 | 11 | 1 | | | | 0 | 8999.9 | 0 | BEGINNING BALANCE | 0 |
| 3006 - SRM CARRY OV | 3006-4610-127-999-OD-3006461012799900 67400 | INFRASTRUCTURE | 07/24/17 | 19 | 1 | | 14682 | | 0 | 8999.9 | 0 | MV 64500-67400 CK# | 0 |
| 3006 - SRM CARRY OV | 3006-4610-127-999-OD-3006461012799900 64500 | CONSTRUCTION SERVICES | 07/11/17 | 17 | 1 | | | | 0 | 0 | 9000 | INSTALL SPRINKLER S\ | 0 |
| 3006 - SRM CARRY OV | 3006-4610-127-999-OD-3006461012799900 64500 | CONSTRUCTION SERV | 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3006 - SRM CARRY OV | 3006-4610-127-999-OD-3006461012799900 64500 | CONSTRUCTION SERV | 07/19/17 | 21 | 1 | 18000040-01 | | | 0 | 8999.9 | -9000 | ROB HS SFBALL FLD | 0 |
| 3006 - SRM CARRY OV | 3006-4610-127-999-OD-3006461012799900 64500 | CONSTRUCTION SERV | 07/24/17 | 19 | 1 | 18000040-01 | 390099 | 23556 B&R LAWN & L | 0 | -8999.9 | 0 | MV 64500-67400 CK# | 0 |
| 3006 - SRM CARRY OV | 3006-4610-127-999-OD-3006461012799900 64500 | CONSTRUCTION SERVICES | 07/24/17 | 11 | 1 | | 14682 | 23556 B&R LAWN & L | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3006 - SRM CARRY OV | 3006-4610-143-999-OD-3006461014399900 64500 | CONSTRUCTION SERV | 07/06/17 | 11 | 1 | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3006 - SRM CARRY OV | 3006-4610-143-999-OD-3006461014399900 64500 | CONSTRUCTION SERV | 07/06/17 | 17 | 1 | 18000025-01 | | 06539 CENTERPOINT | 0 | 0 | 738 | INSTALLATION OF SER | 0 |
| 3006 - SRM CARRY OV | 3006-4610-143-999-OD-3006461014399900 64500 | CONSTRUCTION SERV | 07/07/17 | 21 | 1 | 18000025-01 | 389977 | 06539 CENTERPOINT | 0 | 785.97 | -738 | RMS INSTALL LINE/MI | 0 |
| 3006 - SRM CARRY OV | 3006-4610-143-999-OD-3006461014399900 64500 | CONSTRUCTION SERV | 07/12/17 | 20 | 1 | 18000025-01 | | 06539 CENTERPOINT | 0 | 738 | 738 | RMS INSTALL LINE/MI | 0 |
| 3006 - SRM CARRY OV | 3006-4610-143-999-OD-3006461014399900 64500 | CONSTRUCTION SERV | 07/12/17 | 21 | 1 | 18000025-01 | 389977 | 06539 CENTERPOINT | 0 | -785.97 | -738 | INSTALLATION OF SER | 0 |
| 3006 - SRM CARRY OV | 3006-4710-000-999-OD-3006471000099900 64500 | CONSTRUCTION SERVICES | 07/12/17 | 11 | 1 | | | | 3228535.6 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3006 - SRM CARRY OV | 3006-4710-000-999-OD-3006471000099900 64500 | CONSTRUCTION SERV | 08/01/17 | 13 | 1 | | | | -2278212.88 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3006 - SRM CARRY OV | 3006-4710-000-999-OD-3006471000099900 64500 | CONSTRUCTION SERV | 09/25/17 | 13 | 1 | | | | 1697845.52 | 0 | 0 | ADJ TO ENDING BAL | 0 |
| 3006 - SRM CARRY OV | 3006-4710-143-999-OD-3006471014399900 64500 | CONSTRUCTION SERVICES | | | | | | | 0 | 0 | 0 | END FUND BAL | 0 |
| 3006 - SRM CARRY OV | 3006-4710-143-999-OD-3006471014399900 64500 | CONSTRUCTION SERV | 07/24/17 | 17 | 1 | 18000477-01 | | 35129 CLARK POWER | 0 | 0 | 86200 | PURCHASED AND INS | 0 |
| 3007 - 2017 SRM BUD | 3007-2620-127-999-OD-3007262012799900 66108 | FURNITURE | 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD | 3007-2620-127-999-OD-3007262012799900 66108 | FURNITURE | 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD | 3007-2620-127-999-OD-3007262012799900 66108 | FURNITURE | 08/28/17 | 19 | 1 | | 14742 | | 0 | -1650 | 0 | 390916 | 0 |
| 3007 - 2017 SRM BUD | 3007-2620-127-999-OD-3007262012799900 66108 | FURNITURE | 08/28/17 | 19 | 1 | | 14742 | | 0 | -47783.42 | 0 | 390916 | 0 |
| 3007 - 2017 SRM BUD | 3007-2620-127-999-OD-3007262012799900 66108 | FURNITURE | 08/30/17 | 19 | 1 | | 14805 | | 0 | 1650 | 0 | 390916 | 0 |
| 3007 - 2017 SRM BUD | 3007-2620-127-999-OD-3007262012799900 66108 | FURNITURE | 08/30/17 | 19 | 1 | | 14805 | | 0 | 47783.42 | 0 | 390916 | 0 |
| 3007 - 2017 SRM BUD | 3007-2620-127-999-OD-3007262012799900 66108 | FURNITURE | 08/30/17 | 19 | 1 | | 14807 | | 0 | -1650 | 0 | 390916 | 0 |
| 3007 - 2017 SRM BUD | 3007-2620-127-999-OD-3007262012799900 66108 | FURNITURE | 08/30/17 | 19 | 1 | | 14807 | | 0 | -47783.42 | 0 | 390916 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-125-999-OD-3007461012599900 64500 | CONSTRUCTION SERVICES | | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-125-999-OD-3007461012599900 64500 | CONSTRUCTION SERV | 07/06/17 | 21 | 1 | | 389956 | 34520 FUSION AUDIO | 0 | 280 | 0 | PO#17007143 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-125-999-OD-3007461012599900 64500 | CONSTRUCTION SERV | 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-125-999-OD-3007461012599900 64500 | CONSTRUCTION SERV | 08/23/17 | 19 | 1 | | 14715 | | 0 | -280 | 0 | 389956 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-125-999-OD-3007461012599900 64500 | CONSTRUCTION SERV | 08/24/17 | 19 | 1 | | 14719 | | 0 | -5896.99 | 0 | 390627 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-127-999-OD-3007461012799900 64500 | CONSTRUCTION SERVICES | | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-127-999-OD-3007461012799900 64500 | CONSTRUCTION SERV | 07/10/17 | 21 | 1 | | 389991 | 53798 LITTLE ROCK W | 0 | 2625.42 | 0 | PO# 17009924 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-127-999-OD-3007461012799900 64500 | CONSTRUCTION SERV | 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-127-999-OD-3007461012799900 64500 | CONSTRUCTION SERV | 08/24/17 | 19 | 1 | | 14719 | | 0 | -2625.42 | 0 | 389991 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-128-999-OD-3007461012899900 64500 | CONSTRUCTION SERVICES | | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-128-999-OD-3007461012899900 64500 | CONSTRUCTION SERV | 07/12/17 | 11 | 1 | | | | 0 | 0 | 0 | POSTED FROM BUDGI | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-128-999-OD-3007461012899900 64500 | CONSTRUCTION SERV | 07/12/17 | 21 | 1 | | 390019 | 34620 HUNTER SWOE | 0 | 470 | 0 | PO# 17006926 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-128-999-OD-3007461012899900 64500 | CONSTRUCTION SERV | 07/13/17 | 21 | 1 | | 390048 | 34520 FUSION AUDIO | 0 | 470 | 0 | PO#17006926 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-128-999-OD-3007461012899900 64500 | CONSTRUCTION SERV | 07/20/17 | 20 | 1 | | 390019 | 34620 HUNTER SWOE | 0 | -470 | 0 | PO# 17006926 | 0 |
| 3007 - 2017 SRM BUD | 3007-4610-128-999-OD-3007461012899900 64500 | CONSTRUCTION SERV | 08/07/17 | 19 | 1 | | 14703 | | 0 | -470 | 0 | 390048 | 0 |
| 3007 2017 SRM BUD | 3007-4710-000-999-OD-3007471000099900 64500 | CONSTRUCTION SERVICES | | | | | | | -4225791.58 | 0 | 0 | BEGINNING BALANCE | 0 |
| 3007 - 2017 SRM BUD | 3007-4710-000-999-OD-3007471000099900 64500 | CONSTRUCTION SERV 07/12/17 | | 13 | 1 | | | | -4225791.58 | 0 | 0 | ADJ TO FYE | 0 |

| Account | Description | Date | | | Reference | | Debit | Credit | Memo | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3008-SRM-H FURNIS 3008-4710-128-999-00-30084710128899900 63470 | ARCHITECTURAL | 08/28/17 | 19 | 1 | | 14752 | 0 | -229382.18 | 0 | #390778 AP ACCRUAL | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 63470 | ARCHITECTURAL | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 63470 | ARCHITECTURAL | 08/28/17 | 19 | 1 | | 14752 | 0 | -55536.5 | 0 | #390778 AP ACCRUAL | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TEC SUPPL | | | | | | 0 | 0 | 0 | BEGINNING BALANCE | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/17/17 | 11 | 1 | 18000520-01 | | 0 | 0 | 19.35 | TRIPP LITE 10FT HIGH | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/17/17 | 11 | 1 | 18000520-01 | | 0 | 0 | 103.2 | TRIPP LITE 50FT STAN | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/24/17 | 17 | 1 | 18000520-02 | 28018 HOWARD TECH | 0 | 0 | 41.93 | STARTECH DISPLAYPO | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/24/17 | 17 | 1 | 18000520-02 | 28018 HOWARD TECH | 0 | 0 | 109.65 | PEERLESS SMARTMOL | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/24/17 | 17 | 1 | 18000520-03 | 28018 HOWARD TECH | 0 | 0 | 2042.5 | 5400R 1100W POE+2I | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/24/17 | 17 | 1 | 18000520-04 | 28018 HOWARD TECH | 0 | 0 | 3397 | PROCURVE 10GB SFP+ | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/24/17 | 17 | 1 | 18000522-02 | 22524 COMPLETE CO | 0 | 0 | 3036.88 | AEROHIVE AP250 FCC | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/24/17 | 17 | 1 | 18000522-04 | 22524 COMPLETE CO | 0 | 0 | 21.5 | SHIPPING | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 66527 | LOW VALUE EQUIP TE | 07/24/17 | 17 | 1 | 18000523-01 | 25537 PROMAS | 0 | 0 | 0 | BEGINNING BALANCE | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 67340 | TECH RELATED HARDWARE | | | | 18000523-02 | 25537 PROMAS | 0 | 0 | 0 | | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 67340 | TECH RELATED HARD | 07/17/17 | 11 | 1 | | | 0 | 0 | 4008.68 | VIZIO SMARTCAST E7( | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 67340 | TECH RELATED HARD | 07/24/17 | 17 | 1 | 18000520-05 | 28018 HOWARD TECH | 0 | 0 | 6611.25 | 5412R 92GT POE+/4SI | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 67340 | TECH RELATED HARD | 07/24/17 | 17 | 1 | 18000522-01 | 22524 COMPLETE CO | 0 | 0 | 1958.65 | 8 PORT 10-GBE SFP+V | 0 | 0 |
| 3008-SRM-H FURNIS 3008-4710-143-999-00-30084710143999900 67340 | TECH RELATED HARD | 07/24/17 | 17 | 1 | 18000522-03 | 22524 COMPLETE CO | 0 | 0 | 0 | BEGINNING BALANCE | 0 | 0 |
| 3008-SRM-H FURNIS 3008-5200-488-999-00-30085200488999900 69330 | TRANSFER TO BUILDING FUND | | | | | | 0 | 0 | 0 | | 0 | 0 |
| 3008-SRM-H FURNIS 3008-5200-488-999-00-30085200488999900 69330 | TRANSFER TO BUILDIN | 09/15/17 | 13 | 1 | | | 0 | 3994910 | 0 | ADJ TO FYE | 0 | 0 |
| 3008-SRM-H FURNIS 3008-5200-488-999-00-30085200488999900 69330 | TRANSFER TO BUILDIN | 09/15/17 | 13 | 1 | | | 0 | -3994910 | 0 | | 0 | 0 |