# SWORN DECLARATION

STATE OF ARKANSAS
PULASKI COUNTY

Before me, the undersigned Notary, Yolanda D. Richards, on this 9th day of September 2020, personally appeared Dr. Janice Warren know to me to be a creditable person and of lawful age, who being first duly sworn by me, on her oath deposes and says:

1. **Painting the Superintendent's Office:**

Around July 19 of 2017, Derek Scott, Director of Operations approached me about painting the walls in the Superintendent's office to lighten the room up. As I recall, Dr. Jerry Guess was present at the time. Derek and I briefly discussed his previous plans to paint the office, how long it would take to paint, and what fund it would be paid from. Since it would only take a couple of days and would be paid from SRM funds, the three-year SRM plan, I said "Okay." A day or so later I learned the painting would take a little longer than the original estimate of a couple of days. The paneling needed to be removed. I did not request the painting or the removing of the paneling. I trusted Derek's assessment of the need and the process. He was the Executive Director of Operations.

Because the painting process took longer than anticipated, it was a little over a week before I actually moved in the Superintendent's office. After I moved in, I noticed the desk was supported by bricks, so I discussed with the Business office the replacement of furniture. I requested a desk, a credenza for storage that matched, and 6 chairs for the conference table. The order was placed by the Office of the Executive Director of Operations. The existing chairs were placed in the board room and other office areas. I don't recall when the order was placed. It could have been July, early August, or early September. (Fed. R. Evid. 801(d)(2)(D))



PLAINTIFF'S EXHIBIT 15

2.  **Remele's Request that I return the Furniture.**

On the day the furniture arrived in late September, Dr. Remele ask me to return the furniture. I told her I didn't think I could. More importantly, I was concerned about PCSSD's business reputation with a valued supplier. I was surprised that Dr. Remele was so upset about this. (Fed. R. Evid. 803 (3))

3.  **Purchasing of Umbrellas:**

When I assumed the role of Interim Superintendent, morale was extremely low at Central Office. There was little interaction among the members of the Central Office staff. I began hosting monthly events to give the staff the opportunity to get to know one another. As I planned the event for December, I visited with Human Resources staff about umbrellas for Central Office staff. Kim White in HR actually provided me with information on ordering umbrellas from a company that the District often used. This was around October and our District Auditor, Stacie Derean, was already on site for the District's audit. I spoke with her about umbrellas and T-shirts for the staff. Stacie told me that T-shirts would be cleaner because T-shirts could be part of the attire that I required staff to wear on a certain day. Umbrellas could possibly send up a red flag because it could not be justified as required. From this conversation, I knew that if I wanted the umbrellas, I would have to pay for them. I ordered the umbrellas on November 1st. I did not ask the Board to authorize payment for the umbrellas, to my knowledge the invoice was not presented to the Board for payment. The Board never asked how I intended to pay for the umbrellas. Before Christmas break, I hand delivered an umbrella to each member of the Central Office staff and thanked each one for their service to the District. (Stacie Deerean statement: not hearsay, not offered for the truth of the content of the statement but that it was said. Fed. R. Evid. 803(3))

4.     **Testing Coordinators**:

Around September 2017, Lajunna Green, District Testing Coordinator, started working with HR and me to post positions for test coordinators at each high school. This was the third year that ACT Aspire would be used as the State assessment in Arkansas. The volume and magnitude of the test was massive. School teams of administrator, counselor, media specialist and instructional coaches were overwhelmed. What complicated the process more was a message from Sam Altschul, Director of Federal Programs. Instructional coaches could not administer the summative assessment because the test was an ADE required test and the coaches were paid from Title 1, Federal funds. This would cause the District to supplant; which is a violation of State and Federal guidelines. Elementary schools or middle schools didn't have test coordinators, therefore, we had to have media specialists and counselors oversee the annual summative assessments given in the spring and instructional coaches had to oversee the 6-8 interim assessments given throughout the year. This was frustrating to every school in the District even high schools that had testing coordinators. At one time during the year all four high schools had the additional support of the testing coordinators. However, the test coordinators at two high schools decided the work was too much and not what they expected. They resigned and HR spent the remainder of the 17-18 school year advertising for replacements. Lajunna and I determined that the ADE assessments, interim and summative, were best for the District at the time because there was no cost for districts to use ADE assessments.

5.     **Providing the Board with Quarterly Status Reports.**

In 2016, ADE required PCSSD to file quarterly Status Reports with ADE and the Court in the Desegregation case. The District's attorney always filed these reports. The Superintendent, Dr. Jerry Guess, and I received copies of the these filings. When I became Interim

Superintendent, I was not asked by the Board to supply them with the quarterly filings. I was not aware that they knew about the filings or received the filings before I became Interim Superintendent. After the September 8, 2017, Status Conference, the PCSSD communication system sent me notification that Linda Remele, in violation of Board policy, was blind copied on every communication I received from Attorney Sam Jones.

*Janice Hargrove Warren*
Janice Hargrove Warren
8917B Northwood Creek Dr.
Maumelle, AR 72113

Subscribed and sworn to before me this 9th day of September, 2020

*Yolanda D. Richards*
Notary Public

My commission expires: May 15, 2027