Thursday, June 25, 2020 9:21 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 1/9/2018 | | 2010 | | | $2,436.84 | | |



Janice H Warren DL# 
Jimmy Warren Jr
301 N Virginia
P O Box 1937 PH:
Crossett, AR 71635

2010
81-7467/2829

1-3-18 Date

Pay to the order of 4imprint, Inc  $2436.84

Two Thousand Four Hundred Thirty six & 84/100 Dollars

TIMBERLINE FEDERAL CREDIT UNION
P.O. Box 929
Crossett, AR 71635

For 5906238/1269187

Janice H Warren

2010  ⑈0000243684⑈

JPMORGANCHASE BK NA     CR TO NMD
010918    >074909962     PAYEE ALL
20014158    0025303      RTS RSVD
00851198    122     0000000886849967



PLAINTIFF'S EXHIBIT 17