| | |
|---|---|
| **From:** | John W Walker <johnwalkeratty@aol.com> |
| **Sent:** | Tuesday, September 5, 2017 9:22 AM |
| **To:** | SJones@mwlaw.com |
| **Cc:** | jwarren@pcssd.org |
| **Subject:** | Re: status conference |

I understand that we are to meet at 2:00 p.m.??

John W Walker
johnwalkeratty@aol.com


-----Original Message-----
From: Sam Jones <SJones@mwlaw.com>
To: John W Walker <johnwalkeratty@aol.com>
Cc: jwarren <jwarren@pcssd.org>
Sent: Fri, Sep 1, 2017 3:57 pm
Subject: status conference


Dr. warren and I would still like to meet with you Tuesday. Sam


**MITCHELL | WILLIAMS**

**M. Samuel Jones III**
T 501.688.8812 | F 501.918.7812
sjones@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

Confidentiality Notice: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged a intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please dele system without copying it, and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-5650 Rogers, AR (512) 4 (267) 757-8780 Newtown, PA or (870) 336-9292 Jonesboro, AR so that our address record can be corrected.


PLAINTIFF'S EXHIBIT 18

1

Warren: Bates No. 000390

From: JANICE WARREN on behalf of JANICE WARREN <jwarren@pcssd.org>
Sent: Tuesday, September 5, 2017 6:35 PM
To: ALICIA GILLEN
Subject: Re: PCSSD - Attached is the new draft of the Supplemental Status Report

Filed at 6 this evening. You got it when I received. I saw draft this morning and got this one about 3.

Sent from my iPhone

On Sep 5, 2017, at 6:18 PM, ALICIA GILLEN <agillen@pcssd.org> wrote:

> Has this been filed?
> It says draft on the subject line but has an electronic file date in the body of the document. Has anyone on the board seen this before today?
>
> On Tue, Sep 5, 2017 at 3:10 PM JANICE WARREN <jwarren@pcssd.org> wrote:
> Board
> Please read the attached. Sam and I met this morning trying to finalize our report to Judge Marshall. While many questions are still unanswered our goal is to be transparent. There is still much to be discovered but after 3 meetings with WD&D and Baldwin and Shell, I am hopeful the Mills project will get on track and meet court requirements. Call me if you have questions.
> Janice
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: Sam Jones <SJones@mwlaw.com>
>> Date: September 5, 2017 at 2:23:47 PM CDT
>> To: "jwarren@pcssd.org" <jwarren@pcssd.org>
>> Cc: "fdickey@pcssd.org" <fdickey@pcssd.org>
>> Subject: PCSSD - Attached is the new draft of the Supplemental Status Report

M. Samuel Jones III
T 501.688.8812 | F 501.918.7812
sjones@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

From: GILLEN, ALICIA on behalf of GILLEN, ALICIA <agillen@pcssd.org>
Sent: Wednesday, September 6, 2017 12:59 PM
To: ROUSH, DEBORAH
CC: BOARD MEMBERS; WARREN JANICE
Subject: Re: Statement for press

I have pondered this statement all morning and have a few questions. I have included the board on my response in case they may have had some of the same issues

1) when will this statement going to be released? Or is this a response for "when' we are asked? Releasing it before anything has actually happened seems a bit premature. It should be in coordination with a request for information regarding the Supplement document. Your actions on this overall issue seem to have a knee jerk reaction at this point, with little discussion with the board regarding an actual plan of action.

2) You may want to alter your wording in paragraph #4. If WE are willing to "remedy any inequities" this could cause a lot of issues down the road. As stated in the supplement "Maumelle athletic facilities will overall be inferior to those at Mills." This is something that the families in Area 5 and 6 will quickly identify and will expect a response for the plans to rectify that situation.

2) I have a lot of issues with paragraph #3. It contradicts the rest of the statement. Why are we comparing ourselves to anyone else, we should be the example to other districts. Putting down someone else does not make us look positive. The reason you stated **IN AN EMAIL** for the supplement was for "transparency", not the desegregation lawsuit. That should be our constant message as to why we are proceeding with this course of action.

3) Regarding a course of action...when will the board be privy to what we, as a District, will be doing to resolve all of the issues that were laid out in the Supplement. You have given everyone the long list of what is wrong, but offered no plan on how WE are going to resolve them.

Thank you in advance for your response to the board regarding my questions,
Alicia Gillen


On Wed, Sep 6, 2017 at 10:08 AM, ROUSH, DEBORAH <droush@pcssd.org> wrote:
Dr. Warren requested I send you this. The following is the statement that has been prepared to send to the press related to the filing of the court documents. I don't know that Cynthia will run a story until after the court status update on Friday, but wanted to unpackage it in our terms just in case. Thank you -- Deb

> Statement regarding Pulaski County Special School District's Supplemental Status Report filed with the court regarding the September 8, 2017, Status Conference on Desegregation from Dr. Janice Warren, interim superintendent of schools:
>
> *"It is an exciting time at the Pulaski County Special School District with two new schools being built -- Mills University Studies High School and Robinson Middle School set to open next school year -- as well as a complete renovation planned for Sylvan Hills High School the following year.*
>
> *"As we have grown closer to Mills and Robinson taking form, and at the same time a new administration was put in place at the District, questions have arisen regarding whether the two schools are being equitably built.*

"Other school districts might quietly remedy this problem as soon as it became apparent, and before the buildings were complete. However, this district is part of a federal desegregation lawsuit where it has not been declared unitary in its facilities. It is for this reason that the District administration believed it was prudent to immdediately inform the Court of its concerns."

"Right now there are more questions than answers, and the District is looking into those. We believe there is ample time to remedy any inequities that could exist between the schools that may be discovered, and we plan for a successful opening of the schools in 2018."

Deborah Roush
Executive Director of Communications
Pulaski County Special School District
925 E. Dixon Rd., Little Rock, AR  72206
501-234-2038 - office
501-517-6100 - wireless
droush@pcssd.org

**Alicia Gillen**
PCSSD School Board
Zone 5

From: WARREN, JANICE on behalf of WARREN, JANICE <jwarren@pcssd.org>
Sent: Wednesday, September 6, 2017 1:25 PM
To: GILLEN, ALICIA; BOARD MEMBERS; ROUSH DEBORAH
Subject: Re: Statement for press

#1 This document is the proactive approach. This is your opportunity for discussion. Court is Friday and there will be additional questions. This document will be our response because more questions will arise.
#2. We have some inequities in the two new facilities being built. I encourage you to tour both and form your own opinion. Let me know if I need to arrange a tour for you or any other board member who hasn't seen both.
#2. Didn't note contradiction but will check. Thanks for pointing it out.
#3. As stated in the supplement, the questions that we know of were laid out and answers are being researched. It was stated in the document for the Judges review, we will not have answers this Friday. By the way, other issues are forthcoming
Last week I made calls to all of you to make you aware of problems with design of our two facilities. Most of you were able to view the video footage and some toured the facilities. Yesterday, I attempted to inform you of Sam's supplement to be filed. Sure, I wish he gotten it to me days earlier but he didn't. My desire is to keep you informed and hear it from me versus reading it in the paper.
Hope this helps.
Janice

On Wed, Sep 6, 2017 at 12:58 PM, GILLEN, ALICIA <agillen@pcssd.org> wrote:
I have pondered this statement all morning and have a few questions. I have included the board on my response in case they may have had some of the same issues

1) when will this statement going to be released? Or is this a response for "when' we are asked? Releasing it before anything has actually happened seems a bit premature. It should be in coordination with a request for information regarding the Supplement document. Your actions on this overall issue seem to have a knee jerk reaction at this point, with little discussion with the board regarding an actual plan of action.

2) You may want to alter your wording in paragraph #4. If WE are willing to "remedy any inequities" this could cause a lot of issues down the road. As stated in the supplement "Maumelle athletic facilities will overall be inferior to those at Mills." This is something that the families in Area 5 and 6 will quickly identify and will expect a response for the plans to rectify that situation.

2) I have a lot of issues with paragraph #3. It contradicts the rest of the statement. Why are we comparing ourselves to anyone else, we should be the example to other districts. Putting down someone else does not make us look positive. The reason you stated **IN AN EMAIL** for the supplement was for "transparency", not the desegregation lawsuit. That should be our constant message as to why we are proceeding with this course of action.

3) Regarding a course of action...when will the board be privy to what we, as a District, will be doing to resolve all of the issues that were laid out in the Supplement. You have given everyone the long list of what is wrong, but offered no plan on how WE are going to resolve them.

Thank you in advance for your response to the board regarding my questions,
Alicia Gillen


On Wed, Sep 6, 2017 at 10:08 AM, ROUSH, DEBORAH <droush@pcssd.org> wrote:

From: WARREN, JANICE on behalf of WARREN, JANICE <jwarren@pcssd.org>
Sent: Wednesday, September 6, 2017 1:25 PM
To: GILLEN, ALICIA; BOARD MEMBERS; ROUSH DEBORAH
Subject: Re: Statement for press

#1 This document is the proactive approach. This is your opportunity for discussion. Court is Friday and there will be additional questions. This document will be our response because more questions will arise.
#2. We have some inequities in the two new facilities being built. I encourage you to tour both and form your own opinion. Let me know if I need to arrange a tour for you or any other board member who hasn't seen both.
#2. Didn't note contradiction but will check. Thanks for pointing it out.
#3. As stated in the supplement, the questions that we know of were laid out and answers are being researched. It was stated in the document for the Judges review, we will not have answers this Friday. By the way, other issues are forthcoming
Last week I made calls to all of you to make you aware of problems with design of our two facilities. Most of you were able to view the video footage and some toured the facilities. Yesterday, I attempted to inform you of Sam's supplement to be filed. Sure, I wish he gotten it to me days earlier but he didn't. My desire is to keep you informed and hear it from me versus reading it in the paper.
Hope this helps.
Janice

On Wed, Sep 6, 2017 at 12:58 PM, GILLEN, ALICIA <agillen@pcssd.org> wrote:
I have pondered this statement all morning and have a few questions. I have included the board on my response in case they may have had some of the same issues

1) when will this statement going to be released? Or is this a response for "when" we are asked? Releasing it before anything has actually happened seems a bit premature. It should be in coordination with a request for information regarding the Supplement document. Your actions on this overall issue seem to have a knee jerk reaction at this point, with little discussion with the board regarding an actual plan of action.

2) You may want to alter your wording in paragraph #4. If WE are willing to "remedy any inequities" this could cause a lot of issues down the road. As stated in the supplement "Maumelle athletic facilities will overall be inferior to those at Mills." This is something that the families in Area 5 and 6 will quickly identify and will expect a response for the plans to rectify that situation.

2) I have a lot of issues with paragraph #3. It contradicts the rest of the statement. Why are we comparing ourselves to anyone else, we should be the example to other districts. Putting down someone else does not make us look positive. The reason you stated **IN AN EMAIL** for the supplement was for "transparency", not the desegregation lawsuit. That should be our constant message as to why we are proceeding with this course of action.

3) Regarding a course of action...when will the board be privy to what we, as a District, will be doing to resolve all of the issues that were laid out in the Supplement. You have given everyone the long list of what is wrong, but offered no plan on how WE are going to resolve them.

Thank you in advance for your response to the board regarding my questions,
Alicia Gillen

On Wed, Sep 6, 2017 at 10:08 AM, ROUSH, DEBORAH <droush@pcssd.org> wrote:

Dr. Warren requested I send you this. The following is the statement that has been prepared to send to the press related to the filing of the court documents. I don't know that Cynthia will run a story until after the court status update on Friday, but wanted to unpackage it in our terms just in case. Thank you -- Deb

Statement regarding Pulaski County Special School District's Supplemental Status Report filed with the court regarding the September 8, 2017, Status Conference on Desegregation from Dr. Janice Warren, interim superintendent of schools:

"It is an exciting time at the Pulaski County Special School District with two new schools being built -- Mills University Studies High School and Robinson Middle School set to open next school year -- as well as a complete renovation planned for Sylvan Hills High School the following year.

"As we have grown closer to Mills and Robinson taking form, and at the same time a new administration was put in place at the District, questions have arisen regarding whether the two schools are being equitably built.

"Other school districts might quietly remedy this problem as soon as it became apparent, and before the buildings were complete. However, this district is part of a federal desegregation lawsuit where it has not been declared unitary in its facilities. It is for this reason that the District administration believed it was prudent to immdediately inform the Court of its concerns.

"Right now there are more questions than answers, and the District is looking into those. We believe there is ample time to remedy any inequities that could exist between the schools that may be discovered, and we plan for a successful opening of the schools in 2018."

Deborah Roush
Executive Director of Communications
Pulaski County Special School District
925 E. Dixon Rd., Little Rock, AR 72206
501-234-2038 - office
501-517-6100 - wireless
droush@pcssd.org

--

**Alicia Gillen**
PCSSD School Board
Zone 5

--

Janice Warren, EdD
Interim Superintendent of Schools
Pulaski County Special School District
925 E. Dixon Rd. LR, AR 72206