# PUBLIC EDUCATION: PROVIDING OPPORTUNITIES
## Pulaski County Special School District

# SEEKING A NEW SUPERINTENDENT



## About Pulaski County Special School District:

The Pulaski County Special School District (PCSSD) is one of four public school districts in Pulaski County, Arkansas. The others are the Little Rock School District, the North Little Rock School District and the Jacksonville-North Pulaski School District. PCSSD has its headquarters in Sweet Home, an unincorporated area near Little Rock. The current PCSSD was established July 21, 1927, by referendum pursuant of Act 152 of the 1927 Arkansas Acts by the Arkansas legislature joining 38 independent school districts into a "special" school district. One of the largest school districts in the state (by student population), PCSSD is among the 500 largest in the United States. Geographically, PCSSD is the state's fifth largest district and encompasses a total 640 square miles and includes all areas of the county—incorporated and unincorporated.

## Seeking a Superintendent who:

- Possesses excellent people skills, presents a positive image of the district and will listen to input and make a decision when necessary.
- Possesses the leadership skills required to respond to the opportunities and challenges presented by an ethnically and culturally diverse community.
- Inspires trust, has high levels of self-confidence and optimism and models high standards of integrity and personal performance.
- Is a solid communicator with strong speaking, listening and writing skills.
- Has experience recruiting and maintaining exceptional staff for the district and its schools.
- Is able to delegate authority appropriately while maintaining accountability.
- Has knowledge of and successful experience in sound fiscal practices and management of district resources, including appropriate participation of others in planning and decision-making.
- Is strongly committed to a "student first" philosophy in all decisions.
- Possesses the ability to enhance student performance, especially in identifying and closing or narrowing the gaps in student achievement.
- Promotes a positive and professional environment for district employees and the PCSSD Board of Education.

## Shared Vision:

The Pulaski County Special School District is committed to creating a nationally recognized school district which assures that all students achieve at their maximum potential through the collaborative, supportive and continuous efforts of all stakeholders (teachers, administrators, support staff, families, students, communities and businesses).



PLAINTIFF'S EXHIBIT 21

**Deadline to apply: March 12, 2018**

pcssd.org

PCSSD; Warren Pg. No. 006