



Joe Fisher



Sharon Griffin



John Gunn



James Harris



Devon Horton



Charles McNulty



Roderick Payne



Erick Pruitt



Janice Warren