## PCSSD SUPERINTENDENT CANDIDATE COMPARISON

| Category | Warren | McNulty | Harris | Pruitt |
|---|---|---|---|---|
| | (photo) | (photo) | (photo) | (photo) |
| Age | 61 | 55 | 49 | 46 |
| Gender | Female | Male | Male | Male |
| Race | Black/African-American | White/Caucasian | Black/African-American | Black/African-American |
| Superintendent Experience | 11 years | 3 years | 2.5 years | 0 years[1] |
| District Student Size | 2,500 (Crossett) | 436 | 3700 | |
| Racial Composition | 12,101 (PCSSD) 56% White 44% non-White | 98.5% White[2] 1.5% non-White | 89% White 11% non-White | |
| Superintendent Annual Budget Oversight | $244,859,652.89 | $6,171,334.22[3] | $56,000,000.00 | |
| Per Pupil Allocation | $12,189.58 | $14,424.00[4] | $15,135.00[5] | |
| Central Office Admin | 15 years | 12 years | 7 years | |
| Service As Principal | 3 years | 7 years | 0 years | 6 years |
| Terminal Education | Ed. D. (2008) | PhD (2011) | MBA (2005) | Ed. D. (2014) |
| Desegregation Case Experience | 5 years | | | |


PLAINTIFF'S EXHIBIT a3

# SWORN DECLARATION

STATE OF ARKANSAS
PULASKI COUNTY

Before me, the undersigned Notary, _Therese M. Cheatham_, on this 9th day of September 2020, personally appeared Sarah Howard Jenkins, known to me to be a creditable person and of lawful age, who being first duly sworn by me, on her oath deposes and says:

On or before September 23, 2019, I compiled the attached Comparative Summary of the credentials listed in the applications of Janice Warren (Plaintiff's Exhibit 24) and finalists applicants: Charles McNulty (Plaintiff's Exhibit 25), James Harris (Plaintiff's Exhibit 26), and Erick Pruitt (Plaintiff's Exhibit 27). The information was extracted from the applications submitted by the candidates. These documents are Public Records.

_/s/ Sarah Howard Jenkins_
Sarah Howard Jenkins
Ark. Bar # 97046
PO Box 242694
Little Rock, AR 72223

Subscribed and sworn to before me this 9th day of September, 2020

_/s/ Therese M. Cheatham_
Notary Public

My commission expires: 06/23/2025