

# Application for Superintendent of Schools
## CLOSED! Pulaski County Special School District - Deadline March 12, 2018

**Name:** Warren (Last)  Janice (First)  H. (Middle)  **Date:** 3/5/2018

**Address:** Street  City  State Zip

**Phone:** Home  Business  Cell  **Fax:**

**Present Position:** Interim Superintendent of Schools

**School District:** Pulaski Co. Special School District, Little Rock, AR

**District Enrollment:** 12,644

**Number of Certified/Classified Staff:** 2,031

**Annual Budget:** $157M

**Annual Base Salary (including any annuity):** $195,000

## Educational Record

| Name and Location of Institution Attended: | Year(s): | Degree: | Major(s): | Minors(s): |
|---|---|---|---|---|
| Nova Southeastern University, Fort Lauderdale, FL | 2008 | Doctor of Education | Curriculum and Supervision | |
| University of Arkansas at Fayetteville, Fayetteville, AR | 1992 | Specialist Degree Administration | Administration | |
| University of Arkansas at Fayetteville, Fayetteville, AR | 1982 | Master of Education | Elementary Education | |
| University of Arkansas Pine Bluff, Pine Bluff, AR | 1978 | Bachelor of Science Elementary Education | Elementary Education | |

1. Do you hold a superintendent license for this position?  [X] YES  [ ] NO
2. Are you eligible for a superintendent license for this position?  [X] YES  [ ] NO



PLAINTIFF'S EXHIBIT 24

## Professional Memberships/Recent Community Activities

*Indicate leadership responsibilities relevant to the position.*

```
Arkansas Association of Educational Administrators
National Education Association
Arkansas Association of Supervision and Curriculum Development
Association of Supervision and Curriculum Development
Little Rock Chamber of Commerce
Alpha Kappa Alpha Sorority
```

## Employment Experience

*List in consecutive order beginning with the most recent position.*

| Dates | Position/Institution/Location | Supervisor's Name/Title | Supervisor's Phone |
|---|---|---|---|
| To: Present | Position: Interim Superintendent of Schools | Name: Board of Education | (Business) |
| From: 2017 | Institution/Location: Pulaski Co. Special School District Little Rock, AR | Title: | (Home) |
| Reason For Leaving (Please be specific): Still employed | | | District Enrollment: 12,644 |
| To: 2017 | Position: Assistant Supt. of Equity & Pupil Services/Director of Elementary Education | Name: Dr. Jerry Guess | (Business) |
| From: 2012 | Institution/Location: Pulaski County Special School District Little Rock, AR | Title: Superintendent | (Home) |
| Reason For Leaving (Please be specific): Assumed position of Interim Superintendent | | | District Enrollment: 12,644 |
| To: 2011 | Position: Superintendent | Name: Board of Education | (Business) |
| From: 2001 | Institution/Location: Crossett School District | Title: | (Home) |
| Reason For Leaving (Please be specific): Retired | | | District Enrollment: 3,000 |
| To: 2001 | Position: Assistant Superintendent | Name: Barbara Gates | (Business) deceased |
| From: 1996 | Institution/Location: Crossett School District Crossett, AR | Title: Superintendent | (Home) |
| Reason For Leaving (Please be specific): Assumed Superintendent position | | | District Enrollment: 3,000 |

## References

*Provide the names of four persons who can discuss your experience and qualifications in detail.*

| Name/Official Position | Business Phone | Home Phone | Cell Phone |
|---|---|---|---|
| Dr. Laura Bednar<br>Headmaster | | | |
| Senator Linda Chesterfield<br>State Legislator | | | |
| Mrs. Linda Goodwin<br>Danielson Consultant | | | |
| Norman Hill<br>Business Manager | | | |

## Background Check and Information

*In addition to the following information, a thorough background check may be made at the option of the employer.*

*If "YES" is selected in response to any question, please provide a detailed explanation.*

*"YES" answers to the following questions will not necessarily result in denial of an offer of employment. The employer will consider all the circumstances, including the date and nature of events that have led to the actions described below. Your written explanation will assist the employer in determining your eligibility and suitability for an offer of employment.*

1. Have you ever been convicted of, admitted committing, pleaded no contest, or are you awaiting trial for any crime (excluding only minor traffic violations that do not involve any allegations of alcohol, drugs or reckless driving) or have any civil charges previously or pending involving allegations of child abuse or spousal abuse? You must answer "YES" if true, even if the matter was later dismissed, deferred, reversed, or vacated. If you answer "YES" you must provide dates of the proceedings, the name and address of the court where the proceedings occurred, a statement of the accusation against you and the final disposition of the case(s).

   [X] NO    [ ] YES, please explain below

2. Have you ever been dismissed (fired) from any job, or resigned at the request of or pressure from your employer, or left employment while charges against you or an investigation of your behavior was pending or been refused tenure, reappointment or continuing contract from any employer? You must answer "YES" if true, even if the matter was later resolved with any form of settlement or severance agreement, regardless of its terms. If you answer "YES" you must provide the date of termination or resignation and other action concerning tenure reappointment or continuing contract denial and the name, address and telephone number of the employer(s) and a statement of the alleged reasons for termination or resignation.

   [X] NO    [ ] YES, please explain below

3. Have you ever had any license or certificate of any kind (teaching certificate or other professional license) revoked, suspended, or reprimanded, or have you in any way been sanctioned by or is any charge or complaint now pending against you before any licensing, certification or other regulatory agency or body, public or private? If you answer "YES" you must provide the dates of proceedings, name, address and telephone number of the agency or body where proceedings took place, a statement of the accusations against you, the final disposition and/or status of the charge or complaint.

   [X] NO    [ ] YES, please explain below

4. Are you now being investigated for any alleged misconduct or other alleged grounds for discipline by any licensing, certification or other regulatory body (teacher certification or otherwise) or by your current or any previous employer? If you answer "YES" you must provide the name, address and telephone number of the employer or licensing body and statement of the accusation against you.

   [X] NO    [ ] YES, please explain below

5. Have you ever been involved, or are you currently involved, or do you anticipate involvement in litigation either as the plaintiff/complainant or defendant/respondent?

   [X] NO    [ ] YES, please explain below

6. Have you ever filed a grievance/complaint of any kind against an employer?

   [X] NO    [ ] YES, please explain below

## Verification Statement
*(Please read carefully and sign the statement below)*

The information in the Application for Employment is true, correct, and complete to the best of my knowledge. I certify that I have answered all questions to the best of my ability and I have not withheld any information that would unfavorably affect my application for employment. I acknowledge that any misrepresentation or omission of any fact in my application, resume, or any other materials, or during any interviews, may be the cause for my rejection from employment or may result in my subsequent dismissal if I am hired.

| Janice H. Warren | 3/5/2018 |
|---|---|
| *Signature* | *Date* |

I request that my application file remain confidential pursuant to and in accordance with the State laws. If I am interviewed, I request that it be held in a closed session pursuant to State laws. For your information to be reviewed by the Board in closed session, your signature and date is required.

| Janice H. Warren | 3/5/2018 |
|---|---|
| *Signature* | *Date* |

Please Direct All Inquiries,
Applications and Supporting Materials To:

### Ray and Associates, Inc.

4403 First Avenue SE, Suite 407
Cedar Rapids, Iowa 52402-3221
319-393-3115 Phone
319-393-4931 Fax
E-mail: glr@rayassoc.com
Website: www.rayassoc.com

DO NOT CONTACT THE DISTRICT OR BOARD MEMBERS DIRECTLY

**APPLICATION DEADLINE:   MARCH 12, 2018**

Neither the client nor any member of Ray and Associates, Inc. discriminate on the basis of disability, race, religion, sex, national origin, or age in access to, employment in, or in the provision of any programs, benefits or activities.

# TOP CANDIDATE FILES
# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

Ray & Associates, Inc.
4403 1st Ave S.E. Suite 407
Cedar Rapids, IA 52402

**Number of Contacts:** 9

**Contact** Joe Fisher
City Atkins
State AR
**ID/Status** Top Candidate
Current District Atkins School District (AR)
**Current Position** Superintendent

**Contact** Sharon Griffin
City Memphis
State TN
**ID/Status** Top Candidate
Current District Shelby County Schools, Memphis, Tennessee
**Current Position** Chief of Schools

**Contact** John Gunn
City Dickson
State TN
**ID/Status** Top Candidate
Current District
**Current Position**

**Contact** James Harris
City Douglassville
State PA
**ID/Status** Top Candidate
Current District Daniel Boone Area School District
**Current Position** Superintendent

**Contact** Devon Horton
City O'fallon
State IL
**ID/Status** Top Candidate
Current District East Saint Louis 189
**Current Position** Assistant Superintendent

**Contact** Charles McNulty
City Iowa City
State IA
**ID/Status** Top Candidate
Current District Waterloo Community School District
**Current Position** Assoc Superintendent-Educational Services

**Contact** Roderick Payne
City Bartlett
State TN
**ID/Status** Top Candidate
Current District Shelby County Schools - Memphis, TN
**Current Position** Central Office Administrator

**Contact** ERICK PRUITT
City Cypress
State TX
**ID/Status** Top Candidate
Current District Houston Independent School District
**Current Position** Area Superintendent

**Contact** Janice Warren
City North Little Rock
State AR
**ID/Status** Top Candidate
Current District Pulaski Co. Special School District
**Current Position** Interim Superintendent of Schools

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## SUPERINTENDENT SEARCH
### *SEQUENCE OF STEPS TAKEN IN THE EVALUATION PROCESS OF THE CANDIDATES*

1. One thousand one hundred seventy-seven (1,177) individuals were contacted by Ray and Associates, Inc. regarding the vacancy, as the result of advertisements and recruitment by our national network of associates throughout the country.

2. An informal inquiry by Ray and Associates, Inc. found that the major reasons individuals applied was because of the District location and size.

3. The geographic breakdown of the one thousand one hundred seventy-seven (1,177) contacts in which forty-seven (47) states were represented was as follows:

| STATES | CONTACTS |
|---|---|
| Alabama | 14 |
| Alaska | 5 |
| Arizona | 25 |
| Arkansas | 18 |
| California | 76 |
| Colorado | 32 |
| Connecticut | 20 |
| Delaware | 5 |
| Florida | 56 |
| Georgia | 41 |
| Hawaii | 0 |
| Idaho | 2 |
| Illinois | 88 |
| Indiana | 13 |
| Iowa | 68 |
| Kansas | 17 |
| Kentucky | 10 |
| Louisiana | 11 |
| Maine | 0 |
| Maryland | 48 |
| Massachusetts | 20 |
| Michigan | 63 |
| Minnesota | 18 |
| Mississippi | 11 |
| Missouri | 25 |
| Montana | 2 |
| Nebraska | 13 |

This is the property of Ray and Associates, Inc., and is not intended for duplication or distribution without permission.

-1-

| | |
|---|---|
| Nevada | 10 |
| New Hampshire | 2 |
| New Jersey | 38 |
| New Mexico | 8 |
| New York | 60 |
| North Carolina | 25 |
| North Dakota | 2 |
| Ohio | 37 |
| Oklahoma | 10 |
| Oregon | 11 |
| Pennsylvania | 50 |
| Rhode Island | 0 |
| South Carolina | 11 |
| South Dakota | 7 |
| Tennessee | 25 |
| Texas | 71 |
| Utah | 5 |
| Vermont | 3 |
| Virginia | 24 |
| Washington | 27 |
| West Virginia | 1 |
| Wisconsin | 40 |
| Wyoming | 5 |
| Other | 4 |

4. Out of the one thousand one hundred seventy-seven (1,177) contacts thirty-six (36) candidates completed the application process by providing Ray and Associates, Inc., the required candidate materials.

5. The firm was careful not to exclude any candidates because of a delay in mail or inaction by college placement offices.

6. Through the initial levels of screening the thirty-six (36) candidates who completed the application process were evaluated and screened based on administrative experience and a good academic background.

7. The candidates were then evaluated based on the qualities and criteria determined by the board of education and printed in the district brochure. Each file was also reviewed for other special experience.

## QUALIFICATIONS

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT

Seeks a Superintendent who.....

- Possesses excellent people skills, presents a positive image of the district and will listen to input and make a decision when necessary.
- Possesses the leadership skills required to respond to the opportunities and challenges presented by an ethnically and culturally diverse community.

This is the property of Ray and Associates, Inc., and is not intended for duplication or distribution without permission.

- Inspires trust, has high levels of self-confidence and optimism, and models high standards of integrity and personal performance.
- Is a strong communicator; speaking, listening and writing.
- Has experience recruiting and maintaining exceptional staff for the district and schools.
- Is able to delegate authority appropriately while maintaining accountability.
- Has knowledge of and successful experience in sound fiscal practices and management of district resources, including appropriate participation of others in planning and decision-making.
- Is strongly committed to a "student first" philosophy in all decisions.
- Possesses the ability to enhance student performance, especially in identifying and closing or narrowing the gaps in student achievement.
- Promotes a positive and professional environment for district employees and Board.
- Is comfortable leading innovation and reform efforts

8. The top candidates after the screening based upon experience, education and Board criteria were given a comprehensive interview by one of our associates.

9. When the interviews were completed our screening associates conferred what they learned of the candidates with whom they spoke.

10. Next, a thorough investigation of each candidate was made through references, state officials, other school administrators and individuals who knew the candidate and his abilities and strengths. Following these investigations the determination of the best candidates for the Pulaski County Special School District Superintendent position was finalized.

11. The nine (9) top candidates for the Pulaski County Special School District Superintendent search are from the states of: Arkansas, Illinois, Iowa, Pennsylvania, Tennessee and Texas.

12. All nine (9) top candidates were telephoned and all are still very interested in the Pulaski County Special School District Superintendent position.

This is the property of Ray and Associates, Inc., and is not intended for duplication or distribution without permission.