# CANDIDATE FILE

# FOR

# CHARLES MCNULTY



# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

*Superintendent Search*

*2018-19*



PLAINTIFF'S EXHIBIT 25

I believe the position of superintendent should be used as an instructional leader, coach, community planner, dream keeper, and most importantly an advocate for all students. Furthermore, developing teacher practice, cultivating school leadership, utilizing data, and establishing productive community relationships enhance opportunities for students to be academically and socially successful. My career has prepared me for this opportunity and my beliefs about what it takes to transform public education make me a unique candidate to serve Pulaski County Special School District. I look forward to meeting with you personally.

Sincerely,

*[signature]*

Erick D. Pruitt



PLAINTIFF'S EXHIBIT 27

March 22, 2018

The Pulaski County Special School District
925 East Dixon Road
Little Rock, AR 72206

Dear Search Committee:

I am enthusiastically submitting my application for the Superintendent position with The Pulaski County Special School District. As an educational leader, I work from an ideological and experiential grounding that our schools must be driven systemically by a rigorous curriculum and instructional approach founded upon an equity driven professionalism that ensures life choices for all individuals in a diverse and democratic society. I believe my instructional leadership as demonstrated in my current position as Associate Superintendent with the Waterloo Community School District and past leadership roles as Assistant Professor at the University of Northern Iowa; Superintendent of Black Hawk School District; and as Pupil Personnel Services Director and Principal of Carl Sandburg School in Freeport, Illinois places me in a unique position to leverage my passion and professional skills to ensure student achievement. Important to my candidacy for the superintendent position is my successful experience as a district/school leader impacting student achievement across all student demographic groups through harnessing the power of collective work by dedicated professionals, families, and community members. In addition to my proven ability to work collaboratively to ensure student achievement, my leadership is also founded upon the importance of developing institutional integrity where the mission of the district and the key values of equity, honesty, transparency, and respecting the voices of all stakeholders becomes the lived experience of the learning community.

Since July of the 2014-15 school year, I have been serving as Associate Superintendent for Educational Services in the Waterloo Community School District in Waterloo, Iowa. I am directly responsible to 10,800 students and their families to provide each and every student with a rigorous and enriching educational experience that increases their opportunities for self-determination and connectedness to the community. With that end in mind, I have engaged district and school professionals in the development of a strategic plan that has built a systemic focus on both professional practice and student performance outcomes in and outside the classroom. This systemic focus has created a foundation for innovation across our schools for the professionals charged with supporting our students and their families. We have had double digit growth in our third grade Iowa State reading assessment for two consecutive years, reached at or above 80% (4 year) graduation rate for the first time in district history (twice), reduced the achievement gap at the middle school levels while increasing achievement in reading and mathematics for the 2016-17 school year. I have also established district-wide curricular teams made up of teachers and instructional coaches that created common formative assessments K-10 to ensure that professional voice and rigorous instructional practices are the foundation for building an educational institution that accepts nothing less than institutional and educational excellence.

I have been committed since I began teaching in the Longview School District to a pedagogy rooted in social justice where systemic initiatives must be based on professionals' implementing with integrity the mission and the vision of the district. My practices as a Superintendent with the Black Hawk School District and as a building leader at Carl Sandburg School have always been centered on empowering the school's stakeholders to utilize authentic student performance data as a launching point to explore and create a personalized learning experience for all students. For example, at Black Hawk after just one year of implementation of data driven student centered practices, we saw dramatic increases in our targeted goal areas concerning student performance in 3rd through 5th grade reading and math results despite the fact the community began to experience a rise poverty coupled with a decrease in state aid.

● Page 2                                                                                    March 22, 2018

As principal at Carl Sandburg School we successfully took on the challenges of being put on the Illinois State Board of Education's School Academic Warning List (in 2002) to be later named an Illinois State Board of Education Spotlight School for four consecutive years (2005-08) even with free and reduced lunch population rising about twenty percent (60% in 2008). In addition to being recognized for our students' achievements by the State of Illinois Board of Education, we were also identified as one of four Schools of Excellence (across three states) by the Illinois' Regional Offices of Education at the Raising Student Achievement Conference in 2007. Most importantly, during my tenure as principal, we either eliminated or closed the achievement gap between our white and non-white student populations along with students with IEPs and their non-IEP peers. An artifact of striving for such academic achievement for all students was the attainment of demographically equitable suspension rates given our student population (61% white, 39% non-white).

In closing, I put forward this application for the Superintendent position solely because of my knowledge and passion for equity and excellence which I believe corresponds to the vision of The Pulaski County Special School District. Educational excellence for all is not easy, but I do believe that every organization has its defining moment and I would contend that The Pulaski County Special School District is at the cusp of such a moment. I am certain that my collaborative leadership style grounded on leveraging systems focused on equity to unleash the capabilities of all stakeholders will add to the ability of the Board, professional staff, students, and families to seize that moment.

Sincerely,

Charles McNulty

Charles McNulty, Ph. D.



# Application for Superintendent of Schools
## CLOSED! Pulaski County Special School District - Deadline March 12, 2018

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | McNulty (Last) | Charles (First) | Robert (Middle) | **Date:** | 3/6/2018 |
| **Address:** | 1063 Lake Shore Dr. (Street) | Iowa City (City) | Iowa (State) 52246 (Zip) | **E-mail:** | cdmcnulty@msn.com |
| **Phone:** | 3192313376 (Home) | 3192313376 (Business) | 3192313376 (Cell) | **Fax:** | |
| **Present Position:** | Associate Superintendent for Educational Services | | **School District:** | Waterloo Community School District, Waterloo, IA | |
| **District Enrollment:** | 10,800 | | **Number of Certified/Classified Staff:** | 1700 | |
| **Annual Budget:** | $130,000,000 | | **Annual Base Salary (including any annuity):** | $152,000 | |

## Educational Record

| Name and Location of Institution Attended: | Year(s): | Degree: | Major(s): | Minors(s): |
|---|---|---|---|---|
| University of Wisconsin - Madison, Madison, WI | 2011 | Ph.D, | Educational Leadership | |
| Portland State University, Portland, OR | 1996 | NA | Administrative Certification | |
| Portland State University, Portland, OR | 1991 | Masters of Science, Ed. | Special Education | |
| Lewis and Clark College, Portland, OR | 1987 | B,S, | Political Science/Psychology | |
| University of British Columbia, Vancouver, BC Canada | 1994-95 | NA | Multicultural Education (started PhD.) | |

1. Do you hold a superintendent license for this position?    [X] YES   [ ] NO
2. Are you eligible for a superintendent license for this position?    [X] YES   [ ] NO

## Professional Memberships/Recent Community Activities

*Indicate leadership responsibilities relevant to the position.*

Received the Dr. Carmen Sosa Award for Leadership and Service to English Language Learners (ELL) at the Iowa Culture and Language Conference, Coralville, IA (November, 2017).

Educational Summit - Facilitated a Panel Session with local and state educational leaders over current issues in public education at the University of Northern Iowa (November, 2017).

Co-presented at the UNI Council of Teachers of English on implicit bias in public school at the University of Northern Iowa (October, 2017).

Statewide Assessment Advisory Committee, Iowa Department of Education: sitting member (2016 - present).

Every Student Succeeds Act Committee, Iowa Department of Education: sitting member (2016 - present).

## Employment Experience

List in consecutive order beginning with the most recent position.

| Dates | Position/Institution/Location | Supervisor's Name/Title | Supervisor's Phone |
|---|---|---|---|
| To: Present<br>From: July, 2014 | Position: Associate Superintendent for Educational Services<br>Institution/Location: Waterloo Community School District, Waterloo, IA<br>Reason For Leaving: Desire to work with a community striving for excellence with equitable outcomes for all students. | Name: Dr. Jane Lindaman<br>Title: Superintendent | (Business)<br>(Home) 319.493.1069<br>District Enrollment: 10,800 |
| To: June/2014<br>From: August/2011 | Position: Assistant Professor<br>Institution/Location: University of Northern Iowa, Cedar Falls, IA<br>Reason For Leaving: Offered the position of Associate Supt., Waterloo, IA. | Name: Dr. Nick Pace<br>Title: Dept. Chair | (Business) 402.472.3910<br>(Home)<br>District Enrollment: NA |
| To: June/2011<br>From: July/2008 | Position: Superintendent<br>Institution/Location: Blackhawk School District, South Wayne, WI<br>Reason For Leaving: Was offered the position of Assistant Professor with the University of Northern Iowa. | Name: Cary Holland<br>Title: Board President | (Business) 608.558.2285<br>(Home)<br>District Enrollment: 500 |
| To: June/2008<br>From: June/2001 | Position: Principal<br>Institution/Location: Carl Sandburg Middle School<br>Reason For Leaving: Offered Superintendent position with the Blackhawk School District | Name: Dr. Peter Flynn<br>Title: Superintendent | (Business) 815.275.9961<br>(Home)<br>District Enrollment: 5000 |

## References

Provide the names of four persons who can discuss your experience and qualifications in detail.

| Name/Official Position | Business Phone | Home Phone | Cell Phone |
|---|---|---|---|
| Dr. Peter Flynn<br>Superintendent (Retired) Freeport School District<br>p.flynn2@comcast.net | | | 815.275.9961 |
| Dr. Beverly Smith<br>Associate Superintendent for Human Resources and Equity<br>smithb@waterlooschools.org | | | 319.239.6206 |
| Amy Schmidt<br>Principal, Irving Elementary School<br>schmidta@waterlooschools.org | | | 3192313771 |
| Dr. Nick Pace<br>Dept. Chair Educational Administration, University of | | | 319.231.8515 |

Nebraska
Nick.pace@uni.edu

## Background Check and Information

*In addition to the following information, a thorough background check may be made at the option of the employer.*

*If "YES" is selected in response to any question, please provide a detailed explanation.*

*"YES" answers to the following questions will not necessarily result in denial of an offer of employment. The employer will consider all the circumstances, including the date and nature of events that have led to the actions described below. Your written explanation will assist the employer in determining your eligibility and suitability for an offer of employment.*

1. Have you ever been convicted of, admitted committing, pleaded no contest, or are you awaiting trial for any crime (excluding only minor traffic violations that do not involve any allegations of alcohol, drugs or reckless driving) or have any civil charges previously or pending involving allegations of child abuse or spousal abuse? You must answer "YES" if true, even if the matter was later dismissed, deferred, reversed, or vacated. If you answer "YES" you must provide dates of the proceedings, the name and address of the court where the proceedings occurred, a statement of the accusation against you and the final disposition of the case(s).

   [X] NO    [ ] YES, please explain below

2. Have you ever been dismissed (fired) from any job, or resigned at the request of or pressure from your employer, or left employment while charges against you or an investigation of your behavior was pending or been refused tenure, reappointment or continuing contract from any employer? You must answer "YES" if true, even if the matter was later resolved with any form of settlement or severance agreement, regardless of its terms. If you answer "YES" you must provide the date of termination or resignation and other action concerning tenure reappointment or continuing contract denial and the name, address and telephone number of the employer(s) and a statement of the alleged reasons for termination or resignation.

   [X] NO    [ ] YES, please explain below

3. Have you ever had any license or certificate of any kind (teaching certificate or other professional license) revoked, suspended, or reprimanded, or have you in any way been sanctioned by or is any charge or complaint now pending against you before any licensing, certification or other regulatory agency or body, public or private? If you answer "YES" you must provide the dates of proceedings, name, address and telephone number of the agency or body where proceedings took place, a statement of the accusations against you, the final disposition and/or status of the charge or complaint.

   [X] NO    [ ] YES, please explain below

4. Are you now being investigated for any alleged misconduct or other alleged grounds for discipline by any licensing, certification or other regulatory body (teacher certification or otherwise) or by your current or any previous employer? If you answer "YES" you must provide the name, address and telephone number of the employer or licensing body and statement of the accusation against you.

   [X] NO    [ ] YES, please explain below

5. Have you ever been involved, or are you currently involved, or do you anticipate involvement in litigation either as the plaintiff/complainant or defendant/respondent?

   [X] NO    [ ] YES, please explain below

6. Have you ever filed a grievance/complaint of any kind against an employer?

   [X] NO    [ ] YES, please explain below

## Verification Statement

*(Please read carefully and sign the statement below)*

The information in the Application for Employment is true, correct, and complete to the best of my knowledge. I certify that I have answered all questions to the best of my ability and I have not withheld any information that would unfavorably affect my application for employment. I acknowledge that any misrepresentation or omission of any fact in my application, resume, or any other materials, or during any interviews, may be the cause for my rejection from employment or may result in my subsequent dismissal if I am hired.

| Charles R McNulty | 3/6/2018 |
|---|---|
| **Signature** | **Date** |

I request that my application file remain confidential pursuant to and in accordance with the State laws. If I am interviewed, I request that it be held in a closed session pursuant to State laws. For your information to be reviewed by the Board in closed session, your signature and date is required.

| Charles R McNulty | 3/6/2018 |
|---|---|
| **Signature** | **Date** |

Please Direct All Inquiries,
Applications and Supporting Materials To:

### Ray and Associates, Inc.

4403 First Avenue SE, Suite 407
Cedar Rapids, Iowa 52402-3221
319-393-3115 Phone
319-393-4931 Fax
E-mail: glr@rayassoc.com
Website: www.rayassoc.com

DO NOT CONTACT THE DISTRICT OR BOARD MEMBERS DIRECTLY

**APPLICATION DEADLINE: MARCH 12, 2018**

Neither the client nor any member of Ray and Associates, Inc. discriminate on the basis of disability, race, religion, sex, national origin, or age in access to, employment in, or in the provision of any programs, benefits or activities.

Charles R. McNulty, Ph.D.
1063 Lake Shore Dr.
Iowa City, Iowa
(319) 231-3376

## Professional Experience
### Institution & Location
- Waterloo Community School District, Associate Superintendent, Waterloo, IA 2014-Present
- University of Northern Iowa, Assistant Professor, Cedar Falls, IA 2011-14
- School District of Black Hawk, Superintendent, South Wayne, WI 2008-11
- Freeport School District, Dir. of Pupil Personnel Services & Principal, Freeport Il, 2000-08
- Portland State University, Adjunct Faculty, Portland, OR 1998-00
- Oregon Outreach Inc., Dir. of Organizational Development & Principal, Portland, OR 1996-97
- Monticello Middle School, Administrative Intern, & Teacher, Longview, WA 1995-96
- University of British Columbia, Adjunct Faculty, Vancouver, British Columbia 1994-95
- Monticello Middle School, Dept. Chair Special Education and Teacher, Longview, WA 1991-94
- Educational Service District 112, Summer School Teacher, Vancouver, WA 1992-93

## Leadership Practices/Outcomes
### Waterloo Community School District – 11,000 Students, 2014 - Present
*Waterloo, IA*
### Associate Superintendent
- Responsible for the Academic Programing of nineteen educational sites within the district
    - Where for 2015-16 and 2016-17 the WSCD has had the largest increases in early elementary literacy scores amongst the Urban Educational Network in Iowa
    - Reached a graduation rate of 80% for the first time in the history of the WSCD
    - Seen strong jump in middle school literacy and math scores on the Iowa Assessments while reducing the achievement gap between White and African American students
- Developed/implemented a strategic planning process that focuses systemic practices to improve schools to attain equitable outcomes for student achievement
    - Set strategic direction on district "Big Rocks" focusing on rigor/implicit bias, relationship/dislodging the pathway to prison, and formative assessments
    - According to the 2016-17 staff survey (n=1650) 90% of all employees know and understand their school's strategic plan.
    - According to the 2016-17 staff survey (n=1650) 85% percent of employees believe eliminating the achievement gap is a priority for the district
- Developed/implemented District Core Committees to frame curriculum, instruction and assessment
    - Committees develop and implement District-wide professional develop monthly
    - Created Common Formative Assessments (CFAs) based on the Iowa Core Standards
    - Investigate, evaluate, and recommend to the Board District-wide curriculum
- Guided professional development to enhance administrative, teacher, and support staff capacity to build collective leadership and equitable results for all students across all nineteen educational sites
    - Develop/implement professional development for principals, assistant principals, lead teachers, instructional coaches and teachers to ensure organizational coherence with regards to systemic leadership practices that lead to student achievement outcomes

Charles R. McNulty
319-231-3376

- o Developed walk-through tool to provide formative feedback on student performance to enhance professional reflection on practices for individual teachers and PLCs

**University of Northern Iowa, 2011 to 2014**
**Department of Educational Leadership and Postsecondary Education**
*Cedar Falls, IA*
Assistant Professor
- Taught courses in the Superintendent, Principalship, and Teacher Leadership Programs
- Doctoral Coordinator
- Conducted research on teacher perceptions of PLCs in Northern Iowa
- Published scholarly articles focusing on effective use of data by social justice educational leaders to increase student achievement
- Provided program analysis brief for the College of Education to assist in a department's restructuring process

**School District of Black Hawk – 500 Students, 2008 – 2011**
*South Wayne, WI*
Superintendent:
- Developed a decision-making structure district-wide to ensure the effective implementation of a strategic plan focusing on student achievement and professional practice
- Redefined budget to fund strategic plan with a nine member board and built a viable fund balance in an era of declining enrollment and dwindling state aid
- Developed/implemented district-wide curriculum and instructional changes with matching assessments in reading and mathematics which:
  - o Increased the number of students scoring in the top 35th percentile nationally on the PLAN and EXPLORE tests from 35% to 60%
  - o Improved third through fifth grade WKCE Reading test scores from 80% proficient/advanced in 2009 to 94% with 58% of the students scoring advanced in 2010
  - o Increased third through fifth grade WKCE Math scores from 80% meeting the standard in 2009 to 89% for 2010
- Implemented district technology plan and brought the K-12 system up to speed with 21st Century technology for students while also providing systemic support for a Multi-Tier System of Support database

**Freeport School District – 5,000 Students, 2000 – 2008**
*Freeport, Illinois*
Carl Sandburg Middle School Principal – 630 Students, 2001 – 2008:
- Moved Carl Sandburg from School in Need of Improvement in 2002 to four consecutive Spotlight School Awards, an Academic Improvement Award, and a School of Excellence Award given by the State Regional of Educations
- Increased the number percent of students in all subjects meeting/exceeding the standard from 46% in 2002 to 84% in 2008
- Even with an increased free/reduced lunch student population (40% to 60%) in a school with 37% students of Color; eliminated the achievement gap for about 80 African American females,

Charles R. McNulty
319-231-3376

- 70 multi-ethnic students and greatly reduced the gap for 60 African American males with their White peers
- Developed a strategic plan process based upon high functioning professional teams focused on student achievement through the use of rigorous curriculum and corresponding assessments (data base) to ensure student mastery of content
- Increased students taking algebra and pre-algebra at the junior high school from about 20 students to approximately 220 students
- Led a successful appeal to the ISBE on the 2005 Illinois State Achievement Test results that changed the scores of 4,000 students Statewide and the academic status of nine schools
- As District Math Taskforce Chair, led team to the development of Curriculum Standards that were aligned to the Illinois Learning Standards as well as the District adopted textbooks

### Director of Pupil Personal Services – 5,000 Students, 2000 – 2001
- Ensured the successful completion for the compliance to the Office of Civil Rights mandates impacting special needs students and students who have been designated talented and gifted
- Effectively managed a budget of four million dollars in order to provide Federal and State flow-through funds to direct services
- Assisted IEP teams to understand Federal and State requirements regarding Least Restrictive Environment and Free and Appropriate Education for all students
- Lincoln-Douglas Elementary Principal was added to my other duties because of the medical leave of the building principal. I took over the leadership for the school of 300 students in April of 2001 to ensure the maintenance of effective instruction through the reminder of the school year

## Portland State University, 1998 – 2000
*Portland, Oregon*
### Adjunct Faculty:
- Taught courses in Statistics (graduate), Social Foundations of Education (graduate), Organizational Leadership (undergraduate) and Introduction to Education (graduate)

## Oregon Outreach Inc., / The Gladys McCoy Academy, 1996 – 1997
*Portland, Oregon*
### Director of Organizational Development/ Principal Gladys McCoy Academy:
- Initiated and constructed with staff an interdisciplinary thematic instructional program for alternative education high school students in NE Portland (inner city school)
- Jointly developed with administrators, staff, and students a strategic plan that emphasizes collaboration and ownership of decision-making, responsible for staffing and instructional evaluation for the NE Portland and Beaverton sites, and maintained with students and staff a safe learning environment

## Monticello Middle School – 900 Students/ Longview School District – 4,300 Students, 1995 – 1996
*Longview, Washington*
### Administrative Internship (375+hrs):
- Developed and implemented a student leadership program
- Performed school-wide disciplinary interventions
- NAEP assessment administrator in math

## University of British Columbia/ Faculty of Education, 1994 – 1995
*Vancouver, British Columbia Canada*
### Instructor for the Department of Curriculum and Instruction:

Charles R. McNulty
319-231-3376

- Courses taught in the elementary and middle school teacher-training program

### Monticello Middle School – 900 Students/ Longview School District – 4,300 Students, 1991 – 1994
*Longview, Washington*

Department Chairperson in Special Education, 1991-94:
- Developed and implemented an inclusionary delivery system for students with special needs within the regular education environment

On Call Acting School Administrator:
- Contact individual for parents, daily administrative duties, and student discipline

Special Education Teacher:
- Developed a Specific Behavioral Disabilities program for students in special education then broadened program to students at-risk for educational failure due to behavior detrimental to the learning environment. The program was philosophically founded upon an inclusionary model based upon equity, self-management and individual accountability

### Educational Service District 112 – Summer School, 1992 & 1993
*Vancouver, Washington*

High School Teacher:
- Taught courses in written language, mathematics, and social skills for students to receive high school credit
- Tutorial Program Coordinator, Summer Session: Developed an in-service training program for at-risk high school students to prepare them as classroom assistants for elementary and middle school teachers; then supervised them during the Longview School Districts summer school program

### Education
### University of Wisconsin/ Educational Leadership and Policy Analysis, 2006 – 2011
Madison, Wisconsin
- Doctor of Philosophy, Education
- Superintendent licensure requirements completed August 2009

### Portland State University/ Educational Policy, Foundations, and Administrative Studies Program, 1998 – 2000
*Portland, Oregon*
- Focus on standards-based reform (transferred credits to UW, Madison)

### Portland State University/ Educational Policy, Foundations, and Administrative Studies - Certification Program, 1995 – 1996
*Portland, Oregon*
- Educational leadership certification program for Washington and Oregon

### University of British Columbia/ Department of Educational Studies - Doctoral Program, 1994 – 1995
*Vancouver, British Columbia*
- Emphasis of Study: Multicultural Education, completion of year one of four

Charles R. McNulty
319-231-3376

### Portland State University/ Special Education Department, 1989 – 1991
*Portland, Oregon*
- Master of Science, Education
- Scholarship student with a focus on Serious Emotional Disabilities

### Lewis and Clark College, 1981 – 1987
*Portland, Oregon*
- Bachelor of Science
- Majors: Political Science and Psychology

### Additional Professional Activities
- Received the Dr. Carmen Sosa Award for Leadership and Service to English Language Learners (ELL) at the Iowa Culture and Language Conference, Coralville, IA (November, 2017)
- Educational Summit - Facilitated a Panel Session with local and state educational leaders over current issues in public education at the University of Northern Iowa (November, 2017)
- Co-presented at the UNI Council of Teachers of English on implicit bias in public school at the University of Northern Iowa (October, 2017)
- Statewide Assessment Advisory Committee. Iowa Department of Education: sitting member (2016 – present)
- Every Student Succeeds Act Committee, Iowa Department of Education: sitting member (2016 – present)
- Presented the Teaching Portfolio: Key to Excellence in Education. College of Education Leadership Team, University of Northern Iowa (July 18, 2013)
- Presented on Inclusive practices at Midwest Culturally Inclusive Conference, Platteville, WI, and (September, 2012)
- Presented on Successful Social Justice Leadership at 2012 NCPEA Conference. Kansas City, Missouri (August, 2012)
- Presented on Effective Teaching Practices to Pre-service Teachers. College of Education, University of Northern Iowa (April, 2012)
- Presented Effective Systems Change at International Administrator Workshop on Structuring Teacher Leadership for Student Success." Cedar Falls, IA (January 2012)
- Presented on School Reform at the Every Child a Graduate Conference in Madison (January, 2011)
- Presented at the RtI Summit in Green Bay (March, 2010)
- Presented with a team of educators at the Wisconsin Promise Convention – "Turning Around a Failing School" in Madison (January, 2010)
- One of three Midwest schools presenting at the Consortium of Educational Change Conference. (August, 2008)
- One of four Illinois schools presenting at the Raising Student Achievement Conference. (December, 2007)
- One of ten nationally featured schools/districts presenting at the Wisconsin Idea Leadership Academy Doubling Student Performance conference (July, 2007)
- Spoke at the American Educational Research Association Conference in Chicago as one of three featured principals discussing social justice and student achievement (April, 2007)
- Provided professional development to the Lena-Winslow School District on Inclusion and Student achievement (May, 2006)
- Presented to the Illinois State Board of Education Appeals Board on assessment statistical error where the Appeal's Board voted 8 to 0 in support of the School (December, 2005)
- Wrote and awarded a Sharing the Dream Grant to enhance parent participation in the school community (September, 2005)

Charles R. McNulty
319-231-3376

- Panelist at the COSA 96 conference on "Public Attitudes Towards State Education" (June, 1996).
- Presented at the Columbia Educational Compact Meeting on "Public Attitudes Towards State Education" (Dec. 1995).
- Guest speaker on inclusion at the Southwest Washington chapter of the Council for Exceptional Children, Washington State Directors of Special Education Conference, and the Evergreen School District (1992-93).

**Educational Leadership
and Postsecondary Education**



November 25, 2017

Recommendation:  Charles McNulty, Ph.D.
                 Applicant for the position of Superintendent of Schools

Please accept this recommendation for Dr. Charles McNulty, applicant for the position of superintendent of schools. I have known Dr. McNulty for the past seven years as a colleague at the University of Northern Iowa in our Educational Leadership and Postsecondary Education Department and in his current role as Associate Superintendent of Schools for the Waterloo Community Schools. After 40 years as a school administrator and retiring as the superintendent for the Waterloo Community Schools in 2008, I can say without question that Dr. McNulty has the leadership qualities to lead an urban school district.

As you can see in his resume, while in Freeport, Illinois (Urban District) as Middle School Principal, Charles was able to see the achievement gaps close among low SES students and an increase in student achievement for all students. This had not happened prior to his arrival and his background in professional development, accountability, models for improvement, and knowledge of how Professional Learning Communities can best be used to affect student achievement were paramount in making these significant changes. In a rural Wisconsin District as Superintendent, Dr. McNulty also found similar successes with a very different population.

In his role as Associate Superintendent in Waterloo, under his leadership, many students traditionally scoring low on Iowa assessments are now achieving at much higher levels. His ability to work with building level administrators, giving them the tools to help their faculties, is outstanding. Principals not only feel supported, they welcome his leadership in helping improve student performances. Dr. McNulty is also not hesitant to make hard decisions when it comes to administrative staffing.

The ability to have strong and professional school board relationships is essential for a superintendent to succeed. In my communications with some of the Waterloo board members,



**WATERLOO**
Community School District

*Engaged in Learning • Prepared for Success*

1516 Washington Street • Waterloo, Iowa  50702-1698 • 319.433.1874 • FAX: 319.-433.1889 • lindamanj@waterlooschools.org • Cell: 319.493.1069

November 20, 2017

To Whom It May Concern:

It is my pleasure to write a letter of recommendation for Dr. Charles McNulty. I am the superintendent of Waterloo Schools in Waterloo, Iowa. Our district is a highly diverse district with urban demographics. We serve approximately 11,000 students K-12—70% free & reduced lunch eligibility, 50% minority, 16% IEP eligibility, and 11% ESL students. I have been an administrator in Waterloo Schools for 13 years, serving the past four years as the superintendent. Dr. McNulty joined our district in July of 2014, as the Associate Superintendent for Educational Services, leading curriculum, instruction, assessment, and professional development.

Dr. McNulty is excellent!  I have the highest regard for his character, his work, his moral imperative.  His instruction and leadership experiences have allowed him to be a catalyst for change in our district.  Under his leadership, we have implemented district-level and school-level improvement plans that drive our strategic plan work in the areas of human capital (People), student achievement (Achievement), community involvement (Community) and safe learning environment (Environment).  His understanding of and ability to develop strong systems is likely the strongest work I have ever experienced.  He leads our largest team of district-level administrators and has been instrumental in working directly with our 40 building administrators.  He has an uncanny ability to pinpoint employees' strengths and concerns and works effectively and efficiently to deliver appropriate supports, motivation and recognition.

Likely most notable is his moral compass in the area of social justice.  He works with *bulldog tenacity* to ensure students, all students, get what they need and deserve to be successful.  His work in the area of academic and behavioral equity, and his diligence in creating second order change in those areas, will be the legacy he leaves in our district.  His work with core instruction and academic supports for marginalized populations has been foundational to the improvements we are seeing across the district.  Under his leadership, our district experienced the largest gains of any urban district in Iowa in early literacy for the past two consecutive years.  We also experienced a systemic improvement across the board in our middle schools.  Graduation rate has improved the past four years, as has our use of distributed leadership and staff morale.

Dr. McNulty's leadership style is unique, one that took a couple of months for me to fully grasp; however, after a short amount of time, we were able to hit a very effective "stride," creating a strong partnership with styles that complement each other. He has empowered staff through district-committee work which has proven to highly engage our staff in the change process. He is well liked by our staff members and they describe him as inspirational, supportive and driven.

Additionally, Charles has been a great professional support for me as a leader, and I believe strongly in his capacity to lead change, wherever that may be.  When he accepts a superintendency elsewhere, it will be a great loss for our district.  I fervently hope he stays here because of the amazing value he adds for students, staff and community, but I also support his choice to pursue a superintendent position elsewhere.  He will be an excellent asset wherever he leads, and I wish him the very best of luck in the future!

If you have any questions, I would be happy to visit further with you at your convenience.  My office number is 319.433.1874 and my cell is 319.493.1069.

Sincerely,

*Jane Lindaman*

Jane Lindaman, Ed.D.
Superintendent, Waterloo Schools, Waterloo, IA

 

**Irving Elementary School**
1115 West 5th Street
Waterloo, Iowa 50702

October, 2017

Recommendation for Dr. Charles McNulty

To Lawrence Public Schools USD 497:

My name is Amy Schmidt and I am the principal at Irving Elementary in Waterloo, Iowa. I have worked in the Waterloo Schools for over 17 years. I have had the privilege of knowing Dr. Charles McNulty for the past six years. He has not only been my supervisor, as the Associate Superintendent of Waterloo Schools, but also my mentor. Over the years, I have witnessed several changes in leadership within Waterloo Schools. I am honored to say that I have worked with some of the greatest leaders who have brought profound change to Waterloo Schools. I consider Dr. Charles McNulty to be one of the greatest.

Irving Elementary School has a diverse population which includes students from multiple ethnic backgrounds and economic status. Over 90% of our student population lives in poverty. Poverty in itself encompasses many challenges for a building principal. It is crucial to my role as the principal that I have the support of our district leadership. Dr. McNulty has proven time and time again, his eagerness to support and provide resources for our staff, students and families. He utilizes effective interpersonal skills to lead school reform, which has benefited my school directly.

As the building principal, one of my responsibilities is to increase academic achievement. When I first had the opportunity to lead Irving Elementary, Dr. McNulty was instrumental in my transition as a new head principal. He consistently met with me to review and monitor our school improvement plan. Dr. McNulty placed a huge emphasis on analyzing data during our Professional Learning Communities to increase academic achievement. Dr. McNulty worked with our leadership team and attended Professional Learning Communities with our teachers to ensure our success. He challenged our thinking when looking at the data to help us inform our instruction, but more importantly respond to the data. Due to his efforts in leading our team, for the 2015-16 school year, Irving Elementary received the Schwartzendruber Award for having the largest increase in academic achievement as measured by Iowa Assessments within the Waterloo district. Dr. McNulty's persistence in challenging and leading our team had a direct impact on our increase in achievement.

It was evident through Dr. McNulty's actions he was a leader of change, as well as a distributive leader who valued people. In order to make positive change happen in Waterloo, he implemented systems which streamlined our school improvement process. This was evidenced by Dr. McNulty's work with the Waterloo School's Plan on a Page. Another example of this would be his leadership in establishing district teams that included instructional coaches and teachers from across our district. His efforts would

help our district move school reform in a positive direction. The district level committees focused on literacy, writing, math and formative assessment. Dr. McNulty would provide the teams with a clear mission and vision while supporting their work in seeking out systematic approaches to increase academic achievement.

Dr. McNulty possesses many qualities that any educational organization would benefit from. He has supported our work during SINA/PLAS meetings with the representatives from the state. Dr. McNulty has led us through a systematic change process utilizing the Waterloo School's Strategic Plan that is charged with increasing academic achievement and overall organizational health. He has guided me and other principals in modeling how to use the systems to effectively increase job performance, time management and student achievement. Dr. McNulty utilizes written and oral communication skills by providing us district updates as needed, professional agendas, current research, constructive feedback and data analysis guidance. As an elementary cohort, we respect Dr. McNulty and truly value his expertise with instructional leadership and as a social justice leader. As an elementary principal, in order for me to truly impact school reform positively, I must be given the supports necessary to do so. Dr. McNulty has not only supported me navigating challenging situations at the building level, but he has helped me to grow professionally as a leader within my school and district.

Dr. Charles McNulty is a dynamic leader who does not run from the tough challenges that Waterloo Schools encounters on a daily basis. He leads innovation and school reform by tackling tough issues head on. His approach to equity is direct and challenges us all to analyze data to provide rigorous education for all students. Dr. McNulty is a leader who invests in others, while helping to develop their talents. I would strongly recommend Dr. McNulty for any Superintendent position in a district that is eager to achieve progressive school reform.

Sincerely,

*Amy Schmidt*

Principal, Irving Elementary

1115 W. 5th Street

Waterloo, IA 50702  P 319.433.2800  F 319.433.2829