

# Application for Superintendent of Schools
## CLOSED! Pulaski County Special School District - Deadline March 12, 2018

| | | | | |
|---|---|---|---|---|
| **Name:** | Warren | Janice | H. | **Date:** 3/5/2018 |
| | Last | First | Middle | |

**Address:**
Street     City     State Zip

**Phone:**                                  **Fax:**
Home   Business          Cell

| | | | |
|---|---|---|---|
| **Present Position:** | Interim Superintendent of Schools | **School District:** | Pulaski Co. Special School District Little Rock, AR |
| **District Enrollment:** | 12,644 | **Number of Certified/Classified Staff:** | 2,031 |
| **Annual Budget:** | $157M | **Annual Base Salary (including any annuity):** | $195,000 |

## Educational Record

| Name and Location of Institution Attended: | Year(s): | Degree: | Major(s): | Minors(s): |
|---|---|---|---|---|
| Nova Southeastern University Fort Lauderdale, FL | 2008 | Doctor of Education | Curriculum and Supervision | |
| University of Arkansas at Fayetteville Fayetteville, AR | 1992 | Specialist Degree Administration | Administration | |
| University of Arkansas at Fayetteville Fayetteville, AR | 1982 | Master of Education | Elementary Education | |
| University of Arkansas Pine Bluff Pine Bluff, AR | 1978 | Bachelor of Science Elementary Education | Elementary Education | |

1. Do you hold a superintendent license for this position?     [X] YES  [ ] NO
2. Are you eligible for a superintendent license for this position?  [X] YES  [ ] NO


PLAINTIFF'S EXHIBIT 24

# CANDIDATE FILE

# FOR

# CHARLES MCNULTY

❖❖❖❖❖❖❖❖❖

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

*Superintendent Search*

2018-19

PLAINTIFF'S EXHIBIT 25

# CANDIDATE FILE

# FOR

# JAMES HARRIS



# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

*Superintendent Search*

*2018-19*



PLAINTIFF'S EXHIBIT 26

I believe the position of superintendent should be used as an instructional leader, coach, community planner, dream keeper, and most importantly an advocate for all students. Furthermore, developing teacher practice, cultivating school leadership, utilizing data, and establishing productive community relationships enhance opportunities for students to be academically and socially successful. My career has prepared me for this opportunity and my beliefs about what it takes to transform public education make me a unique candidate to serve Pulaski County Special School District. I look forward to meeting with you personally.

Sincerely,

Erick D. Pruitt



PLAINTIFF'S EXHIBIT 27