
PLAINTIFF'S EXHIBIT 29

April 2, 2018

Pulaski County Special School District Board of Education:

It has come to our attention, although there were opportunities to participate in the community forums, that there was not clarity in regard to our desire for Dr. Warren to become the permanent Superintendent of Schools for Pulaski County Special School District. We request that you reconsider interviewing Dr. Janice Warren as a candidate for the position of Superintendent of Schools for Pulaski County Special School District. We, the undersigned employees of PCSSD, acknowledge that we do not speak for all staff within PCSSD. However, we believe that it is necessary to convey to this board the strong support that Dr. Janice Warren has throughout this district.

Dr. Warren has provided a sense of stability to the district this current school year. Prior to accepting the interim position, she was hired to serve as the Director of Elementary Education. Much like this past summer, when called upon, she stepped up to serve as Assistant Superintendent of Equity and Pupil Services after that position was abruptly vacated. For several years, Dr. Warren faithfully held two positions until becoming the interim superintendent and still assists with those positions as needed. She has consistently shown a willingness to serve this district above and beyond the call of duty.

In her previous positions, Dr. Warren has affected great change. She has built a culture of accountability with the elementary principals in her role of Director of Elementary Education. After over 20 years of litigation regarding desegregation, while serving as Assistant Superintendent of Equity and Pupil Services, she led our district out of court oversight in four areas and one which has been partially released. Dr. Warren's intimate knowledge of Plan 2000 was integral to the the district becoming unitary in those areas. PCSSD is one of the last school districts in litigation for desegregation. As a district staff, we are certain that we can become unitary in all areas with her continued leadership. Since taking on this current role, she has continued to build that level of accountability and positivity throughout the district by being hands on at all levels.

Dr. Warren's wealth of experience with this district as well as that prior to her coming to PCSSD is invaluable. She has provided stability this year in the midst of desegregation initiatives, fiscal deficits, complications with current facilities construction projects, all while helping educators in this district work toward providing the best education for our students. No other candidate has the experience that Dr. Warren has to lead a district out of desegregation litigation.

It is our belief that failure to grant Dr. Janice Warren an interview for the position of Superintendent of Schools for the Pulaski County Special School District would be detrimental to the students in this district and the overall morale/culture of the district as a whole. At this time in our district, we need stability and continuity of leadership. We need an experienced person who knows the history of this district and its current circumstances. Although the finalists have experience in curriculum, district leadership, and school improvement, they do not have proven experience of leading a district through desegregation litigation nor experience with leading a unique district, such as PCSSD. Times are too crucial to embark upon the steep learning curve that a new superintendent would face.

This letter is not meant to disregard or disrespect your selection process or the persons chosen, however, we, too, have a vested educational interest to fulfill for students, staff, and patrons. Thank you for your consideration and we look forward to supporting the next Superintendent of PCSSD.

**Signed Concerned Employees of Pulaski County Special School District:**

| Name | Name |
|---|---|
| [illegible] | [illegible] Godfrey |
| Laura Shirley | Amy [illegible] |
| Jennifer Brady | Juliet [illegible] |
| Becky Kelley | Laura Stephenson |
| [illegible] Misser | Venita Williams |
| Dr. Tiffany Rude | Mary [illegible] |
| [illegible] | [illegible] — if I could sign twice I would! |
| Reva [illegible] | [illegible] |
| Ralonda Brooks | Charlit Weaver |
| Lena Bryant | [illegible] |
| Monique Montgomery | Roy Dunham |
| Lisa Martin | Cynthia D'Abadie |
| Darlene Seghty | Karen [illegible] |
| Nicole [illegible] | Cheryl Angel |
| Chelsea Evans | Frankie Thomas |
| [illegible] | Eldrue Kendrick |
| Mickey L. Nichols | Eddie Strickland Jr. |
| Pa[illegible] Block | [illegible] |
| Stephanie Cole | Vanell Smith |
| Ronnya R. Dixon | Laure Clare |
| [illegible] | [illegible] Gaston |
| Dr. John L. McChaney | Shirley [illegible] |
| Charyl Clarke | Barbara [illegible] |
| [illegible] Burns | [illegible] |
| Chanetta Swinson | Michelle Oliver Johnson |
| Bobette Ray | [illegible] |
| [illegible] | Natalie Madison |
| Susan Alford | Margaret Marie |
| Yolanda Richard | Sandra Arnold |
| Kameela Williams | Ebony McVinney |
| David E. Thomas | |
| Belinda Jackson | |
| [illegible] | |
| Andrea L. Farmer | |
| Angie McEntire | |

1