# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

## Superintendent Search Constituent/Employee Meetings

### January 29-30, 2018

## TOP TEN THEMES

1. Of prime importance to all groups was the effect of the district's desegregation order and the district's efforts to become unitary, becoming a district that views the future with new optimism.

2. People are looking for the new superintendent to be visible, personable and approachable; someone who is out of the administration building trust and rapport across the district.

3. The new superintendent should be an experienced educator who has come up through the ranks and is focused on student performance, including dealing with achievement gaps.

4. The district is comprised of 4 different communities each with a varying set of needs. The new superintendent will need to quickly recognize how the district functions in order to assess what is working well and what is not. A listening tour is highly recommended in all feeder patterns.

5. PCSSD is very diverse in terms of socio-economics and majority/minority status. The desegregation order puts pressure on the district that causes an effort to achieve a potentially false balance in terms of student discipline.

6. Someone is needed who understands how to market the schools by changing the perception that the district is failing. It is not. The district under new leadership needs to make PCSSD a desirable or "destination" district for newcomers as well as attracting those that departed.

7. The new superintendent will need to have successful experience in sound fiscal management with an understanding of equitable application of resources to meet student learning needs wherever they attend. Teacher raises are going to be a continuing issue that affects staff morale.

8. Strong communication skills are really important. He or she will need to be able to deliver the district's vision for success in writing or in person with a consistent message that is clear and uniting.

9. The district's organizational chart needs to be adapted to the decreased size of the district.

10. Students would like to have someone who recognizes their voices, is open-minded, objective, decisive, enthusiastic and non-complacent. They asked for more course-related textbooks and better maintenance of instructional equipment.


PLAINTIFF'S EXHIBIT 33