PCSSD; Warren Pg. No. 086

# REGIONAL SUPERINTENDENT SALARY COMPARIS

Prepared For: Pulaski County Special School District

| District | Enrollment | 2015-2016 Base Salary | *2016-2017 Estimated Salary | *2017-2018 Estimated Salary |
|---|---|---|---|---|
| Rogers Public Schools, AR | 14,757 | $206,000 | $212,180 | $218,545 |
| Pine Bluff School District, AR | 4,539 | $197,964 | $203,903 | $210,020 |
| Fayetteville Public Schools, AR | 9,421 | | $218,000 | $224,540 |
| Conway School District, AR | 9,733 | $206,483 | $212,678 | $219,058 |
| Fort Smith Public Schools, AR | 14,313 | $208,083 | $214,325 | $220,755 |
| Cabot School District, AR | 10,172 | $220,781 | $227,404 | $234,226 |
| Springdale Public Schools, AR | 20,542 | $240,494 | $247,708 | $255,140 |
| Bryant School District, AR | 8,862 | $209,662 | $215,951 | $222,430 |
| Little Rock School District, AR | 23,676 | | $225,000 | $231,750 |
| Total | 116,015 | | | $2,036,464 |
| Average | 12,891 | | | $226,274 |

Source: Arkansas Department of Education: Total compensation paid 2015-2016
* 3% Annual Increase



PLAINTIFF'S EXHIBIT 37