# Applicant Information



## Pulaski County Special School District

Administrative / Professional Application

### Personal Data

**Personal Data Last Modified Date:** 04/19/2012

| Field | Value |
|---|---|
| First Name: | Janice |
| Last Name: | Warren |
| Middle Initial: | H. |
| Other Name Used: | |
| Street Address: | 301 N. Virginia St. |
| City: | Crossett |
| State: | AR |
| Zip: | 71635 |
| Phone No: | 870-304-2373 |
| Cell Phone No: | 870-500-7704 |
| Email Address: | grammy8502@yahoo.com |
| Social Security No: | 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 |

**Are you a citizen of the United States?**
Yes

**Have you ever been convicted of a felony?**
No

**If Yes, Explain:**

### Certification

| Field | Value |
|---|---|
| Teaching Certificate: | 1. Standard 5 Year |
| Date Issued: | 01/01/2010 |
| Expiration Date: | 12/31/2014 |

**Do you have a 90-day letter from your university if your certificate is pending?**
No

**Other certificates - type:** 1. - Select Other Certificate -

**Other, Not Listed:**

Select all endorsement codes (available from your certificate) Use the arrows to move endorsements into the right side box:
1. 051 READING
2. 184 ELEM 1-6
3. 311 DISTRICT ADMIN P-12
4. 402 ELMTRY PRIN

### Education Background

**High School**



PLAINTIFF'S EXHIBIT 38

| | |
|---|---|
| Status: | Graduated |
| Graduation Date: | 05/21/1974 |
| School Name: | Crossett High School |
| City/State: | Crossett, AR |
| Diploma: | Academic |
| G.P.A: | 3.36 |
| Extra Activities: | |
| Offices,Honors/Awards: | |

Undergraduate

| | |
|---|---|
| Status: | Graduated |
| Graduation Date: | 05/11/1978 |
| School Name: | U of A Pine Bluff |
| City/State: | Pine Bluff, AR |
| Degree Achieved: | Bachelor of Science |
| Major(s): | Elementary Education |
| Minor(s): | Reading |
| G.P.A: | 3.45 |
| Extra Activities: | |
| Offices,Honors/Awards: | |

Graduate

| | |
|---|---|
| Status: | Graduated |
| Graduation Date: | 05/15/1982 |
| School Name: | University of Arkansas |
| City/State: | Fayetteville, AR |
| Degree Achieved: | Master of Education |
| Major(s): | Elementary Education |
| Minor(s): | |
| G.P.A: | |
| Extra Activities: | |
| Offices,Honors/Awards: | |

Present and Previous Employment

Employer 1

| | |
|---|---|
| Worked From: | 08/1978 |
| Worked To: | 06/2011 |
| Employer Name: | Crossett School District |
| Address: | 219 Main Street |
| City: | Crossett |
| State: | AR |

| | |
|---|---|
| Zip: | 71635 |
| Business Type: | |
| Phone: | 870-364-3112 |
| Name of Supervisor: | Robert Cornelius |
| May we contact this employer? | Yes |

**Describe the work you did:**
Superintendent of Schools, Elem. Principal, Assistant Sperintendent, Teacher, Federal Programs Coordinator

**Reason for leaving:**
Retirement

## Personal Reference

### Reference 1

| | |
|---|---|
| Name: | Mrs. Linda Goodwin |
| Occupation: | Retired Educator |
| Address: | 303 Parade Street |
| City: | Crossett |
| State: | AR |
| Zip: | 71635 |
| Phone No: | 870-364-3591 |
| Email Address: | |

### Reference 2

| | |
|---|---|
| Name: | Mrs. Estelle Mathis |
| Occupation: | Scholastic Audit Director |
| Address: | AR Department of Education |
| City: | Little Rock |
| State: | AR |
| Zip: | 72201 |
| Phone No: | 501-682-4240 |
| Email Address: | |

### Reference 3

| | |
|---|---|
| Name: | Mr. Henry Anderson |
| Occupation: | Principal |
| Address: | 991 Williamsburg Port |
| City: | Jacksonville |
| State: | AR |
| Zip: | 72076 |
| Phone No: | 501-982-2128 |
| Email Address: | |

## Personal Information

**Personal Information:**
Scholastic Audit Training, Coaching/Mentoring Training, and Curriculum Specialist

### Ethnicity Information

**Ethnicity Information:**   Black/African American

### Additional Information

1. Release of Information and Crimnial Background Check I authorize Pulaski County Special School District, or its agent, to investigate my background, prior employment, and criminal history. I understand that I may have the right to request disclosures of certain information obtained by the district in the course of its investigation of my background and experience. To request this information, contact Background Information Systems of Arkansas at 500 East Main, Suite 307, Batesville, AR 72501 or 870-612-5265:

Yes

2. I authorize my prior employers, references, and any other individuals contacted by the District to release any and all information requested and absolve those parties who provide information requested from any and all liability related to their doing so.

Yes

**3. Date:**
April 20, 2012

**4. Full Name:**
Janice H. Warren

**5. Date of Birth:**
08/16/1956

**6. Electronic Signature:**
Janice H. Warren

**7. Internet Background Check has cleared?**   ◯ Yes  ◯ No

**8. Comments from Background(If needed):**

### Attachments

Resume                 📎 Janice Hargrove Warren RESUME 2.docx (48 KB)

Transcript

Letter of Recommendation

Certificates

Cover Letter

Writing Sample

Others

### Questions for Job Posting

There are currently no additional questions.

### Statement of Acceptance

I grant permission for Pulaski County Special School District to request personal and employment references from those listed, not listed and certify that I can, and will upon request, substantiate all statements made on this application and that such statements are true, complete to the best of my knowledge and are made in good faith. I understand that any misrepresentation of this information shall be cause for denial of employment and, if employed, for dismissal. Submission of this form certifies that I hereby expressly authorize the Board of Education, its agents, and its employees to investigate my personal or employment history, expressly including, but not limited to federal and/or state criminal, law enforcement, or traffic records, which may include confirmation by fingerprint identification.

By signing below I acknowledge that I agree with all the above terms and conditions.

Signature: _____

        **Janice H.. Warren**

Date: _____ / _____ / _____