# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

P O Box 8601  
Little Rock Arkansas 72216-8601  
(501) 490-2000

**PURCHASE ORDER**

P.O. NUMBER: 18002162  
DATE: 10/05/17  
PAGE: 1

Invoice in duplicate to Accounts Payable at the address above

**VENDOR:**  
91562  
VIRCO MFG CORP  
HIGHWAY 65 SOUTH  
CONWAY AR  72032

**SHIP TO:**  
CHECK REQUEST ONLY ✓  
DO NOT SEND PO TO VENDOR  
ATTN: NORMA DIXON

FAX: 800-439-0433

TERMS: NET 30 DAYS    F.O.B.:    REQUISITION #: 1802300    DELIVERY:

| # | PCSSD STOCK # | QTY. | U.O.M. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 01 | | 1 | EA | ITEM 000010 - 5018332 ACSY TR30 3/4" CENTER DRAW | 73.92 | $73.92 |
| 02 | | 1 | EA | ITEM #000020 - 5013078 - DESK-HIGHPOINT-TR -3048ALH-LEFT PEDESTAL - 72" LEFT PEDESTAL DESK | 1162.14 | $1,162.14 |
| 03 | | 1 | EA | ITEM #000030 - #5004202 RETURN RIGHT PED 48X24X2 | 715.68 | $715.68 |
| 04 | | 1 | EA | ITEM #000040 - #5010342 - STORAGE-HIGHPOINT-TR-3071IT-OVERHEAD - OVERH STORAGE UNITE - TL2P | 835.80 | $835.80 |
| 05 | | 1 | EA | ITEM #000050 - #FFTR3072 - DESK-TR3072-CREDENZA 72X24X29 | 1188.60 | $1,188.60 |
| 06 | | 1 | EA | ITEM #000060 - #5013079 - OTHER-HIGHPOINT-TR - 3096 KEYBOARD 21" PULLOUT KEYBOARD PLATFORM | 81.06 | $81.06 |
| 07 | | 4 | EA | ITEM #000070 - ITEM #5020752 - CHAIR 9118-ARM CHAIR LEG BASE MAHARAM METRIC BONSAI #022 | 326.76 | $1,307.04 |
| 08 | | 1 | EA | ITEM#00080 - #5017642 TABLE 917 TRADOS CONNECT TABLE (TABLE TOP ONLY) 20X21.5 SOLID HARWOOD | 212.52 | $212.52 |

Received ✓  
Delivered

**FIXED ASSET TAGGING - REQUIRED**

SALES/USE TAX: $501.90  
Page Total: $6,078.66  
Total: $6,078.66

Support Services

MDSE. REC'D BY: _[signature]_  
DATE: 10-11-2017  
REQUISITION NO.: 1802300  
REQUISITION DATE: 9-27-2017

| # | ACCOUNT | AMOUNT | PROJ. CODE |
|---|---|---|---|
| 1 | 2000261018899900 66108 | $80.57 | |
| 2 | 2000261018899900 67330 | $1,266.73 | |
| 3 | 2000261018899900 66108 | $780.09 | |
| 4 | 2000261018899900 66108 | $911.02 | |
| 5 | 2000261018899900 67330 | $1,295.57 | |
| 6 | 2000261018899900 66108 | $88.36 | |
| 7 | 2000261018899900 66108 | $1,424.67 | |
| 8 | 2000261018899900 66108 | $231.65 | |

COPY DISTRIBUTION:  
WHITE - VENDOR  
PINK - REQUESTOR COPY  
BLUE - SHIPMENT COMPLETE

VIRCO MFG CORP  
18002162

**All goods and services must be delivered within 30 days.**

_[signature]_  
DIRECTOR OF ACCOUNTING AND AUDITING



PLAINTIFF'S EXHIBIT 47