# COMPLETED FILES
# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

Ray & Associates, Inc
4403 1st Ave S.E. Suite 407
Cedar Rapids, IA 52402

**Number of Contacts:** 36

| Contact | City | State | ID/Status | Current Position |
|---|---|---|---|---|
| Kenneth | | NC | Complete | |
| Garrett | | GA | Complete | Executive Director of Support Services |
| Kelley | | GA | Complete | Superintendent of Schools |
| Rhonda | | OH | Complete | Superintendent |
| James | | MI | Complete | President |
| Joe | | AR | Complete | Superintendent |
| Steven | | TX | Complete | Superintendent |
| Shannon | | AZ | Complete | |
| Sharon | | TN | Complete | Chief of Schools |
| John | | TN | Complete | |
| James | | PA | Complete | Superintendent |


PLAINTIFF'S EXHIBIT 54

| Contact | City | Current District | State | Current Position | ID/Status |
|---|---|---|---|---|---|
| Steven | | | MO | Owner, Harris Consulting | Complete |
| Donna | | | GA | Senior Program Associate | Complete |
| Devon | | | IL | Assistant Superintendent | Complete |
| Marvin | | | MS | Independent Consultant | Complete |
| George | | | Arkansas | Superintendent | Complete |
| Michele | | | NM | Superintendent | Complete |
| Silvia | | | Oklahoma | Superintendent /Pk-12 Principal | Complete |
| Charles | | | IA | Assoc Superintendent-Educational Services | Complete |
| Brent | | | TX | Regional Director-Academics & Operations | Complete |
| Kay | | | TX | Adjunct Instructor | Complete |
| Ambler | | | CA | | Complete |
| Roderick | | | TX | Central Office Administrator | Complete |
| ERICK | | | TX | Area Superintendent | Complete |

| Contact | City | State | Current District | Current Position | ID/Status |
|---|---|---|---|---|---|
| Orlando | | TX | | Associate Superintendent | Complete |
| Michael | | KS | | Superintendent | Complete |
| Verna | | TN | | Chief Academic Officer | Complete |
| Carlos | | La | | Superintendent of Schools | Complete |
| Jeffery | | AR | | High School Principal | Complete |
| Sheila | | IN | | | Complete |
| Jeff | | MO | | | Complete |
| Geneva | | KY | | District Coordinator for Human Resources | Complete |
| Leeson | | MS | | CEO | Complete |
| Regina | | SC | | Dimensional Leadership Executive Director | Complete |
| William | | NM | | Associate Superintendent of Innovation | Complete |
| Janice | | AR | | Interim Superintendent of Schools | Complete |