PULASKI COUNTY SPECIAL SCHOOL DISTRICT

# Board of Education Meeting Minutes
## Tuesday, July 18, 2017 4:30 PM

### In Attendance

Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

### Absent

(None)

I. **Call to Order**

II. **Roll Call**

   *All members present.*

III. **Action Items - New Business**

   Discussion of Legal Representation by Allen P. Roberts, P.A., Attorneys at Law

Plaintiff's Exhibit 35

*Mayor Kemp made a motion to continue legal representation by Allen P. Roberts, P.A. Law Firm. The motion failed for lack of a second.*

*Ms. Ward made a motion to immediately remove Allen P. Roberts, P.A. Law Firm from the District. The motion was seconded by Ms. Gillen and passed.*

*The Board adjourned into Executive Session at 5:00 p.m. for the purpose of discussing Dr. Jerry Guess' contract.*

*The Board reconvened at 6:10 p.m.*

*Mr. Maune made the motion to immediately terminate Dr. Jerry Guess as Superintendent, and the motion was seconded by Mr. Keller. The motion passed.*

*The Board adjourned back into Executive Session at 6:11 p.m. for the purpose of discussing an Interim Superintendent.*

*The Board reconvened at 6:40 p.m.*

*Mr. Keller made the motion to promote Dr. Janice Warren to the position of Interim Superintendent beginning immediately through June 30, 2018. The motion was seconded by Ms. Ward and passed.*

*Dr. Remele reiterated the Board's desire for the District to obtain Unitary Status and informed the public that Sam Jones would be working with the District to that end.*

### Vote to continue legal representation by Allen P Roberts, P.A. Law Firm

- Motion by Mike Kemp

- Seconded by

**In Favor**

**Opposed**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

### Vote to immediately remove Allen P. Roberts, P.A. Law Firm from the District

- Motion by Tina Ward

- Seconded by Alicia Gillen

**In Favor**
  Alicia Gillen, Eli Keller, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
  Mike Kemp

### Vote to immediately terminate Dr. Jerry Guess as Superintendent

- Motion by Brian Maune

- Seconded by Eli Keller

**In Favor**
  Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
  (None)

### Vote to promote Dr. Janice Warren as Interim Superintendent starting immediately through June 30, 2018

- Motion by Eli Keller

- Seconded by Tina Ward

**In Favor**
  Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
  (None)

### IV. Adjournment

*Ms. Gillen made a motion to adjourn. The meeting was adjourned at 6:43 p.m.*