

# ARKANSAS

## DEPARTMENT OF EDUCATION

### EDUCATOR'S LICENSE

JANICE MARIE WARREN

MASTERS

| CODE | AREA | TYPE | GRADE LEVEL | VALID FROM | VALID TO |
|------|------|------|-------------|-----------|----------|
| 051 | Reading | Standard | 1 - 12 | 1/1/2015 | 12/31/2019 |
| 184 | Elementary | Standard | 1 - 6 | 1/1/2015 | 12/31/2019 |
| 311 | District Administrator | Standard | PK - 12 | 1/1/2015 | 12/31/2019 |
| 402 | Elementary Principal | Standard | K - 9 | 1/1/2015 | 12/31/2019 |

— Invalid Below this line —

COMMISSIONER OF EDUCATION

COORDINATOR, EDUCATOR LICENSURE