

PULASKI COUNTY SPECIAL SCHOOL DISTRICT

# Board of Education Meeting Minutes
## Tuesday, December 12, 2017 6:00 PM

### In Attendance

Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

### Absent

(None)

### I. Call to Order

*Dr. Remele called the meeting to order at 6:00 p.m.*

### II. Roll Call

*All members present.*

### III. Pledge of Allegiance

*Dr. Remele introduced guest board student, Alana Canady from Sylvan Hills High School and led everyone in the Pledge of Allegiance.*

### IV. Election of Officers

| **Vote - Dr. Remele- President** |
|---|
| - Motion by Mike Kemp |
| - Seconded by Alicia Gillen |
| **In Favor** <br>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward <br> **Opposed** <br>     (None) |

Plaintiff's Exhibit 40

### Vote for nominations to cease for President

- Motion by Mike Kemp

- Seconded by Brian Maune

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

### Vote - Vice President - Shelby Thomas

- Motion by Mike Kemp

- Seconded by Brian Maune

**In Favor**
   Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas

**Opposed**
   Alicia Gillen, Tina Ward

### Vote - Vice President - Tina Ward

- Motion by Tina Ward

- Seconded by Alicia Gillen

**In Favor**
   Alicia Gillen, Tina Ward

**Opposed**
   Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas

### Vote - Secretary - Alicia Gillen

- Motion by Shelby Thomas

- Seconded by Mike Kemp

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

**Vote - Disbursing Officer - Tina Ward**

- Motion by Brian Maune

- Seconded by Alicia Gillen

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

## V. Public Comments

*Mr. James Long, Long Sales Agency, addressed the Board regarding his position on the importance of the District asking for multi-name specifications in regards to receiving competitive bids.*

*Mr. Robert Bolin, General Manager for Staley Electric, spoke defending his position on bid processes.*

## VI. Certified P.P.C. Presentation

*Melissa Morgan representing the Certified P.P.C., asked the Board to vote to request a Waiver from the Department of Education for uniform dates for beginning and end of school year.*

**Vote to seek Waiver for uniform dates for beginning and end of school year**

- Motion by Alicia Gillen

- Seconded by Shelby Thomas

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

   Request for Waiver for uniform dates for beginning and end of school year

## VII. Classified P.P.C. Presentation

*Mr. Chesterfield was not present.*

## VIII. Reports

   Construction Updates/Change Orders

Sylvan Hills High School (Change Order #002)

| **Vote to approve Change Order #002** |
|---|
| - Motion by Alicia Gillen |
| - Seconded by Eli Keller |
| **In Favor**<br>    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward |
| **Opposed**<br>    (None) |

Robinson Middle School (Change Order #003)

| **Vote to approve Change Order #003** |
|---|
| - Motion by Alicia Gillen |
| - Seconded by Shelby Thomas |
| **In Favor**<br>    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward |
| **Opposed**<br>    (None) |

Mills High School (Change Order #005)

| **Vote to approve Change Order #005** |
|---|
| - Motion by Shelby Thomas |
| - Seconded by Mike Kemp |
| **In Favor**<br>    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward |
| **Opposed**<br>    (None) |

Sylvan Hills High School Construction Update

*Mr. Russell Fason, and Mr. Eldon Bock, W.E.R. Architects, presented proposed floor plans, construction phases, and interior renderings of the Sylvan Hills High School expansion project.*

Financial Report

*Monica Bryant, in Denise Palmer's absence, presented the Financial Update.*

Media Specialist Report

*Melinda Holman presented an overview of the issues facing Media Specialists in regards to testing responsibilities they have been assigned.*

**Vote to ask A.D.E. for waiver to be excluded from the 3rd Interim Assessment for the 2017-2018 school year**

- Motion by Alicia Gillen

- Seconded by Mike Kemp

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

### IX. Action Items - Old Business

Consideration of School Choice

**Vote to paraticipate in School Choice for the 2018-2019 school year**

- Motion by Mike Kemp

- Seconded by Eli Keller

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

Board Policy Section I- Curriculum and Instruction- Second Reading

> **Vote to approve Second Reading and adopt Board Policy Section I - Curriculum and Instruction**
>
> - Motion by Mike Kemp
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>    (None)

Consideration of Superintendent Search Consultants

> **Vote to hire Ray & Associates, Inc., to assist in Superintendent Search**
>
> - Motion by Shelby Thomas
>
> - Seconded by Mike Kemp
>
> **In Favor**
>    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>    (None)

### X. Action Items - New Business

4.59 Academic Course Attendance by Private School and Home School Students- First Reading

> **Vote to suspend Roberts Rules of Order so both 1st and 2nd readings can be voted on tonight**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>    (None)

> **Vote to approve 1st Reading of Board Policy 4.59 - Acadmic Course Attendance by Private School and Home School Students**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

> **Vote to approve 2nd Reading of 4.59 - Academic Course Attendance by Private School and Home School Students**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

4.6 Homeschooling- First Reading

> **Vote to approve 1st Reading of Board Policy 4.6 - Homeschooling**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

### Vote to approve 2nd Reading of Board Policy 4.6 - Homeschooling

- Motion by Shelby Thomas

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

Security Cameras, Mills

### Vote to approve Secruity Cameras for Mills High School

- Motion by Tina Ward

- Seconded by Eli Keller

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

Instructional Technology

### Vote to approve Smart Panels for Special Education

- Motion by Tina Ward

- Seconded by Eli Keller

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

ChromeBooks for ESL Program

> **Vote to approve ChromeBooks for ESL Program**
>
> - Motion by Alicia Gillen
>
> - Seconded by Tina Ward
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

Vision, Mission, and Core Beliefs

*Dr. Warren reported that all four Community Feeder Group Meetings had been wonderful. They are continuing to develop the Vision, Mission, and Core Beliefs for the District based on the feedback they have received.*

### XI. Comments from the Board

*Dr. Remele reported on the A.S.B.A. conference she attended.*

### XII. Superintendent's Comments

*Dr. Warren announced that the District had received approval from the A.D.E. for the A.M.I. plan. She presented each member with a copy of the District's A.M.I. plan.*

### XIII. Legal Transfer Requests

> **Vote to approve Legal Transfer for Joseph Rhee**
>
> - Motion by Shelby Thomas
>
> - Seconded by Alicia Gillen
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

### Vote to approve Legal Transfer for Hameed Zandi

- Motion by Alicia Gillen

- Seconded by Shelby Thomas

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to approve Legal Transfer for Karely Cavazos

- Motion by Mike Kemp

- Seconded by Tina Ward

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to approve Legal Transfer for Henry Cavazos

- Motion by Mike Kemp

- Seconded by Shelby Thomas

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to approve Legal Transfer for Daniel Cavazos

- Motion by Mike Kemp

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

**Vote to approve Legal Transfer for Jerry Doughty**

- Motion by Mike Kemp

- Seconded by Tina Ward

**In Favor**
  Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
  Alicia Gillen

### XIV. Consent Agenda

*The Board entered into Executive Session at 8:15 p.m. and reconvened into Regular Session at 8:35 p.m. The Board took no action while in Executive Session.*

**Vote to enter into Executive Session to discuss Support Staff personnel**

- Motion by Eli Keller

- No second required

**Vote to approve Consent Agenda**

- Motion by Alicia Gillen

- Seconded by Eli Keller

**In Favor**
  Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
  (None)

Certified Personnel

Support Staff Personnel

Student Expulsion for Consent Agenda

Student Expulsion for Consent Agenda

Student Expulsion for Consent Agenda

Minutes from 11-14-17 Board Meeting

Minutes from 11-29-17 Board Meeting

November 2017 Board Financials and Accounts Payable Check Register

## XV. Adjournment

*The meeting was adjourned at 8:40 p.m.*

| **Vote to adjourn** |
|---|
| - Motion by Alicia Gillen |
| - No second required |