

PULASKI COUNTY SPECIAL SCHOOL DISTRICT

# Board of Education Meeting Minutes
## Tuesday, March 27, 2018 6:00 PM

### In Attendance

Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

### Absent

(None)

### I. Call to Order

*Dr. Remele called the meeting to order at 6:00 p.m.*

### II. Roll Call

*All Members Present*

### III. Pledge of Allegiance

*Dr. Remele led the Pledge of Allegiance.*

### IV. Ray & Associates, Superintendent Search Firm

> **Vote to go into Executive Session**
>
> *Board entered into Executive Session at 6:30 p.m. and reconvened into Regular Session at 9:26 p.m.*
>
> - Motion by Alicia Gillen
>
> - Seconded by Tina Ward
>
> **In Favor**
>   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>   (None)

Plaintiff's Exhibit 42

> **Vote to interview the following candidates for the position of Superintendent: James Harris, Charles McNulty, Erick Pruitt**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

## V. Adjournment

> **Vote to adjourn**
>
> *The meeting was adjourned at 9:29 p.m.*
>
> - Motion by Eli Keller
>
> - Seconded by
>
> - No vote required.