**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

# Board of Education Meeting Minutes
## Tuesday, April 3, 2018 10:00 AM

---

**In Attendance**

Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Absent**

(None)

### I. Call to Order

*Dr. Remele called the meeting to order at 10:10 a.m.*

### II. Roll Call

*All members present*

### III. Pledge of Allegiance

*Dr. Remele led the Pledge of Allegiance.*

### IV. Action Items - New Business

Interview Candidates for Superintendent

> **Vote to enter into Executive Session for the purpose of interviewing Dr. McNulty**
>
> *The Board entered into Executive Session at 10:11 a.m. and reconvened into Regular Session at 12:10 p.m.*
>
> - Motion by Alicia Gillen
>
> - Seconded by Eli Keller
>
> - No vote required.

Plaintiff's Exhibit 43

### Vote to break for lunch

*The Board took a lunch break at 12:11 p.m.*

- Motion by Shelby Thomas

- Seconded by Eli Keller

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

---

### Vote to enter into Executive Session for the purpose of interviewing Erick Pruitt

*Dr. Remele called the Board back into Regular Session at 1:47 p.m. The Board entered into Executive Session at 1:48 p.m. and reconvened into Regular Session at 4:22 p.m.*

- Motion by Eli Keller

- Seconded by Brian Maune

- No vote required.

---

### Vote to break for dinner and reconvene at 5:30 p.m.

- Motion by Mike Kemp

- Seconded by Eli Keller

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

---

**Vote to select Dr. McNulty as Superintendent**

*The Board reconvened into Regular Session at 5:38 p..m.*

- Motion by Mike Kemp

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda
    Remele, Shelby Thomas
**Opposed**
    Tina Ward

---

## V. Adjournment

*The meeting was adjourned at 5:39 p.m.*

---

**Vote to adjourn**

- Motion by Alicia Gillen

- Seconded by Shelby Thomas

- No vote required.

---