

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

# Board of Education Meeting Minutes
## Tuesday, August 8, 2017 6:00 PM

### In Attendance

Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

### Absent

(None)

### I. Call to Order

Dr. Remele called the meeting to order at 6:00 p.m.

### II. Roll Call

All members were present.

### III. Pledge of Allegiance

Dr. Remele led the Pledge of Allegiance.

### IV. Public Comments

Rev. Joe White, White's Lawn Services, addressed the Board with his concerns regarding 2013 bid procedures for B & R Lawn Care.

Susie Ellison and Sharese Cross addressed the Board regarding their applications for Legal Transfers.

### V. Certified P.P.C. Presentation

Ms. Fitzgiven was not present.

### VI. Classified P.P.C. Presentation

Mr. Chesterfield was not present.

Plaintiff's Exhibit 55

### VII. Reports

2016-2017 Annual Discipline Report Summary

*Mr. Whitfield presented the 2016-2017 Annual Discipline Report Summary.*

2016-2017 Monitoring and Compliance Report

*Mr. Whitfield presented the 2016-2017 Monitoring and Compliance Report.*

### VIII. Action Items - Old Business

**Vote to approve all 2nd readings of policies**

- Motion by Alicia Gillen

- Seconded by Brian Maune

**In Favor**
Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
(None)

Amendment of Support Staff Allocations for 2017-2018

*The motion failed for lack of a second.*

Dr. Yolaundra Williams

5.11 Digital Learning Courses - Second Reading

5.11P1 Credit Recovery Through Integrated Learning Systems - Second Reading

5.11P2 Initial Credit Through Integrated Learning Systems - Second Reading

KCD and KCD-R Public Gifts to the Schools - Second Reading

6.6 Fundraising - Second Reading

JL-R: Wellness Policy - Second Reading

### IX. Action Items - New Business

Resolution Authorizing the Issuance and Delivery of the Construction Bonds, Series 2017

> **Vote to approve Resolution Authorizing the Issuance and Delivery of the Construction Bonds, Series 2017**
>
> - Motion by Mike Kemp
>
> - Seconded by Eli Keller
>
> **In Favor**
> Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
> (None)

Stipends for school webmasters

> **Vote to approve Stipends for school webmasters**
>
> - Motion by Brian Maune
>
> - Seconded by Alicia Gillen
>
> **In Favor**
> Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
> (None)

Dr. Yolaundra Williams

    IJJ, IJJ-E, and IJJ-R Textbook Selection and Adoption - First Reading

        *Dr. Williams presented policies IJJ, IJJ-E, IJJ-R Textbook Selection and Adoption as a First Reading.*

    5.6 Challenge to Instructional- Supplemental Materials & Form 5.6F - First Reading

        *Dr. Williams presented policy 5.6 Challenge to Instructional-Supplemental Materials & Form 5.6F as First Readings.*

    3.40 Licensed Personnel Duty to Report Child Abuse and Forms - First Reading

> **Vote to suspend the rule to consider 3.40 and 8.34 as a 2nd reading since these are already laws**
>
> - Motion by Mike Kemp
>
> - Seconded by Alicia Gillen
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

> **Vote to approve Policy 3.40**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

8.34 Classified Personnel Who are Mandatory Reporters Duty to Report Child Abuse, Maltreatment or Neglect and Forms - First Reading

> **Vote to approve Policy 8.34**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

Legal Transfer Requests

### Vote to approve Legal Transfer Request for Jordan Cross

- Motion by Shelby Thomas

- Seconded by Alicia Gillen

**In Favor**
  Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
  (None)

### Vote to approve Legal Transfer Request for J'Shaun Walker

- Motion by Alicia Gillen

- Seconded by Shelby Thomas

**In Favor**
  Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
  (None)

### Vote to deny Legal Transfer Request for Kamrien Harris

- Motion by Eli Keller

- Seconded by Alicia Gillen

**In Favor**
  Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
  (None)

### Vote to deny Legal Transfer Request for Kennedy Johnson

- Motion by Alicia Gillen

- Seconded by Tina Ward

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to approve Legal Transfer Request for Bonnie Julian

- Motion by Tina Ward

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to approve Legal Transfer Request for Silas Curtis

- Motion by Tina Ward

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to approve Legal Transfer Request for Hayle Hicks

- Motion by Alicia Gillen

- Seconded by Tina Ward

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to approve Legal Transfer Request for Braxton Hicks

- Motion by Tina Ward

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to approve Legal Transfer Request for Matthew McCollum

- Motion by Alicia Gillen

- Seconded by Tina Ward

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to deny Legal Transfer Request for Jailene Washington

- Motion by Tina Ward

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to deny Legal Transfer Request for Alexia Matheny

- Motion by Tina Ward

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

### Vote to deny Legal Transfer Request for Angel Shadell

- Motion by Alicia Gillen

- Seconded by Shelby Thomas

**In Favor**
    Alicia Gillen, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    Eli Keller

**X. Superintendent's Comments**

*Dr. Warren presented a Legal Transfer Summary to the Board.*

*Dr. Warren advised the Board that she would like to use ASBA for Training on Vision/Mission. She will get in touch with ASBA for some possible dates.*

*Dr. Warren discussed the need for a Special Board Meeting for the purpose of budget training and adopting the 2017-2018 budget.*

*Dr. Warren suggested having employee hearings at Special Board Meetings instead of the same night as Regular Board Meetings.*

### XI. Comments from the Board

*Mr. Keller commended Dr. Warren for hitting the ground running and for the flawless transition with Cabinet and Staff.*

*Mr. Thomas gave a shout out to Sylvan Hills United Methodist Church for their very successful Back to School event.*

*Ms. Ward also gave a shout out to First Baptist Church of Sweet Home for hosting a Back to School event at Mills High School.*

*Dr. Remele announced the district lost a vital member, Elizabeth Bobbitt, from the I.T. Department.*

### XII. Consent Agenda

**Vote to approve the Consent Agenda minus the Interim Superintendent's Contract which will be voted on seperatley**

- Motion by Alicia Gillen

- Seconded by Mike Kemp

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

> **Vote to approve Interim Superintendent's Contract**
>
> - Motion by Eli Keller
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

Minutes from 7-11-17 Board Meeting

Minutes from 7-18-17 Board Meeting

Support Staff Personnel

Certified Staff Personnel

Board Financials & AP Check Register

Interim Superintendent's Contract

Food Service Point of Service desktops, scanpads, and cash drawers

Food Service Milk Contract for 17-18 school year

Postage Contract

## XIII. Student Hearings

## XIV. Employee Hearings

Hearing #1

*The Board went into Executive Session at 9:45 p.m. and reconvened at 10:15 p.m.*

> **Vote for Finding of Fact No. 1 set forth for the recommended non-renewal of the supplemental employment contracts of Marion Carter to be true -**
>
> - Motion by Mike Kemp
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

> **Vote for Finding of Fact No. 2 set forth for the recommendation of non-renewal of the supplemental contracts of Marion Carter to be true**
>
> - Motion by Alicia Gillen
>
> - Seconded by Tina Ward
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

> **Vote for Finding of Fact No. 3 set forth for the recommended nonrenewal of the supplemental employment contracts of Marion Carter to be true**
>
> - Motion by Eli Keller
>
> - Seconded by Mike Kemp
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

> **Vote to accept the Superintendent's recommendation that the supplemental employment contracts of Marion Carter be non-renewed**
>
> - Motion by Shelby Thomas
>
> - Seconded by Mike Kemp
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

Hearing #2

*The Board went into Executive Session at 11:55 p.m. and reconvened into Regular Session at 12:04 a.m.*

> **Vote for Finding of Fact No. 1 set forth for the recommended non-renewal of the employment contract of Jonas White to be true**
>
> - Motion by Eli Keller
>
> - Seconded by Alicia Gillen
>
> **In Favor**
>   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>   (None)

> **Vote to accept the Superintendent's recommendation that the employment contract of Jonas White be non-renewed**
>
> - Motion by Brian Maune
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>   (None)

Hearing #3

*The Board went into Executive Session at 3:10 a.m. and reconvened into Regular Session at 3:30 a.m.*

> **Vote to accept the Superintendent's recommendation that the employment contract for Cynthia D'Abadie be non-renewed**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>   (None)

> **Vote to accept the Superintendent's recommendation that the employment contract on Danny Bryan be non-renewed**
>
> - Motion by Eli Keller
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
> **Opposed**
>     (None)

### XV. Adjournment

*Alicia Gillen made a motion to adjourn No second or vote required on the motion to adjourn. The meeting was adjourned at 3:45 a.m.*