

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

# Board of Education Meeting Minutes
## Tuesday, November 14, 2017 6:00 PM

### In Attendance

Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

### Absent

(None)

### I. Call to Order

*Dr. Remele called the meeting to order at 6:00 p.m.*

### II. Roll Call

*All members present.*

### III. Pledge of Allegiance

*Brian Maune introduced Davis Wofford, Robinson High School guest Board Student, who led the Pledge of Allegiance.*

### IV. Public Comments

*There were no Public Comments.*

### V. Recognitions

Maumelle High School 5A Cross Country State Championship Team

*Ms. Gillen introduced Maumelle High School Cross Country coaches, Coach Tyler and Coach Henry. Ms. Gillen congratulated the coaches and team on their recent 5A State Championship. Coach Tyler and Coach Henry introduced each team member.*

Plaintiff's Exhibit 60

### VI. Certified P.P.C. Presentation

*Ms. FItzgiven presented a proposal to the Board for a one time bonus of $2,500 for full time certified staff and one-time bonus of $1,250 for 1/2 time staff, to be paid in the month of December.*

### VII. Classified P.P.C. Presentation

*Mr. Chesterfield presented a proposal for a one-time bonus for all Classified staff for $2,500 to be paid in the month of December.*

*Both Ms. Fitzgiven and Mr. Chesterfield presented rationals for the proposed bonuses and figures on the cost to the District for the different bonus scenarios.*

*After hearing both presentations the Board scheduled a Special Board Meeting for Wednesday, November 29 to render their decision regarding the bonuses.*

### VIII. Reports

McPherson & Jacobson, LCC

*Dr. Keith Williams, McPherson & Jacobson, LCC, made a presentation to the Board outlining the services they provide to Districts with regards to the hiring of Superintendents.*

Mills High School Enhancements

*Mr. Roy Horsey, Baldwin & Shell, presented change orders to be added to the contract for Mills High School enhancements. Mr. Michael Hansberry, project manager, gave an update on the construction progress and reported that the new Mills High School is now at 55% completion.*

---

**Vote to approve change orders to Mills High School**

- Motion by Mike Kemp

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

---

**Vote to suspend Roberts Rules of Order to consider S.H.H.S. price proposal**

- Motion by Mike Kemp

- Seconded by Eli Keller

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

**Vote to approve price proposal to add $27,000,000 to contract to begin work on classrooms at S.H.H.S.**

- Motion by Mike Kemp

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

Construction Update - Robinson Middle School

*Eldon Bock and Russ Fason, W.E.R. Architects, presented a slide presentation to the Board of the inside renderings for Robinson Middle School. Patrick Schroeder, Baldwin & Shell, presented a construction update for the school.*

Presentation of the 2017-2018 Annual Report to the Public

*Dr. Williams presented the 2017-2018 Report to the Public.*

Bond Investment/Financial Report

*Denise Palmer presented a Financial update and Bond Investment report.*

**IX. Action Items - Old Business**

> **Vote to Approve 2nd readings of Board Policy Sections B, C, D, and F.**
>
> - Motion by Mike Kemp
>
> - Seconded by Tina Ward
>
> **In Favor**
>    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
> **Opposed**
>    (None)

    Board Policy Section B- School Governance and Operations- Second Reading

    Board Policy Section C- General School Administration- Second Reading

    Board Policy Section D- Fiscal Management- Second Reading

    Board Policy Section F- Facilities Planning and Development- Second Reading

### X. Action Items - New Business

    Board Policy Section I- Curriculum and Instruction- First Reading

*Dr. Williams also advised the Board that she would be adding Board Policy 4.6 - Homeschooling- to the December Agenda for 1st and 2nd readings.*

> **Vote to approve 1st reading of Board Policy Section I - Curriculum and Instruction**
>
> - Motion by Mike Kemp
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
> **Opposed**
>    (None)

    Moncrief One Team Literacy Coaching

> **Vote to approve Moncrief One Team Literacy Coaching P.D.**
>
> - Motion by Alicia Gillen
>
> - Seconded by Eli Keller
>
> **In Favor**
>   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>   (None)

Accelerated Math - Renaissance Learning, Inc.

> **Vote to approve Accelerated Math -Renaissance Learning, Inc.**
>
> - Motion by Alicia Gillen
>
> - Seconded by Tina Ward
>
> **In Favor**
>   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>   (None)

Generation Ready Reading and Writing Support

> **Vote to approve Generation Ready Reading and Writing Support P.D.**
>
> - Motion by Eli Keller
>
> - Seconded by Tina Ward
>
> **In Favor**
>   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>   (None)

BloomBoard Premium Services

> **Vote to approve BloomBoard Premium Services**
>
> - Motion by Shelby Thomas
>
> - Seconded by Alicia Gillen
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

### XI. Comments from the Board

*Dr. Remele reported that the three feeder pattern vision/mission meetings have been very successful and reminded everyone the next meeting is at Robinson High School on December 4th, 6:30 p.m. She also reminded them that the Board will meet with Mr. Horace Smith again on December 7th, 6:00 p.m. at A.S.B.A.*

*Ms. Ward inquired about board terms and board reorganization. Dr. Remele verified the board terms and reminded everyone that the board will once again elect officers at the December meeting.*

### XII. Superintendent's Comments

*Dr. Warren informed the Board that the District has received notice from Mr. Johnnie Key that P.C.S.S.D. is one of the 17 districts that have been approved for A.M.I. (Alternative Method of Instruction). This will allow the District up to 5 inclement weather days to be made up by on-line instruction.*

### XIII. Consent Agenda

> **Vote to suspend Roberts Rules of Order to conduct personnel hearings prior to the Consent Agenda**
>
> - Motion by Eli Keller
>
> - Seconded by Alicia Gillen
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

> **Vote to go into Executive Session to discuss personnel**
>
> - Motion by Brian Maune
>
> - Seconded by Tina Ward
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

> **Vote to approve Consent Agenda**
>
> - Motion by Alicia Gillen
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>     Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>     (None)

    University of Memphis Research Foundation through the Center for Research in Education Policy (CREP) Agreement

    Pfeifer Kiwanis Camp Contract Agreement with PCSSD

    Certified Personnel

    Support Staff Personnel

    Financial Reports /Bank Reconciliations

    October 2017 Board Financials and AP check register

    Consent Agenda - Student Expulsion

    Consent Agenda - Student Expulsion

    Consent Agenda - Student Expulsion

    Minutes from 10-10-17 Board Meeting

### XIV. Student Hearings

### XV. Employee Hearings
    Hearing I

**Vote to grant waiver for Diane Lindsey**

- Motion by Mike Kemp

- Seconded by Shelby Thomas

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

Hearing II

*After all testimonies and debate, the Board entered into Executive Session at 11:02 p.m. The Board reconvened into Regular Session at 11:04 p.m.*

**Vote to accept Superintendent's recommendation for termination of employment contract for Elizabeth Robinson**

- Motion by Alicia Gillen

- Seconded by Mike Kemp

**In Favor**
   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
   (None)

Hearing III

*The Employee, Yolanda Thompson was a no-show for the hearing. After hearing remarks from Jay Bequette, district attorney, the board was asked to consider Reasons #1, #2, #3, #4, #5 as true and to uphold the Superintendent's recommendation for termination of the employee's contract.*

**Vote to accept Reason #1 to be true**

- Motion by Shelby Thomas

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

**Vote to accept Reason #2 to be true**

- Motion by Alicia Gillen

- Seconded by Brian Maune

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

**Vote to accept Reason #3 to be true**

- Motion by Shelby Thomas

- Seconded by Alicia Gillen

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

**Vote to accept Reason #4 to be true**

- Motion by Tina Ward

- Seconded by Brian Maune

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

---

**Vote to accept Reason #5 to be true**

- Motion by Tina Ward

- Seconded by Shelby Thomas

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

---

**Vote to uphold the Superintendent's recommendation for termination of the employee's contract**

- Motion by Shelby Thomas

- Seconded by Brian Maune

**In Favor**
    Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward

**Opposed**
    (None)

---

Hearing IV

*After hearing testimonies and debate the Board entered into Executive Session at 11:59 p.m. and reconvened into Regular Session at 12:04 a.m.*

*Following all personnel hearings, the Board convened into Executive Session at 12:06 a.m. to discuss personnel. The Board reconvened into Regular Session at 1:35 a.m.*

> **Vote to reject the Superintendent's recommendation for termination of Mr. Phillip Zaffarano's contract and to reinstate the employee with probabation for the 2017-2018 school year with the stipulations that employee repeat entry level security training and enroll in deescalation and anger management training, additionally, the employee to be suspended without pay for three days**
>
> - Motion by Brian Maune
>
> - Seconded by Shelby Thomas
>
> **In Favor**
>   Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Linda Remele, Shelby Thomas, Tina Ward
>
> **Opposed**
>   (None)

### XVI. Adjournment

*Mr. Keller made a motion to adjourn at 1:37 a.m.*