```
0001
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
 2                      CENTRAL DIVISION
 3
    _____
 4
    JANICE HARGROVE WARREN,
 5
                                    PLAINTIFF,
 6
    VS.             NO. 4:19-cv-655-BSM
 7
    DR. CHARLES MCNULTY, et al.,
 8
                                    DEFENDANTS.
 9
    _____
10
11
12
13                      ---o---
14
15                    DEPOSITION
16
17                        OF
18
19                  CHARLES McNULTY
20
21                      ---o---
22
23              MONDAY, JUNE 22, 2020
24
25                      ---o---
0002
 1  A P P E A R A N C E S:
 2
        ON BEHALF OF PLAINTIFF:
 3
            SARAH HOWARD JENKINS, ESQUIRE
 4              Attorney at Law
                P. O. Box 242694
 5              Little Rock, Arkansas  72223
 6
        ON BEHALF OF DEFENDANTS:
 7
            W. CODY KEES, ESQUIRE
 8          JAY BEQUETTE, ESQUIRE  (Not Present)
                Bequette, Billingsley and Kees
 9              425 West Capitol Avenue
```

```
                          Suite 3200
10                        Little Rock, Arkansas  72201
11
         ALSO PRESENT:
12
                  JANICE HARGROVE WARREN
13
14                            ---o---
15
16
17
18
19
20
21
22
23
24
25                                                          2
0003
 1                         I N D E X
 2
    WITNESS:                                         PAGE:
 3
 4  CHARLES McNULTY
 5       Direct Examination...........................     5
 6
 7
                              ---o---
 8
 9
                        E X H I B I T S
10
11  Exhibit One.......................................     9
12  Exhibit Two.......................................     9
13  Exhibit Three.....................................    21
14  Exhibit Four......................................    42
15  Exhibit Five......................................    32
16
17                            ---o---
18
    Reporter's Certificate...........................    97
19
20                            ---o---
21
22
23
24
25                                                          3
0004
```

```
 1              The deposition of Charles McNulty was
 2  taken before me, Debbye L. Petre, Certified Court
 3  Reporter and notary public within and for the County
 4  of Pulaski, State of Arkansas, duly commissioned and
 5  acting, on Monday, June 22, 2020, beginning at the
 6  hour of 9:30 a.m., at the Offices of Bequette,
 7  Billingsley and Kees, 425 West Capitol Avenue, Suite
 8  3200, Little Rock, Pulaski County, Arkansas.
 9              Said deposition being taken in
10  accordance with the Rules of Federal Procedure and
11  pursuant to the provisions of the Arkansas Rules of
12  Civil Procedure at instance of counsel for the
13  Plaintiff in the above-styled case in the United
14  States District Court, Eastern District of Arkansas,
15  Central Division.
16                      ---o---
17  THEREUPON, the following proceedings were had,
18  to-wit:
19                      ---o---
20
21
22
23
24
25
0005
 1              P R O C E E D I N G S
 2  WHEREUPON,
 3                  CHARLES McNULTY,
 4  having been called for examination, and having been
 5  first duly sworn, was examined and testified as
 6  follows:
 7                  DIRECT EXAMINATION
 8  BY MS. JENKINS:
 9  Q    Good morning.
10  A    Good morning.
11  Q    Thank you for coming.  This is not your first
12  deposition, I take it?
13  A    No, it's not.
14  Q    Welcome to Little Rock, Arkansas.
15  A    I know.  There will be a few more, I'm pretty
16  sure.
17  Q    Let me just refresh your recollection that she
18  is transcribing everything that you are saying, and so
19  you will need to speak clearly, slowly.  If you -- a
20  nod of the head can't be transcribed, a guttural
21  "ummm" can't be transcribed.  So, just if you will
22  speak up, that would be helpful for her.
23  A    Sure.
24  Q    I think you know everybody in the room.
```

25   A      I do.
0006
1    Q      I'm Sarah Howard Jenkins, and I represent this
2    lady.  That was Janice Warren.  And this is Debbye
3    Petre.  All right?
4    A      Sure.
5                 THE WITNESS:  Hi, Debbye.
6                 COURT REPORTER:  Hi.  How are you?
7    BY MS. JENKINS:
8    Q      Can you tell me where you were born?  Where did
9    you grow up?
10   A      Okay.  So, I was born in Ottawa, Ontario.
11   Q      Okay.
12   A      And moved to Carlton County.  And then, my folks
13   moved to Portland, Oregon.  And from Portland, Oregon,
14   then I was actually bouncing a little bit to Victoria,
15   to Winnipeg, and to Toronto, and then to the states
16   again in Portland, just before high school.
17   Q      Okay.
18   A      And then I graduated from high school in West
19   Glenn, Oregon.
20   Q      Oh, okay.
21   A      And from there, I went to college in Portland at
22   Lewis and Clark, met my first wife there, went to
23   Portland State after a couple of jobs that were not as
24   enthusiastic as I would have liked.  Got my Masters at
25   Portland State, took a job at Longview, Washington,
0007
1    commuted from Portland.  Then -- oh, and I do think
2    there was like -- because my parents bounced around a
3    little bit, I think there was a home or a rental on
4    the coast, the Oregon coast.
5    Q      That's a beautiful area.
6    A      Yeah.  I just remember the rain and -- being
7    younger.  And then, from there, I continued working at
8    Longview.  I then took a position as an alternative
9    high school principal in downtown Portland, and
10   sometimes teaching.  Left that position, went back to
11   school.  And in between that, too, I also lived in
12   Ferndale, Washington, and commuted to the University
13   of British Columbia.  I started my doctoral work in
14   '94.
15                 COURT REPORTER:  I'm sorry?
16                 MR. KEES:  University of British
17            Columbia.
18                 THE WITNESS:  It's a nice campus.  My
19            son is there right now.  And that was in
20            Vancouver.  I came back to Portland, and then
21            eventually ended up in Freeport, Illinois.
22   BY MS. JENKINS:

```
23   Q      Okay.  All right.  Do you have siblings?
24   A      I'm an only child.
25   Q      Only child.  All right.  Let's just talk about
0008
1    the applying for the position at PCSSD.
2    A      Sure.
3    Q      All right.  When did you submit your
4    application?
5    A      So, I was working with Ray and Associates.  I
6    had an arrangement from my current employer in
7    Waterloo, the Superintendent.  I was looking for a
8    superintendency, but I was also promising her that I
9    wouldn't leave her in a lurch.  There were two
10   Associate Superintendents.  And my responsibility was
11   the educational side.  But I worked closely with the
12   HR and Director of Equity, and we intertwined our
13   positions.  So, if I leave at the last moment, it
14   would have been unfair to the children and been unfair
15   to my colleague, Doctor Beth Smith.
16          So, I think it was like in November, there was a
17   regional office position in Iowa City, my wife was a
18   principal in Iowa City, and I thought we wouldn't move
19   -- my daughter was really enjoying school.  I had
20   applied for that, so I did the video interview for
21   that position, and I did well enough to be an
22   alternate.  And then, I used that video interview for
23   the next two positions I applied to.  One was in Ames,
24   Iowa, and then one was Pulaski County.
25   Q      Okay.  Do you recall on what day you applied for
0009
1    the position?
2    A      I will be honest with you, I don't.
3    Q      Okay.
4                   (WHEREUPON, Plaintiff's Exhibit Numbers
5                One and Two were marked for identification.)
6    BY MS. JENKINS:
7    Q      Take a look at Exhibit One.
8    A      (Witness complies.)  Okay.
9    Q      And this is at page two.
10   A      Is looks like 3-6.
11   Q      Would you read the heading of that document?
12   A      "Application for Superintendent of Schools.
13   Closed.  Pulaski County Special School District --
14   Deadline, March 12, 2018".
15   Q      All right.  And then, on the first line, is that
16   your name?
17   A      Yeah.
18   Q      All right.  And then, the date, March 6th.
19                   (WHEREUPON, there was a telephone
20                interruption.)
```

```
21                    MS. JENKINS:  Excuse me one second.
22              Okay.
23  BY MS. JENKINS:
24  Q     So, do you recognize this application as yours?
25  A     I will say that that looks like mine.
0010
 1  Q     Okay.  All right.  And the date is March 6th,
 2  2018; is that correct?
 3  A     Correct.
 4  Q     And let's go over to -- just kind of leaf
 5  through it.
 6  A     Sure.
 7  Q     Is that your employment experience, two pages
 8  over?
 9  A     So far so good.  Assistant Professor,
10  Superintendent, Principal, yeah.
11  Q     Okay.
12  A     The more relevant, yeah.
13  Q     All right.
14                    MR. KEES:  What did you say, more
15              relevant?
16                    THE WITNESS:  Yeah, the most recent.
17              There are other positions that I didn't list.
18  BY MS. JENKINS:
19  Q     All right.  And just kind of thumb through.  So,
20  this is your -- your name is at the top of the
21  following pages; is that correct?
22  A     Yes.
23  Q     Okay.  All right.  So, you are familiar with
24  this particular document?
25  A     Yes.  I'm sorry.  It just seemed like a
0011
 1  statement.
 2  Q     You have to answer for her.  Thank you.
 3  A     That was an easy answer.
 4  Q     I appreciate that.  Now, turn to Exhibit Two.
 5  Do you recognize that document?  It is from Kellie
 6  Patterson.
 7  A     And she was with Ray and Associates.  Yes.
 8  Q     And what is the date of that?
 9  A     March 8th.
10  Q     All right.  And that looks like an e-mail to
11  you?
12  A     Probably.  Yeah.
13  Q     All right.  Would you just read the heading on
14  that e-mail?
15  A     "Pulaski County Special School District,
16  Superintendent Search".
17  Q     The next line?
18  A     "Invitation to Apply".
```

19   Q     All right.  Would you just read that document,
20   please?
21   A     Sure.  "The Pulaski County Special School
22   District located in Little Rock, Arkansas is seeking a
23   Superintendent.  Pulaski County Special School
24   District (PCSSD) is one of four public school
25   districts in Pulaski County, Arkansas.  The others are
0012
1    the Little Rock School District, the North Little Rock
2    School District and the Jacksonville—North Pulaski
3    School District."
4    Q     Okay.  Now, come down to the fourth paragraph.
5    A     Okay.  "We are very interested in your
6    application and look forward to receiving the
7    materials needed for this search.  Our positions
8    require:  a letter of interest, the formal
9    application, a current resume and at least four recent
10   letters of recommendation."
11   Q     All right.  And what is the date of that letter?
12   A     March 12th is right.  Yes, submitted on or
13   before March 12th.
14   Q     All right.  But go back to the date of the
15   e-mail.
16   A     March 8th.
17   Q     Okay.  And turn over two pages, and come down to
18   the middle of the page where you see "Original
19   message".
20   A     (Witness complies.)  Okay.
21   Q     And would you read the text underneath "Original
22   message"?
23   A     "I did apply.  Thanks."
24   Q     Okay.  And you sent that to whom?
25   A     Ray and Associates.
0013
1    Q     All right.  To Kellie Patterson in response to
2    the invitation.  So, did you know about the position
3    before you got the invitation to apply?
4    A     I had seen the position.  And as you said
5    before, I just asked them to use my Grantwood video.
6    That was the original position that I had applied to.
7    Q     So, did you complete the application before you
8    got the invitation to apply?
9    A     Yeah.  There is just a general application at
10   Ray and Associates.
11   Q     So, how did you go about completing the
12   application for PCSSD?
13   A     I don't necessarily recall the process.  But I
14   probably sat down and just added things into it.
15   Q     Okay.  So, you got the invitation, and then you
16   applied, or you applied before you got the invitation?

17   A     Well, it says the 6th, and that e-mail says the
18   8th.  But I think that the district had already posted
19   it.
20   Q     All right.  So, had you read about it?
21   A     Yeah, I think I had read about it.  And actually
22   one of the things that surprised me was that the
23   initial like flyer for it was wrong, they had still
24   left the Jacksonville students into it.  So, it said
25   like 16,000 or 17,000, so I had noticed that.  I think
0014
1    I looked at -- I was looking at districts at that time
2    that were diverse and that might fit my skill set.
3    Q     Okay.
4              MR. KEES:  Sarah, real quick.  Are you
5         curious about this that I blacked out?
6              MS. JENKINS:  You told me that that was
7         your e-mail address.
8              MR. KEES:  Oh, okay.
9              MS. JENKINS:  Yes.
10             MR. KEES:  Just making sure.  I knew you
11        had probably asked me that, because you are
12        so thorough.  This is when he forwarded the
13        e-mail to me and said, "Hey, here is my
14        e-mail."  So, this was what is redacted.
15             MS. JENKINS:  You know, I think you told
16        me what was --
17             MR. KEES:  Okay.
18             MS. JENKINS:  You had gone through,
19        because that appears on a number of pages.
20             MR. KEES:  Yes.
21             MS. JENKINS:  And that is your way of
22        removing information that you deem to be
23        privileged.
24             MR. KEES:  Yes.  So, when I print the
25        e-mail -- so, Charles sent it to me, and he
0015
1         probably had some little note that said,
2         "Hey, here is my e-mail."  And so, it had my
3         e-mail up at the top.  And so, that was just
4         our communication.
5              MS. JENKINS:  That's okay.  Yes.
6              MR. KEES:  Just making sure.
7              MS. JENKINS:  Yes, you told me.
8              MR. KEES:  You are thorough, and I want
9         to make sure you know what I was doing there.
10        So, that would be what that redaction was
11        about.
12   BY MS. JENKINS:
13   Q     Now, Doctor McNulty, let's look at one other
14   part of this packet of your -- I copied so many pages

15  that I can't find the one I'm looking for.  Give me
16  one second.  Do you recall the date on which you wrote
17  your cover letter for your application?
18  A    Hopefully you will have that.  No, I don't.
19  Q    Apparently, I left it out of the document set.
20  Okay.  Let's take a look at the letter from Teresa
21  Hines.  This is at the back of your application.  Do
22  you recognize that document?
23  A    Which document?
24  Q    It should be at the very back -- about six pages
25  from the very back.  You need to go the opposite
0016
1   direction, sir.
2   A    Okay.
3   Q    Would you read the heading on that?
4   A    "Theresa Hines".
5   Q    All right.  And is this a letter that you
6   attached to your application?
7   A    Yes.
8   Q    All right.  Notice the date of that letter.
9   A    Uh-huh.  (Indicated yes.)
10  Q    And what is that date?
11  A    2017.
12  Q    Excuse me?
13  A    December 4th, 2017.
14  Q    All right.  And it's addressed to -- the
15  salutation is directed to whom?
16  A    Pulaski County School District.
17  Q    All right.  The Pulaski County School District
18  did not hire Ray and Associates until December 12th of
19  2017.  How did Ms. Hines know to address this letter
20  to Pulaski County Special School District?
21  A    I probably asked her to address any letter to
22  any of the districts I applied to.
23  Q    So, did you go back to her for every district
24  and simply ask her to issue a new --
25  A    Yeah.  But that was the foundation one, I think,
0017
1   that she had done.  And I didn't even notice the date.
2   I would guess that that was a mistake on her part, and
3   I didn't notice it.
4   Q    So, you didn't edit the letter, itself?
5   A    I don't believe I did.
6   Q    So, you requested from her a --
7   A    A Letter of Recommendation.
8   Q    Okay.  Prior to March 6th of 2018, had you met
9   Doctor Linda Remele?
10  A    No.  I did make one phone call to her, I
11  remember, when we were coming down to -- and I asked
12  Ray and Associates if -- because our daughter was

13  going to go into ninth grade, if we could tour the
14  high schools.
15  Q     All right.
16  A     You know, I think that we were cautious about,
17  you know, what it would look like, and we were leaving
18  a great school district and a student -- a great
19  district that our child felt really great and had
20  great student friendships.  So, I requested a tour.
21  Q     And when did you make that call?
22  A     Again, I don't know.  It was probably in and
23  around the time I came down.
24  Q     For the --
25  A     For the interview.
0018
1   Q     -- in-person interview?
2   A     Yes.
3   Q     So, would that have been before April 3rd?
4   A     It would have to have been a day or so before
5   April 3rd.  I can't guarantee that, but we did make
6   the call.  And I was surprised that Ray and Associates
7   didn't just set it up for us, because they were my
8   only contact.
9   Q     All right.  So, you called Ray and Associates
10  and they called Doctor Remele?
11  A     No.  They recommended me call.
12  Q     That you call her directly?
13  A     Yes.
14  Q     All right.  And you think it was a day or two
15  before April 3rd?
16  A     I wouldn't bet my house on it, but, yeah, I
17  think it was.
18  Q     Would it have been before March 27th?
19  A     Again, I don't know.  I think it was much
20  closer, because my wife and I drove from Iowa City to
21  Little Rock.
22  Q     Okay.
23  A     So, it was a nine-hour drive.  So, we wanted to
24  make sure that she would have an opportunity, again,
25  to take a look at the high schools for our daughter.
0019
1   Q     So, your daughter came with you?
2   A     No, no.
3   Q     Oh, your wife?
4   A     Because she was in school.
5   Q     Okay.  So, your wife toured the high schools, or
6   did the two --
7   A     Yes.  And just got a sense of how they felt.
8   Q     Okay.  Did you tour the high schools with her?
9   A     No, no.
10  Q     All right.

```
11   A     This was during the interview.
12   Q     Oh.  So, while you interviewed, your wife toured
13   the high schools?
14   A     Yes.
15   Q     And who gave her that tour?
16   A     An acquaintance, a friend of Doctor Remele.  I
17   wouldn't remember her name.  I can give it to Cody.  I
18   can ask and give it to you.
19   Q     Okay.  That would be great.
20   A     You bet.
21   Q     Okay.  So, prior to March 6th of 2018, you had
22   not met her?
23   A     Oh, no.
24   Q     Prior to March 6th of 2018, had you talked with
25   her?
0020
 1   A     No.
 2   Q     All right.  Prior to March 6th of 2018, had you
 3   communicated via e-mail with Doctor Remele?
 4   A     No, not that I believe so.  I was only working
 5   with Ray and Associates.
 6   Q     Prior to March 6th of 2018, did you have any
 7   contact with anyone in Arkansas?
 8   A     No.
 9   Q     Okay.
10   A     No.
11   Q     Did you know anyone from Arkansas?
12   A     No.
13   Q     All right.
14   A     I have never been to the south, with the
15   exception of Florida.
16   Q     Oh, okay.
17   A     And that was an in-service.
18   Q     And Florida really isn't south.
19   A     It is in the south.
20   Q     They think they are southern.
21   A     Well, you know, they were very nice, but it was
22   really hot.  So, that was my only experience.
23   Q     All right.  Let me have you take a look -- we
24   will have to mark this.  We will just call it Number
25   Three.
0021
 1   A     Sure.  (Witness reviews document.)
 2               COURT REPORTER:  I think the packet goes
 3          up to Four.
 4               MS. JENKINS:  I don't think there is a
 5          Three in the packet.
 6               MR. KEES:  There is not.
 7               MS. JENKINS:  Okay.  Let's mark this as
 8          Three.
```

```
 9                      (WHEREUPON, Exhibit Number Three was
10             marked for identification.)
11   BY MS. JENKINS:
12   Q     Now, you mentioned, Doctor McNulty, that you
13   were working with Ray and Associates and there were a
14   number of different pools.  You were in the Ames pool?
15   A     Yes.
16   Q     The Grantwood pool?
17   A     Yes.
18   Q     Look on the first page of that.  Does that
19   document look familiar to you at all?
20   A     (Witness reviews document.)
21   Q     What is the heading on that document?
22   A     "Public Education:  Providing Opportunities,
23   Pulaski County Special School District, Seeking a New
24   Superintendent".
25   Q     All right.  Does that look like the
0022
 1   advertisement for this position?
 2   A     It certainly looks like the advertisement for
 3   this position.
 4   Q     All right.  Look at the "Seeking a
 5   Superintendent who:" halfway through the page.  Would
 6   you just read through those?
 7   A     Sure.  "Possesses excellent people skills,
 8   presents a positive image of the district and will
 9   listen to input and make decisions when necessary."
10   "Possesses the leadership skills required to respond
11   to the opportunities and challenges presented by an
12   ethnically and culturally diverse community."
13   "Inspires trust, has high levels of self-confidence
14   and optimism and models high standards of integrity
15   and personal performance."  "Is a solid communicator
16   with strong speaking, listening and writing skills."
17   "Has experience recruiting and maintaining exceptional
18   staff for the district and its schools."  "Is able to
19   delegate authority appropriately while maintaining
20   accountability."  "Has knowledge of and successful
21   experience in sound fiscal practices and management of
22   district resources, including appropriate
23   participation of others in planning and
24   decision-making."  "Is strongly committed to a
25   'student first' philosophy in all decisions."
0023
 1   "Possesses the ability to enhance student performance,
 2   especially in identifying and closing or narrowing the
 3   achievement gap."  "Promotes a positive and
 4   professional environment for district employees and
 5   the PCSSD Board of Education."
 6   Q     Are those requirements substantially similar to
```

```
 7   the qualifications and requirements that were listed
 8   by Ames?
 9   A      Yeah.  Ames actually, you know, and there is a
10   number of cities in Iowa who are diversifying, and
11   they didn't expect that kind of diversification.  And
12   Ames was interested in someone who had experience in
13   closing the achievement gap.
14   Q      Are those qualities substantially similar to the
15   qualities of the Grantwood?
16   A      Grant was a little different.  Grantwood was,
17   again, it was more of like an -- in Iowa, they have
18   the regional supports.  I think we do, too, where it
19   might be Special Services, Special Education.  And
20   that job I had applied to really in an effort to stay.
21   And I was willing to stay in Waterloo, I wasn't being
22   chased out.  They are good people.
23   Q      All right.  But the qualities it listed, these
24   are -- were substantially similar to the Ames?
25   A      I can't recall.
0024
 1   Q      You can't recall that?
 2   A      No.  But I do remember the conversations that I
 3   had with the Ray and Associates person who was kind of
 4   leading the charge on the search there, and the Board
 5   was concerned about some of the inequities that were
 6   happening, especially affecting minority students and
 7   Latino students that were moving in -- that were in
 8   the community.
 9   Q      All right.  So, these qualities that are listed
10   are not -- they are more sort of a generic that you
11   might see in the Ames, for example, but you didn't see
12   in the Grantwood qualifications?
13   A      Yeah.  Again, I don't recall.  I mean, Grantwood
14   is working with, again, historically some
15   disenfranchised students, especially students with
16   IEPs.  We have not done a good job historically with
17   our IEP students.
18   Q      All right.  After March 6th and before April
19   3rd, other than your call to Doctor Remele about
20   touring the high schools, did you have any contact
21   with her by telephone?
22   A      No.  And it was only my wife touring the high
23   schools, not me.
24   Q      Okay.  After March 6th, 2018 and before April
25   3rd, 2018, did you have any contact with Doctor Roy
0025
 1   Brooks?
 2   A      Was that -- I think it was with Ms. Davis.
 3                  MR. KEES:  Yes, whatever you remember.
 4                  THE WITNESS:  I know.  It was a
```

```
 5            gentleman who was out of Atlanta.  I don't
 6            know if -- he was an African-American
 7            gentleman.  And he was kind of my contact
 8            when I got there.  I don't recall a Roy
 9            Brooks.
10   BY MS. JENKINS:
11   Q    Okay.
12   A    Maybe I did, maybe I didn't.  But my contact was
13   a gentleman who, when I got here, he kind of sent me
14   towards the interview process.
15   Q    Okay.  Did you visit with him before the
16   interview?
17   A    No.  You know, and I will be honest with you, it
18   was kind of a rough two or three days for me.  I had
19   never had vertigo before.  And the minute I stepped
20   into Arkansas, I had vertigo.  And I had never had it,
21   and it's awful.  And I was -- I was a little unsure
22   how I was going to do.  So, I actually stayed in bed
23   for a while because I couldn't move.
24   Q    Dizzy.  Okay.
25            MR. KEES:  Just so we are clear.  You
0026
 1            had asked him about Roy Brooks, and you are
 2            referring to?
 3            THE WITNESS:  Another gentleman.
 4            MS. JENKINS:  All right.
 5            MR. KEES:  Who you described as
 6            African-American?
 7            THE WITNESS:  Yeah.  And he had long --
 8            he was a Superintendent.
 9            MR. KEES:  Okay.
10   BY MS. JENKINS:
11   Q    Was he the person who was conducting the search
12   in this area?
13   A    It felt that way.
14   Q    Okay.
15   A    You know, we drove down, and I felt obligated to
16   do it because I was working with Ray and Associates
17   and I had applied for the position.  But my target job
18   was Ames, because it was going to stay in Iowa and it
19   was a better opportunity for my wife.
20   Q    Okay.  All right.  The Board minutes for April
21   3rd, 2018 indicate that your interview began at 10:11
22   a.m. and ended at 12:10 p.m.  Is that correct?
23   A    It was a long time.
24   Q    Okay.  You don't remember exactly?
25   A    But I can tell you what I do remember, which I
0027
 1   thought was unique was, I had the presentation,
 2   because I was really good at setting systems up around
```

```
 3    school improvement plans, and, you know, part of the
 4    Ross Plan and part of the work that Doctor Warren had
 5    was establishing Plan 2000 and school improvement
 6    plans.  And in Waterloo, I had made all of those plans
 7    digitally live so we could interact on a daily basis.
 8    And so, I asked if I could bring my computer, and that
 9    caused some stress with some of the folks.  And I was
10    just kind of surprised about that.
11    Q    Okay.  All right.  Anything else surprise you
12    about the interview with the Board?
13    A    No.  That was kind of it.  I mean, you know, I
14    think you are always anticipating a range of
15    questions, and I tried to speak honestly.  I really
16    feel like -- and I kind of learned it the hard way,
17    you know, you just tell people who you are and what
18    you are going to do.  And if they don't like you,
19    that's just fine.
20    Q    Okay.  Were all the members of the Board in
21    attendance?
22    A    Yes.
23    Q    All right.  During your interview on April 3rd,
24    you mentioned to the Board experience regarding
25    desegregation.  What was the experience that you
0028
 1    shared?
 2    A    Yeah.  Freeport had a Memorandum of
 3    Understanding to avoid the desegregation cases that
 4    Rockford had had and the lawsuits there.  But it was a
 5    real tight Memorandum of Understanding, and the Office
 6    of Civil Rights was very much involved in that.
 7    Q    Okay.
 8    A    And my first job in Freeport was actually
 9    working with the OCR to serve as Pupil Personnel
10    Service Director, and I worked hand in hand with the
11    federal OCR to mitigate some of the claims against us
12    and move forward.
13    Q    Okay.  All right.  So, that was the scope of
14    your experience with desegregation?
15    A    Yeah.
16    Q    All right.  After your interview, did you and
17    your wife return to your hotel to pack your things?
18    A    Yeah.  I was, again, struggling a little bit
19    with the vertigo.  I think she packed most of it.
20    Q    Okay.  All right.
21    A    From what I remember.
22    Q    Did you have lunch before you left?
23    A    I don't recall.
24    Q    You don't recall?  All right.
25    A    I know we got on the road quite fast, because it
0029
```

```
 1   was a nine-hour drive.
 2   Q     Okay.
 3   A     And I did not drive, by the way.
 4   Q     Oh, you didn't drive?
 5   A     I mean, she drove.  I was still struggling.
 6   Q     With the vertigo.  All right.  So, you didn't
 7   have lunch before you --
 8   A     I don't recall.
 9   Q     You don't recall?
10   A     No.
11   Q     After the interview, you did go back to the
12   hotel, you packed your things -- or your wife packed
13   everything up?
14   A     Most of it, yeah.  I mean, I have some issues of
15   control as an individual, as an only child, so I would
16   have done a few things.
17   Q     All right.  And you mentioned it's a nine-hour
18   drive.  Do you remember what route you took?
19   A     We went north and followed the Google Maps.  And
20   at one point in time, I was really good at directions,
21   but I'm not now, because of Google Maps.
22   Q     Okay.  All right.  On June 4th, 2019, you
23   testified in an action, Jennifer Beasley versus
24   Charles McNulty.  Do you remember that?
25   A     Yeah.
0030
 1   Q     All right.  And you testified that you received
 2   an offer from Doctor Remele shortly after your
 3   interview.
 4   A     Yeah.
 5   Q     Do you recall that call?
 6   A     I do recall, because I was in the passenger
 7   seat, I was asleep.
 8   Q     All right.  So, you woke up?
 9   A     I woke up and my wife said, "Someone is calling
10   for you."
11   Q     Okay.  Do you recall where you were?  Had you
12   reached Memphis?
13   A     Oh, gosh, I don't know.
14   Q     You have no idea of where you were?
15   A     I think we were in some wooded areas we were
16   driving through on the freeway.
17   Q     All right.  But you are not sure whether you had
18   gotten to Memphis?
19   A     No, I don't know.  We drove through.  We didn't
20   stop anywhere.
21   Q     You didn't stop en route at all?
22   A     Just to probably gas.
23   Q     Okay.
24   A     But we were driving in woods, it was definitely
```

```
25   in a wooded area.
0031
 1   Q     A wooded area?
 2   A     Yeah, freeway.
 3   Q     Okay.  All right.  But you don't recall whether
 4   you had reached Memphis, you don't recall if you had
 5   reached St. Louis?
 6   A     Oh, I'm sure we didn't reach St. Louis.
 7   Q     Okay.
 8   A     I think I would have remembered that.
 9   Q     Why would you remember?
10   A     It's a big city.
11   Q     All right.
12   A     And I was in the woods.
13   Q     All right.  So, you were between Little Rock and
14   in a wooded area before getting to St. Louis?
15   A     I would guess so.
16   Q     All right.  But are you certain that you hadn't
17   crossed the Missouri line into Iowa?
18   A     No, I don't think we had made it to Iowa,
19   huh-uh.  I would have felt better.
20   Q     Okay.  All right.  So, this was sometime after
21   you left and before you reached St. Louis?
22   A     Yeah.  I would not state my life on it, but it
23   feels right.
24   Q     Okay.  Let's take a look at that testimony.
25              MS. JENKINS:  We will call this one Four
0032
 1           and then change all the other.
 2              MR. KEES:  You have a Four.
 3              MS. JENKINS:  I know.
 4              (WHEREUPON, a discussion was held off
 5           the record.)
 6              (WHEREUPON, Exhibit Number Five was
 7           marked for identification.)
 8   BY MS. JENKINS:
 9   Q     Do you want to take a look at that?
10   A     Sure.  (Witness reviews document.)
11   Q     Halfway towards the bottom of the page, would
12   you read what is stated there?  This is the deposition
13   of?
14   A     Oh, "Doctor Charles McNulty, in his official
15   capacity as Superintendent of Schools of the Pulaski
16   County Special School District; Pulaski County Special
17   School District Board of Directors; and Pulaski County
18   Special School District, a Public Body Corporate."
19   Q     And then, what is at the bottom half?
20   A     Deposition of Charles McNulty, June 4th, 2019.
21   Q     All right.  So, do you recall this event?
22   A     I was there.
```

23  Q      Okay.  All right.  Let's turn over to at the top
24  of page 11.
25  A      Sure.
0033
1   Q      And apparently you were asked something.  The
2   line one says, "hired?"
3   A      Uh-huh.  (Indicated yes.)
4   Q      And then, you have an answer.  Would you read
5   your answer?
6   A      "Actually, it was -- they asked if I was
7   interested in the position as we were driving home
8   that day."
9   Q      Okay.  And then, the question that followed?
10  A      "So, interviewed and were offered the position
11  the same day?"  "Yes, sir."  MR. KEES:  "Where is
12  Waterloo?"  THE WITNESS:  "It's nine hours north."
13  "That's a long drive."  "It was a long drive."
14  Q      Okay.  All right.  Come down to line 18, and
15  would you read?
16  A      "Mr. Walker."
17  Q      Yes.  Read the question and answer that
18  followed.
19  A      "So, the day of your interview, you were hired?"
20  "I was offered the position, correct."  "On behalf of
21  the Board, who extended the offer?"  "Doctor Remele."
22  "Did she do so in writing or by phone?"  "By phone."
23  "What time of day was it?"  "3:00 or 4:00 o'clock."
24  Q      Okay.  Is that your -- continue reading on.
25  A      "What time did you end your interview?"  "I feel
0034
1   like it was like noon or 1:00.  I may be wrong about
2   that.  But I felt like we just got right into the car
3   and started driving."
4   Q      Okay.  Is there any reason that you, today,
5   think that what you stated in this deposition
6   testimony was incorrect?
7   A      It's what I said at the time, so I believe it
8   was correct.
9   Q      All right.  Thank you.
10  A      You are welcome.
11  Q      All right.  Let's talk a little bit about your
12  contract with PCSSD.  Can you tell me when the
13  contract was effective?
14  A      It was effective July 1st, I think, 2018.
15  Q      All right.  And what was your annual rate of
16  salary?
17  A      $205,000.00 plus a $10,000.00 annuity.
18  Q      Is that an annual annuity?
19  A      Yeah.
20  Q      So that every year --

21  A     I would get $10,000.00.
22  Q     $10,000.00 as an annuity.  All right.  Did the
23  contract provide for annual increases in salary?
24  A     It said it did.  That hasn't happened.  I just
25  dropped the $10,000.00 annuity into my salary, took
0035
1   advantage of the Arkansas Retirement System.  But, no.
2   And then, I actually had a couple of conversations,
3   just to be up front, with the Board.  The first
4   contract, I wasn't -- you know, it wasn't acceptable
5   to me.
6   Q     All right.  And what was unacceptable about it?
7   A     It was only a three-month protection of salary.
8   The Board, as you know, and Superintendents, they do
9   that, sometimes let you go.  And if we were -- you
10  know, and we prayed about that we were going to take a
11  risk coming here, and that three months was not much
12  of a guarantee.
13  Q     Okay.  All right.  But the contract -- does the
14  contract state that you are entitled to annual
15  increases based on the sum of the increase in base
16  salary schedule of any employee in the district plus
17  the step for your experience?  Do you recall?
18  A     Well, I don't have the contract in front of me.
19  And as you say that, I probably should re-read it
20  again.
21  Q     Okay.
22  A     Because I have not taken a raise or step.
23  Q     Okay.  All right.  So, you didn't get a raise in
24  2019?
25  A     With the 1.5, I did not take it.
0036
1   Q     With the 1.5?
2   A     Percent.  I mean, we had a 1.5 this last year
3   increase across the board.
4   Q     And so, you did not take the 1.5?
5   A     I did not take the 1.5.
6   Q     Okay.  Does the agreement provide a sum of money
7   for membership fees, incidental expenses for
8   participating in community and civic organizations?
9   A     I don't have my contract in front of me.  I
10  would say this, I hope it does.
11  Q     Oh, okay.
12  A     That would be a better contract than one that
13  said "no".
14  Q     Have you joined any community organizations?
15  A     I participate in the Chamber.
16  Q     Okay.  How many vacation days do you have as
17  Superintendent?
18  A     Again, I'm going to be honest, I don't pay much

19   attention, because I don't seem like I have had a
20   vacation in a very long time.
21   Q     All right.
22   A     And I can be honest with that.  I haven't seen a
23   break since we went into the pandemic.  And I think we
24   are all in that.  And I want to just say, I so
25   appreciate Doctor Warren and her team, because we are
0037
1    all working really hard.
2    Q     All right.  Do you recall the allowance that you
3    had for moving expenses?
4    A     I did get one.  I want to say -- I have had a
5    couple.  I can't accurately state that, but I did get
6    one.
7    Q     Okay.
8    A     And it did cover my moving expenses.
9    Q     All right.  And what retirement benefits are you
10   receiving?
11   A     Just the Arkansas.  I mean, I've got -- as you
12   know, on my resume, I have been around.  So, I've got
13   a couple of different retirement systems.  But right
14   now, just the Arkansas.
15   Q     Just the Arkansas.  Did the Board approve any
16   other benefits for you?
17   A     Well, I get a car allowance to drive.  It's not
18   a car, but it's an allowance for miles.
19   Q     That mileage?
20   A     Yes.
21   Q     Anything else?
22   A     I apologize.  I don't recall that.
23   Q     Okay.  Do you have any supplemental or separate
24   agreements as an incentive payment plan with the
25   Board?
0038
1    A     Not that I explicitly live day in and day out
2    thinking, "If I do this, I'm going to get that."  I
3    don't recall that.
4    Q     All right.  Did you get a bonus in -- at the end
5    of 2019?
6    A     No.
7    Q     No bonus?
8    A     All I did was drop my -- again, that separate
9    into my salary so I would be more in the Arkansas
10   Retirement System.
11   Q     So, rather than getting an annuity -- annual
12   annuity, your salary is really $215,000.00?
13   A     Now it's increased to that, yeah, after one
14   year.
15   Q     What do you mean, increased to $215,000.00?
16   A     Because it was $205,000.00.

```
17   Q     $205,000.00?
18   A     With the $10,000.00 annuity.
19   Q     With the $10,000.00 annuity?
20   A     That was annual.
21   Q     Which was in 2018?
22   A     '18-'19.
23   Q     '18-'19.  And then, in '19-'20 -- school year of
24   2019-2020, you, rather, took $215,000.00?
25   A     But no annuity.
0039
 1   Q     But no annuity?
 2   A     Right.  And that happened after we did the
 3   employee increases.
 4   Q     Of the 1.5?
 5   A     Of the 1.5, yeah.
 6   Q     Okay.  All right.  But you don't recall having
 7   any supplemental or separate agreements?
 8   A     No.
 9   Q     You close the gap by five percent, you get "X"
10   amount?
11   A     I don't recall that.  If it's there, that would
12   be great.  But I don't know.
13   Q     I'm just asking.
14   A     I know.  And I'm just telling you, that's not --
15   unfortunately, that's not on my mind.
16   Q     Did the Board provide you with an evaluation in
17   June of 2019?
18   A     I have had -- I have had an evaluation, yeah.
19   Q     Just one?
20   A     I think I have had two evaluations.
21   Q     All right.  Were those written evaluations?
22   A     Yes.
23   Q     Okay.
24               MS. JENKINS:  Can we get a copy of
25          those?
0040
 1               MR. KEES:  Yes.  Will you send me a
 2          followup e-mail, because there were some
 3          things you wanted last week, too.
 4               MS. JENKINS:  Yes.  I thought I would
 5          wait until after today.
 6               MR. KEES:  You owe me a couple of
 7          e-mails, because I e-mailed you yesterday.
 8               MS. JENKINS:  The last one I saw, I
 9          think, was like Thursday or Friday and you
10          were headed out of town.
11               MR. KEES:  I e-mailed you early
12          yesterday morning.
13               MS. JENKINS:  You did?
14               MR. KEES:  And I apologize for e-mailing
```

```
15              on a Sunday.  But I was coming in to get some
16              work done for something you needed.
17                  MS. JENKINS:  I apologize.
18                  MR. KEES:  That's fine.
19                  MS. JENKINS:  There are some days I
20              don't read my e-mails.
21                  MR. KEES:  And I figured yesterday was
22              maybe one of them.  I was not supposed to be
23              working.
24                  (WHEREUPON, a discussion was held off
25              the record.)
0041
1   BY MS. JENKINS:
2   Q    So, you didn't receive a salary increase and no
3   bonuses at the end of your 2018-2019 year?
4   A    No.
5   Q    Did you get a bonus at the end of 2019-2020?
6   A    No.
7   Q    No?
8   A    No.
9   Q    Okay.  No salary increases?
10  A    Yeah, just dropping the $10,000.00 into it.
11  Q    All right.  Any increase in vacation days or
12  personal days?
13  A    No.
14  Q    Okay.  That's pretty much stable once set?
15  A    Yeah.  I mean, we did actually pass a Board
16  policy for our leadership because of COVID-19, that
17  people just haven't been able to get away, so they can
18  now carry over.  I plan to carry over what I didn't
19  use.
20  Q    So, you lose your vacation at the end of --
21  A    There is only so much you can carry over.  And
22  that was a Board action before I got there through the
23  PPC.
24  Q    So, there is an increase in carry-over?
25  A    Just for a year, during the pandemic.
0042
1   Q    Okay.
2   A    And, you know, I think we will revisit it every
3   year, because it has been a unique situation for
4   people.
5   Q    Okay.
6                  (WHEREUPON, Exhibit Number Four was
7              marked for identification.)
8   BY MS. JENKINS:
9   Q    All right.  Let's take a look at -- it's labeled
10  Exhibit Four in your packet.
11  A    Okay.  (Witness reviews document.)
12  Q    Would you read the heading on that, please?
```

13   A      "Pulaski County Special School District,
14   Superintendent Search Constituent/Employee Meetings,
15   January 29-30, 2018".
16   Q      All right.  Have you seen this document before?
17   A      Probably.  I don't recall, but probably.
18   Q      Okay.  And then, what is the heading?
19   A      "Top Ten Themes".
20   Q      All right.  Let's walk through these Top Ten
21   Themes that were generated from the constituent and
22   employee meetings.  Would you read the first one,
23   please?
24   A      Sure.  Of prime importance to all groups was the
25   effect of the district's desegregation order and the
0043
 1   district's efforts to become unitary, becoming a
 2   district that views the future with new optimism."
 3   Q      All right.  In January of 2018, that was one of
 4   the Top Ten Themes from those meetings.  When you
 5   commenced your employment as Superintendent, was that
 6   still a concern?
 7   A      Like my first day, two, three?
 8   Q      Just had this concern evaporated between January
 9   30th -- 29, 30th of 2018 and July 1st of 2018?  Was it
10   still a concern, the effect of the district's
11   desegregation order?
12   A      You know, I'm not really one to answer that,
13   because I really hadn't -- I mean, I had just a
14   peripheral understanding of what was going on, because
15   this was before I was employed.
16   Q      Okay.  Is it a concern today?
17   A      It's always a concern.
18   Q      It's always a concern?
19   A      In any district.
20   Q      Okay.  Who is handling this particular issue,
21   the desegregation order?
22   A      Well, Doctor Warren certainly leads the way.
23   I'm responsible for that, and so is the rest of the
24   Cabinet.  So, we really have a team working on it.
25   Q      Okay.
0044
 1   A      And the team works very, very hard in making
 2   sure that the focus of the Ross Plan, which is a
 3   systemic focus, is at the forefront of what we do, and
 4   Plan 2000 is the forefront of the principals and the
 5   coaches and the teachers.
 6   Q      All right.  So, this remains a --
 7   A      Strong importance.
 8   Q      -- strong importance, it's a major theme of
 9   getting the work done?
10   A      Yeah.

11   Q      All right.  Let's look at two.
12   A      "People are looking for the new superintendent
13   to be visible, personal and approachable, someone who
14   is out of the administration building trust and
15   rapport across the district."
16   Q      All right.  That was a major concern January
17   2018.  Was it a concern when you commenced your
18   employment?
19   A      Every position I have had in a leadership
20   position, that is always one of the concerns that is
21   out there, every culture, especially when there is a
22   feeling of distance between the Superintendent or the
23   Central Office folks and people in the buildings.
24   Q      All right.  So, how are you addressing that
25   particular concern?
0045
1    A      I'm out of the buildings all the time.
2    Q      Anyone else in your Cabinet?
3    A      Doctor Smith is out all of the time, Doctor
4    Warren is out all of the time.
5    Q      So, is it that you are encouraging your Cabinet
6    to be out?
7    A      The center of change isn't -- and this is, I
8    think, something that many superintendents struggle
9    with -- isn't the Superintendent.  The center of
10   change are the schools.
11   Q      Okay.
12   A      And that's why AVID and PBIS are in all 25
13   schools.
14   Q      You are going to have to repeat that for her.
15   A      Oh, I'm sorry.  That's why AVID and PBIS are in
16   all 25 schools.
17               (WHEREUPON, a discussion was held off
18          the record.)
19   BY MS. JENKINS:
20   Q      You mentioned AVID.  Who is handling the
21   implementation of AVID?
22   A      I brought AVID into the district with the
23   directive that it would be in all 25 schools, and I
24   looked at Doctor Warren to lead that implementation
25   with the support of Ms. Smith, who is the Deputy
0046
1    Superintendent who does Educational Services.
2    Q      So, you brought AVID.  What was your first
3    exposure, or when was your first exposure to AVID?
4    A      When I was in Freeport, Illinois.
5    Q      Okay.  Did you use AVID at Waterloo?
6    A      I was not able to bring AVID in due to
7    differences between the top leadership and myself.
8    Q      Okay.  All right.  And so, is the Deputy

```
 9   Superintendent, Ms. Smith, is she --
10   A     Yes, she is.
11   Q     What is the nature of that Superintendency, that
12   Deputy Superintendency?
13   A     Well, she is driving many of the performance
14   outcomes that are so designed in Plan 2000, especially
15   the gap, and then achievement, but she is also
16   restructuring some of our core curriculum where there
17   were some holes.  Every district has holes.
18   Q     What do you mean "she is driving"?
19   A     That we are utilizing what I would say is a
20   distributive leadership in School Improvement Plans.
21   Q     Go back a little bit slower.
22   A     We're utilizing distributive leadership in
23   School Improvement Plans as a foundation piece for
24   change.
25   Q     All right.  What do you mean by "distributive
0047
 1   leadership"?
 2   A     That means that some people believe that the
 3   only way to do things is the top down directive.  I
 4   don't believe that.  I believe you have to establish a
 5   culture of expectations where people closest to the
 6   problem solve the problem.  And important data around
 7   student performance is that dialogue point and
 8   discussion point between leadership in the building,
 9   leadership in the classroom, and most importantly our
10   students who have to own their performance outcomes
11   and be supported.
12   Q     And so, what is Ms. Smith doing to facilitate
13   the student, the teacher, and the principal in
14   engaging?
15   A     We have an integrated professional development.
16   We don't do sit and get traditionally PDs with our
17   principals, our coaches, and assistant coaches,
18   assistant principals.  We talk about problems within
19   the School Improvement Plan, we focus in on clear and
20   concise curriculum changes.
21   Q     All right.  So, what is Ms. Smith's role in
22   that?
23   A     She is taking leadership in that, and I support
24   her, and so does Doctor Warren.
25   Q     How is she taking leadership?
0048
 1   A     Well, she is engaging the building, she is
 2   reviewing -- she actually did weekly reviews of the
 3   data and the School Improvement Plan, and would sit
 4   down with each school and we would have a strong
 5   conversation about, where is the instructional
 6   program, where are the gaps, where are the successes,
```

```
 7   and what is the 30-day plan to mitigate that.
 8   Q      Okay.
 9   A      So, that's being heavily integrated in the
10   School Improvement Plan.  The School Improvement Plan
11   is critical because it's a digital plan that
12   interfaces.  And so, we can have conversations around
13   artifacts that are live.  In other words, they were
14   just put in after an action plan was resolved.  We ask
15   the questions, "Did we get the results we needed?"
16   And that flips back into the Professional Learning
17   Community, they look at the data, we unpack why
18   certain things don't happen.  Another huge piece is
19   really addressing the implicit biases inherent in the
20   system.  We have --
21   Q      So, what is her role in identifying those?
22   A      Okay.  And that is -- part of the role is
23   bringing a writing approach.  And if you look at the
24   90/90/90 research out of Doug Reeves, its key to deal
25   with implicit bias is through the work itself.  And
0049
 1   so, what you are going to need to do is, you're going
 2   to have to have writing, which is a great depth of
 3   knowledge two and three, in other words, it is
 4   thinking, it is voice.
 5   Q      So, explain how you deal with implicit bias on
 6   the part of a teacher with writing.
 7   A      So, here is what goes.  So, we have a writing
 8   sample, and this is an example, and then you have your
 9   team, PLCs, and then we will take that writing sample
10   and then they will grade it on a rubric.  And what you
11   will find is sometimes differences in outcomes based
12   upon who is evaluating.  And you ask some heavy
13   questions about, "I don't see a difference in the
14   student performance outcome, but I see a difference in
15   the score."  And then, you have the conversation as to
16   why.
17   Q      So, what is Ms. Smith's role in facilitating the
18   teachers' recognition that there is some bias in the
19   grading of a written product?
20   A      It's not only the conversation with the building
21   leadership that is important, it's the coaches.  The
22   instructional coaches work daily with the teachers,
23   and who are on the PLCs.
24   Q      What is a PLC?
25   A      Professional Learning Community.
0050
 1   Q      Okay.
 2   A      Yeah.  And we have really put a strong effort
 3   into that.  So, her role is the strong leadership.
 4   And with leadership, of course, comes the monitoring,
```

```
 5    an accountability system that this district has done
 6    for many, many years.
 7    Q     All right.  So, she is focusing on restructuring
 8    the building and classroom and student recognition of
 9    their own biases?
10    A     And then, I think what you also have in students
11    is, we, unfortunately, in education, have put forth a
12    deficit thinking model.
13    Q     Say that again.
14    A     Deficit thinking model.  Research out of
15    Valencia, he is a great read.  His name is R.R.
16    Valencia.
17              MR. KEES:  You will have to spell that.
18              THE WITNESS:  Wow.  V-A-L-E-N-C-I-A.  I
19          really hope that's right.  And,
20          unfortunately, in education, we have taken
21          the medical model.  We see sometimes students
22          as broken, or families as broken, and that's
23          not the case.  It's the system that sometimes
24          becomes uncaring and biased.  And we have to
25          unpack that system and change the outcomes
0051
 1          for children.
 2    BY MS. JENKINS:
 3    Q     Okay.  Now, how does -- so, you've got Ms.
 4    Smith, who is dealing with recognition of where the
 5    district is in terms of --
 6    A     We are always dealing -- everybody is dealing
 7    with recognition of who the district is.
 8    Q     I mean, from what you have described, it's,
 9    we've got Teacher "A", or Building "A", and that
10    building is at "X" point, and the goal is to bring
11    that building to "Y", and "Y" is an environment that
12    is productive, not only for the teacher, not only for
13    the leadership, but also for the students; is that
14    correct?
15    A     Correct.
16    Q     All right.
17    A     But it can't happen in isolation.  And the
18    isolation is that intersection of support and
19    feedback, but not just from the district office.
20    Although I will say, because we are in the schools, we
21    have a nice relationship with a lot of our buildings.
22    But it's also from the feeders.  And so, before I got
23    there, we had feeder patterns with Mills, feeder
24    pattern.  We have now asked every feeder pattern to
25    have those, what I would say, data analysis
0052
 1    opportunities, looking at what we are doing, how we
 2    are doing it, looking at what the data says, and
```

3   providing feedback of what could be done differently
4   instructionally or through assessment that supports
5   our children.
6   Q     Okay.  So, you've got that approach, coupled
7   with the introduction of AVID, kindergarten through
8   12th grade; is that correct?
9   A     I think we haven't hit 12th grade yet, because
10  the high school is kind of a stepping process.  And I
11  think that was a great approach.  I tend to be a
12  little bit more all in, because I just feel that we
13  don't have time, sometimes.  But I think there was
14  wisdom in a stepped approach.  Because in three years
15  we are going to be able to affect the entire system
16  with the elective courses in the secondary, but also
17  school-wide.
18  Q     All right.  How do those two complement one
19  another?
20  A     Both systems approach.
21  Q     Okay.
22  A     Hand in hand, go hand in hand.
23  Q     How is the teacher able to make adjustments
24  internally with Doctor Smith's approach, that issue of
25  looking at where I am, what is impacting what I do,
0053
1   and the decisions that I make, and the grading that I
2   make?  How is that teacher able to adjust, not only
3   with internal, but AVID is an external?
4   A     AVID isn't external.
5   Q     It is not an external?
6   A     No.  It should be engaged in every classroom,
7   through the WICOR Strategies.
8   Q     Say again?
9   A     Through the WICOR Strategies, W-I-C-O-R.
10  Q     I'm not familiar with that.
11  A     And that is -- I think Doctor Warren is doing a
12  nice job of working with the grade levels where WICOR
13  is writing focus, inquiry, collaboration,
14  organization, they have a binder that helps students
15  organize with foundation on the Cornell notes.  And
16  then, the WICOR -- then the reading.  And reading is a
17  huge piece of what we are doing.
18  Q     All right.  So, the teacher is dealing with her
19  internal environment and making internal, "internal"
20  meaning self, and making modifications in how she
21  instructs?
22  A     And I think what I would say is, I don't see
23  unit of change as the teacher or the particular
24  principal.  The unit of change is the Professional
25  Learning Community in the school.  A strong PLC,
0054

```
 1   Professional Learning Community, does engage in some
 2   great conversations about clear and concise
 3   instructional targets, formative assessments to give
 4   feedback during the class, "Are my students
 5   understanding what I want," and then, as a team,
 6   common formative assessments that run across the
 7   school and in the district that helps us understand
 8   why my teaching has accelerated my students beyond
 9   what is expected, or why my teaching is not.  And
10   there is the opportunity for the coach to get in.  We
11   do also the walk-throughs with our assistant
12   principals.  And it's live data, so I can, at any
13   time, look at any school and see how many
14   walk-throughs are being done by administration.  And
15   the walk-throughs are focused on AVID, PBIS, and
16   90/90/90 research.  And then, Ms. Smith is also doing
17   a lot of small group instruction which supports kind
18   of a level of learning.
19   Q     Now, that small group instruction, who is she
20   instructing?
21   A     No.  Small group is teachers, and we have
22   centers.  And the benefit of a center is, you can
23   actually have -- you know, I might start off my class
24   and I might give a direction of, "Here is what we are
25   going to work on today."  But then, in my centers is
0055
 1   going to be break-out groups for small groups of
 2   students to do problem-based learning, to quiz each
 3   other back and forth, and then bring them back
 4   altogether.  And then, you would also have what's
 5   called formative assessments, like exit tickets, or --
 6   you know, one of the best ways of doing it in
 7   mathematics, for example, in teaching algebra, is the
 8   white board.  I mean, I know we are one-to-one
 9   computers, and it's a wonderful thing, but it has got
10   to be a balance.
11   Q     Okay.  All right.  Let's look at number three.
12   A     Okay.
13   Q     Would you read that?
14   A     Yeah.  "The new superintendent should be an
15   experienced educator who has come up through the ranks
16   and is focused on student performance, including
17   dealing with achievement gaps."
18   Q     All right.  And this was a concern in January
19   2018.  Does it remain a concern?
20   A     Oh, yeah.
21   Q     All right.  Let's look at four.
22   A     "The district is comprised of four different
23   communities each with a varying set of needs.  The new
24   superintendent will need to quickly recognize how the
```

```
25   district functions in order to assess what is working
0056
 1   well and what is not.  A listening tour is highly
 2   recommended in all feeder patterns."
 3   Q     All right.  That was a concern in January of
 4   2018.  Was it a concern when you began?
 5   A     When I began?
 6   Q     Yes.
 7   A     Yeah.
 8   Q     All right.  And does it remain a concern?
 9   A     I would say that AVID and PBIS actually are
10   creating some foundations and practices, and the fact
11   that we do professional learning for all our
12   principals, our coaches, and our assistant principals,
13   and it's the same learning, that that concern, I
14   think, has been mitigated --
15   Q     Okay.
16   A     -- to a large degree.
17   Q     All right.  And who was responsible for
18   mitigating that?
19   A     A team.
20   Q     And who was that team?
21   A     It would be Cabinet, it would be Principals,
22   Assistant Principals.
23   Q     Okay.
24   A     Coaches.
25   Q     All right.  Number five.
0057
 1   A     "PCSSD is very diverse in terms of
 2   socioeconomics and majority/minority status.  The
 3   desegregation order puts pressure on the district that
 4   causes an effort to achieve a potentially false
 5   balance in terms of student discipline."
 6   Q     All right.  Was that a concern when you began?
 7   A     It was, certainly.  But I will say that if you
 8   look at the trend, Doctor Whitfield has been leading a
 9   lot of the charge, with Doctor Warren, and has made
10   really good gains on that.  And I think the district
11   is certainly really moving in the right direction.
12   From all accounts, the first semester was the least
13   discipline we have had in many years.  And then, we
14   had the pandemic, which, of course, made discipline
15   almost go away, but that's not fair.
16   Q     All right.  Let's go to number six.
17   A     "Someone is needed who understands how to market
18   the schools by changing the perception that the
19   district is failing.  It is not.  The district under
20   new leadership needs to make PCSSD a desirable or
21   'destination' district for newcomers as well as
22   attracting those that departed."
```

```
23  Q    Is that directed -- this idea of how to market
24  the school, a desirable -- and the reference to
25  desirable or destination district, is that a reference
0058
1   to School Choice?
2   A    Probably.  But I think it's also perception.
3   Q    Okay.  So, this is a concern about perception
4   and how that perception impacts student choice?
5   A    And the quality of people who want to come to
6   our district.
7   Q    All right.  And who is handling School Choice?
8   A    Well, Doctor Warren's office takes in the School
9   Choice, but that's not -- that's not -- whether we
10  have more kids or not, it's not a responsibility to
11  her, it's a responsibility to the team.  The better
12  our schools go -- and, you know, in our first year we
13  had three schools increase their letter grades, and
14  that had an impact on the perception of the district.
15  And the one school that we didn't, we decided to
16  remove the principal because we didn't believe in the
17  direction the school was going.
18  Q    All right.  But you mentioned Doctor Warren is
19  handling the --
20  A    The input/output of --
21  Q    Okay.
22  A    Yeah.
23  Q    -- of School Choice?
24  A    The data.
25  Q    All right.  Let's see.  We have been at this for
0059
1   an hour.  Let's just take a short break so you can
2   stretch your legs, and we will come back and finish
3   this up.  All right?
4   A    All right.  I'm actually pretty good except for
5   a little sore back.  But that's all right.
6            (WHEREUPON, a break was taken.)
7            MS. JENKINS:  Back on the record.
8   BY MS. JENKINS:
9   Q    Let's return to those Top Ten Themes.
10  A    Sure.
11  Q    And I think we were ready to look at number
12  seven.
13  A    That would be great.
14  Q    Okay.
15  A    "The new superintendent will need to have
16  successful experience in sound fiscal management with
17  an understanding of equitable application of resources
18  to meet student learning needs wherever they attend.
19  Teacher raises are going to be a continuing issue that
20  affects staff morale."
```

```
21   Q     All right.  That was a concern in January of
22   2018.  Was it a concern when you arrived?
23   A     Yes.
24   Q     Is it a concern today?
25   A     We are making much better progress now.
0060
 1   Q     Okay.
 2   A     I walked in with a $13.8 million Facilities
 3   deficit and an anticipated $5 million deficit for the
 4   following year.  I didn't believe that -- though a
 5   good person with a skill set of our CFO was getting us
 6   in the right direction.  And so, we made some changes.
 7   And right now we have a fund balance of 12 percent,
 8   which is standard and in good standing, and we have
 9   mitigated the Facilities deficit.
10   Q     Okay.
11   A     And we had a raise.
12   Q     Okay.  And let me just mention that it would
13   assist her if you will keep your chin up.  When you
14   drop down, it makes it a little bit more difficult for
15   her to hear.
16   A     Sure.
17   Q     And just slow down just a tad.
18   A     I will do my best.
19   Q     All right.  Thank you.
20   A     You are welcome.
21   Q     All right.  Let's look at number eight.
22   A     "Strong communication skills are really
23   important.  He or she will need to be able to deliver
24   the district's vision for success in writing or in
25   person with a consistent message that is clear and
0061
 1   uniting."
 2   Q     All right.  Is this, again, another statement
 3   about marketing?
 4   A     I think marketing is one term.  I think the
 5   other term is, how do you reach out to constituents
 6   with a message, a message that is connecting to
 7   everybody.
 8   Q     Okay.  And how was this being addressed?
 9   A     It has been actually addressed strongly in the
10   last year.  We also made a change in Communications
11   Director --
12   Q     Okay.
13   A     -- and various savvy and social media.  I do
14   vlogs weekly during the school year, where I speak
15   through video to our constituents or stakeholders.  We
16   send out a lot of messages through social media, both
17   at the school level and at the district level.  And I
18   think it has really changed a lot of perceptions of
```

19    the district.
20    Q      Okay.  Let's look at number nine.
21    A      "The district's organizational chart needs to be
22    adapted to the decreased size of the district."  And
23    we have made some changes in the organizational chart.
24    I think there was a big undertaking to move from
25    16,000, 17,000 students with Jacksonville and then to
0062
1    drop it down to 12,000 students.  And that is a
2    learning process that I think from the dissolution of
3    the district to where we are today, I think we are
4    getting some understanding of what the needs are.  And
5    that will continue to evolve.
6    Q      And how are you obtaining that information in
7    terms of what needs to be adapted and how?
8    A      Well, one is you start with your original
9    organizational chart and then you say, "Wow, those
10    people would have been really nice to have, because we
11    still have 12,000 students."  But, given that, one of
12    the things I mentioned earlier is distributive
13    leadership, where sometimes you can bring in
14    decision-making entities that comprise of stakeholders
15    who really are doing the effect of instruction, and
16    they can make and replace the decisions that one
17    person can do.  And when it is done right, when there
18    are protocols, it is more effective.
19    Q      So, you are using -- are you using district
20    level committees or building level committees?
21    A      Both.  You have to have both.  And that's where
22    the School Improvement Plan is so important.  We don't
23    -- you know, we have what we call big rocks, AVID and
24    PBIS, and it's expected that those district
25    initiatives are on every plan.  And we do, I think, a
0063
1    fairly effective monitoring process.  And when I'm
2    walking the buildings or Doctor Warren is walking the
3    buildings or Ms. Smith is walking the buildings, as an
4    example of just three, but we have a lot of people in
5    the schools, we will have conversations on those big
6    rocks.  And I think one of the good things of our
7    ability to communicate as a team is when Doctor Warren
8    saw a concern in a building, I saw the same concern.
9    And so, you can support the building decision-making
10    team in conjunction with supports for the district
11    team.
12    Q      All right.  Let's look at number ten.
13    A      "Students would like to have someone who
14    recognizes their voices, is open-minded, objective,
15    decisive, enthusiastic and non-complacent.  They asked
16    for more course-related textbooks and better

```
17  maintenance of instructional equipment."  It was a
18  concern walking in.  I think we have made some really
19  good progress in not only having more rigorous
20  curriculum, but access to curriculum that all our
21  schools should have had but didn't.  I will be frank
22  with you, I was surprised that there was only one
23  African-American studies history course in one school.
24  I gave the directive that there needs to be all four
25  schools.
0064
 1  Q     You are talking about the high schools?
 2  A     All high schools.  But I think there is
 3  opportunities, because I was -- we were in Juneteenth,
 4  and my wife was on it, but I was listening sometimes.
 5  A hierarchal voice can change the nature of it, and
 6  I'm not looking -- I'm looking to listen.  And Doctor
 7  Warren expressed exactly what I was thinking, is that
 8  we are going to build African-American history into a
 9  required scope of the history.  So, even though I
10  wasn't saying anything, I was smiling greatly about
11  that, because I see the same vision.  And then, there
12  are clubs that also should be involved in every school
13  that celebrate African-American scholars and
14  African-American educators and the achievements they
15  have made.
16  Q     All right.  Having looked at those ten themes
17  that were specific needs identified by the
18  constituents and the employees, let's go back to
19  Exhibit Three, the qualifications that the district
20  was looking for.
21  A     Okay.
22  Q     Is there a close parallel between what was
23  needed when you arrived, what remains to be focused --
24  remains as a focus, and the skill set that is
25  described in the advertisement?
0065
 1  A     I don't seem to have that.
 2             DOCTOR WARREN:  Cody took it.
 3             MR. KEES:  What do you want?
 4             MS. JENKINS:  Exhibit Three.
 5             THE WITNESS:  Yes.  Thank you so much.
 6          Yeah, I would say in a peripheral reading,
 7          there is a close parallel.
 8  BY MS. JENKINS:
 9  Q     Excuse me?
10  A     In a peripheral reading, there is a close
11  parallel.
12  Q     Peripheral reading?
13  A     Just I didn't study it like sometimes I will.
14  Q     Okay.  All right.
```

```
15                    MR. KEES:  You perused it.
16                    THE WITNESS:  I perused it.
17                    MS. JENKINS:  All right.
18   BY MS. JENKINS:
19   Q      Let's go back to the discussion of AVID.  Why
20   did you choose to implement that?
21   A      Because it's systemic, it has got rigor, it has
22   got a focus on African-American students, especially,
23   but, you know, other historically-repressed social
24   groups.  It builds a culture-relevant teaching
25   approach.  In fact, we are just about ready to head
0066
1    into that now.  That is going to affect all schools,
2    all professionals, and all children as implementation
3    goes in.  I saw how it affected students in Freeport,
4    and how it impacted not just the secondary life, but
5    the post-secondary with scholarships, because you have
6    to give economic advantages to really make it make a
7    movement that moves forward.
8    Q      Okay.  And when was the implementation commenced
9    on AVID?
10   A      I came in saying at the interview that AVID was
11   going to be part of anything that I did in this
12   district.
13   Q      So, you gave the Board notice --
14   A      Yes.
15   Q      -- that this was something that you wanted to
16   do?
17   A      Correct.
18   Q      And when did you start implementation?
19   A      The minute we started talking.  I think almost
20   the minute I got there.
21   Q      That's 2018?
22   A      2018.  July of 2018.  And I think we had it to
23   the Board late fall.  I think late fall.
24   Q      Of 2018?
25   A      Uh-huh.  (Indicated yes.)
0067
1    Q      Okay.
2    A      And then, we started the conversations with
3    AVID.  And one of the great things that we did was, we
4    sent our educators to AVID schools under Doctor
5    Warren's leadership, because I have been in AVID
6    schools, so I know what they look like when done well.
7    And I think that in central Arkansas, AVID had been
8    there, but how it has been implemented, I think, is a
9    little different than the way AVID would want us to
10   implement.  And they have changed, too, over the
11   years.
12   Q      Right.  So, who did you delegate --
```

```
13   A     It is never a delegation for me.
14   Q     Okay.
15   A     I'm a participant and I support.
16   Q     All right.  So, are you the point person in
17   terms of implementing it throughout the school
18   district?
19   A     So, I asked Doctor Warren, because Equity
20   shouldn't be just about monitoring, it should be about
21   uplifting our children.  And AVID is about uplifting
22   our children and our professionals.
23   Q     But if AVID is geared towards closing the gap,
24   isn't it a part of the CA&I piece, Curriculum,
25   Achievement, and Instruction?
0068
1    A     Uh-huh.  (Indicated yes.)
2                MR. KEES:  Yes?  You have to give a
3           verbal.
4                THE WITNESS:  Yes.  I'm sorry.
5    BY MS. JENKINS:
6    Q     If it is a part of that piece, why, then, was it
7    not implemented by the Deputy Superintendent?
8    A     Well, here is the great news.  Doctor Warren
9    immediately reached out to the Deputy Superintendent
10   and said it had to be a collaborative experience.  And
11   my leadership is always going to be based upon social
12   networking and collaboration.
13   Q     Social?
14   A     Networking and collaboration.  You have to have
15   -- you can't do things in isolation, you can't do
16   things as pilots, because often pilots are established
17   in one particular location and they run their course,
18   and we see a pilot in a building, but we don't really
19   know what is going on.  The idea, of course, is that
20   the conversations about AVID aren't just at the
21   Central Office or between two departments.  The
22   conversations about AVID are occurring with our
23   children, our families, and our teachers.
24   Q     So, you asked Doctor Warren to spear-head the
25   implementation of that?
0069
1    A     To take leadership.
2    Q     And so, you have been at this a year?
3    A     Well, you know, we didn't -- you know, when the
4    pandemic hit, we didn't stop, but it certainly slowed
5    us down a little bit, especially with the next round
6    of professional development.  And AVID professional
7    development is much different than your traditional
8    professional development.  It is a high energy,
9    culture-building, rigorous.  The notion that you go to
10   an AVID conference and you sit and then you go out to
```

11  a wonderful dinner does not happen.  The expectations
12  are high.  And I saw that in Freeport.
13  Q    Okay.  So, in less than a year, you have
14  implemented it kindergarten through sixth grade?
15  A    No.  Actually, it's in the high schools, too.
16  Q    Okay.  I thought a moment ago you said that it
17  was a step process?
18  A    No, no.  It's a step process, but we had certain
19  targeted grade levels at the elementary, targeted
20  grade levels at the middle school, and targeted grade
21  levels at the high school.
22  Q    So, you have implemented it K-12 already, in
23  less than a year?
24  A    I would say the first stages of implementation,
25  yes.
0070
1   Q    Okay.  All right.
2   A    And you know what, I will tell you that, and I
3   will stand behind it, in 24 buildings, it is a strong
4   implementation.
5   Q    Okay.
6   A    That AVID is shocked by how well it is going,
7   because you get the right leaders in place with the
8   right supports and the -- I think they did -- I think
9   they have done a really good job of supporting us,
10  too, and working with us.  And as the only district in
11  Arkansas that has taken all of our 24 schools through
12  it, I think that's a great message to our community.
13  Q    Okay.  All right.  Have you created a strategic
14  plan for PCSSD?
15  A    The strategic plan is the school plans.
16  Q    Oh, the school plans?  All right.
17  A    Because our big number -- our big rocks live in
18  -- the district has two or three big rocks.  And the
19  reason I only choose two or three is, the reality is,
20  you know, a lot of school districts will put in
21  multiple plans, multiple goals.  And if you can't
22  engage in it, you can't monitor it, they fade away and
23  become checklists.
24  Q    Okay.  All right.  Who was involved in the -- is
25  there a district level strategic plan, or is it just
0071
1   individual building plans?
2   A    Okay.  Once again, the individual building plans
3   is the district plan.
4   Q    Okay.
5   A    And our job is -- but the big rocks are the
6   foundation of that.  And then, we do a lot of
7   conversations about what is effective instructional
8   programming.  Because one-to-one is a really great

 9   thing, but what happened with one-to-one is, everyone
10   found their own program that they thought they were
11   going to run their kids through, and then it becomes
12   kind of diffused.  So, we do add other things to it,
13   like a phonics instruction, you know, we brought that
14   in, we are going to be having a math adoption that
15   will be elementary, pilot middle, but that's all our
16   schools piloting.
17   Q     And who is going to implement that?
18   A     That will be working with learning services and
19   the principals.  But because AVID is there, it will be
20   easier to support, and because PBIS is there, it will
21   be easier to support.
22   Q     And who is going to be responsible for
23   implementing that?
24   A     Well, the responsibility is, of course, across
25   the board.
0072
 1   Q     But who is going to be the taskmaster that sees
 2   that it gets done?
 3   A     And again I'm sharing you a little different
 4   philosophy on that.
 5   Q     Okay.
 6   A     That the taskmasters, the accountability in
 7   leadership has to be across the board.  Ms. Smith --
 8   we brought together an across grade level team to come
 9   up with an effective mathematics instruction based on
10   the research and vetting the blended element of that.
11   And I think there are about four --
12   Q     What do you mean, vetting the --
13   A     The blending.
14   Q     -- blending?
15   A     So, that's the digital piece of the textbook.
16   Q     Okay.
17   A     So, the vetting part is, your core curriculum
18   has to be -- the textbook has to be in line with the
19   goals of the district, but also then the digital
20   component has to be supportive of what is in line with
21   the district and what can also support students.
22   Q     Okay.  So, basically what you are saying is that
23   you are adding a digital component to the existing
24   math structure?
25   A     No.
0073
 1   Q     Okay.
 2   A     We are bringing in another math structure.
 3   Q     Another math structure?
 4   A     Right.  And it's going to come with a digital
 5   component --
 6   Q     Okay.

```
 7   A      -- and an assessment component.  And it's going
 8   to allow us to be better at blended learning.
 9   Q      Okay.  And what do you mean by "blended
10   learning"?
11   A      Blended learning is the digital, both I can do
12   it with my computer and I also have the traditional
13   instruction.
14   Q      Okay.  And who will be ultimately responsible
15   for that program?
16   A      Ultimate responsibility will be everybody in
17   Cabinet, and it's always me, too.
18   Q      Okay.  But whose neck is on the line if
19   implementation isn't successful?  Who are you looking
20   to to be responsible for getting it done?
21   A      And this is where maybe we are having a little
22   cognitive dissonance here, and that's so cool.
23   Ultimately, I hold myself accountable --
24   Q      Certainly.
25   A      -- because I have high expectations.  Ms. Smith
0074
 1   had established the team that went through and looked
 2   at many curriculums of many companies.  The team chose
 3   that.  But ultimately, it's going to be about student
 4   performance outcomes.
 5   Q      Okay.  All right.  But her neck is on the line
 6   in terms of getting it done?  I'm a bottom line
 7   person.
 8   A      And I think that the problem with the bottom
 9   line person is that there's many levels of ownership
10   and accountability.
11   Q      Exactly.
12   A      And so, for example, if we have a building
13   principal who doesn't follow through on the AVID or
14   PBIS, then -- and I see it successful in 24 buildings,
15   or growing in success, then that was going to be that
16   building principal because they didn't set up
17   distributive leadership opportunities for people to
18   own the process and to carry it forward.
19   Q      Okay.
20   A      So, there are levels of responsibility.
21   Q      But --
22   A      And I'm going to answer that as, there are
23   levels of responsibility.
24   Q      Okay.  Who is responsible district level?
25   A      And it's going to be initially with Ms. Smith,
0075
 1   but then the rest of the Cabinet who is a part of it.
 2   So, for example, Ms. Blackwell does the digital piece,
 3   so she is going to be responsible for ensuring that
 4   professional development for teachers is effective.
```

```
 5    You know, we can have the best curriculum in the
 6    world, but if we don't support our teachers in the
 7    instructional piece, it's a failure.
 8    Q     Okay.  I think I've got that.
 9    A     I got there?  Okay.  Thank you.
10    Q     Okay.  You got there.  Thank you.
11          Let's talk about the position of Deputy
12    Superintendent that was vacant when you arrived.
13    A     Uh-huh.  (Indicated yes.)
14    Q     All right.  What were the qualifications for
15    that position?
16    A     I don't have that in front of me.  But really,
17    it is to provide leadership across the district and to
18    push instruction and achievement and reduce the
19    performance gap between our African-American and white
20    students.
21    Q     Did you have an advertisement that included the
22    required qualifications?
23    A     I hope so.  It went through HR.
24    Q     Oh, okay.  So, I can get a copy of that?
25    A     Yes, you can.
0076
 1    Q     Okay.
 2    A     Of course you can.
 3    Q     How many people applied for it?
 4    A     I want to say we interviewed six to ten.
 5    Q     Six to ten?
 6    A     And there is a screening process at HR that I'm
 7    not part of.
 8    Q     Screening before the interview?
 9    A     Right.
10    Q     Okay.  And so, you had six to ten who
11    interviewed; is that correct?
12    A     I believe so.
13    Q     Okay.  So, you could have had additional numbers
14    who applied for it?
15    A     Yeah.
16    Q     All right.  Did Doctor Warren apply for that?
17    A     Yes, she did.
18    Q     All right.  Was she qualified for the position?
19    A     She was qualified and interviewed.
20    Q     And interviewed for it?
21    A     Yes.
22    Q     When was the position filled?
23    A     Wow.  I don't quite remember.  It was during the
24    school year, I think it was in -- or early August,
25    maybe.  I can't be sure.
0077
 1    Q     So, you commenced your role as Superintendent in
 2    July.  And then, in August --
```

```
 3    A     Ish.
 4    Q     -- you employed a Deputy Superintendent who
 5    oversaw curriculum -- or who oversees curriculum,
 6    achievement, and instruction?
 7    A     Uh-huh.  (Indicated yes.)
 8                    (WHEREUPON, following a sneeze, a
 9             discussion was held off the record.)
10    BY MS. JENKINS:
11    Q     All right.  What process was followed?
12    A     HR has a process based upon unitary status with
13    the deseg order.
14    Q     So, you all followed that process.  Did the
15    Board recommend a particular candidate?
16    A     No.
17    Q     Did Doctor Remele recommend a particular
18    candidate?
19    A     No.
20    Q     Did Doctor Remele give any directions regarding
21    filling the position?
22    A     I was going to go with what the team said,
23    right, wrong, or indifferent.
24    Q     All right.  But did she give any direction?
25    A     Not that I was going to take.  I'm answering the
0078
 1    question.
 2    Q     Did she give you direction?
 3    A     I'm answering the question.  She did not give me
 4    direction on who to hire.
 5    Q     All right.  Did she have any comments regarding
 6    Doctor Warren's candidacy?
 7    A     I think that she had mentioned to me that Doctor
 8    Warren had been put up for the position before, and
 9    then had held the position for a brief time and the
10    Board voted it down.  I believe that's what she said
11    to me.
12    Q     The Board voted?
13    A     Or voted not to fill the position.
14    Q     Okay.  Did she -- did Doctor Remele have any
15    comments regarding Doctor Warren's selection for the
16    position?
17    A     I told her that the team was going to interview
18    the qualified candidates, and the team would choose
19    the best candidate and I will put forth the best
20    candidate.  That's what I said to her.
21    Q     But what did she say to you, was my question?
22    A     I think that she asked if Doctor Warren had
23    applied.
24    Q     Yes.
25    A     I said, "Yes, she did."  And I said, "And if
0079
```

1   Doctor Warren ends up with the team's decision as the
2   best candidate," because I know she has a strong
3   skillset, that's what I was going to recommend to the
4   Board.
5   Q    And what was Doctor Remele's response?
6   A    I think she -- I'm just going to recall, because
7   it was a quick conversation, because I'm very straight
8   up about this.  I don't -- you know, my first
9   Superintendency, although small, had nine Board
10  members and I was hired on a 5-4 vote.  And at one
11  point in time, they told me, "Well, we are not really
12  happy about some of the decisions you are making."
13  And I said, "I would be happy to finish out my
14  contract and do policy for you, and you can run the
15  district."  And they decided not to do that.  And I'm
16  very passionate about, when we do the hiring process,
17  we follow the process, it's a one person, one vote.  I
18  never overrule the team's decision.  And that if the
19  Board chooses to do something else, that's on them.
20  I've got to have a clear conscience.
21  Q    But what did Doctor Remele say?
22  A    I don't remember.  But I remember what I said.
23  Q    Okay.
24  A    And I was very emphatic about that.
25  Q    Was she displeased with Doctor Warren's
0080
1   application being considered?
2   A    I had phone conversations with her, so I did not
3   see her face.
4   Q    Okay.  Did she sound displeased?
5   A    I think that she was surprised, and only by the
6   inflection, it was just that I said what I said, that,
7   "I'm going to do what I'm going to do, and that's who
8   I am."
9   Q    Okay.
10  A    And that's reading into it.  And that's as far
11  as I got.  Because then, I ended the conversation.
12  Q    Okay.  From what I hear you saying, it sounds as
13  though she was opposed to Doctor Warren.  Was she
14  opposed to Doctor Warren --
15  A    She did not --
16            MR. KEES:  Object to form.  Answer if
17         you can.
18            MS. JENKINS:  Let me just rephrase it.
19  BY MS. JENKINS:
20  Q    Was Doctor Remele opposed to Doctor Warren being
21  selected as Deputy Superintendent?
22  A    It never came to that.
23  Q    Okay.
24  A    But I made it clear that if we have a candidate,

25   that candidate is going to go to the Board no matter
0081
1    who it is because I'm going to put my weight behind
2    that person.
3    Q      Okay.  What were the weaknesses in Doctor
4    Warren's candidacy?
5    A      You know, that's -- you have done interview
6    processes, I'm sure, we have all been part of that.
7    You know, I think that there's -- I don't think,
8    necessarily, sometimes it is weaknesses that lend a
9    person not to be selected.  It's sometimes the
10   strengths and opportunities of the other people.  And
11   the people who ranked higher than Doctor Warren had
12   some more -- larger systemic approaches to change and
13   to driving student achievement.  But I was -- I
14   enjoyed her presentation and I enjoyed her
15   articulation around the questions.
16   Q      And what were Doctor Smith's strengths?
17   A      It's very evident she sees systems, she sees how
18   to go in there and gap fill before you establish the
19   system.  She is very strong in her communication and
20   her knowledge of curriculum, instruction, assessment,
21   and the feedback, not just at the local teacher level,
22   but as you are working with the building principals
23   and working with the district.  And I think the entire
24   committee felt that way.
25   Q      Okay.  All right.  What is your definition of
0082
1    "multi-cultural education"?
2    A      It has changed over the years.  I think one of
3    the profound life experiences and instructional --
4    learning experiences was when I started at the
5    University of British Columbia and I took a class in
6    multi-cultural education by Doctor Kogila
7    Adam-Moodely.
8                     COURT REPORTER:  I'm sorry?
9                     THE WITNESS:  Kogila Adam-Moodely.
10                    MR. KEES:  You were just going to breeze
11             by that one.
12                    MS. JENKINS:  Would you like him to
13             supply you with the spelling?
14                    COURT REPORTER:  He can do it at the end
15             if he wants.
16   BY MS. JENKINS:
17   Q      Okay.
18   A      And my mom also was from eastern Europe and
19   survived Stalin and Hitler and spent time in
20   internment camps.  And so, race is a different
21   development there than in the United States.  But
22   Doctor Adam-Moodely was a member of the African

23    National Congress who had been not just an agitator
24    against Apartheid, but ended up in British Columbia.
25    You know, I think that's when I got engaged in
0083
1    critical race theory, which is different than
2    multi-cultural education.  Multi-cultural education,
3    unfortunately, has been food, kind of assemblance of
4    certain books that you -- one, just for example, the
5    books teens read, typically, with teen books, our
6    African-Americans would read African-American books,
7    but the whole student population didn't get the same
8    opportunities, there was no, what I would say,
9    aggressive impact of other people's lived experiences.
10    Q    You said life experiences?
11    A    Lived experiences.
12    Q    Lived experiences?
13    A    Yeah.
14    Q    I wanted to make sure she got it.
15    A    So, that was profound for me.  It really did a
16    great job of shaking some of my lenses.
17    Q    Okay.
18    A    Although I came from a favorable disposition.
19    So, for me, it becomes, what multi-cultural really is
20    is the unpacking of what has always been, and a
21    driving force in that every student gets to see the
22    lived experiences of groups of people from their
23    voice, not someone else's voice from a textbook.  And
24    that it -- you know, although I'm, you know -- I do
25    like restaurants and food, although I have not been
0084
1    able to get out much.  It's not just food, it's the
2    continuing celebration and the aggressive conversation
3    around that, and it's celebration of not just more --
4    not just of a, we are going to have Flag Day, it's a
5    continuous celebration of what the children bring to
6    the table and our families bring to the table.
7    Q    Okay.
8    A    For all students.
9    Q    Your professional training in multi-cultural
10    education, where did that occur?
11    A    Well, it started early on, actually, in my
12    interest in what is called common sense ideology from
13    Roxanne Ng.  I will spell that, too.  And she was a
14    Canadian scholar who talked a lot about how the power
15    of implicit bias and it being normalized
16    disenfranchises people.  And then, it went to Barry
17    Troyna.  I can spell that, too.  He's out of the UK.
18    He had studied a lot about racial hatred and racial
19    acts and how normalization plays a huge part in that.
20    And then, I would say Doctor Adam-Moodely at UBC, he

21   sent me down the road of John Ogbu who did some work
22   in Shaker Heights and the African American populations
23   there.  I was at Wisconsin during Ladson-Billings --
24   Q     I'm sorry?
25   A     I was in Wisconsin with Gloria Ladson-Billings
0085
1    there, and heard some of her words.  You know, Cornell
2    West, you know, you can't not but read his work.  And
3    then, I think that one of the great benefits of me
4    working and working on my doctorate as a building
5    principal in a diverse school.
6    Q     When was that?
7    A     That was in Freeport.  Was that I could --
8    Q     In terms of dates?
9    A     2001 to 2008.
10   Q     Okay.  All right.
11   A     As building principal.
12   Q     That's when you were building principal there?
13   A     Yes.
14   Q     And you were working on your doctorate at that
15   time?
16   A     That started in 2005.  The first couple of years
17   there, I was 6:00 a.m. to 6:00 p.m., as we all do.
18   But I got to look at the community and listen a lot.
19   I listen a lot.
20   Q     Okay.  In terms of your professional training,
21   from what I have heard you describe, your -- the
22   exposure that you have referenced sounds more like
23   your private reading, your personal intellectual
24   challenge in terms of professional training.
25   A     So, it was through, of course, course work, both
0086
1    at the University of British Columbia and at
2    University of Wisconsin.
3    Q     Okay.
4    A     When you do your dissertation, you are set with
5    a standard level of books that you need to read, and
6    then unpack and articulate through writing.  You know,
7    in Freeport, we again were under a Memorandum of
8    Understanding so we had multiple opportunities of
9    professional development, working with leaders in the
10   African-American community, you know, initial --
11   implicit bias.
12   Q     Okay.
13   A     But then the institutionalization of race,
14   class, gender, disability and sexuality.  I would say
15   that in Waterloo, we led.  And Doctor Beverly Smith
16   was again the Associate Superintendent, was
17   well-renowned in -- around Iowa as a presenter of
18   implicit bias.

```
19   Q      Okay.
20   A      And we did some work there together.
21   Q      All right.  Excluding the education of your own
22   children, can you describe in greater detail your
23   implementation of multi-cultural education as an
24   educational professional?
25   A      Text.  You start with diversifying the texts.
0087
 1   Q      I mean, that you did.  Not just how it is done,
 2   but things that you did.
 3   A      That's exactly what I'm talking about.
 4   Q      Okay.  All right.
 5   A      Text.  Then, when you look at the 90/90/90
 6   research, the importance of inter-rater reliability,
 7   and making sure that --
 8   Q      You'll have to repeat that.
 9   A      Inter-rater reliability.  Overt writings around
10   that text, so that you are engaging in the implicit
11   bias of students.  And then the implicit bias,
12   unfortunately, of our teachers, that has a huge impact
13   on academic performance.  We have aggressively
14   addressed stereotype threats through Claude Steele and
15   his book Whistling Vivaldi at the district that I am
16   at right now, in Waterloo and in Pulaski County.  I
17   have also provided opportunities through dialoguing
18   around the video, Race, the Power of an Illusion",
19   which talks about how racism is a social construct
20   around power, and how it is utilized to disenfranchise
21   our children and our communities.  And then, just
22   recently at ASCD, I presented --
23   Q      What is ASCD?  I'm sorry.
24   A      I'm going to try.  It will come to me.  But it's
25   basically a national curriculum, American Society of
0088
 1   Curriculum Directors.  And I presented in DC on how to
 2   do systemic equity, which is, of course, dislodging
 3   many of the infrastructure pieces that we have that
 4   create the opportunity gap, because it is socially
 5   constructed by our institutions.
 6   Q      I'm sorry.  You will have to say that again.
 7   A      Dislodging the pieces that create the
 8   opportunity gap, which is the achievement gap.
 9   Q      Your voice just dropped, because I wasn't sure
10   what you said.
11   A      That's okay.
12   Q      All right.  Okay.  At Waterloo, you mentioned in
13   your application the materials and references your
14   district Core Committees developed formative
15   assessments for district-wide use.  And these were
16   based on the Iowa core standards.  Did the district
```

17    Core Committees develop multi-cultural educational
18    materials and tools, as well?
19    A      That was part of it.  They had -- they were slow
20    to recognize the difficulties that African-Americans
21    students were having, that Cambodian students were
22    having, and also Latino students.  And one of my big
23    pushes also was to ensure that not only was the
24    curriculum, but the instructional approach was
25    significantly diversified and grounded to culture.
0089
 1    Q      Okay.
 2    A      While I was there, we set dual immersion
 3    programs in kindergarten on French, because we had a
 4    large Cameroon population come into the community.
 5    And so it was a great opportunity for white middle
 6    class parents to bring the children to a dual
 7    immersion French course with our Cameroon children.
 8    And those kindergartens had the highest achievement
 9    outcomes.  Because, you know, if we can speak multiple
10    languages and we give opportunity and, again, leverage
11    around power for our children.  So, I established
12    that.
13    Q      Okay.  Coming into PCSSD, did you find a
14    different environment in terms of multi-cultural
15    education?
16    A      You know, I think that, and I have talked to
17    Doctor Warren about this, is that for, I think, for my
18    wife and I, it was a culture shock to some degree,
19    that things are historic and old.  And there was
20    rooted dispositions that aren't educationally
21    desirable.  And one of the things that I wanted to
22    push forward is that my leadership has no tolerance
23    for histories that take away from our African-American
24    children or our Latino children, or children who, you
25    know, sexual orientation.  There is no place for that
0090
 1    here while I'm here.  Now, I don't expect to root out,
 2    as a team, because it's always a team, formative
 3    years, but I expect us to engage in a new way that
 4    puts to the forefront the academic outcomes of our
 5    African American students and our Latino students and
 6    our students with IEPs, because they also have
 7    horrific achievement outcomes that we intend to
 8    change.
 9    Q      And how has the Board responded?
10    A      The Board has been very responsive to this
11    point.  You know, I didn't know how the vote would be
12    for AVID, to be up front.  It is expensive.  But I
13    also feel like it's time to put the money where
14    children need it.  The Board has been very responsive.

15    And when I have had some push-back, I have been
16    straight up.
17    Q    Okay.  Now, you didn't use AVID at Waterloo, I
18    think you mentioned, because the Superintendent --
19    A    The Superintendent did not see the value that I
20    saw in it.
21    Q    Okay.
22    A    Mow, I will say to you that part of me staying
23    another year was that it was kind of a quid pro quo
24    that I could bring in AVID if I stayed another year.
25    But I didn't feel comfortable with that, because AVID
0091
1     isn't about making a deal, AVID is about what is right
2     for kids.
3     Q    Okay.  Before Waterloo, did you have experience
4     other than, I think you said, Freemont?
5     A    Freeport.
6     Q    Freeport.
7     A    Freeport.
8     Q    Other than Freeport, in implementing
9     multi-cultural education programs?
10    A    That were based in the culture of the students
11    that were at the school, yes, I did.
12    Q    And where?
13    A    Gladys McCoy Academy.  That was in Portland,
14    Oregon.  It was a 501c.  What we would consider a
15    charter.  And the majority of the students were
16    African-American and Latino, and we would do thematic
17    instruction that would locate history of
18    African-American students, especially not just in the
19    United States but in Portland.  And it was mostly
20    drop-out retrieval students from public schools.
21    Q    Okay.  All right.  Now, what steps have you
22    taken regarding multi-cultural education at PCSSD?
23    A    Well, I think we would start with AVID.
24    Q    Okay.
25    A    I think that we are looking at bringing in
0092
1     novels and texts that are completely diversified.  I
2     think that we are going to start with, 19 months into
3     it, looking at how we change our scope and sequence so
4     that --
5     Q    Looking at what?
6     A    Change our scope and sequence both at the high
7     school level and at the middle school level.  Let me
8     say one thing.  We are also changing the scope and
9     sequence to be more favorable to the ACT test.
10    Because the ACT is nothing more than experience.  And
11    we find that a lot of our African-American students
12    are not getting the courses that they need to function

```
13   effectively on the ACT.
14   Q     Okay.
15   A     And we are going to be changing that.
16   Q     All right.  We should be done in just a few
17   minutes.  What was your understanding of what happened
18   in the construction of Mills High School?
19   A     I came in after, of course, it was built.  There
20   is a lot of gray around both Mills and Robinson Middle
21   School.  I walked them both like when I was first
22   there.  And I think I even expressed to Doctor Warren
23   my dismay at Robinson Middle School, because I was a
24   middle school principal, and I had -- it was a fine
25   building built in 1966, and we maintained it and the
0093
1    kids learned, and it was safe.  I was surprised at the
2    scope of Robinson Middle, and having 450 kids.  I
3    think that at Mills High School there were decisions
4    made, I think under state control, that I was
5    surprised at.  It's a beautiful -- I mean, listen.  If
6    you are new, and come from where I come from, it's a
7    beautiful building.
8               MR. KEES:  You are talking about Mills?
9               THE WITNESS:  Mills.  But there are
10              things that we have had to mitigate since
11              then.  And we just put in $700,000.00 to make
12              foundational walls and to create a better
13              atmosphere.  And then we are in the process
14              of doing kind of a School of Innovation on
15              the side of it that will perform -- that has
16              a performing -- video performing program that
17              is outstanding that would live wonderfully in
18              that building.
19   BY MS. JENKINS:
20   Q     Okay.  Have you had any contact with Derek Scott
21   since --
22   A     No.
23   Q     -- since April 3rd?
24   A     No.  I never met the man.
25   Q     Okay.
0094
1    A     And don't want to meet the man.
2    Q     All right.  What contact have you authorized
3    your staff to have with Derek Scott?
4    A     I have never authorized contact with Derek
5    Scott.
6    Q     What steps have you, as Superintendent, taken to
7    hold him accountable for what appears to have been
8    misappropriation, misapplication of state funds?
9    A     That's an ongoing litigation for unitary status
10   in the federal courts.
```

11                    MR. KEES:  That's ongoing litigation, is
12          what he said.
13                    THE WITNESS:  Yes.
14  BY MS. JENKINS:
15  Q      But my question was, what steps have you taken,
16  as Superintendent, to hold him accountable?
17  A      My answer was, we are in ongoing litigation.
18  And so, I am supportive of that litigation as it moves
19  forward and whatever accountabilities happen to Mr.
20  Scott.
21  Q      Okay.  Do you know if the ongoing litigation
22  addresses his responsibility?
23  A      I think that has been in -- and you know, your
24  client has been part of some of the discussions that
25  have come forward with Joshua -- I'm sorry, the
0095
1   Intervenors, and has been part of some of our
2   preparation of facilities that Mr. Johnson has been
3   working on.  He is the Executive Director.
4   Q      Okay.  But do you know of any steps that have
5   been taken to hold Derek Scott, rather than the
6   district, responsible?
7   A      No.  I mean, I don't know specific steps.
8   Q      Okay.  All right.  What were the systemic
9   practices that helped the attainment of equitable
10  outcomes for student achievement at Waterloo?
11  A      Well, again, it was following a lot of the
12  90/90/90 research that Reeves put forward.  You are
13  battling a couple of things.  One is, you are looking
14  at making sure that the curriculum changes so it
15  reflects your student population and so kids can
16  connect, see themselves in text.  It also comes with
17  common formative assessments.  Again, that goes back
18  to inter-rater reliability, which is a way of working
19  with implicit bias.  And then it also comes from a
20  continual conversation around the performance gaps
21  that our white students, our African-American
22  students, our Cambodian students, or our Latino
23  students have, and why.  And it will also come with
24  the removal of professionals who actively seek to hurt
25  children.
0096
1   Q      Okay.
2                    MS. JENKINS:  That's all I have.  Do you
3          have anything you would like to add?
4                    MR. KEES:  Object to form.  Go ahead.
5                    THE WITNESS:  Thank you.
6                    MR. KEES:  That's always a bad question
7          to ask for a lawyer.
8                    THE WITNESS:  Thank you for this

```
 9          morning.
10               MS. JENKINS:  Thank you for coming.  I
11          appreciate your taking the time to come.
12               THE WITNESS:  Thank you.  It was nice
13          meeting you.  Doctor Warren, I will see you
14          later.
15               MR. KEES:  No, she is not going to be
16          there.
17               (WHEREUPON, at 11:45 a.m., the taking of
18          the above-entitled deposition was concluded.)
19                         ---o---
20
21
22
23
24
25
0097
 1               C E R T I F I C A T E
 2    STATE OF ARKANSAS     )
                            )
 3    COUNTY OF PULASKI     )
 4               I, DEBBYE L. PETRE, Certified Court
 5    Reporter in and for the County of Pulaski, State of
 6    Arkansas, duly commissioned and acting, do hereby
 7    certify that the above-entitled proceedings were taken
 8    by me in Stenotype, and were thereafter reduced to
 9    print by means of computer-assisted transcription, and
10    the same fully, truly, and correctly reflects the
11    proceedings had.
12               I FURTHER CERTIFY that I am not attorney
13    or counsel of any of the parties, nor am I relative or
14    employee of any attorney or counsel or party connected
15    with the action, and have no interest in the outcome
16    or results of this litigation.
17               WHEREFORE, I have subscribed my
18    signature and seal as such court reporter in the City
19    of Little Rock, County of Pulaski, State of Arkansas,
20    this the 10th day of July, 2020.
21
22                        _____
                          DEBBYE L. PETRE, CCR
23                        COURT REPORTER IN AND FOR
                          PULASKI COUNTY, ARKANSAS
24
25                         ---o---
26
27
28
29
```

30                                                                                    97