Requisition Information - 1803211 - Pulaski County Special SD LIVE    Page 1 of 1

eFinancePLUS | Requisition Information - 1803211 - Pulaski County Special SD LIVE

[ NAME GOES HERE ]

Date: 07/08/2020  Period: 1/21

**Header** | Line Item (1 of 4)

### General Information

| Field | Value |
|---|---|
| Requisition * | 1803211 |
| APPROVAL CODE * | 488 - REGULAR - BUSINESS AFFAIRS REGULAR |
| Requested | 11/01/2017 |
| Required | 11/02/2017 |
| Vendor | 26105   4IMPRINT |
| Vendor Address | 101 COMMERCE STREET |
| | PO BOX 320 |
| | OSHKOSH   WI   54901 |

Freight: Continuous
Comments:
Buyer: FELECIA DICKEY
Attention: FELECIA DICKEY
Ship To *: 231 - SUPERINTENDENT'S OFFICE
925 E. DIXON RD - 1ST FLR
LITTLE ROCK, AR 72206-4147

| Item | Description | Quantity | Price | Total | BUDGET UNIT | Account | Status |
|---|---|---|---|---|---|---|---|
| 1 | QUOTE # 14776939 | 150.00 | 12.4900 | 1,817.90 | 20002321231199900 | 66100 | PO-18002820 |
| 2 | ADDITIONAL COLOR RUN | 1.00 | 562.5000 | 562.50 | 20002321231199900 | 66100 | PO-18002820 |
| 3 | SET UP CHARGE (ADD'L COLOR) | 3.00 | 40.0000 | 120.00 | 20002321231199900 | 66100 | PO-18002820 |
| 99 | ESTIMATED SHIPPING/HANDLING | 0.00 | 0.0000 | 136.44 | 20002321231199900 | 66100 | PO-18002820 |

4 detail item(s)   Total: 2,436.84

© 2003-2020 PowerSchool, Legal (/ePPS.2/eFinancePLUS/SunGard.eFinancePLUS.Web/NoSecurity/Legal)

Pulaski County Special SD LIVE

www.powerschool.com (http://www.powerschool.com)

https://efinance52.efp.k12.ar.us/gas5.2/wa/sua/4918e7cc2141d56f9b0b9dca4200c341/2    7/8/2020

PCSSD; Warren 23718

