

10020 Bamboo Lane • North Little Rock, AR 72120 • 501.833.1170 • shhn.pcssd.org
Principal: Yvone West

# SYLVAN HILLS
## HIGH SCHOOL NORTH

To whom it may concern:

On October 26, 2017, while conducting a routine scan of students as they entered the building, a female student refused to go through the scan. After being questioned, the student admitted that she had a pocket knife and did not want to go through the scan because she knew she would be in trouble. She eventually gave the knife to me without incident. She mentioned to me that her uncle had given her the knife for protection because they were from California and schools were really violent there. She had only been here for approximately two weeks and was not familiar with the culture of the school. When asked if someone was bothering her, she said no. At no time was any other students or staff in imminent danger.

The student was issued a citation by the Sherwood Police Department and was sanctioned according to the PCSSD student handbook. This is a common practice when incidents such as this occur. In instances and cases where there is an imminent or immediate threat, district level officials (the superintendent or his/her designee) are notified and guidance is given on the next steps. Because it was determined that there was not any immediate threat or concern, this incident was handled at the local school building.

Yvone L. West, II

Principal
Sylvan Hills High School- North



NOTARY PUBLIC ARKANSAS
SHELIA HULSIZER
No. 12386000
PULASKI COUNTY
Commission Expires 12-12-2021



PLAINTIFF'S EXHIBIT
19