# CANDIDATE FILE

# FOR

# JAMES HARRIS



# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

*Superintendent Search*

*2018-19*

PLAINTIFF'S EXHIBIT 26

# James P. Harris Jr, MBA

264 Buckhead Lane • Douglassville, PA 19518 • (937) 668-3989 • jpharris5271@gmail.com

Please consider the attached files as my initial application for Superintendent. I am originally from the Philadelphia/Camden area of New Jersey and relocated to the Midwest shortly after 9/11. For over twenty years, I have worked in the financial and operational areas of companies such as New Jersey Treasury Department, Coca-Cola, Bristol Myers – Squibb and Glaxo SmithKline supporting, developing and enhancing various products and the company position in very competitive markets. I decided to change careers and move to public service by way of public schools, and have held executive leadership positions at numerous rural and urban school districts, currently I am the school superintendent for the Daniel Boone Area School District 3,700 students with a budget of $59 million dollars, in Douglassville, Pennsylvania.

I pride myself on my creativity and dependability and work well within a collaborative environment. One example would be while working as Chief Operating Officer for the Evansville Vanderburgh School Corporation (EVSC) I implemented a collaborative purchasing entity, labeled the Cooperative Purchasing Organization (CPO), which for the first time required minority/women/veteran levels of participation. This was the first of its kind in Indiana where a public school district collaborated with and soon became administrator of the City, County, zoo, airport, and neighboring public, charter and parochial school districts purchasing departments and resulted in the savings of millions allowing for organizational partnerships to blossom where none previously existed. In addition to my standard duties as COO and school leader, I was awarded *Educator of the Year* for my work in the inner city of Cleveland for directing a math improvement program in partnership with the National Basketball Association (NBA).

I have a strong interest in community development and entrepreneurialism and in the last 16 years, I have opened three restaurants and an art gallery. I have been an adjunct instructor at the University of Evansville School of Business where I taught classes at the Graduate and undergraduate levels and currently an instructor at Holy Family University in Philadelphia Department of Education. I have also consulted on various public/private business strategic plans implementing measurable metrics to monitor progress. I continually work on the Boards of various community development organizations, which are in their "development, fundraising and rebuilding" phases, currently I am on the Penn State University Berks Advisory Board all the while pursuing my PhD. in Organizational Leadership at Alvernia University.

In Conclusion, I am a *"data guy"* who has always understood that behind the numbers are real people. I strongly believe I have been blessed with the ability and position that allows me to enact positive change. And to live by advice first given to me many years ago by my mentor in business school; "Treat the business like it has your name on the front door and the money being used is coming out of your pocket, lift others up without holding others down and laugh when you are happy". If you have any questions or concerns about my application please do not hesitate to contact me. I think this is a tremendous opportunity and I am truly honored to be considered for the position. Thank you once again for your time and attention.

Sincerely,

*James P. Harris, MBA*
James P. Harris, MBA
937-668-3989



# Application for Superintendent of Schools
### CLOSED! Pulaski County Special School District - Deadline March 12, 2018

| | | |
|---|---|---|
| **Name:** Harris   James   P | | **Date:** 3/5/2018 |
| **Address:** [redacted] Street / City / PA State / Zip | | **E-mail:** jpharris5271@gmail.com |
| **Phone:** Home / Business / Cell | | **Fax:** 9376683989 |
| **Present Position:** Superintendent | **School District:** Daniel Boone Area School District | |
| **District Enrollment:** 3700 | **Number of Certified/Classified Staff:** 260 | |
| **Annual Budget:** $56M | **Annual Base Salary (including any annuity):** 140,000 | |

## Educational Record

| Name and Location of Institution Attended: | Year(s): | Degree: | Major(s): | Minors(s): |
|---|---|---|---|---|
| Alvernia University, Reading, PA | 2020 | PhD. | Organizational Leadership - Education | |
| University of Dayton, Dayton, OH | 2012 | Alternative Supt. License Program | Education Leadership | |
| Rosemont College, Philadelphia, PA | 2005 | MBA | Business Managment | |
| Seton Hall University, South Orange, NJ | 1994 | BS | Behavioral Science | |

1. Do you hold a superintendent license for this position?  [X] YES  [ ] NO
2. Are you eligible for a superintendent license for this position?  [X] YES  [ ] NO

## Professional Memberships/Recent Community Activities

*Indicate leadership responsibilities relevant to the position.*

- Advisory Council – Penn State University
- Grant Reviewer – Ohio Department of Education
- Board Member – Girl Scouts South Eastern Indiana Council
- Member – Ivy Tech Community College – Business Administration Advisory Board
- Member – National Black MBA Association
- Mentor – Big Brother/Big Sister
- Owner – Serendipity Bistro
- Owner – North Main St Annex Café
- Owner – Taste Wine & Dessert Bar
- Owner – Noella Art Gallery

## Employment Experience

*List in consecutive order beginning with the most recent position.*

| Dates | Position/Institution/Location | Supervisor's Name/Title | Supervisor's Phone |
|---|---|---|---|
| To: Present<br>From: 10/15 | Position: Superintendent<br>Institution/Location: Daniel Boone Area School District | Name: Mike Wolfe<br>Title: Board President | (Business) 6105826140<br>(Home) |
| Reason For Leaving: I would like to work with an urban district where I may utilize my business style of education leadership | | | District Enrollment: 3700 |
| To: 07/2015<br>From: 07/2014 | Position: Director of Operations and Student Services<br>Institution/Location: Project GRAD USA | Name: Daryl Ogden<br>Title: CEO | (Business) 202-834-0229<br>(Home) |
| Reason For Leaving: Would like to lead a school district in an urban area. Took position to learn inner operations of a school. I've spent my entire school tenure as a central office administrator | | | District Enrollment: N/A |
| To: 5/2012<br>From: 8/2010 | Position: Chief Operating Officer<br>Institution/Location: Dayton City Public School, Dayton, OH | Name: Lori Ward<br>Title: Superintendent | (Business) 9375423164<br>(Home) |
| Reason For Leaving: Wanted to work within a school to gain real world experience. I wanted to understand what the schools needed to be successful. First opportunity to work within a Charter School Organization. | | | District Enrollment: 13,000 |
| To: 05/2010<br>From: 10/2007 | Position: Chief Operating Officer<br>Institution/Location: Evansville Vanderburgh School Corp, Evansville, IN | Name: Vince Bertram<br>Title: Superintendent | (Business) 8124358453<br>(Home) |
| Reason For Leaving: Wanted to work within an urban district | | | District Enrollment: 22,000 |

## References

*Provide the names of four persons who can discuss your experience and qualifications in detail.*

| Name/Official Position | Business Phone | Home Phone | Cell Phone |
|---|---|---|---|
| Patricia Melton, Ed.D<br>Executive Director - New Haven Promise<br>patricia@newhavenpromise.org | 203-776-6473 | | 203-776-6473 |
| Diana Price<br>HR Director - Marion County Florida - Board of Commissioners<br>dianalalvis@gmail.com | 352-438-2345 | | |
| Danielle Seward<br>Chief of School Enrollment<br>daniseward@gmail.com | 2154005985 | 2154077338 | 2154077338 |

| | | |
|---|---|---|
| Daryl Ogden<br>CEO<br>dogden@projectgradusa.org | 9375423598 | 202-834-0229 |

## Background Check and Information

In addition to the following information, a thorough background check may be made at the option of the employer.

If "YES" is selected in response to any question, please provide a detailed explanation.

"YES" answers to the following questions will not necessarily result in denial of an offer of employment. The employer will consider all the circumstances, including the date and nature of events that have led to the actions described below. Your written explanation will assist the employer in determining your eligibility and suitability for an offer of employment.

1. Have you ever been convicted of, admitted committing, pleaded no contest, or are you awaiting trial for any crime (excluding only minor traffic violations that do not involve any allegations of alcohol, drugs or reckless driving) or have any civil charges previously or pending involving allegations of child abuse or spousal abuse? You must answer "YES" if true, even if the matter was later dismissed, deferred, reversed, or vacated. If you answer "YES" you must provide dates of the proceedings, the name and address of the court where the proceedings occurred, a statement of the accusation against you and the final disposition of the case(s).

   [X] NO    [ ] YES, please explain below

2. Have you ever been dismissed (fired) from any job, or resigned at the request of or pressure from your employer, or left employment while charges against you or an investigation of your behavior was pending or been refused tenure, reappointment or continuing contract from any employer? You must answer "YES" if true, even if the matter was later resolved with any form of settlement or severance agreement, regardless of its terms. If you answer "YES" you must provide the date of termination or resignation and other action concerning tenure reappointment or continuing contract denial and the name, address and telephone number of the employer(s) and a statement of the alleged reasons for termination or resignation.

   [X] NO    [ ] YES, please explain below

3. Have you ever had any license or certificate of any kind (teaching certificate or other professional license) revoked, suspended, or reprimanded, or have you in any way been sanctioned by or is any charge or complaint now pending against you before any licensing, certification or other regulatory agency or body, public or private? If you answer "YES" you must provide the dates of proceedings, name, address and telephone number of the agency or body where proceedings took place, a statement of the accusations against you, the final disposition and/or status of the charge or complaint.

   [X] NO    [ ] YES, please explain below

4. Are you now being investigated for any alleged misconduct or other alleged grounds for discipline by any licensing, certification or other regulatory body (teacher certification or otherwise) or by your current or any previous employer? If you answer "YES" you must provide the name, address and telephone number of the employer or licensing body and statement of the accusation against you.

   [X] NO    [ ] YES, please explain below

5. Have you ever been involved, or are you currently involved, or do you anticipate involvement in litigation either as the plaintiff/complainant or defendant/respondent?

   [X] NO    [ ] YES, please explain below

6. Have you ever filed a grievance/complaint of any kind against an employer?

   [X] NO    [ ] YES, please explain below

## Verification Statement
*(Please read carefully and sign the statement below)*

The information in the Application for Employment is true, correct, and complete to the best of my knowledge. I certify that I have answered all questions to the best of my ability and I have not withheld any information that would unfavorably affect my application for employment. I acknowledge that any misrepresentation or omission of any fact in my application, resume, or any other materials, or during any interviews, may be the cause for my rejection from employment or may result in my subsequent dismissal if I am hired.

| James P. Harris | 3/5/2018 |
|---|---|
| *Signature* | *Date* |

I request that my application file remain confidential pursuant to and in accordance with the State laws. If I am interviewed, I request that it be held in a closed session pursuant to State laws. For your information to be reviewed by the Board in closed session, your signature and date is required.

| James P. Harris | 3/5/2018 |
|---|---|
| *Signature* | *Date* |

Please Direct All Inquiries,
Applications and Supporting Materials To:

## Ray and Associates, Inc.

4403 First Avenue SE, Suite 407
Cedar Rapids, Iowa 52402-3221
319-393-3115 Phone
319-393-4931 Fax
E-mail: glr@rayassoc.com
Website: www.rayassoc.com

DO NOT CONTACT THE DISTRICT OR BOARD MEMBERS DIRECTLY

**APPLICATION DEADLINE:   MARCH 12, 2018**

Neither the client nor any member of Ray and Associates, Inc. discriminate on the basis of disability, race, religion, sex, national origin, or age in access to, employment in, or in the provision of any programs, benefits or activities.

# James P. Harris Jr, MBA

264 Buckhead Lane • Douglassville, PA 19518 • (937) 668-3989 • jpharris5271@gmail.com

## SENIOR EXECUTIVE SUMMARY

Award winning entrepreneur and strategist with extensive start-up, expansion and systems "turn-around" experience and business organizational structuring with more than 20 years of senior and executive-level management experience in public and private sector marketing, operations, sales, finance, human resources, information technology, supply chain management, foundation development, customer service and mergers and acquisitions. I have advanced presentation, motivation, sales and communication skills used to take the most complex problems and create actionable solutions. I am a business leader who develops, sustains and succeeds by utilizing available resources, thus limiting costs all the while creating a business model that is sustainable and profitable.

## CAREER HIGHLIGHTS

- Redesigned district-wide school services resulting in the reversal of a negative five-year financial trend to positive the first year of implementation
- Co-Chaired groundbreaking governmental restructuring between city and county entities in Indiana that resulted in the potential merger of City and County governments
- Led a team of 15 disparate entities to find common ground, develop innovative strategies for success, and ultimately created a more cost-efficient and collaborative regional entity
- Created the concept and operated four start-up business; three restaurants and an art gallery
- Awarded Educator of the Year by the Learnfresh Organization -- For my work in support of mathematics in inner city Cleveland, Ohio

## Core Competencies

- Multi–Site P&L Analysis / Expense Control Management
- Curriculum Design
- New Business Start-up
- Expansion/New Market Development
- Real Estate Site Acquisition
- School Site Security
- Nutrition Service Management
- Grant Writing/Design/Scoring
- Concept Branding/Marketing
- Recruiting, Hiring, Training & Retention
- MBE/WBE Purchasing Design
- Contract Negotiations (Union/Non-Union)
- Infrastructure Management
- Board Policy Creation
- Succession Planning
- School Transportation Management
- Data Collection/Analysis

## PROFESSIONAL EXPERIENCE

**Daniel Boone Area School District**
*Superintendent*                                             *October 2015 – Present*
- 3,600 student population suburban/rural school district with a budget of $56 million, located in Berks County 45 miles west of Philadelphia, Pennsylvania.
- Direct and manage all school functions both Academic, Business and Operational.

1

# James P. Harris Jr, MBA

264 Buckhead Lane • Douglassville, PA 19518 • (937) 668-3989 • jpharris5271@gmail.com

School District of Philadelphia
*Executive Director of Facilities and Operations*          July 2015 – October 2015
- Develops short and long-range strategies to support the mission and ongoing work of the school district; responsible for the oversight of facilities management, renovations, and preventive maintenance programs; as well as leads the selection and coordinates the work of architectural, engineering, and outside construction firms.

Project Grad-USA – New England Region
*Director of Operations and Student Support*          July 2014 – June 2015
- Develop, support and manage school *"Turn-Around"* agendas in accordance with partnership agreements with various State Department of Education organizations.

Citizens Leadership Academy - Cleveland, Ohio
*Associate Head of School*          July 2013 – July 2014
- Develop, support and ensure compliance for standardized processes and procedures related to corporate mission.
- Drive the development and implementation of business KPIs and related reporting to measure the corporate effectiveness against goals
- Develop metrics and monitoring plans to ensure learning efforts align with projected competency needs, organizational changes and both near and long-term organizational goals.
- Serve as an active member of the Leadership Team. The Leadership Team includes senior education/operation leaders throughout the Breakthrough Network.

Dayton Public Schools - Dayton, Ohio
*Chief Operations Officer*          August 2010 – May 2012
- Member of Superintendent's Executive Cabinet
- Manage a total budget in excess of $30,000,000+
- Develop new sources of revenue and community/school / government partnerships
- Manage all support groups, Facilities, Nutrition Service, Transportation, Safety/Security, Real Estate
- Operated all departments in the financial positive at forecasted levels
- Developed succession plan to sustain positive results
- Manage 13 collective bargaining unit contracts

Evansville Vanderburgh School Corporation - Evansville, Indiana
*Chief Operating Officer*          October 2007- May 2010
- Member of Superintendent's Executive Cabinet
- Manage a total budget in excess of $40,000,000+
- Oversee the daily operations of a 23,455 student, 42 building school organization
- Responsible for a staff of 470 persons, 2 Directors / 6 managers
- Created revenue generating opportunities to subsidize decreases in state funding
- Established school wide recycling program, employee professional development and apparel web site

# James P. Harris Jr, MBA

264 Buckhead Lane • Douglassville, PA 19518 • (937) 668-3989 • jpharris5271@gmail.com

## TEACHING EXPERIENCE

**Holy Family University, Philadelphia, Pennsylvania**
  Department of Education
  - Education Leadership courses – Graduate and Undergraduate – Blended Program

**University of Evansville, Evansville, Indiana**
  School of Business
  - General Business courses – Graduate and Undergraduate

## EDUCATION/LICENSURE

**Alvernia University, Reading Pennsylvania**
  - Doctor of Philosophy (PhD.) Education Leadership Anticipated Grad. 2020

**Pennsylvania Department of Education Commissioned Superintendent 2015**

**University of Dayton, Dayton, Ohio**
  - Education Leadership - Alternative Superintendent Program

**Rosemont College, Rosemont, Pennsylvania**
  - Masters of Business Administration (MBA) - Business/Marketing

**Seton Hall University, South Orange, New Jersey**
  - Major: B. A. Behavioral Science
  Honors: Distinguished Graduate: Social Science Department

## MILITARY

United States Army - Military Police Officer - Honorable Discharge

## AWARDS

Ohio Educator of the Year 2014 – Learnfresh Education & National Basketball Association (NBA Cares) awarded for work in increasing math competency in Cleveland, Ohio

## INTEREST AND ACTIVITIES

- Advisory Council Member – Penn State University - Berks
- Board Member – Learn Fresh Educator Advisory Board, Ohio
- Board Member – Girl Scouts South Eastern Indiana Council
- Board Member – Joshua Academy Charter School
- Member - Ivy Tech Community College - Business Administration Advisory Board
- Member - National Black MBA Association
- Grant Reviewer - Ohio Department of Education
- Mentor- Big Brother/Big Sister
- Owner – Serendipity Bistro
- Owner – North Main St Annex Café
- Owner – Taste a Wine and Dessert House
- Owner – Noella Art Gallery

**James P. Harris Jr, MBA**
264 Buckhead Lane * Douglassville, PA 19518 * (937) 668-3989 *
jpharris5271@gmail.com

## References

**Patricia Melton Ed.D**
Executive Director New Haven Promise
203-776-6473
patricia@newhavenpromise.org
Patricia was the Chief Academic Officer for the Evansville Vanderburgh School Corporation while I was with the school district. She is the one who "discovered" me.

**Diana Alves**
HR Director
The Spice and Tea Exchange
352-438-2345
dianalalvis@gmail.com
Diana was the Human Resources Director for the Evansville Vanderburgh School Corporation. She is most familiar with my management style and negotiation skills.

**Daryl Ogden, PhD**
Chief Executive Officer
ProjectGRAD USA
202-834-0229
dogden@projectgradusa.org
Daryl is someone that I have worked with during my time in Massachusetts. He is someone who can offer information regarding my overall work ethic and professionalism.

**Nicholas Monzi**
Director of Programs
Learn Fresh Education Company
845-240-0885
nick@learnfresh.org
Nick is the Director I worked with for the Math Hoops Scholar program in partnership with the NBA (Cleveland Cavaliers). He can answer any questions regarding my dedication to working with students and developing, implementing and managing new programs.

**Danielle Seward**
Chief School Administrator
Philadelphia School District
215-400-5985
daniseward@gmail.com
Danielle can explain my working relationships with staff and management style.

January 8, 2018

To Whom It May Concern:

I am honored to be writing this letter at the request of Mr. James Harris who I have worked with during his tenure as the Superintendent of the Daniel Boone Area School District. Mr. Harris came to Daniel Boone with a variety of experiences in both private industry and education. He has leveraged this experience to effectively lead our district and has earned the respect of parents, administrators, and community members.

Upon being hired as superintendent Mr. Harris quickly demonstrated his capacity to strategically analyze the challenges in front of us and effectively and thoughtfully lead the district through difficult times. Specifically, Mr. Harris was able to leverage his expertise in operations to save the district hundreds of thousands of dollars. This had the effect of preventing another painful round of layoffs and program curtailments that have become the norm in our district. Perhaps more importantly he was able to quickly gain the respect and trust of the board and community.

Mr. Harris used this early success and resulting goodwill to encourage the board to adopt a more financially sustainable fiscal model. This model diverted resources away from non-educational items toward educational programing wherever possible. Simply put, as a result of Mr. Harris' efforts and the board's willingness to raise taxes the school district did not lay off any teachers. In fact he was able to get an at-risk kindergarten and Chinese Language program to the district.

There is no letter I can write that will truly do justice to the positive impact Mr. Harris has had on our district. He is an outstanding leader who has shown the ability to work effectively with the board, administrators, and parents. He has dealt with countless emergencies and difficult situations. He has demonstrated the poise, work ethic, and thoughtfulness of a true leader. In short, I would recommend him without reservation.

Sincerely,

Robert J. Hurley
Assistant to the Superintendent
Daniel Boone Area School District

To Whom It May Concern:

It is with genuine enthusiasm and also my pleasure to provide this recommendation for James P. Harris. I have known James (Jim) Harris for seven years. I initially came to know him as the Chief Operating Officer for Dayton Public Schools located in Dayton Ohio.

Jim always used sound judgement and professionalism when confronted with the plethora of challenges he faced daily within Dayton Public Schools. His calm and direct manner enabled him to effectively and strategically deal with issues at hand systemically and systematically. His work ethic, reasoning ability, and leadership is second to none.

I have the deepest personal and professional respect for Jim and I sincerely believe he will bring his unique energy, optimism, and passion to your organization. If you have any questions about this recommendation, please do not hesitate to contact me.

Sincerely,
Erica Dowell Evans, MPA
Transportation Supervisor II
(937) 603-7650