

Plaintiff Exhibit 30

**Job Postings**

From: **Williams, Darrick** <dwilliams5660@pcssd.org>
Date: Wed, Apr 29, 2020 at 11:08 AM
Subject: Job Postings
To: PRINCIPALS <PRINCIPALS@pcssd.org>
Cc: SHAWN BURGESS <sburgess@pcssd.org>, KRISTY MANEES <kmanees@pcssd.org>, CHANDA SWINSON <cswinson@pcssd.org>

Good Morning Principals,

All teaching positions for the 2020-2021 school year have been posted. Please take a few minutes to review the job postings for your school to make sure all vacancies are listed. If you have any questions about a job posting let me know.

Just a few things to remember:

1. All jobs must be posted for at least ten days before you can recommend a candidate for hire.
2. You may conduct virtual interviews via Google Hangout or some type of video conferencing platform. Let me know if you need assistance with this process.
3. Make sure you have a bi-racial committee when conducting interviews
4. Any in-district candidate that applies for a vacancy and holds the appropriate certification must be granted an interview
5. I have an electronic scoring sheet I can send to you if you need it when conducting virtual interviews
6. The recommended candidate should hold an Arkansas license for the area they're being recommended to teach. If they don't, please consult with me prior to recommending the candidate for the teaching position.
7. Make sure you check references on all candidates before recommending them for hire. You should check at least three references for each candidate. At least one should be a former supervisor.
8. Keep in mind the racial composition of your staff. We must continue to meet the requirements of Plan 2000.

The Human Resources Department is still available to assist you in any way possible. Even though we're working remotely we're just a phone call or email away. Let us know if we can do anything to support you in the hiring process.

Have a great rest of the week. Be safe!



Darrick Williams
Director of Human Resources
Phone: 501-234-2032
Fax: 501-490-9897

Mobile: 501-539-0047
dwilliams5660@pcssd.org

--



JANICE WARREN, Ed.D
Assistant Superintendent for Equity and Pupil Services
Phone: 501-234-2015
jwarren@pcssd.org