

WARREN, JANICE <jwarren@pcssd.org>

# Concern
1 message

**DEBORAH ROUSH** <droush@pcssd.org>     Mon, Apr 2, 2018 at 9:26 PM
To: boardmembers@pcssd.org

Board members,

In case you could not open the Google Doc I forwarded previously on behalf of some of the elementary principals, I'm copying and pasting below.

To the PCSSD Board:

First, we appreciate the responsibility and the role you have in developing policy and hiring a superintendent for our school district.

The Ray & Associates firm consultants was hired to help with the superintendents search collected over 1,000 applications, of those 36 were interviewed and only 9 matched your 9 point specifications. It is difficult to understand how you (the board) could select the 3 candidates who have do not worked in a district similar to PCSSD and overlook the qualifications of Dr. Warren. One of the candidates is coming from a state who does not believe in Common Core and the state does it own assessments. Another candidate is a businessman who might understand budgets but not how hunger and mental health issues impact our schools. Bottom line, our students come first. Finally, the last candidate is a concern because of his lack of understanding high needs students of poverty.

Dr. Warren has worked with the principals vigorously by discussing details of Plan 2000. Unitary status, decreasing student achievement gaps between African American and White students and using fiscally sound decision making with Title 1 funds are frequent conversations among us in principals' meetings. The Elementary Principals do not share a memory of reviewing Plan 2000 so in depth until Dr. Warren's leadership. She has listened and heard us say that it had been years since some of us has reviewed and others had never received a copy of it over the years. For example: we must keep a binder with detailed information with our actions along with evidence. This binder that supports the district's goal of CL12 (Plan 2000) is reviewed at monthly principals' meetings and at school visits. (This has never happened before). Curriculum and Instructional Practices are always at the top of the agenda with Dr. Warren. Student achievement, data analysis, innovation, accountability are always a top priority for her. She holds each of us accountable for our efforts!

I share this information with you because the evening which Dr. Guess was fired it appeared that the bulk of the reason for his dismissal was due to the fact that he refused to use the district's Law Firm who had knowledge of the Desegregation Case and mistrust issues. In The Leader, Saturday, March 31, 2018, p 3, you state that the board is looking for someone who can deal with construction issues and budgets, overall budgets, keep us out of fiscal distress, erase the academic disparity between black and white students and move the district forward into unitary status. Dr. Warren has proven to meet this criteria by her actions, her agendas, and her on-site visits. Candidates actions should weigh more than their promises during an interview.

For the first time, we have had a superintendent who goes into classrooms and thank teachers for the good jobs they are doing. Teachers appreciate that; especially acknowledgment from the superintendent. That means "Dr. Warren has been visible." Dr. Warren takes time to meet with principals and parents for student conferences. We have not had that support before.

There are some who do not like her direct approach because she will ask questions when she feels that there are inequities. For example, we do have some facilities that are inadequate and were scheduled to be renovated. However, due to overspending on new construction and renovations; the scheduled renovations could not be completed. How will the new superintendent know how to attack the historical aspect of this problem?

If you truly wish to make a difference in the selection of the next PCSSD Superintendent, we challenge you to poll the entire staff and do not secure the opinion of just a few to get total perspective before hiring someone outside.

Respectfully submitted,

Elementary Principals of Pulaski County Special School District