

WARREN, JANICE <jwarren@pcssd.org>

---

## Fwd: Your scan (Scan to My Email)
1 message

---

**Bratcher, Brady** <bbratcher1000@pcssd.org>  Mon, Mar 16, 2020 at 2:36 PM
To: JANICE WARREN <jwarren@pcssd.org>

---------- Forwarded message ---------
From: <papercut@pcssd.org>
Date: Mon, Mar 16, 2020 at 1:43 PM
Subject: Your scan (Scan to My Email)
To: <bbratcher1000@pcssd.org>


--
**Brady Bratcher**
Vice Principal, Joe T. Robinson High School
21501 Highway 10
Little Rock, AR 72223
501-868-2400
https://rhs.pcssd.org

---

📄 scan_bbratcher1000_2020-03-16-13-42-46.pdf
571K



PLAINTIFF'S EXHIBIT 51

1·22·18 Case 4:19-cv-00655-BSM   Document 40-51   Filed 09/11/20   Page 2 of 2

| INCIDENT NUMBER 2018-008906 | Report Contains Juvenile Information [✓] JUVENILE INFORMATION | Report generated: 1/25/2018 3:15 PM |

Redact Before Release

## NARRATIVE

RECEIVED A CALL TO THIS LOCATION IN REFERENCE TO A STUDENT SELLING DRUGS TO ANOTHER STUDENT. UPON MY ARRIVAL, I MADE CONTACT WITH MARY BAILEY AND BRADY BRATCHER, WHO BOTH WORK AT THIS LOCATION. I WAS ADVISED THAT AN INCIDENT HAD OCCURRED ON THE PARKING LOT AND THAT CONTACT 1 WAS IN THE OFFICE WRITING A STATEMENT. I WAS ADVISED THAT CONTACT 1 HAD TOLD MARY BAILEY AND BRADY BRATCHER THAT HE WAS SELLING WEED TO ANOTHER STUDENT, WHO THEN ROBBED HIM OF THE WEED. WHILE IN THE OFFICE CONTACT 1 THEN ADVISED THAT HE HAD NOT BEEN HONEST WITH BRADY BRATCHER, AND THEN TOLD HIM THAT HE WAS IN A VEHICLE IN THE PARKING LOT WITH VICTIM 1. CONTACT 1 ADVISED BRADY BRATCHER THAT VICTIM 1 HAD BROUGHT A HANDGUN TO SCHOOL TO SELL TO ANOTHER STUDENT. CONTACT 1 ADVISED THAT WHEN SUSPECT 1 APPROACHED THE VEHICLE, HE ASKED TO SEE THE HANDGUN. CONTACT 1 ADVISED THAT VICTIM 1 HANDED HIM THE UNLOADED HANDGUN WITHOUT A MAGAZINE. CONTACT 1 ADVISED THAT SUSPECT 1 THEN TOLD VICTIM 1 THAT THE HANDGUN WAS NOW HIS AND WALKED AWAY. CONTACT 1 ADVISED THAT HE THEN WENT INTO THE SCHOOL AND VICTIM 1 LEFT THE PROPERTY IN HIS VEHICLE. VIDEO HAD CAPTURED THIS INCIDENT AND ON VIDEO, I OBSERVED SUSPECT WALK UP TO A RED TRUCK AND AFTER SOME TIME PASSES, SUSPECT 1 WALKS AROUND THE PARKING LOT, CONTACT 1 WALKS INTO SCHOOL, AND VICTIM 1 LEAVES THE SCHOOL IN THE RED TRUCK. SUSPECT 1 REMAINS OUTSIDE UNTIL HE LEAVES THE PROPERTY IN AN UNKNOWN TYPE VEHICLE. CONTACT 1 THEN PROVIDED BRADY BRATCHER WITH THE MAKE AND MODEL OF THE HANDGUN. I THEN WENT TO THE RESIDENCE OF VICTIM 1 AND TALKED WITH ▓▓▓▓▓▓▓, THE GUARDIAN OF VICTIM 1. ▓▓▓▓▓▓▓ ADVISED ME THAT VICTIM 1 HAD CALLED HER AND TOLD HER THAT HE HAD BEEN ROBBED AT SCHOOL. ▓▓▓▓▓▓▓ TALKED TO VICTIM 1, WHO THEN RETURNED HOME. VICTIM 1 TOLD ME THAT HE WAS ROBBED THIS MORNING ON THE PARKING LOT OF ROBINSON HIGH SCHOOL. VICTIM 1 ADVISED THAT HE BROUGHT A HANDGUN TO SELL AND WAS ROBBED. WHEN ASKED ABOUT THE HANDGUN, VICTIM 1 INITIALLY SAID THAT HE FOUND IT, BUT LATER TOLD ME THAT HE GOT IT FROM ANOTHER STUDENT IN EXCHANGE FOR A VAPE DEVICE AND SOME CASH. VICTIM 1 ADVISED THAT HE DID NOT KNOW THE OTHER STUDENT THAT TRADED HIM THE HANDGUN AND DID NOT KNOW ANY FURTHER INFORMATION FOR IT. AT THIS TIME, THE HANDGUN CAN NOT BE LISTED AS STOLEN, DUE TO THE LACK OF INFORMATION NEEDED TO REPORT IT. ALSO, NO FURTHER INFORMATION WAS PROVIDED ABOUT THE SUSPECT OR THIS INCIDENT. MVR WAS IN USE 15C320.