June 22, 2020

Pam Fitzgiven
41 Single Oaks
Sherwood, AR 72120
501.773.9416
pamfitzgiven@gmail.com

To Whom It May Concern:

The purpose of this letter is to acknowledge the morale of the employees of Pulaski County Special School District (PCSSD) both before and during Dr. Janice Warren's appointment as Interim Superintendent of PCSSD for the 2017-18 school year. First, it is important I share my background in PCSSD.

I have lived in the PCSSD zone all my life and just completed my 26th year as an elementary teacher employee of PCSSD. During my employment, I have served in leadership roles both as a member of the Pulaski Association of Classroom Teachers (PACT President) and as an employee for the District serving as Chairperson of the Certified Personnel Policies Committee (PPC). My leadership role first began in 1995 as a PACT Representative in my school building. Then from 2013 to 2019, I served as both PACT President and Chairperson of the Certified PPC for the District and currently I am serving as the PACT Employees' Rights Officer. Being in the District for as long as I have and holding the leadership roles I describe, I have gained trust and respect from my colleagues, as well as, from administration.

The years prior to the 2017-18 school year, morale not only among teachers but among administration had been the lowest I have ever seen in the all the years I have been in the District, including the two (2) times teachers had gone on strike. Employees across the District felt isolated, unappreciated, over-worked, and afraid to communicate in fear of being reprimanded or terminated. As a leader in PCSSD, I received many calls and had numerous conversations with employees from bus drivers all the way up to employees at Central Office and it was always a sense of concern and fear working in the District. The day the PCSSD School Board met to terminate the contracts of both the former Superintendent and his attorney and to hire Dr. Janice Warren as the Interim Superintendent was a day of elation among the employees.

The morale for the 2017-18 school year was the highest it has been in the past twelve (12) years. Employees of the District were excited to start the new school year because Dr. Warren is well respected among the employees of the District. She created an atmosphere of respect and trust—a feeling of camaraderie that was not there before. For the first time since I had been Chairperson of the Certified PPC, as a committee, which included the Superintendent, we were able to collaborate to make changes to old policies and to create new policies that were no longer punitive in nature. The District was moving in a positive direction. Employees felt valued, appreciated, and more importantly they felt comfortable communicating concerns and ideas without the fear of being reprimanded or terminated. Conversations with the employees were no longer gloom and doom but of excitement and positivity. WE finally felt the District was truly moving forward with a sense of "we are in this together". Unfortunately, that was short lived when the PCSSD Board voted to not hire Dr. Janice Warren as our new Superintendent.

Plaintiff Exhibit 56

Warren: Bates No. 000387

Though, Dr. Warren may not have always agreed with the employees in our District as far as writing policies and making other decisions that impact our District, the one thing for sure is that she respected the employees enough to listen to their concerns and ideas and to include them in the decision making process. Dr. Warren changed the morale of our District and she did so in a short amount of time. Morale was positive so much so you "felt" it when you walked in the doors of Central Office.

Sincerely,

*Pam Fitzgiven*

Pam Fitzgiven
PCSSD Teacher
PACT Employees' Rights Officer
PACT President 2013-19
PCSSD Certified PPC Chairperson 2013-19

*Susan S. Sykes*
Notary
6-22-2020

SUSAN S. SYKES
PULASKI COUNTY
NOTARY PUBLIC -- ARKANSAS
My Commission Expires May 04, 2025
Commission No. 12404060