4/4/2018                    Pulaski County Special School District Mail - Thank you



WARREN, JANICE <jwarren@pcssd.org>

## Thank you
1 message

**Perry, Brittney M** <Brittney.Perry2@va.gov>　　　　　　　　　　Wed, Apr 4, 2018 at 8:23 AM
To: "jwarren@pcssd.org" <jwarren@pcssd.org>

Good morning ma'am.  Thank you for your support this school year stepping into the role of superintendent.  I love to see leaders for our teachers and our students.  I have heard nothing but amazing things about you (my mom is the registrar at Maumelle HS).  I really am not happy about the decisions that have been made by the board recently but I know God has amazing plans for you!  Mom said you were planning on staying as the assistant and resume your responsibilities… she's praying for you to be her boss again…LOL.  Your hard work and dedication is not going unrecognized.  Have a wonderful Wednesday.

*Brittney Perry*

Contract Specialist

Phone: 501-257-2104

Plaintiff Exhibit 57