

WARREN, JANICE <jwarren@pcssd.org>

## (no subject)
1 message

**RING, LISA** <lring@pcssd.org>  Wed, Apr 4, 2018 at 10:10 AM
To: JANICE WARREN <jwarren@pcssd.org>

I wanted to share with you the letter I sent to the PCSSD Board last week:

As tax-paying resident in the Pulaski County Special School District's Robinson feeder pattern, I would like to express my disappointment in the Board's decision not to grant our interim superintendent, Dr. Janice Warren, an interview for the permanent position of superintendent. If stability, dedication, and hard work are qualities we are looking for to lead PCSSD to be the best it can be, Dr. Warren has done a stellar job "picking up the pieces" in yet another administrative turnover. She is fair and honest, and prides herself on listening, helping and encouraging **all entities involved** in the educational process of our PCSSD community. It is a shame that all three candidates y'all have chosen to interview display the same history PCSSD has dealt with in the past... A person who shows no commitment to stay more than a few years, collect a buyout, and move on.

We deserve better, and Dr. Warren has done an excellent job of providing "better" with any task she has been given.

Sincerely,

Lisa G. Ring
27719 Nichols Loop Road
Little Rock, AR 72223
(501)821-1569

--
**Lisa G. Ring, Registrar**
Direct Number: (501)234-3106
LRing@pcssd.org

**Baker Elementary School**
15001 Kanis Road
Little Rock, AR 72223
**(501) 228-3250 - telephone**
**(501) 228-3257 - facsimile**

PLAINTIFF EXHIBIT 58