# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## ADMINISTRATOR'S CONTRACT
### 2011-2012



RECEIVED JUL - 6 2011 HUMAN RESOURCES

**PARTIES AND SERVICES:** Dr. Tom W. Kimbrell, Commissioner of Education, has appointed *Dr. Jerry Guess*, superintendent, on the terms and conditions set forth below. Dr. Jerry Guess agrees to perform the services of superintendent under the supervision of Dr. Tom W. Kimbrell, Commissioner of Education.

**COMPENSATION FOR SERVICES:** For the 2011-2012 school year, the Pulaski County Special School District (PCSSD) will pay Dr. Jerry Guess a salary of **$215,000.** This amount is inclusive of all compensation that will be paid by the PCSSD to Dr. Jerry Guess under the terms of this contract.

**SICK LEAVE, VACATION DAYS AND BOARD HOLIDAYS:** For the 2011-2012 school year, Dr. Jerry Guess shall be entitled to one (1) day per month of sick leave for a total of twelve (12) days of sick leave per year. For the 2011-2012 school year, Dr. Jerry Guess shall be entitled to one (1) day per month of vacation for a total of twelve (12) days of vacation per year. In addition to the number of days listed above, Dr. Jerry Guess shall be entitled to all federal and state holidays recognized by the PCSSD.

**AUTOMOBILE USE:** Dr. Jerry Guess shall not be provided with a PCSSD automobile for his official or personal use. Dr. Guess agrees to furnish his own automobile, with mileage expenses to be reimbursed in accordance with PCSSD policies and applicable Arkansas law.

**REIMBURSEMENT OF EXPENSES:** Any other lawful expenses incurred by Dr. Jerry Guess in the performance of his official duties as superintendent shall be reimbursed in accordance with PCSSD policies and applicable Arkansas law.

**EFFECTIVE DATES:** This contract shall become effective beginning July 1, 2011 and shall terminate on June 30, 2012.

**EARLY TERMINATION:** Prior to June 30, 2012, this contract may be terminated by either party with or without cause. A termination of the contract by Dr. Jerry Guess shall be accomplished by Dr. Guess providing the PCSSD with thirty (30) days written notice. During the thirty (30) day notice period, Dr. Jerry Guess shall continue to faithfully report to work and fully perform his duties, unless expressly excused therefrom in writing by the PCSSD. In the event of termination of the contract by Dr. Jerry Guess, the PCSSD shall not continue to compensate Dr. Jerry Guess after the effective date of termination. A termination by PCSSD shall be accomplished by written notice of termination from the PCSSD to Dr. Jerry Guess. Such notice of termination may be effective immediately, or upon a stated date no greater than thirty (30) days into the future. Dr. Jerry Guess shall be excused from reporting for work and performing any duties for the PCSSD after the effective date of termination, but the PCSSD shall continue to compensate Dr. Jerry Guess at the contract rate of pay for thirty (30) days after the effective date of termination.

**ACCEPTANCE:** This contract must be signed and returned to the Human Resources Department.

Signed this _28_ day of June, 2011

_____
Tom W. Kimbrell, Ed.D
Commissioner of Education

_____
Dr. Jerry Guess
Superintendent

PLAINTIFF'S EXHIBIT 59

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## ADMINISTRATOR'S CONTRACT
## 2012-2013

**PARTIES AND SERVICES:** Dr. Tom W. Kimbrell, Commissioner of Education, has appointed ***Dr. Jerry Guess,*** superintendent, on the terms and conditions set forth below. Dr. Jerry Guess agrees to perform the services of superintendent under the supervision of Dr. Tom W. Kimbrell, Commissioner of Education.

**COMPENSATION FOR SERVICES:** For the 2012-2013 school year, the Pulaski County Special School District (PCSSD) will pay Dr. Jerry Guess a salary of **$215,000.** This amount is inclusive of all compensation that will be paid by the PCSSD to Dr. Jerry Guess under the terms of this contract.

**SICK LEAVE, VACATION PAY AND BOARD HOLIDAYS:** For the 2012-2013 school year, Dr. Jerry Guess shall be entitled to one (1) day per month of sick leave for a total of twelve (12) days of sick leave per year. For the 2012-2013 school year, Dr. Jerry Guess shall be entitled to one (1) day per month of vacation for a total of twelve (12) days of vacation per year. In addition to the number of days listed above, Dr. Jerry Guess shall be entitled to all federal and state holidays recognized by PCSSD.

**AUTOMOBILE USE:** Dr. Jerry Guess shall not be provided with a PCSSD automobile for his official or personal use. Dr. Guess agrees to furnish his own automobile, with mileage expenses to be reimbursed in accordance with PCSSD policies and applicable Arkansas law.

**REIMBURSEMENT OF EXPENSES:** Any other lawful expenses incurred by Dr. Jerry Guess in the performance of his official duties as superintendent shall be reimbursed in accordance with PCSSD policies and applicable Arkansas law.

**EFFECTIVE DATES:** This contract shall become effective beginning July 1, 2012 and shall terminate on June 30, 2013.

**EARLY TERMINATION:** Prior to June 30, 2013, this contract may be terminated by either party with or without cause. A termination of the contract by Dr. Jerry Guess shall be accomplished by Dr. Guess providing PCSSD with thirty (30) days written notice. During the thirty (30) day notice period, Dr. Jerry Guess shall continue to faithfully report to work and fully perform his duties, unless expressly excused therefrom in writing by PCSSD. In the event of termination of the contract by Dr. Jerry Guess, PCSSD shall not continue to compensate Dr. Jerry Guess after the effective date of termination. A termination of the contract by PCSSD shall be accomplished by written notice of the termination from PCSSD to Dr. Jerry Guess. Such notice of termination may be effective immediately, or upon a stated date no greater than thirty (30) days into the future. Dr. Jerry Guess shall be excused from reporting to work and performing any duties for PCSSD after the effective date of termination, but PCSSD shall continue to compensate Dr. Jerry Guess at the contract rate of pay for thirty (30) days after the effective date of termination.

**ACCEPTANCE:** This contract must be signed and returned to the Human Resources Department.

Signed this __1__ day of __June__, 2012

_____  
Tom W. Kimbrell, Ed.D  
Commissioner of Education

_____  
Dr. Jerry Guess  
Superintendent

RECEIVED
JUN 0 5 2012
HUMAN RESOURCES

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## ADMINISTRATOR'S CONTRACT
## 2016-2018

**PARTIES AND SERVICES:** Arkansas Commissioner of Education Johnny Key (Commissioner) has appointed Dr. Jerry Guess (Dr. Guess) Pulaski County Special School District (PCSSD) superintendent, on the terms and conditions set forth below. Dr. Guess agrees to perform the services of superintendent of PCSSD under the supervision of the Arkansas Commissioner of Education, who is presently Mr. Johnny Key; and thereafter under the supervision of a local board of education duly elected pursuant to Arkansas law.

**COMPENSATION FOR SERVICES:** For the 2016-2017 school year, PCSSD will pay Dr. Guess an annual salary of $215,000; and for the 2017-2018 school year, PCSSD will also pay Dr. Guess an annual salary of $215,000; for a total salary of $430,000 over the two year term of this contract. The amount of $430,000 is inclusive of all compensation that will be paid by PCSSD to Dr. Guess under the terms of this contract.

**SICK LEAVE, VACATION PAY AND BOARD HOLIDAYS:** For the school years 2016-2017 and 2017-2018, Dr. Guess shall be entitled to one (1) day per month of sick leave for a total of twelve (12) days of sick leave per year. For the school years 2016-2017 and 2017-2018, Dr. Guess shall be entitled to one and one quarter (1.25) days per month of vacation for a total of fifteen (15) days of vacation per year. In addition to the number of days listed above, Dr. Guess shall be entitled to all federal and state holidays recognized by PCSSD.

**AUTOMOBILE USE:** Dr. Guess shall not be provided with a PCSSD automobile for his official or personal use. Dr. Guess agrees to furnish his own automobile, with mileage expenses to be reimbursed in accordance with PCSSD policies and applicable Arkansas law.

**REIMBURSEMENT OF EXPENSES:** Any other lawful expenses incurred by Dr. Guess in the performance of his official duties as PCSSD superintendent shall be reimbursed in accordance with PCSSD policies and applicable Arkansas law.

**EFFECTIVE DATES:** This contract shall become effective July 1, 2016, and shall terminate on June 30, 2018.

**EARLY TERMINATION:** Prior to June 30, 2018, this contract may be terminated by either party at any time with or without cause. A termination of the contract by Dr. Guess shall be accomplished by Dr. Guess providing PCSSD with thirty (30) days' written notice. During the thirty (30) day notice period, Dr. Guess shall continue to faithfully report to work and fully perform his duties, unless expressly excused therefrom in writing by PCSSD. In the event of termination of the contract by Dr. Guess, PCSSD shall not continue to compensate Dr. Guess after the effective date of termination. A termination of the contract by PCSSD shall be accomplished by written notice of the termination from PCSSD to Dr. Guess. Such notice of termination may be effective immediately or upon a stated date no greater than thirty (30) days in the future. Dr. Guess shall be excused from reporting to work and performing any duties for PCSSD after the effective date of termination, but PCSSD shall continue to compensate Dr. Guess after the effective date of its early termination of the

contract at the contract rate of pay for six months after the effective date of termination; however, an early termination of this contract by PCSSD during the last six months of the two year term shall result in PCSSD continuing to compensate Dr. Guess for only so much of the two year term as remains after the effective date of the early termination.

**ACCEPTANCE:** This contract must be signed and returned to the Human Resources Department.

Signed this 30th day of April, 2016.

Johnny Key
Commissioner of Education

Dr. Jerry Guess
PCSSD Superintendent