## PCSSD Superintendents 1984 – present

Bobby Lester (WM) – 3/13/84 – 6/30/99

Gary Smith (WM) – 7/1/99 – 6/25/02

Don Henderson (BM) – 6/25/02 – 11/20/02 (interim) 11/20/02 - 5/19/05

Robert Clowers (WM) – 5/19/05 – 11/15/05 (acting)

James Sharpe (BM) – 11/15/05 – 2/8/06 (interim) 2/8/06 – 3/11/09

Rob McGill (WM) – 3/11/09 – 6/30/10 (acting)

Charles Hopson (BM) – 7/1/10 – 6/20/11 (district taken over by state)

Bobby Lester (WM) – 6/21/11 – 6/30/11 (acting)

Jerry Guess (WM) – 7/1/11 – 7/18/17

Janice Warren (BF) – 7/18/17 – 6/30/18 (interim)

Charles McNulty (WM) – 7/1/18 to present

*Race and gender correct*
*Susan Alford  9/8/20*



PLAINTIFF'S EXHIBIT 74

Sarah Howard Jenkins, PLLC Mail - Fwd: FOIA Request                                                                                                      9/7/20, 12:51 PM



Sarah Jenkins <sarah@shjenkinslaw.com>

# Fwd: FOIA Request
1 message

**Janice Warren** <grammy8502@yahoo.com>                                                               Sun, Sep 6, 2020 at 8:50 PM
To: Sarah Howard Jenkins <sarah@shjenkinslaw.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "Clark, Jill" <aclark@pcssd.org>
> **Date:** August 28, 2020 at 10:14:35 AM CDT
> **To:** Janice Warren <grammy8502@yahoo.com>
> **Subject: Re:  FOIA Request**
>
> Hey Dr. Warren,
>
> Attached please find the only record HR has that is responsive to your request.
>
> Jill
>
> 
>
> ALANA JILL CLARK
> COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
> Phone: 501-234-2162
> aclark@pcssd.org
>
> On Fri, Aug 28, 2020 at 9:01 AM Clark, Jill <aclark@pcssd.org> wrote:
>> Received.  I will get to work.
>>
>> Jill
>>
>> 
>>
>> ALANA JILL CLARK
>> COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
>> Phone: 501-234-2162
>> aclark@pcssd.org
>>
>> On Thu, Aug 27, 2020 at 6:21 PM Janice Warren <grammy8502@yahoo.com> wrote:
>>> Jill
>>> Kindly provide me the following:
>>> 1.  A history of superintendents in PCSSD as far back as HR has a record of to the present.  I want

> name, years of service , race and gender.  As always please confirm that you received this.
> Thanks again,
> Janice


HR Sup List 84-present.pdf
35K