# Tammy Downs

| | |
|---|---|
| **From:** | Sarah Jenkins <sarah@shjenkinslaw.com> |
| **Sent:** | Friday, September 11, 2020 11:33 AM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | Warren v. McNulty_4:19-cv-655 BSM |

Good afternoon,
On Wednesday, September 9, 2020, I made two technical filing errors and I am writing to request a substitution of exhibits 1-73 for the documents shown in dockets #'s 37-39 to correct the first error.  Likewise, I am requesting the substitution of documents for the Response to the Undisputed Facts and the Brief.  Kindly disregard the previously filed exhibits and documents.

Thank you very much.

Sarah Howard Jenkins

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
[www.shjenkinslaw.com](www.shjenkinslaw.com)

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.