

Sarah Jenkins <sarah@shjenkinslaw.com>

---

# Activity in Case 4:19-cv-00655-BSM Warren v. McNulty et al Brief in Support
1 message

---

**ecf_support@ared.uscourts.gov** <ecf_support@ared.uscourts.gov>  
To: ared_ecf@ared.uscourts.gov

Thu, Sep 10, 2020 at 12:00 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of Arkansas**

## Notice of Electronic Filing

The following transaction was entered by Jenkins, Sarah on 9/10/2020 at 0:00 AM CDT and filed on 9/9/2020
**Case Name:**         Warren v. McNulty et al
**Case Number:**       4:19-cv-00655-BSM
**Filer:**             Janice Hargrove Warren
**Document Number:**   36

**Docket Text:**
**BRIEF IN SUPPORT re [27] Motion for Summary Judgment,, filed by Janice Hargrove Warren. (Attachments: # (1) Document, # (2) Document)(Jenkins, Sarah)**

**4:19-cv-00655-BSM Notice has been electronically mailed to:**

George Jay Bequette , Jr &nbsp &nbsp jbequette@bbpalaw.com, fdurham@bbpalaw.com, msadler@bbpalaw.com

Sarah Howard Jenkins &nbsp &nbsp sarah@shjenkinslaw.com

William Cody Kees &nbsp &nbsp ckees@bbpalaw.com, fdurham@bbpalaw.com, msadler@bbpalaw.com

**4:19-cv-00655-BSM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=9/10/2020] [FileNumber=8639646-0
] [569b3b35be8d6900eab6027c6584e7ce4cbf6ebd09a7443de53467a12f2ba2fafe5
792e425013d17616674eda6afa3dc401919e5644bd3fb8e346b9ca944f961]]



Sarah Howard Jenkins, PLLC Mail - Activity in Case 4:19-cv-00655-BSM Warren v. McNulty et al Brief in Support        9/28/20, 8:34 AM

**Document description:** Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=9/10/2020] [FileNumber=8639646-1
] [71fb641fe70720265923571126671 38ccadd9b96021eb404c88993ee3f4dd5ecebe
32217dc843f2b5cc56ac5b401bd20c6ad2576a72ef98c34e69dfbc0e4b288]]

**Document description:** Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=9/10/2020] [FileNumber=8639646-2
] [0f6b2dec0162ff6d87681fffa3baa7369f8de36c8213abac67a764372e0c54d9b48
001d62dd475d3662ca9cf65f0f9a6a43f2370e3464d99213133e60dbee279]]