Sarah Howard Jenkins, PLLC Mail - Warren Response                                                                    9/28/20, 2:40 PM

 Gmail                                                                    Sarah Jenkins <sarah@shjenkinslaw.com>

## Warren Response

4 messages

**Cody Kees** <ckees@bbpalaw.com>                                                    Thu, Sep 10, 2020 at 5:51 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Faith Durham <fdurham@bbpalaw.com>

Sarah-

Have you contacted the Clerk to correct the naming of your documents and the order of the exhibits?  The exhibits are so out of order I cannot decipher what went wrong to try and correct it for my purposes.  I expected the Clerk would automatically correct the docket today, but I did not see anything.

It is impossible for me to start a reply given that your exhibits don't match the ECF docket number, coupled with the way you filed everything.

Can you see if the Court plans to correct the docket or will you send me an exhibit index?   Thanks

**Cody Kees**

*Bequette, Billingsley & Kees, P.A.*

Attorneys At Law

425 West Capitol Avenue | Suite 3200

Little Rock, Arkansas 72201-3469

T (501) 374-1107  |  C (870) 550-3645

F  (501) 374-5092 |  ckees@bbpalaw.com



**Sarah Jenkins** <sarah@shjenkinslaw.com>                                           Thu, Sep 10, 2020 at 6:57 PM
To: Cody Kees <ckees@bbpalaw.com>

Cody,
I discovered the problem late this morning and will reach out to the clerk in the morning.  Should have everything corrected in the morning.  Will agree to an extension.  Regret you have been inconvenienced.
Sarah
**Sarah Howard Jenkins, PLLC**

9/28/20, 2:40 PM

**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

---

**Cody Kees** <ckees@bbpalaw.com>                                  Thu, Sep 10, 2020 at 7:05 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Thank you. I'm not passing blame, it's just too difficult to correct without an exhibit index if you have one available. Thanks

Cody Kees
Bequette, Billingsley & Kees, P.A.
Attorneys At Law
425 West Capitol Avenue | Suite 3200
Little Rock, Arkansas 72201-3469
T (501) 374-1107 | C (870) 550-3645
F (501) 374-5092 | ckees@bbpalaw.com

**From:** Sarah Jenkins <sarah@shjenkinslaw.com>
**Sent:** Thursday, September 10, 2020 6:57:27 PM
**To:** Cody Kees <ckees@bbpalaw.com>
**Subject:** Re: Warren Response

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>                         Thu, Sep 10, 2020 at 11:43 PM
To: Cody Kees <ckees@bbpalaw.com>

Cody,
I'm not offended at all.  I should have it straightened out tomorrow.
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so

advise the sender immediately.

[Quoted text hidden]