

# Warren v. McNulty_4:19-cv-655 BSM
5 messages

**Sarah Jenkins** <sarah@shjenkinslaw.com>      Fri, Sep 11, 2020 at 11:33 AM
To: clerksoffice@ared.uscourts.gov

Good afternoon,

On Wednesday, September 9, 2020, I made two technical filing errors and I am writing to request a substitution of exhibits 1-73 for the documents shown in dockets #'s 37-39 to correct the first error. Likewise, I am requesting the substitution of documents for the Response to the Undisputed Facts and the Brief. Kindly disregard the previously filed exhibits and documents.

Thank you very much.

Sarah Howard Jenkins
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**AREDdb_clerksoffice** <clerksoffice@ared.uscourts.gov>      Fri, Sep 11, 2020 at 11:46 AM
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Ms. Jenkins:

We can update the docket texts for DE #37-39 to indicate "Documents filed in error – Disregard" and then you can file the correct exhibits and link to DE #36. Is that what you're trying to accomplish? I just want to be clear of your intentions.

Thanks.





[Quoted text hidden]

**Sarah Jenkins** <sarah@shjenkinslaw.com>      Fri, Sep 11, 2020 at 1:08 PM
To: AREDdb_clerksoffice <clerksoffice@ared.uscourts.gov>

Yes, that is correct.
Thank you for your assistance.

Sarah Howard Jenkins, PLLC
Attorney at Law
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>                                                                                                                         Fri, Sep 11, 2020 at 1:14 PM
To: AREDdb_clerksoffice <clerksoffice@ared.uscourts.gov>

I have one follow up observation. Docket entry 36, still reads "Response in Support". Is there a way to correct this? My response was in opposition. Thank you!

Sarah

Sarah Howard Jenkins, PLLC
Attorney at Law
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

On Fri, Sep 11, 2020 at 11:46 AM AREDdb_clerksoffice <clerksoffice@ared.uscourts.gov> wrote:
[Quoted text hidden]

---

**AREDdb_clerksoffice** <clerksoffice@ared.uscourts.gov>                                                                                                           Fri, Sep 11, 2020 at 1:59 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Good Afternoon, Ms. Jenkins.


The docket text was modified as follows:


| ⊙ 36 | RESPONSE re 27 Motion for Summary Judgment,, filed by Janice Hargrove Warren. (Attachments: # 1 Document, # 2 Document)(Jenkins, Sarah) Docket text modified on 9/11/2020 to correct description. (kbc) (Entered: 09/10/2020) |
|---|---|


This is the standard docketing method for responses in opposition in our district, and it matches the title of the filed document. I apologize if

the notice of docket correction did not clarify this change.  If you have any questions, please call me.

Thank you,

Tammy Downs

Chief Deputy

