IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                                  **PLAINTIFF**

v.                              CASE NO. 4:19-CV-00655-BSM

**CHARLES McNULTY,** *et al.*                                                                **DEFENDANTS**

## ORDER

Janice Warren's second motion to compel [Doc. No. 18] is granted in part. *See* F. R. Civ. P. 37. Defendants are directed to supplement their responses as required below by November 3, 2020.

The motion to compel is granted as to numbers 12(a), 12(b), 12(d), 12(e), 12(f), 12(g), 13, and 14 of Warren's interrogatories. *See* Mot. Compel, Ex. 10, Doc. No. 18. Defendants must also provide complete responses to interrogatories 1–10 of Warren's interrogatories. *Id*. *See* F. R. Civ. P. 33(b)(3)–(4) (party at whom interrogatory is directed must answer fully and other oath, or state with specificity the grounds for objecting).

Warren's motion for sanctions of defense counsel is denied. Warren's motion for a discovery hearing is denied.

IT IS SO ORDERED this 21st day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE