JDE Locator: 6.01

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

CERTIFIED ADMINISTRATIVE/PROFESSIONAL/TECHNICAL/SUPERVISORY JOB CLASSIFICATION

**POSITION TITLE:** ASSISTANT SUPERINTENDENT FOR EQUITY AND PUPIL SERVICES

**QUALIFICATIONS:** Have or be eligible for Arkansas certificate as an Administrator/Principal
Previous administrative experience

**REPORTS TO:** Superintendent of Education

**JOB GOAL:** Plan, direct, control and monitor the District's overall desegregation plan. Coordinate and implement a comprehensive pupil services program to insure equity for all students.

**PERFORMANCE RESPONSIBILITIES:**

1. Direct the administration of the Office of Equity and Pupil Services.
2. Coordinate and implement the District's desegregation plan with all departments through monitoring to preclude discrimination on the basis of race, gender, age or handicap and annually report the results to the Superintendent of Education.
3. Serve as liaison between the District and the courts and all other parties involved in the desegregation lawsuit. Make periodic progress reports to the courts.
4. Establish a model for long-range planning capability, utilizing an interdivisional task force approach to permit investigation of concerns, assessment of needs and review of goal attainment.
5. Coordinate the District's goals, objectives and educational planning with the Arkansas Department of Education.
6. Process and prepare responses to Civil Rights inquiries regardless of sources.
7. Plan, develop and coordinate the services of pupil attendance accounting and pupil placement and monitor school attendance zones.
8. Plan, develop, and coordinate a district-wide system of health services with nurses.
9. Work with principals, teachers, and parents in coordination concerning the following:
    a. Suspensions and expulsions
    b. Truancy and non-attendance
    c. Drop-outs
    d. Transfers
    e. Pupils returning to schools from state schools and institutions
    f. Juvenile court petitions
    g. Special students
    h. Student conduct, expulsion cases and appeal hearings.
    i. Athletics
10. Establish effective liaison with the various offices and agencies within the community that may provide specialized or professional help to students and their parents, and serve as the referral agent to those offices and agencies.
11. Other duties as assigned.

EXHIBIT 1

JDE Locator: 6.01

## TERMS OF EMPLOYMENT:

Salary Range:      Range 13 - Certified Administrative/Professional/Technical/Supervisory Salary Schedule
Length of Contract:    244 days per contract year

## EVALUATION:

Performance of this job will be evaluated in accordance with provisions of the Board's policy on Evaluation of Professional Personnel.

APPROVED BY:_____DATE_____
                 Superintendent of Education