IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                           PLAINTIFF

v.                              No. 4:19-cv-00655-BSM

CHARLES MCNULTY, et al.                                          DEFENDANTS

**PLAINTIFF'S MOTION TO STRIKE AND MEMORANDUM IN SUPPORT DEFENDANTS' UNTIMELY RESPONSE TO PLAINTIFF'S FIRST MOTION IN LIMINE REGARDING FACILITIES**

COMES now the Plaintiff by and through her attorney, Sarah Howard Jenkins, PLLC, with her Motion and Memorandum in Support, herein, to Strike Defendants' Response to Plaintiff's First Motion in Limine Regarding Facilities and says:

1. Plaintiff filed her First Motion *in Limine* Regarding Facilities on October 14, 2020;

2. This Court's Final Scheduling Order directs that responses to Motions *in Limine* "must be filed five (5) calendar days" after the filing of the Motion;

3. Defendants' response was due on October 19, 2020;

4. Defendants filed their response to Plaintiff's First Motion *in Limine* on October 22, 2020, four days late;

5. Defendants' response is untimely. Given the close proximity of the upcoming trial date, timely responses are critical.

WHEREFORE, Plaintiff requests this Court to strike Defendants' untimely response.

Respectfully submitted this 22nd day of October 2020,

Sarah Howard Jenkins

                AR Bar No. 97046
                SARAH HOWARD JENKINS, PLLC
                P.O. BOX 242694
                Little Rock, AR 72223
                Telephone No. (501) 406-0905
                sarah@shjenkinslaw.com
                Attorney for the Plaintiff