IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE H. WARREN                                                                                    PLAINTIFF

VS.                                        CASE NO. 4:19-CV-00655 BSM

CHARLES MCNULTY, ET AL.                                                                   DEFENDANTS

APPEARANCE OF ATTORNEY

TO: Pulaski County Special School District, and its attorney, W. Cody Kees, BEQUETTE, BILLINGSLEY & KEES, P.A., 425 West Capitol Avenue, Suite 3200, Little Rock, Arkansas 72201.

Notice is hereby given that the undersigned counsel is appearing as the attorney of record as co-counsel for Janice Warren, the plaintiff in the case at bar.

Dated this 29th day of October 2020.

                                        Respectfully submitted,

                                        Austin Porter Jr.
                                        Bar Number 86145
                                        PORTER LAW FIRM
                                        The Catlett-Prien Tower Building
                                        323 Center Street, Suite 1035
                                        Little Rock, Arkansas 72201
                                        Telephone: 501-244-8200
                                        Facsimile: 501-372-5567
                                        E-mail: Aporte5640@aol.com

## **CERTIFICATE OF SERVICE**

      I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas – Central Division, on this 29th day of October 2020, using the CM/ECF system, which is designed to send notification of such filing to the following:

Jay Bequette
W. Cody Kees
BEQUETTE, BILLINGS & KEES, P.A.
425 W. Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201

jbequette@bbpalaw.com
ckees@bbalaw.com

Sarah Howard-Jenkins
Attorney at Law
P. O. Box 242694
Little Rock, Arkansas 72223

sarah@shjenkinslaw.com

                                              Austin Porter Jr.