

PLAINTIFF'S EXHIBIT 3

# SUPERINTENDENT EVALUATION
## 2018-2019 SCHOOL YEAR

The purpose of this evaluation is to provide the superintendent of Pulaski County Special School District (PCSSD) and the Board an opportunity to review designated responsibilities and measure progress in meeting those responsibilities.

| Performance Scale | | |
|---|---|---|
| Exceptional | 7-9 | Progress exceeds expectations |
| Proficient | 4-6 | Progress meets expectations |
| Needs Improvement | 1-3 | Progress does not meet expectations |

**I.** **Educational Leadership –** The superintendent provides leadership and direction for PCSSD that is based on desired student achievement.

**A. Instructional Management–** The superintendent manages an assessment and improvement system for student learning in all academic subjects that results in the ongoing improvement in student achievement.

| | Needs Improvement (1-3) | Proficient (4-6) | Exceptional (7-9) |
|---|---|---|---|
| 1. Implements with fidelity all academic aspects of Plan 2000. | | | |
| 2. Increases the number of schools scoring an A, B, or C on the ADE School Performance Report Cards | | | |
| 3. Participates with staff in studying and developing curriculum improvement. | | | |
| 4. Implements Driven, AVID, and Virtual Academy. | | | |

RECEIVED

FEB 1 3 2019

HUMAN RESOURCES

PCSSD; Warren Pg. No 23731

1

Confidential Produced Subject to Protective Order

| | Needs Improvement (1-3) | Proficient (4-6) | Exceptional (7-9) |
|---|---|---|---|
| 5. Provides Annual Report to the Public on academics. | | | |
| 6. Focuses on the student learning environment. | | | |

| **B. Staff Development/Professional Growth-** The superintendent oversees a program of staff development designed to improve district performance. | | | |
|---|---|---|---|
| | Needs Improvement (1-3) | Proficient (4-6) | Exceptional (7-9) |
| 1. Provides an annual summary of the staff development plan, including goals for the program tied to district assessment and staff appraisal data, and administration-defined measures for assessing program success. | | | |
| 2. Oversees the planning and evaluation of the staff development program. | | | |

II.   **District Management -** The superintendent demonstrates effective planning and management of the district administration, finances, operations and personnel.

| **A. Facilities and Fiscal Operations Management-** The superintendent maintains a management system designed to produce ongoing efficiencies in major district operations, including transportation, food service, and building maintenance and operations. | | | |
|---|---|---|---|
| | Needs Improvement (1-3) | Proficient (4-6) | Exceptional (7-9) |
| 1. Implements with fidelity all fiscal and facilities aspects of Plan 2000. | | | |
| 2. Supervises operations and executes competent and efficient performance. | | | |

2

Confidential
Produced Subject to
Protective Order

| | Needs Improvement (1-3) | Proficient (4-6) | Exceptional (7-9) |
|---|---|---|---|
| 3. Presents and administers an educationally sound budget relevant to revenue available. | | | |
| 4. Determines that funds are expended in accordance with adopted budgets. | | | |
| 5. Creates contingency plans for addressing any anticipated changes in district circumstances that could affect district finances in future years. | | | |
| 6. Provides quarterly financial reports showing implementation compared to adopted budget. | | | |
| 7. Provides end of year results that are consistent with adopted/revised budget. | | | |
| 8. Institutes administrative procedures to reduce risk of fraud. | | | |

**B. Human Resources Management–** The superintendent oversees a comprehensive human resources program tied to defined goals and targets developed by administration for board review and are compliant with Plan 2000.

| | Needs Improvement (1-3) | Proficient (4-6) | Exceptional (7-9) |
|---|---|---|---|
| 1. Develops and executes sound personnel procedures and practices. | | | |
| 2. Promotes good communication with District employees. | | | |
| 3. Treats all personnel fairly, without favoritism or discrimination, while insisting on performance of duties. | | | |

3

Confidential
Produced Subject to
Protective Order

| | |
|---|---|
| 4. Delegates authority and responsibility to staff members appropriate to position each holds. | |
| 5. Recruits and assigns the best available personnel. | |
| 6. Encourages participation of appropriate staff members and groups in planning, procedures, and policy interpretation. | |
| 7. Evaluates performance of staff members, giving commendation for good work as well as constructive suggestions for improvement. | |

III. **Board and Community Relations –** The superintendent maintains a positive and productive working relationship with the board and the community.

| A. Board Relations– The superintendent maintains a positive and productive working relationship with the Board. | | | |
|---|---|---|---|
| | Needs Improvement (1-3) | Proficient (4-6) | Exceptional (7-9) |
| 1. Keeps board members informed of significant issues as they arise. | | | |
| 2. Responds in a timely and complete manner to board requests for information consistent with board policy and established procedures. | | | |
| 3. Makes recommendations and provides supporting materials on matters for board decision. | | | |
| 4. Interactions with the staff and community support board policy and decisions. | | | |

4 Confidential
Produced Subject to
Protective Order

| B. Community Relations- The Superintendent maintains a positive and productive working relationship with the community. | | | |
|---|---|---|---|
| | Needs Improvement (1-3) | Proficient (4-6) | Exceptional (7-9) |
| 1. Gains respect and support of the community in regards to school operations. | | | |
| 2. Solicits and gives attention to problems and opinions of all groups and individuals. | | | |
| 3. Develops friendly and cooperative relationships with news media. | | | |
| 4. Participates actively in community life and affairs. | | | |
| 5. Achieves status as a community leader in public education. | | | |
| 6. Works effectively with public and private groups. | | | |

Comments:

Confidential
Produced Subject to
Protective Order

## SIGNATURE PAGE

_____   2/12/19
Signature of Superintendent                Date

_____   2/12/19
Signature of Board Member                  Date

_____   2/12/19
Signature of Board Member                  Date

_____   2/12/19
Signature of Board Member                  Date

_____   2/12/19
Signature of Board Member                  Date

_____   2/12/19
Signature of Board Member                  Date

_____   2/12/19
Signature of Board Member                  Date

_____   _____
Signature of Board Member                  Date

Confidential
Produced Subject to
Protective Order

PCSSD; Warren  Pg. No 23736