IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                      **PLAINTIFF**

v.                        Case No. 4:19-CV-00655-BSM

**CHARLES MCNULTY,** *et al.*                                                      **DEFENDANT**

<u>**ORDER**</u>

Pursuant to Administrative Order 8, the trial date is continued. A new scheduling order shall issue.

IT IS SO ORDERED this 18th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE