IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                         **PLAINTIFF**

v.                 **Case No. 4:19-CV-00655-BSM**

**CHARLES MCNULTY,** *et al.*                                        **DEFENDANT**

<u>**ORDER**</u>

Janice Warren's motion in limine as to facilities [Doc. No. 58] is denied, because questions based on her job performance and responsibilities are relevant to her employment discrimination claims. Her motion to strike [Doc. No. 75] is denied. *See Kurka v. Iowa Cty.*, 628 F.3d 953, 959 (8th Cir. 2010).

Defendants' motion in limine as to general matters [Doc. No. 61] is granted in part. Warren may not discuss at trial whether the parties have engaged in settlement discussions. Fed. R. Evid. 408; *see* Doc. No. 61 ¶ 2. Warren may not discuss larger social justice movements or separate current events, *see* Doc. No. 61 ¶ 5, at trial. Fed. R. Evid. 403. Defendants' motion, Doc. No. 61, is denied as to all other matters.

Warren's motion in limine as to Gillen's and Remele's lists and related testimony [Doc. No. 63] is denied. Defendants maintain that the lists are not being offered for the truth of the matter asserted. Warren may make appropriate hearsay objections at trial.

IT IS SO ORDERED this 20th day of April, 2021.

UNITED STATES DISTRICT JUDGE