

**Clark, Jill <aclark@pcssd.org>**

---

# Re: FOIA Request_Ms. Rowlett

3 messages

**Duff, Jessica** <jduff@pcssd.org>          Fri, Apr 3, 2020 at 2:59 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Jacqueline Rowlett <jrowlett@pcssd.org>, Jill Clark <aclark@pcssd.org>

Good afternoon Ms. Jenkins -
  I have copied Jill Clark on this email. She handles all FOIA requests for our district. She will be in touch to recognize receipt of this FOIA request.

Thank you,
Jessica



JESSICA DUFF
EXECUTIVE DIR. OF COMMUNICATIONS, PCSSD
 Office: 501-234-2038
 Mobile: 501-519-0165
 jduff@pcssd.org

On Fri, Apr 3, 2020 at 2:38 PM Sarah Jenkins <sarah@shjenkinslaw.com> wrote:
  Ms. Rowlett,
  As required by Ark. Code Ann. 25-19-105, kindly provide copies or permit me to copy the following public records:
  1.    The declarations and policies of all insurance policies held or owned by PCSSD that cover PCSSD and/or the members of the PCSSD Board of Education, or Educational Professionals, employees, volunteers, or elected officials; all indemnity agreements for the benefit of PCSSD covering PCSSD and/or members of the PCSSD Board of Education, or Educational Professionals, employees, volunteers, and/or elected officials; and the declarations of All Risk, Umbrella, General Liability, Professional Liability, Officer and Director, Civil Liability, Errors & Omissions, and Mismanagement policies.

  2.    All notices provided after July 1, 2018, by PCSSD and PCSSD's attorneys to insurers, reinsurers, indemnitors, managers, or administrators for the policies listed above.

  3    A copy of PCSSD's financial statement, including a statement of reserves and savings accounts.

  Thank you for your assistance.
  Sarah Jenkins

  **Sarah Howard Jenkins, PLLC**
  **Attorney at Law**
  **P.O. Box 242694**
  **Little Rock, AR 72223**
  **(501) 406-0905**
  **www.shjenkinslaw.com**



CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**Rowlett, Jacqueline** <jrowlett@pcssd.org>
To: "Duff, Jessica" <jduff@pcssd.org>
Cc: Sarah Jenkins <sarah@shjenkinslaw.com>, Jill Clark <aclark@pcssd.org>

Fri, Apr 3, 2020 at 3:10 PM

Thank You!



Jacqueline Rowlett
District Treasurer, Business Office
Phone: 501-234-2138
Mobile: 501-690-4186
jrowlett@pcssd.org

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>
To: "Duff, Jessica" <jduff@pcssd.org>
Cc: Jacqueline Rowlett <jrowlett@pcssd.org>, Jill Clark <aclark@pcssd.org>

Fri, Apr 3, 2020 at 4:14 PM

Thank you!
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

On Fri, Apr 3, 2020 at 3:00 PM Duff, Jessica <jduff@pcssd.org> wrote:
[Quoted text hidden]



Clark, Jill <aclark@pcssd.org>

# Re: FOIA Request #2

5 messages

**Duff, Jessica** <jduff@pcssd.org>         Mon, Apr 6, 2020 at 3:58 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Jill Clark <aclark@pcssd.org>, sburgess@pcssd.org

Sarah,
  I've copied Jill Clark on this email. As a reminder, please direct all for your request to Jill. She handles them for the entire district.

On Mon, Apr 6, 2020 at 3:26 PM Sarah Jenkins <sarah@shjenkinslaw.com> wrote:
Ms. Burgess,
As required by Ark. Code Ann. 25-19-105, kindly provide copies or permit me to copy the following public records:

1) All documents relating to Dr. Jerry Guess' nomination of Dr. Janice Warren for Deputy Superintendent in 2017 including the notes, minutes, and votes by the Board of Education; and

2) All documents relating to Dr. Janice Warren's appointment as Director of Elementary Education including the notes, recommendations, and votes of the interviewing committee.

Thank you for your assistance.
Sarah Jenkins

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

--



JESSICA DUFF
EXECUTIVE DIR. OF COMMUNICATIONS, PCSSD
Office: 501-234-2038
Mobile: 501-519-0165
jduff@pcssd.org

**Sarah Jenkins** <sarah@shjenkinslaw.com>         Mon, Apr 6, 2020 at 5:20 PM

To: "Duff, Jessica" <jduff@pcssd.org>
Cc: Jill Clark <aclark@pcssd.org>, sburgess@pcssd.org

Thank you!
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

---

**Clark, Jill** <aclark@pcssd.org>              Mon, Apr 6, 2020 at 5:40 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Jessica Duff <jduff@pcssd.org>

Ms. Jenkins-

Our office has received your request.  Now, I begin the process of gathering all of the information you have requested.

I will update you tomorrow on when you can expect to receive the information.

Sincerely,

Jill Clark

 ALANA JILL CLARK
COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
Phone: 501-234-2162
aclark@pcssd.org

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>           Mon, Apr 6, 2020 at 6:04 PM
To: "Clark, Jill" <aclark@pcssd.org>

Thank you!
Sarah Jenkins
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

---

**BURGESS, SHAWN** <sburgess@pcssd.org>                 Tue, Apr 7, 2020 at 11:18 AM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: "Duff, Jessica" <jduff@pcssd.org>, Jill Clark <aclark@pcssd.org>

Good morning!

We all have been working from home.  However, we are in the process of going into the office beginning tomorrow for a short time. So we should be able to have your request by the end of the week. If we are unable to provide this information we will contact you by Friday.

Thanks for your patience during this unprecedented time.

[Quoted text hidden]
--



Mrs. Shawn Burgess
Assistant Superintendent for Human Resources
Phone: 501-234-2033
Fax: 501-490-9897
sburgess@pcssd.org



**Clark, Jill <aclark@pcssd.org>**

---

## Status of FOIA Requests

7 messages

---

**Sarah Jenkins <sarah@shjenkinslaw.com>**        Mon, Apr 20, 2020 at 1:27 PM
To: "Clark, Jill" <aclark@pcssd.org>
Cc: Jacqueline Rowlett <jrowlett@pcssd.org>, "BURGESS, SHAWN" <sburgess@pcssd.org>

Ms. Clark,
Below is my summary of outstanding requests for public records. I appreciate the impact that the current status of operations has on your responsiveness. Kindly tell me when you expect to respond to the outstanding requests. I'm perplexed at the delay in responding to FOIA #1, these records are generally accessible without much effort at well organized institutions such as PCSSD.

FOIA #1: Outstanding Requests
1.    The declarations and policies of all insurance policies held or owned by PCSSD that cover PCSSD and/or the members of the PCSSD Board of Education, or Educational Professionals, employees, volunteers, or elected officials; all indemnity agreements for the benefit of PCSSD covering PCSSD and/or members of the PCSSD Board of Education, or Educational Professionals, employees, volunteers, and/or elected officials; and the declarations of All Risk, Umbrella, General Liability, Professional Liability, Officer and Director, Civil Liability, Errors & Omissions, and Mismanagement policies.
3.    A copy of PCSSD's financial statement, including a statement of reserves and savings accounts. RESPONSE: Period 10 of 20, provided APRIL 14, 2020

FOIA #3: Outstanding Requests
1.    PCSSD's budget for 2017-2018 and 2018-2019;
2.    All financial records, meeting notes, and budgets maintained for the Mills High School and the Robinson Middle School construction projects for 2017-2018, 2018-2019;
3.    All vendor reports for the Mills High School and the Robinson Middle School construction projects for 2017-2018, 2018-2019;
4.    All records of payouts to Baldwin & Shell for 2017-2018 and 2018-2019 and documentation for each payout
       RESPONSE APRIL 15, 2020: Audit Trail for 02-02-2018 through 4-1-20 (Sylvan Hills)
5.    All change orders authorized by PCSSD in 2017-2018 and 2018-2019 for the Mills High School and the Robinson Middle School construction projects; and
6.    The construction contracts, plans, and approvals for the Mills High School and Robinson Middle School construction projects.

Thank you for your assistance.
Sarah Howard Jenkins

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**Clark, Jill <aclark@pcssd.org>**        Mon, Apr 20, 2020 at 2:42 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Jacqueline Rowlett <jrowlett@pcssd.org>, "BURGESS, SHAWN" <sburgess@pcssd.org>

Bcc: Jessica Duff <jduff@pcssd.org>

Ms. Jenkins,

I have reached out to our business department regarding the information you requested in FOIA #1. I have not received an update this week on when that information will be available.

Attached please find a number of attachments related to your FOIA Request #2.

I will update you as new information becomes available.

Sincerely,

Jill Clark



ALANA JILL CLARK
COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
Phone: 501-234-2162
aclark@pcssd.org

[Quoted text hidden]

---

**14 attachments**

 **SHJ 1.pdf**
28K

**SHJ 2.pdf**
16K

**SHJ 3.pdf**
27K

 **SHJ 4.pdf**
27K

**SHJ 5.pdf**
15K

**SHJ 6.pdf**
15K

**SHJ 7.pdf**
71K

 **SHJ 8.pdf**
15K

**SHJ 9.pdf**
25K

**SHJ 10.pdf**
150K

**SHJ 11.pdf**
138K

**SHJ 12.pdf**
40K

**SHJ 13.pdf**
15K

**SHJ 14.pdf**
29K

---

**Clark, Jill** <aclark@pcssd.org>            Mon, Apr 20, 2020 at 2:44 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Jessica Duff <jduff@pcssd.org>

Ms. Jenkins,

My apologies.  The 14 attachments I just provided are responsive to your FOIA Request #3, not #2.

Sincerely,

Jill Clark



ALANA JILL CLARK
COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
Phone: 501-234-2162
aclark@pcssd.org

[Quoted text hidden]

---

**Rowlett, Jacqueline** <jrowlett@pcssd.org>        Mon, Apr 20, 2020 at 2:57 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: "Clark, Jill" <aclark@pcssd.org>, "BURGESS, SHAWN" <sburgess@pcssd.org>

Good Afternoon,

FOIA #1   Item  #1 Due to COVID-19 related staffing in our central office, we are working with the insurance carrier to get this information to you as soon as possible.

FOIA #3 All items except #4 & 5 have been provided to Jill.  I will contact the District's COO relating to items 4 & 5.

We appreciate your patience..



Jacqueline Rowlett
District Treasurer, Business Office
Phone: 501-234-2138
Mobile: 501-690-4186
jrowlett@pcssd.org

On Mon, Apr 20, 2020 at 1:28 PM Sarah Jenkins <sarah@shjenkinslaw.com> wrote:
[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>         Mon, Apr 20, 2020 at 3:38 PM
To: "Clark, Jill" <aclark@pcssd.org>
Cc: Jessica Duff <jduff@pcssd.org>

Thank you!
**Sarah Howard Jenkins, PLLC**

Attorney at Law
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>                     Mon, Apr 20, 2020 at 3:39 PM
To: "Rowlett, Jacqueline" <jrowlett@pcssd.org>
Cc: "Clark, Jill" <aclark@pcssd.org>, "BURGESS, SHAWN" <sburgess@pcssd.org>

Thank you!
Sarah Howard Jenkins, PLLC
Attorney at Law
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>                     Mon, Apr 20, 2020 at 3:43 PM
To: "Rowlett, Jacqueline" <jrowlett@pcssd.org>
Cc: "Clark, Jill" <aclark@pcssd.org>, "BURGESS, SHAWN" <sburgess@pcssd.org>

Ms. Clark & Ms. Rowlett,
Because you've reached out to your insurance carrier, let me share another term that may make its search easier: Employment Practices Liability Insurance.  Thank you for your diligence during these challenging times.
Best regards,
Sarah Jenkins
Sarah Howard Jenkins, PLLC
Attorney at Law
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

On Mon, Apr 20, 2020 at 2:57 PM Rowlett, Jacqueline <jrowlett@pcssd.org> wrote:

[Quoted text hidden]



**Clark, Jill <aclark@pcssd.org>**

---

## FOIA Request #3

**Sarah Jenkins** <sarah@shjenkinslaw.com>      Tue, Apr 14, 2020 at 12:18 PM
To: "Clark, Jill" <aclark@pcssd.org>, Jacqueline Rowlett <jrowlett@pcssd.org>

Ms. Rowlett,
As required by Ark. Code Ann. § 25-19-105, kindly provide copies or permit me to copy public records listed below:

1.    PCSSD's budget for 2017-2018 and 2018-2019;
2.    All financial records, meeting notes, and budgets maintained for the Mills High School and the Robinson Middle School construction projects for 2017-2018, 2018-2019;
3.    All vendor reports for the Mills High School and the Robinson Middle School construction projects for 2017-2018, 2018-2019;
4.    All records of payouts to Baldwin & Shell for 2017-2018 and 2018-2019 and documentation for each payout;
5.    All change orders authorized by PCSSD in 2017-2018 and 2018-2019 for the Mills High School and the Robinson Middle School construction projects; and
6.    The construction contracts, plans, and approvals for the Mills High School and Robinson Middle School construction projects.

Thank you for your assistance.
Sarah Howard Jenkins

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.



**Clark, Jill <aclark@pcssd.org>**

---

## FOIA #4

3 messages

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>
To: "Clark, Jill" <aclark@pcssd.org>

Mon, May 4, 2020 at 8:36 AM

Ms. Clark,
FOIA #4
As required by Ark. Code Ann. 25-19-105, kindly provide copies or permit me to copy the following public records:

1. All letters, memoranda, emails, and text messages between the PCSSD Board of Education or any of its members and Bequette & Billingsley, P.A., regarding the firing or discharging or replacing of Dr. Jerry Guess as Superintendent;

2. All letters, memoranda, emails, and text messages between the PCSSD Board of Education or any of its members and Bequette & Billingsley, P.A., regarding the hiring, employing, appointing, or terminating of Interim Superintendent Dr. Janice Warren;

3. All letters, memoranda, emails, and text messages from May 2017 to the date of this request between the PCSSD Board of Education or any of its members and Bequette & Billingsley, P.A., regarding the hiring, employing, appointing, and searching for a Superintendent;

4. All letters, memoranda, emails, and text messages from April 2018 to the date of this request between the PCSSD Board or any of its members and Bequette & Billingsley, P.A., regarding Dr. Janice Warren's employment, her potential claims, or her lawsuit.

5. All letters, memoranda, emails, and text messages between the President of the PCSSD Board of Education and Bequette & Billingsley, P.A., regarding the firing or discharge or replacing of Dr. Jerry Guess as Superintendent;

6. All letters, memoranda, emails, and text messages between the President of the PCSSD Board of Education and Bequette & Billingsley, P.A., regarding the hiring, employing, appointing, or terminating of Interim Superintendent Dr. Janice Warren;

7. All letters, memoranda, emails, and text messages from May 2017 to the date of this request between the President of the PCSSD Board of Education and Bequette & Billingsley, P.A., regarding the hiring, employing, appointing, and searching for a Superintendent;

8. All letters, memoranda, emails, and text messages from April 2018 to the date of this request between the President of the PCSSD Board and Bequette & Billingsley, P.A., regarding Dr. Janice Warren's employment, her potential claims, or her lawsuit.

9. All letters, memoranda, emails, and text messages from April 2018 to the date of this request between Superintendent Charles McNulty and Bequette & Billingsley, P.A., regarding PCSSD's 2018 hiring, employing, appointing, and searching for a Superintendent;

10. All letters, memoranda, emails, and text messages from April 2018 to the date of this request between Superintendent Charles McNulty and Bequette & Billingsley, P.A., regarding Dr. Janice Warren's employment, her potential claims, or her lawsuit.

Best regards,
Sarah Jenkins

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**Clark, Jill** <aclark@pcssd.org>                                      Mon, May 4, 2020 at 9:22 AM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Jessica Duff <jduff@pcssd.org>

Ms. Jenkins,

Our office has received your request.  Now, I will begin the process of gathering all of the information you have requested.  I will update you later today, or early tomorrow, on the status of your request.

Sincerely,

Jill Clark



ALANA JILL CLARK
COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
Phone: 501-234-2162
aclark@pcssd.org

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>                              Mon, May 4, 2020 at 1:00 PM
To: "Clark, Jill" <aclark@pcssd.org>

Thank you, Ms. Clark

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-9105**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]



Clark, Jill <aclark@pcssd.org>

---

## PCSSD Insurance FOIA

**Clark, Jill** <aclark@pcssd.org>                            Wed, Apr 22, 2020 at 12:52 PM
To: Cody Kees <ckees@bbpalaw.com>

Cody,

Sarah Howard Jenkins was asking about her insurance FOIA on Monday.  I know in our last conversation you mentioned you had given her part of this request and were working on providing the rest after redactions:

1.    The declarations and policies of all insurance policies held or owned by PCSSD that cover PCSSD and/or the members of the PCSSD Board of Education, or Educational Professionals, employees, volunteers, or elected officials; all indemnity agreements for the benefit of PCSSD covering PCSSD and/or members of the PCSSD Board of Education, or Educational Professionals, employees, volunteers, and/or elected officials; and the declarations of All Risk, Umbrella, General Liability, Professional Liability, Officer and Director, Civil Liability, Errors & Omissions, and Mismanagement policies.

I just wanted to double check that I should not be working on getting her this.

Thank you.

Jill



ALANA JILL CLARK
COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
Phone: 501-234-2162
aclark@pcssd.org

**Request for Public Records under the**
**Arkansas Freedom of Information Act**

TO:        PCSSD
FROM:    Dr. Janice Warren, a citizen of the State of Arkansas
RE:        FOIA Request Directed to PCSSD for documents in the possession of its
           attorneys: 1) Bequette, Billingsley & Kees, P.A., 2) Allen P. Roberts, P.A., and 3)
           Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
DATE:    July 7, 2020

As required by Ark. Code Ann. 25-19-105, kindly provide copies of the following public records
up to and including the date of September 23, 2019, for all requests excluding request 12.
Electronic copies may be provided via cd, email, flash drive, or other electronic means.

**Requested Public Records**

1.  All letters, emails, and text messages between the PCSSD Board of Education or any of its
members and PCSSD's attorneys or their employees, memoranda, notes, or other documents
regarding the firing or terminating or replacing of Dr. Jerry Guess as Superintendent;

2.  All letters, emails, and text messages between the PCSSD Board of Education or any of its
members and PCSSD's attorneys or their employees, memoranda, notes, or other documents
regarding the hiring, employing, appointing, and terminating Interim Superintendent Dr. Janice
Warren;

3.  All letters, emails, and text messages between the PCSSD Board of Education or any of its
members and PCSSD's attorneys or their employees, memoranda, notes, or other documents
regarding the searching, selecting, hiring, employing, and appointing a Superintendent;

4.  All letters, emails, and text messages between the PCSSD Board or any of its members and
PCSSD's attorneys or their employees, memoranda, notes, or other documents regarding Dr.
Janice Warren's employment, her potential claims, her EEOC Charge, her lawsuit, and PCSSD's
or other defendants' potential defenses.

5.  All letters, memoranda, emails, and text messages between Charles McNulty and PCSSD's
attorneys or their employees, memoranda, notes, or other documents regarding PCSSD's 2017-
2018 searching, selecting, hiring, employing, and appointing a Superintendent;

6.  All letters, emails, and text messages between Superintendent Charles McNulty and PCSSD's
attorneys or their employees, memoranda, notes, or other documents regarding Dr. Janice
Warren's employment, her potential claims, and her lawsuit.

7.  All communications, written and electronic, memoranda, notes, or other documents but not
including construction and design documents supplied by Wittenberg, Delony, and Davison and
Baldwin and Shell regarding the construction of Mills High School.

8.  All communications to or about Derek Scott, written and electronic, memoranda, notes, or
other documents but not including construction and design documents supplied by Wittenberg,

1

Delony, and Davison or Baldwin and Shell regarding Derek Scott and his role in the construction of Mills High School.

9.  All communications, written and electronic, memoranda, notes, or other documents regarding the March 15, 2016, District Operations, Action Item Number, New Business -15, signed by Jerry Guess, Superintendent, and Johnny Key, Commissioner ADE, attached hereto as Exhibit 1.

10.  All communications, written and electronic, between Commissioner Johnny Key and PCSSD's attorneys or their employees, memoranda, notes, or other documents regarding the March 15, 2016, District Operations, Action Item Number, New Business -15, signed by Jerry Guess, Superintendent, and Johnny Key, Commissioner ADE.

11.  All communications, written and electronic, memoranda, notes, or other documents regarding or relating to the email exchange between John W. Walker and Allen Roberts dated May 8, 2017, Bates numbered:  PCSSD; Warren Pg. No. 213-215.

12.  All written reports or statements of fact or opinion by any expert, those that may be called as witnesses to testify in the matter entitled *Warren v. McNulty, et al.*, and those who will not be called, regarding Dr. Charles McNulty's Dissertation or other writings, Dr. Janice Warren's qualifications for the position of Superintendent, the construction of Mills High School, or PCSSD's, its Board of Education, or its members' liability for punitive damages.



**Clark, Jill <aclark@pcssd.org>**

---

# FOIA Request
5 messages

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>      Thu, Oct 15, 2020 at 3:15 PM
To: "Clark, Jill" <aclark@pcssd.org>

Ms. Clark,
On behalf of Dr. Janice Warren, I'm requesting the following documents, pursuant to Ark. Code Ann. § 25-19-105:
1) memos and emails from Derek Scott to the Facilities Board, January 2015 through September 12, 2017;
2) memos and emails to Derek Scott from the members of the Facilities Board, January 2015 through September 12, 2017;
3) memos and emails from Derek Scott to the members of Facilities Working Group, January 2015 through September 12, 2017;
4) memos and emails to Derek Scott from the members of Facilities Working Group, January 2015 through September 12, 2017;
5) memos and emails from Dr. Janice Warren to the Bi-monthly Monitoring Group from January 2015 through September 12, 2017;
6) Copies of agenda, meeting minutes, and documents distributed at the Facilities Board meetings January 2015 through September 12, 2017;
7) Copies of agenda, meeting minutes, and documents distributed at the Facilities Working Group meetings January 2015 through September 12, 2017;
8) emails and memos to and from the Bi-monthly Monitoring Group and Sherman Whitfield from July 18, 2017, through July 1, 2018.

Thank you,
Sarah Howard Jenkins

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**Clark, Jill** <aclark@pcssd.org>      Thu, Oct 15, 2020 at 4:23 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Ms. Jenkins,

Our office has received your request.

Now, I will begin the process of gathering the information you have requested.

I will update you tomorrow on the status of your request.

Sincerely,

Jill Clark



ALANA JILL CLARK
COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
Phone: 501-234-2162
aclark@pcssd.org

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>                                      Mon, Oct 19, 2020 at 3:00 PM
To: "Clark, Jill" <aclark@pcssd.org>

Ms. Clark,
Just following up on the status of my request.
Sarah Jenkins

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

---

**Clark, Jill** <aclark@pcssd.org>                                      Tue, Oct 20, 2020 at 8:22 AM
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Ms. Jenkins,

I believe Cody Kees is going to be reaching out to you sometime today to discuss your request.

Please contact me later today if you still need assistance.

Sincerely,

Jill Clark



ALANA JILL CLARK
COMMUNICATIONS LEGAL ASSOCIATE, PCSSD
Phone: 501-234-2162
aclark@pcssd.org

[Quoted text hidden]

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>                                      Tue, Oct 20, 2020 at 5:19 PM
To: "Clark, Jill" <aclark@pcssd.org>

Thank you!
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**

**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

---------- Forwarded message ---------
From: Duff, Jessica <jduff@pcssd.org>
Date: Mon, Aug 2, 2021 at 9:25 AM
Subject: Re: FOIA Request
To: Sarah Jenkins <sarah@shjenkinslaw.com>, Beverly Cornelius <bcornelius9540@pcssd.org>

3

Good morning, Sarah -

 I've copied Brooke (Beverly) Cornelius on this email. She is handling FOIA requests for us currently. She will be in touch shortly.



Thanks

Jesscia



On Mon, Aug 2, 2021 at 9:03 AM Sarah Jenkins <sarah@shjenkinslaw.com> wrote:

Ms. Duff,
As authorized by Ark. Code Ann. § 25-19-105(a)(1)(A), I am requesting on behalf of Dr. Janice Warren the following public records:
1. Settlement Agreement between PCSSD and Deborah Roush and exhibits and attachments;
2. Settlement Agreement between PCSSD and Dr. Charles Lynn Hobson, former Superintendent;
3.  Exhibits and attachments associated with the Settlement Agreement with Dr. Charles Lynn Hobson;
4. Settlement Agreement between PCSSD and Dr. Brenda Bowles, former Assistant Superintendent;
5. Dr. Brenda Bowles' EEOC Charge filed against PCSSD;
6. Exhibits and attachments associated with Dr. Bowles' Charge;
7. PCSSD's Response to Dr. Bowles' EEOC Charge;
8. Exhibits and attachments associated with PCSSD's Response to Dr. Bowles' EEOC Charge;
9. Settlement Agreement between PCSSD and Dr. Michael Nellums;

10. Exhibits and attachments associated with the Settlement Agreement with Dr. Michael Nellums;
11. Settlement Agreement between PCSSD and Dr. Donald Booth;
12. Exhibits and attachments associated with the Settlement Agreement with  Dr. Donald Booth;
13. Settlement Agreement between PCSSD and Will Reid; and
14. Settlement Agreement between PCSSD and Norma Dixon.



Sarah Jenkins


**Sarah Howard Jenkins, PLLC**

**Attorney at Law**

**P.O. Box 242694**

**Little Rock, AR 72223**

**(501) 406-0905**

**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Cornelius, Beverly <bcornelius9540@pcssd.org>
**Sent:** Wednesday, August 4, 2021 11:30:13 AM
**To:** Jay Bequette <jbequette@bbpalaw.com>
**Cc:** Cody Kees <ckees@bbpalaw.com>; Duff, Jessica <jduff@pcssd.org>; Margo Sadler <msadler@bbpalaw.com>
**Subject:** Re: FOIA Request

Well, she hit us with a follow-up. :/

I'm thinking you guys could help with items 2, 5 and 6 from the list. This is all that was included in the request, and no attachments were in the email.

1.  **Board Approved Hiring Allocations for Central Office Administrative Staff school years 2011 through 2021;**
2. **Time Records for Bequette, Billingsley & Kees, P.A., or predecessor firm, for services provided to PCSSD  from July 1, 2017, through July 1, 2018;**
3.  **Check Out or Custody Log for Dr. Linda Remele's personnel records;**
4.  **Job descriptions of cabinet level positions from 2007 to 2020;**
5.  **Settlement Agreements for Title VII Sex/Gender, Race, and Retaliation claims and/or Section 1981, Section 1983 Race and Retaliation claims from 2011 through 2021, excluding Settlement Agreements for Dr. Hobson, Dr. Bowles, Dr.Nellums, and Norma Dixon.**
6.  **Settlement Agreements for Arkansas Civil Rights Act, Ark. Code Ann. 16-123-107, not included in entry five (5) above, from 2011 through 2021;**
7.  **The employment contract for Robert McGill, Acting Superintendent.**

Please let me know if I can help in any way!
Brooke

---------- Forwarded message ----------
From: **Cornelius, Beverly** <bcornelius9540@pcssd.org>
Date: Wed, Aug 4, 2021 at 11:34 AM
Subject: FOIA Request 8/4/21
To: Susan Alford <salford@pcssd.org>
Cc: Duff, Jessica <jduff@pcssd.org>


Hey Susan! Hope you are having a great day thus far.

This morning I received a FOIA request from an attorney named Sarah Jenkins. She has requested a few items that I believe you can help me with. Below I will copy her entire request, but I think the items that pertain to your department are numbers: **1, 3 (if these records even exist), 4 and 7.**

**1. Board Approved Hiring Allocations for Central Office Administrative Staff school years 2011 through 2021;**
2. Time Records for Bequette, Billingsley & Kees, P.A., or predecessor firm, for services provided to PCSSD from July 1, 2017, through July 1, 2018;
**3. Check Out or Custody Log for Dr. Linda Remele's personnel records;**
**4. Job descriptions of cabinet level positions from 2007 to 2020;**
5. Settlement Agreements for Title VII Sex/Gender, Race, and Retaliation claims and/or Section 1981, Section 1983 Race and Retaliation claims from 2011 through 2021, excluding Settlement Agreements for Dr. Hobson, Dr. Bowles, Dr.Nellums, and Norma Dixon.
6. Settlement Agreements for Arkansas Civil Rights Act, Ark. Code Ann. 16-123-107, not included in entry five (5) above, from 2011 through 2021;
**7. The employment contract for Robert McGill, Acting Superintendent.**

1

Let me know if I can help in any way. I'm in the office, so holler if I need to run upstairs to discuss anything!

Thank you!
Brooke