Sarah Jenkins <sarah@shjenkinslaw.com>

## Warren v. PCSSD

**Sarah Jenkins** <sarah@shjenkinslaw.com>  Wed, Jul 7, 2021 at 9:56 PM
To: Cody Kees <ckees@bbpalaw.com>
Cc: "Austin Porter, Jr. Esq." <aporte5640@aol.com>

Cody,

████████████████████████████████████████████████

Second, ████████████████████████████████████████
████████████████████
████████ If defendants are unwilling to mediate before August 18, 2021, we will continue with Dr. Warren's trial preparation, including FOIA requests, and must have an agreement that our conduct is not a violation of the duty of good faith performance of any agreement.

████████████████████████████████████████

Sarah

Sarah Howard Jenkins, PLLC
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]