IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                                    PLAINTIFF

v.                       Case No. 4:19-CV-00655-BSM

CHARLES MCNULTY, *et al.*                                                 DEFENDANTS

## ORDER

Defendants' motion for protective order [Doc. No. 92] is denied. Arkansas allows its citizens to compel disclosure of public records from state and local authorities independent of discovery rules, which is not affected by one's status as a litigant. *See City of Fayetteville v. Edmark*, 801 S.W.2d 275, 281–82 (Ark. 1990); *Berry v. Saline Mem'l Hosp.*, 907 S.W.2d 736, 738 (Ark. 1995). Indeed, there are instances when a litigant might not receive information through discovery, but Arkansas FOIA requires disclosure. *See Berry*, 907 S.W.2d at 738 ("The FOIA at times provides greater disclosure than do the discovery procedures afforded by the [Rules of Civil Procedure].").

IT IS SO ORDERED this 13th day of August, 2021.

                                                    /s/ Brian S. Miller
                                                    UNITED STATES DISTRICT JUDGE