8/25/2021



Sarah Howard Jenkins, PLLC Mail - Motion for Remote Appearance by Ray & Associates VP Molly Schwarzhoff

# Motion for Remote Appearance by Ray & Associates VP Molly Schwarzhoff
8 messages

**Sarah Jenkins** <sarah@shjenkinslaw.com>  Mon, Aug 23, 2021 at 2:55 PM
To: Cody Kees <ckees@bbpalaw.com>

Cody,

Molly Schwarzhoff is Executive Vice President of Ray and Associates and oversaw the mechanics of PCSSD's 2018 search. She is listed as one of Dr. Warren's witnesses. The increase in Covin infections and deaths coupled with the fact that Ms. Schwarzhoff has a special needs child makes her appearance high-risk for her and her child. I am drafting a Motion requesting that she testify remotely. Let me know if you are willing to join this motion?

Sarah

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**Cody Kees** <ckees@bbpalaw.com>  Mon, Aug 23, 2021 at 3:41 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Probably so. Just let me have a day to think thru. Would you agree to the same for Dr. Carl Davis? He lives abroad, as you know, I believe you both have talked before.

Cody Kees
Bequette, Billingsley & Kees, P.A.
Attorneys At Law
425 West Capitol Avenue | Suite 3200
Little Rock, Arkansas 72201-3469
T (501) 374-1107 | C (870) 550-3645
F (501) 374-5092 | ckees@bbpalaw.com

**From:** Sarah Jenkins <sarah@shjenkinslaw.com>
**Sent:** Monday, August 23, 2021 2:55:09 PM

**To:** Cody Kees <ckees@bbpalaw.com>
**Subject:** Motion for Remote Appearance by Ray & Associates VP Molly Schwarzhoff

[Quoted text hidden]

**Sarah Jenkins** <sarah@shjenkinslaw.com>　　　　　　　　　　　　　　　　　　　　　Mon, Aug 23, 2021 at 4:15 PM
To: Cody Kees <ckees@bbpalaw.com>

Most likely, I would agree; let me give it some thought.  My understanding is that he lives abroad only part of the year.

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

**Cody Kees** <ckees@bbpalaw.com>　　　　　　　　　　　　　　　　　　　　　　　　Mon, Aug 23, 2021 at 9:18 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Jay Bequette <jbequette@bbpalaw.com>

Sarah-

We don't have a problem with Ms. Schwarzhoff appearing virtually if you can agree to Mr. Davis appearing virtually.  I spoke with Mr. Davis recently and he will be living abroad (I think the DR is where he keeps a home) during the trial.  You had also recently spoken with him.

You have indicated you have roughly 32 "will call" trial witnesses.  Are you able to whittle that down?  If you really plan to call in excess of 20 people we might advise the court to see if we have enough trial days and determine if the Court is going to place any limits on the case.  Let me know.  Thanks

**Cody Kees**
Bequette, Billingsley & Kees, P.A.
Attorneys At Law

**Sarah Jenkins** <sarah@shjenkinslaw.com>        Tue, Aug 24, 2021 at 8:49 AM
To: Cody Kees <ckees@bbpalaw.com>

Cody,

Thanks! We don't have a problem with Dr. Davis appearing virtually. Let me know where he intends to report to give his testimony and we will address both witnesses in one joint motion later today. No, I don't intend to call all those listed. We chose Schwarzhoff from the three listed for Ray and Associates that we deemed qualified to speak to all issues that were important to us. I will be supplementing our pre-trial disclosures later this week.

Sarah

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

**Sarah Jenkins** <sarah@shjenkinslaw.com>        Wed, Aug 25, 2021 at 6:11 AM
To: Cody Kees <ckees@bbpalaw.com>

Cody,

If I haven't heard from you by 10 a.m. today, I will simply file our motion for remote appearance as an uncontested one and support your later motion for Davis.

Sarah

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
**www.shjenkinslaw.com**

425 West Capitol Avenue | Suite 3200
Little Rock, Arkansas 72201-3469
T (501) 374-1107 | C (870) 550-3645
F (501) 374-5092 | ckees@bbpalaw.com

[Quoted text hidden]

Sarah Howard Jenkins, PLLC Mail - Motion for Remote Appearance by Ray & Associates VP Molly Schwarzhoff

**Cody Kees** <ckees@bbpalaw.com>
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Wed, Aug 25, 2021 at 7:07 AM

I don't take issue with the request. Do you want to combine the two witnesses into on motion?

[Quoted text hidden]

**From:** Sarah Jenkins <sarah@shjenkinslaw.com>
**Sent:** Wednesday, August 25, 2021 6:11:04 AM
**To:** Cody Kees <ckees@bbpalaw.com>

[Quoted text hidden]

Cody Kees
Bequette, Billingsley & Kees, P.A.
Attorneys At Law
425 West Capitol Avenue | Suite 3200
Little Rock, Arkansas 72201-3469
T (501) 374-1107 | C (870) 550-3645
F (501) 374-5092 | ckees@bbpalaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>
To: Cody Kees <ckees@bbpalaw.com>

Wed, Aug 25, 2021 at 7:54 AM

No, let's keep them separate. I'll complete my draft as an unopposed motion. Thank you.

Sarah

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
**www.shjenkinslaw.com**

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.