Date: March 15, 2016

## DISTRICT OPERATIONS
### Pulaski County Special School District

**Action Item Number:** New Business - 15

**Subject:** Construct Mills High School Replacement and Robinson Middle School Replacement projects

**Prepared by:** Derek Scott, Executive Director of Operations

**Rationale:** The Mills High School Replacement project will construct a new high school, support facilities and demolish the existing middle school. A companion project will convert the existing Mills High School into a middle school to replace Fuller Middle School which was constructed in 1953.

The Robinson Middle School Replacement project will construct a new middle school and campus support facilities. This project will replace the current middle school which was constructed in 1959. Demolition of the upper level classrooms (third ramp, up the hill) and conversion/enclosure of the existing front two ramps into a 9th grade academy will be necessary.

**Cost:** ~ $80 Million

**Funding Source:** Building Fund and Second Lien Bond Proceeds

**Recommendation:** I recommend approval of Mills High School Replacement and Robinson Middle School Replacement projects.

**Recommended By:** _____
Superintendent

**Approved By:** _____
Commissioner
ADE



PLAINTIFF'S EXHIBIT 64