IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**Janice Hargrove Warren**                                                                  **PLAINTIFF**

v.                                        Case No 4:19-CV-655 BSM

**Charles McNulty, et al.**                                                                **DEFENDANTS**

### REPLY TO RESPONSE TO MOTION TO QUASH OF SECRETARY OF EDUCATION JOHNNY KEY

For his Reply, to Secretary of Education Johnny Key, who is not a party to the present case, sets forth the following:

1. To avoid any confusion, the construction documents attached to the subpoena, including the change order, were not reviewed or signed by Johnny Key (in keeping with Judge Marshall's admonition). The only document Key reviewed and signed (acting in lieu of the Pulaski County Special School District Board of Directors) is the document marked Plaintiff's Exhibit 64 (which is the last page of Key's *Motion to Quash* Ex. 1), which was the equivalent of a board of directors' resolution approving the expenditure of $80 million for the reasons stated in the resolution. Once Key signed the resolution authorizing the payment, taking steps necessary to carry out PCSSD's desegregation obligations became the responsibility of Superintendent Jerry Guess, who Judge Marshall recognized to be "the captain of the ship" as to PCSSD desegregation matters.

2. Key likewise was not involved in PCSSD desegregation monitoring.

3. Because Key has no personal knowledge of facts relevant to plaintiff's case, any testimony sought would be inadmissible under Federal Rules of Evidence 401 and 602, thus

1

rendering his compulsory attendance at trial unreasonable and unduly burdensome under Federal Rules of Civil Procedure 45(d)(3)(A)(iv).

For the foregoing reasons, Secretary of Education Johnny Key respectfully requests that this Court quash the subpoena issued against him.

                                                    Respectfully submitted,

By:    Lori Freno  (97042)
           General Counsel
           Arkansas Department of Education
           Four Capitol Mall, Room 302A
           Little Rock, AR  72201
           Phone:  (501) 682-4234
           Fax:  (501) 682-4249
           lori.freno@ade.arkansasag.gov

           Attorney for Secretary of Education Johnny Key

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2021, a copy of the foregoing was sent to all parties via the CM/ECF electronic filing system.

    Sarah Howard Jenkins
    sarah@shjenkinslaw.com

    Austin Porter, Jr.
    Aporte5640@aol.com

    George Jay Bequette, Jr.
    William Cody Kees
    jbequette@bbpalaw.com
    ckees@bbpalaw.com

Lori Freno