IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                                      PLAINTIFF

v.                          Case No. 4:19-CV-00655-BSM

CHARLES MCNULTY, *et al.*                                                   DEFENDANTS

## ORDER

Arkansas Secretary of Education Johnny Key's motion to quash Janice Warren's subpoena to testify at trial [Doc. No. 103] is denied because it appears that he is in the best position to testify about the issues raised by Warren.

IT IS SO ORDERED, this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE