UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                                **PLAINTIFF**

v.                                    **CASE NO. 4:19-CV-00655 BSM**

**CHARLES McNULTY, ET AL.**                                                          **DEFENDANTS**

## ORDER

This case is removed from the trial docket for the week of September 20, 2021, because another case is being tried that week. Consequently, all unexpired deadlines are suspended, a new trial date will be set, and an Amended Final Scheduling Order will be issued separately.

IT IS SO ORDERED this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE