IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                                              PLAINTIFF

v.                           Case No. 4:19-CV-00655-BSM

CHARLES MCNULTY, *et al.*                                                          DEFENDANTS

## ORDER

Janice Warren's motion to modify subpoenas [Doc. No. 109] is granted. The sixteen subpoenas Warren served on witnesses commanding them to appear for trial on the week of September 20, 2021, are modified to command each witness to appear for trial on the week of January 3, 2022. *See* Doc. No. 112.

IT IS SO ORDERED, this 24th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE