IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                                                  PLAINTIFF

v.                              Case No. 4:19-CV-00655-BSM

CHARLES MCNULTY, *et al.*                                                                DEFENDANTS

## ORDER

Janice Warren's motion for clarification [Doc. No. 118] is granted. The additional subpoena Warren served on Linda Remele is modified to command her to appear for trial during the week of February 14, 2022. *See* Doc. No. 114.

IT IS SO ORDERED, this 14th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE