

Sarah Jenkins <sarah@shjenkinslaw.com>

---

# FOIA Request
3 messages

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>  Tue, Jan 4, 2022 at 1:23 PM
To: Valerie Bailey <vbailey9741@pcssd.org>
Cc: Jessica Duff <JDUFF@pcssd.org>

Ms. Bailey,
As authorized by Ark. Code Ann. § 25-19-105(a)(1)(A), I am requesting on behalf of Dr. Janice Warren the following public records:
1) Emails between Deb Roush and Will Reid from January 1, 2016, through January 31, 2019;
2) Emails between Will Reid and Derek Scott from January 1, 2016, through January 31, 2019;
3) Emails between Deb Roush and Derek Scott from January 1, 2016, through November 1, 2018; and
4) Emails between Dr. Jerry Guess and Derek Scott from January 1, 2016, through September 30, 2017.
Thank you!
Sarah Jenkins

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**Bailey, Valerie** <vbailey9741@pcssd.org>  Tue, Jan 4, 2022 at 1:36 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: Jessica Duff <JDUFF@pcssd.org>

Ms. Jenkins,

The District is in receipt of your FOIA Request. Please be advised that the emails must be requested from our email storage vendor, and that this could take significantly longer than 3 days to locate, convert to PDF, and then to review and redact. I will be in touch as soon as possible.

Best,
Valerie



Valerie Bailey
Communications Legal Associate, PCSSD
Phone: 501-234-2045
vbailey9741@pcssd.org

**PLAINTIFF'S EXHIBIT 1**

This email and attachments contain confidential information. All content is intended for the recipient only, and may not be copied, published, redistributed, or converted to hard copy, by any party other than the recipient. If you have received this