

Sarah Jenkins <sarah@shjenkinslaw.com>

---

## FOIA #4

**Sarah Jenkins** <sarah@shjenkinslaw.com>  
To: Valerie Bailey <vbailey9741@pcssd.org>

Wed, Jan 5, 2022 at 5:30 PM

Ms. Bailey,
As authorized by Ark. Code Ann. § 25-19-105(a)(1)(A), I am requesting on behalf of Dr. Janice Warren access to the following public records:
1)   Emails between Dr. Jerry Guess and Dr. Linda Remele from January 1, 2016, through December 31, 2017;
2)   Emails between Dr. Jerry Guess and Dr. Linda Remele from July 1, 2013, through December 31, 2015;
3)   Emails between Dr. Jerry Guess and Dr. Linda Remele from January 1, 2011, through June 30, 2013.
Best regards,
Sarah Jenkins
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905

www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

PLAINTIFF'S EXHIBIT 4