

Sarah Jenkins <sarah@shjenkinslaw.com>

---

# FOIA #4

**Cody Kees** <ckees@bbpalaw.com>  Thu, Jan 6, 2022 at 9:23 AM
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Sarah-

Are you willing to give us 30 days to respond to these 4 FOIA request?  See *Frazier v. The City of Pine Bluff*, Case No. 5:16-cv-00135-BSM (E.D.).

Thanks

**Cody Kees**

*Bequette, Billingsley & Kees, P.A.*

Attorneys At Law

425 West Capitol Avenue | Suite 3200

Little Rock, Arkansas 72201-3469

T (501) 374-1107  |  C (870) 550-3645

F (501) 374-5092 |  ckees@bbpalaw.com


**From:** Bailey, Valerie <vbailey9741@pcssd.org>
**Sent:** Thursday, January 6, 2022 9:10 AM
**To:** Cody Kees <ckees@bbpalaw.com>
**Subject:** Fwd: FOIA #4

[Quoted text hidden]

PLAINTIFF'S EXHIBIT 5
page 1



Sarah Jenkins <sarah@shjenkinslaw.com>

## FOIA #4

**Sarah Jenkins** <sarah@shjenkinslaw.com>  Thu, Jan 6, 2022 at 9:58 AM
To: Cody Kees <ckees@bbpalaw.com>, Valerie Bailey <vbailey9741@pcssd.org>

Cody,
Your citation does not address the question you raised. Kindly double check it.

Ms. Bailey and I discussed the volume produced by the three requests. We have agreed on a rolling response beginning today with FOIA Request #2, then #4, actually #3, which I incorrectly labeled. We also provided bracketed search terms to assist in producing a more manageable response that fits a rolling response. This approach is preferred rather than 30 days for all documents.
Sarah
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]

PLAINTIFF'S EXHIBIT 5
page 2



Sarah Jenkins <sarah@shjenkinslaw.com>

---

# FOIA #4

**Cody Kees** <ckees@bbpalaw.com>  Thu, Jan 6, 2022 at 10:09 AM
To: Sarah Jenkins <sarah@shjenkinslaw.com>, Valerie Bailey <vbailey9741@pcssd.org>

Again, the District request 30 days to provide responsive documents.

**Cody Kees**

*Bequette, Billingsley & Kees, P.A.*

Attorneys At Law

425 West Capitol Avenue | Suite 3200

Little Rock, Arkansas 72201-3469

T (501) 374-1107  |  C (870) 550-3645

F (501) 374-5092 |  ckees@bbpalaw.com

[Quoted text hidden]

---



Frazier Order (2016).pdf
30K

 Gmail

Sarah Jenkins <sarah@shjenkinslaw.com>

---

## FOIA #4

---

**Sarah Jenkins** <sarah@shjenkinslaw.com>   Thu, Jan 6, 2022 at 10:29 AM
To: Cody Kees <ckees@bbpalaw.com>

Cody,
That is a case specific ruling addressing the use of FOIA to avoid discovery and is inapplicable in this case. In the Court's August 13, 2021, ruling on your motion for a protective order, Judge Miller did not impose a response period for FOIA requests in this case.
See Dkt #96.
Sarah
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

[Quoted text hidden]