Sarah Jenkins <sarah@shjenkinslaw.com>

## FOIA #4

**Cody Kees** <ckees@bbpalaw.com>  Thu, Jan 6, 2022 at 10:48 AM
To: Sarah Jenkins <sarah@shjenkinslaw.com>
Cc: "Bailey, Valerie" <vbailey9741@pcssd.org>

Your FOIA #3 (numbed 4 by you) this morning and we got your search terms to use for all 3 requests, which we appreciate.

As you know the District is remote through at least tomorrow and that is complicating things, but we are going to re-run your 3 request with the search terms and parameters you provided yesterday evening and then see how many records that picks up and then we will get back with you about next steps.

[Quoted text hidden]

PLAINTIFF'S EXHIBIT 7