EXHIBIT 13

The CM/ECF system would not process the documents disclosed by PCSSD as a combined document.  Exhibit 13 will be manually filed with the Office of the Clerk.