PLAINTIFF'S EXHIBIT 13

4:19-cv-655-BSM

**From:** Will Reid
**Sent:** Monday, February 8, 2016 10:08 PM
**To:** REID WILLIAM
**Subject:** Eight technologies that are changing education

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 0 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

# Eight technologies that are changing education

*From* Education Technology, *a Flipboard magazine by* Abbie Brown

**From real-time tracking systems that enable parents to follow their children's progress in school to plagiarism alerts in universities, technology is...**

**Read it on Flipboard**

**Read it on irishtimes.com**

--
Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557

Sent from my iPad

**From:** Will Reid
**Sent:** Monday, February 8, 2016 10:32 PM
**To:** REID WILLIAM
**Subject:** 16 Edtech Tryouts for 2016

# 16 Edtech Tryouts for 2016

*From* Education Technology, *a Flipboard magazine by* Sue Waters

We're teachers... So, by nature we're the type to set the goal of being the absolute best we can be for our students. Part of the equation in striving to provide the best...

**Read it on Flipboard**

**Read it on edutech4teachers.edublogs.org**

--
Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557

Sent from my iPad

**From:** Will Reid
**Sent:** Monday, February 8, 2016 10:35 PM
**To:** REID WILLIAM
**Subject:** Use of Technology in Teaching and Learning


# Use of Technology in Teaching and Learning

*From* Education Technology, *a Flipboard magazine by* TechBiteMe

• Contact Us • Forums Contact Us • Forums BREAKING NEWS How UAE residents should buy Apple, Google, Microsoft shares • Facebook shares soar as mobile drives...


**Read it on Flipboard**


**Read it on techbiteme.com**


--
Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557


Sent from my iPad

**From:** wreid@pcssd.org
**Sent:** Monday, February 15, 2016 4:04 PM
**To:** wreid@pcssd.org
**Subject:** Request for access

Will Reid is **requesting access** to the following document:



http://docs.google.com/document/d/1K6Wd7UxkxnvyIPTC34u7qkh_MPjLueWa_cvuSH8jn88/edit?usp=request_access

`Open sharing settings`

This is a courtesy copy of an email for your record only. It's not the same email your collaborators received. Click
here to learn more.



**From:** Will Reid
**Sent:** Wednesday, March 9, 2016 12:08 AM
**To:** REID WILLIAM
**Subject:** ArchiTouch 3D project: 60 Prospect Trail
**Attachments:** Untitled attachment.htm; 60 Prospect Trail.architouch3d


ArchiTouch 3D attachment file included: 60 Prospect Trail

--
Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557


Sent from my iPad

**From:** Will Reid
**Sent:** Wednesday, March 9, 2016 12:13 AM
**To:** REID WILLIAM
**Subject:** ArchiTouch 3D plans: 60 Prospect Trail
**Attachments:** Untitled attachment.htm; 60 Prospect Trail.dxf


ArchiTouch 3D attachment file included: 60 Prospect Trail.dxf

--

Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557


Sent from my iPad

**From:** Will Reid
**Sent:** Wednesday, March 9, 2016 12:14 AM
**To:** REID WILLIAM
**Subject:** ArchiTouch 3D plans: 60 Prospect Trail
**Attachments:** Untitled attachment.htm; 60 Prospect Trail.pdf


ArchiTouch 3D attachment file included: 60 Prospect Trail.pdf

--

Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557


Sent from my iPad

**60 Prospect Trail - Ground floor - Mar 9, 2016**



Scale
0

**From:** Will Reid
**Sent:** Monday, April 4, 2016 10:12 AM
**To:** REID WILLIAM
**Subject:** ArchiTouch 3D plans: Information Technology Space
**Attachments:** Untitled attachment.htm; Information Technology Space.pdf


ArchiTouch 3D attachment file included: Information Technology Space.pdf

--

Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557


Sent from my iPad



# Information Technology Space - Ground floor - Apr 4, 2016

**From:** Will Reid
**Sent:** Friday, September 16, 2016 3:32 PM
**To:** Will Reid
**Subject:** PGRInsuranceIDCard 2
**Attachments:** Untitled attachment.htm; PGRInsuranceIDCard 2.pdf

--

**Will Reid**
**Chief Technology Officer**
**Pulaski County Special School District**
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557


Sent from my iPad

**From:** WILLIAM Reid
**Sent:** Tuesday, November 1, 2016 12:50 PM
**To:** Will Reid
**Subject:** SOI

Megan,

Hi! I hope things are starting to slow down for you a bit (although I highly doubt it). Thank you so much for helping Dr. Tackett with the student led conference discussions and taking the time to share your knowledge with us, we really appreciate all that you've done for us this year.

At the Education Innovation Summit, I mentioned wanting to bring some of my staff up to Springdale to take a tour of your SOI. Now that we finally have some time to get away, I wanted to see if you had any available dates open where we could schedule a visit? We are completely willing to work around your schedule as you are doing us a huge favor.

Again, thank you so much for everything that you and your staff has helped us with.

Thanks,


--
Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557


Sent from my iPad


--
Will Reid
Chief Technology Officer
Pulaski County Special School District
Little Rock, AR 72206
wreid@pcssd.org
Office: 501-234-2155
Cell: 501-786-9557

Sent from my iPad

**From:** Will Reid
**Sent:** Monday, February 6, 2017 12:22 PM
**To:** Will Reid
**Subject:** Office Lens 20170206-122117.jpg

Get Office Lens for free



# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas  72216-8601

# MEMO

**To:**       Superintendent/Chief Financial Officer/Assistant Superintendents/Executive
             Director/Chief Technology Officer

**From:**    Paul Brewer, Chief Executive Officer/Human Resources

**Subject:**  2017-2018 Certified/Support Staff Allocations

**Date:**    February 2, 2017

Enclosed are your division's certified/support staff allocations as approved by the Board for the
***2016-2017 school year*** (including amendments to the allocations made since the Boards's
approval).

Please review these allocations, pencil in the changes you are recommending (they do not need to
be typed) for the 2017-2018 school year, and return them to Susan Alford no later than <u>Monday,
February 20, 2016</u>.

<u>**All recommended changes must be accompanied by a written justification and all proposed
new positions must include a job description.**</u>

It is crucial that you return the allocations in a timely manner so they can be compiled for the
Cabinet meeting on <u>Monday, February 27, 2017</u>.

RECOMMENDED STAFFING ALLOCATIONS FOR _____ 2016-2017 _____ SCHOOL YEAR      CERTIFIED_____ SUPPORT STAFF_____ X _____

DEPARTMENT_____ Information Technology _____      DIVISION_____ Information Technology _____

RECOMMENDED BY_____ Will Reid _____      DATE_____ April 1, 2016 _____

APPROVED BY_____ SUPERINTENDENT      DATE_____

Attach job description and justification for any new or reclassified position.

| POSITION TITLE | SOURCE OF FUNDING | SALARY SCHEDULE RANGE | POSITION COMMENT: NEW, RIF, CONTRACT LENGTH, RECLASSIFIED, TRANSFERRED OR NO CHANGE |
|---|---|---|---|
| Chief Technology Officer | Operating | SS Daily Range 17 | No Change (244 days) |
| Director of Technology Operations | Operating | SS Daily Range 11 | No Change (244 days) |
| Technology Program Coordinator (0) | IT Millage | SS Daily Range 11 | RIF (Delete) (244 days) |
| Instructional Technology Specialist (0) | NSLA/Special Ed | SS Daily Range 11 | RIF (Delete) 4 (244 days) |
| Senior Instructional and Professional Development Facilitator | NSLA/Special Ed | SS Daily Range 11 | New Position (244 days) |
| Assistant Director for MIS - Operations and Programming | Operating | SS Daily Range 9 | No Change (244 days) |
| Library Media and Technology Facilitator | IT Millage | SS Daily Range 8 | No Change (244 days) |
| Professional Development Facilitator | IT Millage | SS Daily Range 8 | No Change (244 days) |
| Senior Application Developer (1) | Operating | SS Daily Range 5 | No Change (244 days) |
| Technology Project Manager | IT Millage | SS Daily Range 5 | No Change (244 days) |
| Web Developer | Operating | SS Daily Range 5 | No Change (244 days) |
| Application Developer (1) | Operating | SS Daily Range 4 | No Change (244 days) |
| IT Help Desk Manager/Network Security | Operating | SS Daily Range 4 | No Change (244 days) |

RECOMMENDED STAFFING ALLOCATIONS FOR _____2016-2017_____ SCHOOL YEAR     CERTIFIED_____ SUPPORT STAFF_____ X_____

DEPARTMENT_____ Information Technology_____     DIVISION_____ Information Technology_____

RECOMMENDED BY_____ Will Reid_____     DATE_____ April 1, 2016_____

APPROVED BY_____SUPERINTENDENT     DATE_____

Attach job description and justification for any new or reclassified position.

| POSITION TITLE | SOURCE OF FUNDING | SALARY SCHEDULE RANGE | POSITION COMMENT: NEW, RIF, CONTRACT LENGTH, RECLASSIFIED, TRANSFERRED OR NO CHANGE |
|---|---|---|---|
| Senior Network Engineer/Architect | Operating | SS Hourly Range 23 | No Change (244 days) |
| Electronic Equipment Repair (1) | Operating | SS Hourly Range 19 | No Change (244 days) |
| Sr. Telecommunications/Network Infrastructure Technician | Operating | SS Hourly Range 19 | No Change (244 days) |
| System Administrator (3) | Operating/Technology | SS Hourly Range 19 | No Change (244 days) |
| Senior IT Field Support Technician - Tier 3 (1) | Operating | SS Hourly Range 17 | No Change (244 days) |
| IT Cabling/AV Technician (2) | Operating | SS Hourly Range 16 | No Change (244 days) |
| IT Field Support Technician - Tier 2 (3) | Operating/Technology | SS Hourly Range 16 | RIF (Delete) 2 (244 days) |
| Secretary – Chief Technology Officer (0) | Operating | SS Hourly Range 16 | RIF (Delete) (244 days) |
| Telecommunications Support Technician | Operating | SS Hourly Range 16 | No Change (244 days) |
| Senior IT Help Desk Specialist (0) | Operating | SS Hourly Range 11 | RIF (Delete) (244 days) |
| Technology Bookkeeper/IT Purchasing Agent (1) | Technology | SS Hourly Range 6 | No Change(244 days) |

--
Will Reid
Chief Technology Officer
Pulaski County Special School District
925 E. Dixon Rd.
Little Rock, AR 72206

Office: 501-234-2155
Cell: 501-786-9557
Fax: 501-490-5821

Sent from my iPhone

**From:** Oakley Sunglass Warehouse
**Sent:** Thursday, June 22, 2017 2:36 AM
**To:** Oakley Sunglass Warehouse
**Subject:** Oakley Sunglass Warehouse

From: Oakley Sunglass Warehouse
Email: wreid@pcssd.org

--------------------------------------------------------

Hi

It's our birthday and we are celebrating 2 years of our outlet. We'd like to offer you only 19.95 USD for all styles of Oakley and Ray Ban Sunglasses.
Please visit our online store for more details: http://www.oksunglass.store


YOU WON'T WANT TO MISS THESE OFFERS


To your success!

Regards,

Mila

Oakley Sunglass Warehouse

--------------------------------------------------------

Office: 501-234-2155
Cell: 501-786-9557
Fax: 501-490-5821

Sent from my iPhone

**From:** Will Reid
**Sent:** Tuesday, May 15, 2018 1:54 PM
**To:** LINDA REMELE
**Subject:** Kemp Police Report

Dr. Remele,

Please see Kemp police report attached.

Thanks,


    --
    Will Reid
    Chief Technology Officer
    Pulaski County Special School District
    925 E. Dixon Rd.
    Little Rock, AR 72206

    Office: (501) 234-2155
    Cell: (501) 891-2069

Page 2 of a 3 page docum

mp and the two male individuals entered a rear bedroom of the res
icrowave oven and left the residence with the property.

rday, May 12th, 2018, Mr. Kemp returned and once again entered
sion while Ms. Rogers was in bed. At that time he took a 19" telev

al value of both televisions and the microwave is approximately $

g the Saturday visit, Mr. Kemp made racial comments to her about
n told her if she was not out by the 13th, he would return and take a

emp was never offered the items to go toward payment for her rent,
to go toward her rent.

Kemp contacted Corporal Traylor on May 12th at 1250 P.M. regardin
s. Rogers. Corporal Traylor advised Mr. Kemp he could not get inv

Rogers admitted she was behind on her rent but had been making pay
Kemps.

Kemp had never had Ms. Rogers legally served with a vacate notice.

ring the course of this investigation an interview was conducted with
partment who stated Mr. Kemp told him that he was going to go remo
t she would be gone by the end of the day.

rgeant Jester asked Mr. Kemp if he had already removed property from

r. Kemp told Sergeant Jester they had not paid rent and that if they wa
m for it.

ergeant Jester then informed Mr. Kemp that by law he could not hold t
on't need to hear that" adding "We did not talk about renters today."

**This affidavit will serve for the charge of Criminal Trespass that oc
with the same listed victim.**

**From:** REMELE, LINDA
**Sent:** Thursday, December 15, 2016 11:45 AM
**To:** DICKEY, FELECIA; JERRY GUESS; DEREK SCOTT
**CC:** BOARD MEMBERS
**Subject:** Re: Register for ASBA School Law Seminar


Felicia, I plan on attending but I prefer to pay the registration fee and not use district money. I encourage other board members to attend. I am particularly interested in the section on legal issues surrounding student and staff hearings.

Board Members, I will set up the school site visitations and see that media is notified. Please wait for me to accomplish that feat before you try to set things up as individual board members. Thanks for your help in getting things organized and on the proper path.
Linda Remele

On Thu, Dec 15, 2016 at 10:23 AM, DICKEY, FELECIA <fdickey@pcssd.org> wrote:
Good Morning All -

Please let me know if you are interested in attending this seminar and I will get you registered.

Thanks-
---------- Forwarded message ----------
From: **Jennifer George** <noreply@embrams-mail.com>
Date: Tue, Dec 13, 2016 at 5:21 PM
Subject: Register for ASBA School Law Seminar
To: fdickey@pcssd.org


Board Members and Superintendents:

Registration is open for the **2017 ASBA School Law Seminar** that will be held January 17 at the Embassy Suites Hotel in West Little Rock. Our annual Law Seminar is an opportunity for school board members, superintendents, school attorneys, and others to hear the latest information on timely and relevant topics related to school law.

Topics include:

- How to respond when undocumented students and/or undocumented parents show up at your schools
- Students and free speech - what can and should we do if they take a knee, or react to flags, the pledge, or other patriotic symbolism in an untraditional manner
- The new, higher income requirement for exempt classified employees impact your district – implications for boards and administrators in determining your overtime breakeven point if you are considering bumping to the higher salary
- How to insure that your employee and student hearings are conducted properly and legally

Registration is $175.00 per person through Tues., January 10, 2017, and $195.00 after January 10, 2017. The Seminar begins at 9 a.m. and will end at 3:30 p.m. Lunch is included. Online registration will close Friday, January 13, 2017 at noon. **To register, click here.**

CLE for attorneys will be applied for through the Arkansas Continuing Legal Education Board. School board members will earn six (6) hours of training credit.

A block of rooms at The Embassy Suites Hotel has been reserved for conference participants, January 16-17, 2017, at the rate of $125 per night. The special room rate will be available until December 18 or until the group block is sold-out, whichever comes first. To receive the discounted rate, visit the Embassy Suites ASBA reservation link or call 501-312-9000 and mention the ASBA School Law Seminar.

See you in 2017!

Jennifer George
Communications & Technology Dir.
Arkansas School Boards Association
501-492-4813

--

Felecia Dickey
Executive Assistant
to Dr. Jerry Guess, Superintendent
Pulaski County Special School District

--

LInda Remele, Ed.D.
PCSSD School Board
Zone 3