IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                                 **PLAINTIFF**

v.                          No. 4:19-cv-00655-BSM

**CHARLES MCNULTY, et al.**                                                                **DEFENDANTS**

### DEFENDANTS' STATUS REPORT REGARDING FOIA REQUESTS

Defendants, by their attorneys, Bequette, Billingsley & Kees, P.A., for their Status Report Regarding Freedom of Information Act ("FOIA") Requests, state as follows:

1. PCSSD previously sought relief from Plaintiff's ongoing FOIA requests. ECF Doc. 124. That motion is pending. At the time the motion was filed, Plaintiff had filed thirteen separate FOIA requests during this ligation.

2. PCSSD has continued to fulfill Plaintiff's FOIA requests while the motion is pending. ECF Doc. 132.

3. Yesterday, January 26, 2022, Plaintiff filed a fourteenth FOIA request. *See* Request, attached hereto as Exhibit 1.

4. Since the issue of Plaintiff's FOIA requests are pending before this Court, PCSSD felt it prudent to keep the Court advised.

          Respectfully submitted,

          BEQUETTE, BILLINGSLEY & KEES, P.A.
          425 West Capitol Avenue, Suite 3200
          Little Rock, AR 72201-3469
          Phone: (501) 374-1107
          Fax: (501) 374-5092
          Email: jbequette@bbpalaw.com
          Email: ckees@bbpalaw.com

By:    **Cody Kees**
      Jay Bequette, Ark. Bar #87012
      Cody Kees, Ark. Bar #2012118

*Attorneys for Defendants*

**From:** Bailey, Valerie <vbailey9741@pcssd.org>
**Sent:** Thursday, January 27, 2022 10:19 AM
**To:** Cody Kees <ckees@bbpalaw.com>
**Subject:** Fwd: FOIA Request

---------- Forwarded message ---------
From: **Bailey, Valerie** <vbailey9741@pcssd.org>
Date: Wed, Jan 26, 2022 at 3:30 PM
Subject: Re: FOIA Request
To: Sarah Jenkins <sarah@shjenkinslaw.com>

Ms. Jenkins,

The District has no responsive documents to the current request.

Best,
Valerie Bailey

On Wed, Jan 26, 2022 at 2:03 PM Sarah Jenkins <sarah@shjenkinslaw.com> wrote:
Ms. Bailey:
As authorized by Ark. Code Ann. § 25-19-105(a)(1)(A), I am requesting on behalf of Dr. Janice Warren the following public records:

1) Text messages between Dr. Jerry Guess and Brian Maune January 1, 2016, through September 30, 2017;
2) Text messages between Dr. Jerry Guess and Linda Remele January 1, 2016, through September 30, 2017;
3) Text messages between Dr. Jerry Guess and Derek Scott January 1, 2016, through September 30, 2017.
Thank you!
Sarah Jenkins
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
**P.O. Box 242694**
**Little Rock, AR 72223**
**(501) 406-0905**
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

