IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                   **PLAINTIFF**

v.                         Case No. 4:19-CV-00655-BSM

**CHARLES MCNULTY,** *et al.*                                                **DEFENDANTS**

### ORDER

Janice Warren's motion to compel [Doc. No. 121] is denied. If Warren believes defendants have denied her rights under the Arkansas Freedom of Information Act ("AFOIA") then she must seek relief in state court. *See* Ark. Code Ann. § 25-19-107. Defendants' motion to regulate Warren's AFOIA requests [Doc. No. 124] is also denied. The regulation of AFOIA requests in *Frazier v. City of Pine Bluff*, Case No. 5:16-cv-00135-BSM, was grounded in the authority of a federal court to regulate discovery. *See* Fed. R. Civ. P. 26. In this case, the discovery deadline passed over eighteen months ago. Doc. No. 10.

IT IS SO ORDERED this 28th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE