IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                            **PLAINTIFF**

v.                            No. 4:19-cv-00655-BSM

**CHARLES MCNULTY, et al.**                            **DEFENDANTS**

### JOINT MOTION TO MOVE FORWARD WITH FEBRUARY TRIAL DATE

COME now the Plaintiff through and by her attorney, Sarah Howard Jenkins, PLLC, and Defendants through and by their counsel, Bequette, Billingsley & Kees, P.A., and jointly state that their willingness to go forward with the trial of this matter scheduled for the week of February 14, 2022. The email exchange between counsel is provided as evidence of their mutual expression of willingness (exhibit 1).

Respectfully submitted this 7th day of February 2022,
Sarah Howard Jenkins

AR Bar No. 97046
SARAH HOWARD JENKINS, PLLC
P.O. BOX 242694
Little Rock, AR 72223
Telephone No. (501) 406-0905
sarah@shjenkinslaw.com
Attorney for the Plaintiff

Cody Kees
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: ckees@bbpalaw.com
Cody Kees, #2012118
Attorneys for Defendants