Gmail

Sarah Jenkins <sarah@shjenkinslaw.com>

## Revised Court Appearance - Date and Times

**Cody Kees** <ckees@bbpalaw.com> Mon, Feb 7, 2022 at 8:49 PM
To: Sarah Jenkins <sarah@shjenkinslaw.com>

I have not received any notice that any witnesses may have a Covid related reason not to go forward next week. If you would like to file something jointly, we are good to move forward as planned.

Cody Kees
Bequette, Billingsley & Kees, P.A.
Attorneys At Law
425 West Capitol Avenue | Suite 3200
Little Rock, Arkansas 72201-3469
T (501) 374-1107 | C (870) 550-3645
F (501) 374-5092 | ckees@bbpalaw.com

**From:** Sarah Jenkins <sarah@shjenkinslaw.com>
**Sent:** Thursday, January 27, 2022 7:59 PM
**To:** Cody Kees
**Subject:** Re: Revised Court Appearance - Date and Times

[Quoted text hidden]

PLAINTIFFS' EXHIBIT
1



# Revised Court Appearance - Date and Times

**Sarah Jenkins** <sarah@shjenkinslaw.com>  Thu, Jan 27, 2022 at 7:59 PM
To: Cody Kees <ckees@bbpalaw.com>

Cody,

Yes, we are preparing for the February 14th trial date. I assume you are also planning for the February 14th trial date. Let me know if you're planning otherwise. We must agree no later than February 7th and submit a joint filing.

Sarah

**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

On Thu, Jan 27, 2022 at 11:03 AM Cody Kees <ckees@bbpalaw.com> wrote:

> Sarah-
>
> Per the last ED AR Order we are to confer about going forward with trial. Based on your email yesterday I assume you are preparing to move forward with the set date?

