IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                                     PLAINTIFF

v.                                    No. 4:19-cv-00655-BSM

CHARLES MCNULTY, et al.                                                   DEFENDANTS

**DEFENDANTS' MOTION FOR PERMISSION TO BRING
ELECTRONIC DEVICES INTO THE COURTROOM**

Comes now Defendants, by and through its attorneys, Bequette, Billingsley & Kees, P.A., respectfully submits this Motion for Permission to Bring Electronic Devices into the Courtroom, states:

1. Shawn Burgess will serve as PCSSD's corporate representative at trial. Ms. Burgess is the District's Assistant Superintendent for Human Resources. The District respectfully requests that Ms. Burgess be allowed to bring her electronic devices into the Courthouse so she may be available as needed for District business.

2. District counsel will ensure Ms. Burgess complies with the Court's rules in ECF Doc. No. 142.

WHEREFORE, Defendants respectfully request that the Court give Shawn Burgess permission to bring her electronic devices into the Courthouse.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By:      **W. Cody Kees**
         Jay Bequette, #87012
         W. Cody Kees, #2012118