AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*   Plaintiff's

Janice Hargrove Warren                    Mike Kemp et al               EXHIBIT LIST

V.

CASE NUMBER: 4:19-cv-00655-BSM

| PRESIDING JUDGE<br>Brian S. Miller | | | | PLAINTIFF'S ATTORNEY Austin Porter, Jr.<br>Sarah Howard Jenkins | DEFENDANT'S ATTORNEY<br>Cody Kees /Jay Bequette |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>Week of February 14, 2022 | | | | COURT REPORTER<br>Valarie Flora/Teresa Hollingsworth | COURTROOM DEPUTY<br>Laura Bichlmeier |

| PLF.<br>NO. | DEF.<br>NO. | DATE.<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/14/22 | | X | August 2017 Video of Mills High School and Robinson Middle School |
| 2 | | | | X | Margie Powell, 2014 Update: Status of PCSSD's Implementation of Desegregation |
| 3 | | | | X | Judge Marshall's Order Case No. 4-82-cv-00866 (DKT No. 5730) |
| 4 | | | | X | PCSSD Plan 2000 |
| 5 | | | | X | Dr. Warren's / Atty Sam Jones email exchange |
| 6 | | | | X | PCSSD's September 5, 2017, Supplemental Status Report |
| 7 | | | | X | PCSSD's Letter of Notice of Fiscal Distress Declaration |
| 8 | | | | X | PCSSD's Letter of Notice of Release from State Control and Fiscal Distress |
| 9 | | | | X | SY 17-18 SRM Projects |
| 10 | | | | X | Powell's 7th Summary Report Monitoring, Doc 5559, filed 01/10/20 |
| 11 | | | | | Board Responses to Plaintiff's Interrogatories |
| 12 | | 2/14/22 | | X | Summary Nine Top Candidates Videos |
| 13 | | | | X | Videos of Nine Top Candidates |
| 14 | | | | X | Ray and Associates Criteria and Procedures for PCSSD Board Interview Process |
| 15 | | | | X | Ray and Associates PCSSD Interview Questions |
| 16 | | | | X | PCSSD's Superintendent Ad |
| 17 | | | | X | The PCSSD Superintendent Search Approved Process and Timeline |
| 18 | | | | X | Ray and Associates Regional Superintendents Salary Chart (Arkansas 2015-2018) |
| 19 | | | | X | Ray and Associates Superintendent Search Results |
| 20 | | | | | Candidate Comparison Chart (Warren, McNulty, Pruitt, and Harris) & Affidavit |
| 21 | | 2/14/22 | | X | PCSSD's Transfer and Promotion Policy |
| 22 | | | | X | PCSSD's Board Policies Sections 1 & 2 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

FEB 2 5 2022

IN OPEN COURT
TAMMY H. DOWNS

By:_____

DEPUTY CLERK

AO 1 87A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

Janice Hargrove Warren        Mike Kemp, et al
                        V.

CASE NUMBER: 4:19-cv-00655-BSM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 2/17/22 | | X | PCSSD's Elementary Principals' (100%) Letter in Support of Dr. Warren |
| 24 | | | | | Teacher's Letter regarding Staff's Perspective of Dr. Warren |
| 25 | | | | | Citizen's Comment regarding Dr. Warren's Service |
| 26 | | | | | Contract Emp'ee: email regarding Dr. Warren's service as Interim Superintendent |
| 27 | | | | | Employees' (65) Signed Petition regarding Dr. Warren's exclusion |
| 28 | | 2/14/22 | | X | Dr. Janice Warren's Interim Superintendent's Contract date 8/8/2017 |
| 29 | | | | X | Dr. Jerry Guess' Superintendent Contracts (2011-2018) |
| 30 | | | | X | Dr. Charles McNulty's Superintendent Contract (2018-2021) |
| 31 | | | | X | PCSSD/Joshua Monitoring November 30, 2016, Meeting Minutes (Dec 7, 2016) |
| 32 | | | | X | PCSSD/Joshua Monitoring Meeting Minutes April 20, 2016 (April 22, 2016) |
| 33 | | | | X | Ms. Alesia Smith's & Dr. Janice Warren's Applications for Deputy Superintendent |
| 34 | | | | X | PCSSD Cabinet Job Descriptions |
| 35 | | | | X | Powell's Robinson/Mills Sports Complex Report, Doc 5343, filed 11/09/17 |
| 36 | | | | X | ADE Monitoring Reports (Last report 7/12/16 Monitoring Visit) |
| 37 | | | | X | PCSSD 2016-2017 Monitoring and Compliance Report |
| 38 | | | | X | PCSSD Facilities Board Processes |
| 39 | | | | | ASBA ~~ADCA~~, Legal Seminar Handout Employing a Superintendent |
| 40 | | 2/14/22 | | X | PCSSD's 10/24/19 Motion for Unitary Status |
| 41 | | | | X | Board Minutes: 7/18/2017, 8/8/2017, 9/12/2017, 11/14/2017, 11/29/2017, 12/12/20 |
| 42 | | | | X | Commissioner Key & Dr. Jerry Guess' March 15, 2016, Agreement |
| 43 | | | | X | Images of the PCSSD 2017-2018 Board of Education |
| 44 | | | | X | Job Description for Deputy Superintendent for Learning Services |
| 45 | | | | X | WD&D Emails Regarding Mills Construction |
| 46 | | | | | Emails Between Guess and Remele re Principal Kim Forrest |
| 47 | | 2/14/22 | | X | PCSSD Overtime Policy |
| 48 | | | | X | Purchase order for 150 umbrellas |
| 49 | | | | X | Dr. Janice Warren's personal check for $2436.84 |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

Janice Hargrove Warren        Mike Kemp, et al

V.

CASE NUMBER: 4:19-cv-00655-BSM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | Principal West's Sworn Affidavit |
| 51 | | 2/14/22 | | X | Virco Invoice |
| 52 | | | | X | Police Report Regarding Robinson Gun Incident |
| 53 | | | | X | Earnest Duckery Deposition Exhibits |
| 54 | | | | X | Alicia Gillen's List of Concerns |
| 55 | | | | | Employee's Redated Letter regarding fear of retaliation |
| 56 | | 2/14/22 | | X | PCSSD's Constituent/Employee Meetings: Ten Top Themes & Summaries |
| 57 | | 2/13/22 | | X | ASBA Handbook |
| 58 | | | | | PCSSD's Superintendents Racial and Gender History |
| 59 | | 2/14/22 | | X | 2016-2022 Administrators' and Teachers' Salaries & Benefits |
| 60 | | | | X | PCSSD's Response to EEOC Charge |
| 61 | | | | X | PCSSD & Joshua Staffing Stipulations & Court Order |
| 62 | | | | | |
| 63 | | | | | |
| 64 | | | | | Mediation Agreement Bowles |
| 65 | | | | | Settlement Agreement (Norma Dixon) |
| 66 | | | | | Settlement Agreement and Release (Nellums) |
| 67 | | | | | PCSSD/Joshua Monitoring Committee Minutes Feb 17, 2016 |
| 68 | | | | | Cabinet Job Description: Director of Transportation |
| 69 | | | | | Transportation 2019 Memo (zoning) Budget Allocations |
| 70 | | 2/14/22 | | X | PCSSD Joshua Monitoring Committee Minutes November 30, 2016 |
| 71 | | | | X | PCSSD /Joshua Monitoring Committee Minutes May 27, 2015 |
| 72 | | | | X | PCSSD/Joshua Monitoring Committee Minutes December 4, 2013 |
| 73 | | | | | Daniel Boone Area School District 2017-2018 Student Body Racial Composition |
| 74 | | | | | Houston Independent School District 2017-2018 Student Body Racial Composition |
| 75 | | 2/14/22 | | X | Dr. Janice Warren's 2018 Application for PCSSD Superintendency |
| 76 | | | | X | Dr. Charles McNulty's 2018 Application for PCSSD Superintendency |

AO 1 87A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

Janice Hargrove Warren

Mike Kemp, et al.

V.

CASE NUMBER: 4:19-cv-00655-BSM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | 2/4/22 | | X | Dr. Eric Pruitt's 2018 Application for PCSSD Superintendency |
| 78 | | | | X | Mr. James Harris' 2018 Application for PCSSD Superintendency |
| 79 | | | | X | Ray and Associates PCSSD 30 Qualities Survey |
| 80 | | | | X | Derek Scott's Resignation |
| 81 | | | | X | Derek Scott's Resume |
| 82 | | | | | |
| 83 | | 2/4/22 | | X | Ray and Associates Consensus Building Matrix |
| 84 | | | | X | Facility Board Working Group |
| 85 | | 2/7/22 | | X | Map of Pulaski County |
| 86 | | 2/13/22 | | X | Matrix for Reaching Candidate |