AO187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

JANICE HARGROVE WARREN
V.
MIKE KEMP, ET AL.

DEFENDANTS' EXHIBIT LIST

Case Number: 4:19-CV-00655 BSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian S. Miller | Sarah Jenkins/Austin Porter, Jr. | Cody Kees/Jay Bequette |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 14, 2022 | Valarie Flora/Teresa Hollingsworth | Laura Bichlmeier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  | 2/17/22 | Remele List of Concerns (27-9) |
|  | 2 |  |  | 2/14/22 | Gillen List of Concerns (40-70) |
|  | 3 |  |  |  | December 7, 2016 Deseg Monitoring Meeting Summary |
|  | 4 |  |  |  | Letter from Roberts to Walker (40-63) |
|  | 5 |  |  |  | Emails between Warren and Jones re Status Report (27-10)(40-18) |
|  | 6 |  |  |  | Sept. 5, 2017 Facilities Status Report (40-48) |
|  | 7 |  |  |  | Office Furniture Purchase Order and Docs (40-47) |
|  | 8 |  |  |  | Umbrella Purchase Order (40-16) |
|  | 9 |  |  |  | Board Transfer and Promotion Policy (40-47) |
|  | 10 |  |  |  | Ray & Associates Contract, 12/18/17 (Pg. 127) |
|  | 11 |  |  |  | Warren's Interim Contract (40-4) |
|  | 12 |  |  |  | Assistant Superintendent Equity And Pupil Services Job Description |
|  | 13 |  |  | 2/18/22 | PCSSD Executive Cabinet |

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
FEB 25 2022
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.  IN OPEN COURT

Page 1 of _____ Pages