UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
FEB 2 5 2022
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

**JANICE HARGROVE WARREN**                                             **PLAINTIFF**

v.                        CASE NO. 4:19-CV-00655-BSM

**MIKE KEMP, et al.**                                                 **DEFENDANTS**

### CERTIFICATE OF RECEIPT

The plaintiff's original exhibits received into evidence during the trial in this matter were returned to counsel on 2/25/2022.

Received by: _____