IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                                 **PLAINTIFF**

v.                              Case No. 4:19-CV-00655-BSM

**MIKE KEMP,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on February 25, 2022, following seven days of trial, and my March 4, 2022 order granting in part defendants' motion for judgment as a matter of law [Doc. No. 175], judgment is entered in favor of plaintiff Janice Warren. Warren is awarded damages against defendants jointly and severally in the amount of $208,025.40 in lost wages and benefits, and $125,000 in other damages. Punitive damages are assessed against defendant Linda Remele in the amount of $25,000, and against defendant Alicia Gillen in the amount of $25,000.

IT IS SO ORDERED this 10th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE