| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| MARTIN | JENNIFER | PREK DISTRICT | $49,640.00 | 15,884.80 | 65,524.80 |
| MARTIN | KIMBERLY | INTERMEDIATE TEACHER | $38,129.00 | 12,201.28 | 50,330.28 |
| MARTIN | LISA | LEAD ASSESSMENT SPEC | $85,331.75 | 27,306.16 | 112,637.91 |
| MASON | SANDRA | HIGH SCH SPED RES | $60,805.00 | 19,457.60 | 80,262.60 |
| MASSANELLI | MARY | ELEM ART TEACHER | $39,946.00 | 12,782.72 | 52,728.72 |
| MATTHEWS | TRACI | MID/JR. MEDIA SPECIALIST | $68,759.05 | 22,002.90 | 90,761.95 |
| MAUPIN | BRIAN | ELEM SCHOOL TEACHER 200 | $60,161.05 | 19,251.54 | 79,412.59 |
| MAYFIELD | FELICIA | ELEM COUNSELOR | $48,148.00 | 15,407.36 | 63,555.36 |
| MAYO | TONYA | MIDDLE SCHOOL TEACHER | $47,620.00 | 15,238.40 | 62,858.40 |
| MCCARLEY | JON | MIDDLE SCHOOL TEACHER | $34,618.00 | 11,077.76 | 45,695.76 |
| MCCARTY | SHERRY | HIGH SCH VOC MKTG | $68,823.68 | 22,023.58 | 90,847.26 |
| MCCAULEY | PATRICIA | ELEM ART TEACHER | $49,640.00 | 15,884.80 | 65,524.80 |
| MCCLAIN | JOSEPHINE | HIGH SCH COUNSELOR | $63,951.63 | 20,464.52 | 84,416.15 |
| MCCLURE | THELMA | INTERMEDIATE TEACHER | $55,019.00 | 17,606.08 | 72,625.08 |
| MCCORMICK | REBECCA | A9C SCHOOL PSY SPEC | $71,620.72 | 22,918.63 | 94,539.35 |
| MCCRANEY | JOHN | COORD EQUITY INITIATIVES | $99,021.44 | 31,686.86 | 130,708.30 |
| MCCURRY | PAMELA | A9C ELEM PRINCIPAL | $89,489.51 | 28,636.64 | 118,126.15 |
| MCDANIEL | JOSEPH | HIGH SCH CLASS | $47,721.00 | 15,270.72 | 62,991.72 |
| MCDONALD | BRITTANY | ELEMENTARY PE | $55,537.00 | 17,771.84 | 73,308.84 |
| MCDONALD | KAREN | LITERACY/MATH COACH 193 | $64,858.16 | 20,754.61 | 85,612.77 |
| MCGEE | FRANCES | MID SCHOOL TEACHER 200 | $67,849.64 | 21,711.88 | 89,561.52 |
| MCINTOSH | KRISTI | HIGH SCH ASST PRIN | $98,191.83 | 31,421.39 | 129,613.22 |
| MCKENZIE | SHAWN | INTERMEDIATE TEACHER | $38,129.00 | 12,201.28 | 50,330.28 |
| MCKENZIE | STEPHANIE | MIDDLE SCHOOL TEACHER | $66,996.00 | 21,438.72 | 88,434.72 |
| MCMULLIN | LINDSEY | MIDDLE SCHOOL TEACHER | $35,480.00 | 11,353.60 | 46,833.60 |
| MCNULTY | CHARLES | SUPERINTENDENT | $215,000.00 | 68,800.00 | 283,800.00 |
| MCPEAK | SHAWNA | INTERMEDIATE TEACHER | $52,279.00 | 16,729.28 | 69,008.28 |
| MCPHERSON | SHADAVEYA | HIGH SCH CLASS | $21,872.61 | 6,999.24 | 28,871.85 |
| MEACHAM | TARA | INTERMEDIATE TEACHER | $49,640.00 | 15,884.80 | 65,524.80 |
| MEADOWS | MONICA | MID/JR GIFTED&TAL | $70,244.00 | 22,478.08 | 92,722.08 |
| MEADOWS | ROBERT | MID SCHOOL TEACHER 215 | $69,090.83 | 22,109.07 | 91,199.90 |
| MEDINA | EMILY | MIDDLE SCHOOL TEACHER | $35,480.00 | 11,353.60 | 46,833.60 |
| MELDER | LOGAN | HIGH SCHOOL TEACHER 200 | $49,397.98 | 15,807.35 | 65,205.33 |
| MELENDEZ | MARTHA | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| MELLOR | MATTHEW | ELEM PRINCIPAL | $95,443.36 | 30,541.88 | 125,985.24 |
| METCALF-FIELDS | TIERYAA | LITERACY/MATH COACH 193 | $65,383.32 | 20,922.66 | 86,305.98 |
| METZLER | ALISON | INTERMEDIATE TEACHER | $36,445.00 | 11,662.40 | 48,107.40 |
| MHOON | BETTIE | INTERMEDIATE TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| MIDDAUGH | TASHA | ELEM GT | $58,835.00 | 18,827.20 | 77,662.20 |
| MILES | CHERI | MIDDLE SCHOOL TEACHER | $34,618.00 | 11,077.76 | 45,695.76 |
| MILLER | HANNAH | PRIMARY TEACHERS | $43,479.00 | 13,913.28 | 57,392.28 |
| MILLER | NANCY | KINDERGARTEN | $55,019.00 | 17,606.08 | 72,625.08 |
| MILLER | TIFFANY | PRIMARY TEACHERS | $43,702.00 | 13,984.64 | 57,686.64 |
| MILNE | IAN | MIDDLE SCHOOL TEACHER | $56,389.00 | 18,044.48 | 74,433.48 |
| MILNER | ANNE | MIDDLE SCHOOL TEACHER | $35,480.00 | 11,353.60 | 46,833.60 |
| MITCHELL | JAMES | MID SCHOOL TEACHER 195 | $48,575.23 | 15,544.07 | 64,119.30 |
| MIXON | ANDREA | HIGH SCH COUNSELOR | $63,951.63 | 20,464.52 | 84,416.15 |
| MOKA | TERESA | HIGH SCH ASST PRIN | $88,343.74 | 28,270.00 | 116,613.74 |
| MOLINA | LADY | MIDDLE SCHOOL TEACHER | $58,379.00 | 18,681 | |

PLAINTIFF'S EXHIBIT A-1

| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| VAN HORN | JOHN | HIGH SCH CLASS | $47,721.00 | 15,270.72 | 62,991.72 |
| VANPELT | REBEKAH | PRIMARY TEACHERS | $39,946.00 | 12,782.72 | 52,728.72 |
| VANWINKLE | STASIA | PREK ABC GRANT | $57,861.00 | 18,515.52 | 76,376.52 |
| VAUGHN | MELISSA | PRIMARY TEACHERS | $49,640.00 | 15,884.80 | 65,524.80 |
| VAUGHN | NATALIE | PRIMARY TEACHERS | $56,694.00 | 18,142.08 | 74,836.08 |
| VAUGHT | LESLIE | MID SCHOOL TEACHER 200 | $39,720.44 | 12,710.54 | 52,430.98 |
| VERDELL | NEILANN | HIGH SCH CLASS | $66,996.00 | 21,438.72 | 88,434.72 |
| VICENT | DIEGO | HIGH SCH CLASS | $37,236.00 | 11,915.52 | 49,151.52 |
| VILCHES | JUNE | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| VINCENT | APRIL | HIGH SCH CLASS | $36,445.00 | 11,662.40 | 48,107.40 |
| VINCENT | JUDY | PRIMARY TEACHERS | $63,850.00 | 20,432.00 | 84,282.00 |
| VULLMAHN | STEPHANIE | PRIMARY TEACHERS | $49,903.00 | 15,968.96 | 65,871.96 |
| WADDELL | DAVID | HIGH SCH VOC TECH | $53,036.42 | 16,971.65 | 70,008.07 |
| WAGNER | DIANE | ELEM MEDIA SPECIALIST | $59,383.66 | 19,002.77 | 78,386.43 |
| WAITS | TERESA | SPED HOMEBOUND TEACHER | $62,405.13 | 19,969.64 | 82,374.77 |
| WALKER | CINDI | ELEM SPED RESOURCE | $57,861.00 | 18,515.52 | 76,376.52 |
| WALKER | DEBORAH | INTERMEDIATE TEACHER | $60,500.00 | 19,360.00 | 79,860.00 |
| WALKER | JAMES | HIGH SCH CLASS | $52,279.00 | 16,729.28 | 69,008.28 |
| WALLA | ASHLEY | MID SCHOOL TEACHER 215 | $65,950.75 | 21,104.24 | 87,054.99 |
| WALLACE | CHARLOTTE | HIGH SCH ASST PRIN | $93,698.57 | 29,983.54 | 123,682.11 |
| WALLACE | JAVON | HIGH SCHOOL TEACHER 195 | $40,944.96 | 13,102.39 | 54,047.35 |
| WARD | WHITNEY | MIDDLE SCHOOL TEACHER | $42,291.00 | 13,533.12 | 55,824.12 |
| WARE | BRIANNA | PRIMARY TEACHERS | $34,618.00 | 11,077.76 | 45,695.76 |
| WARREN | JANICE | ASST SUPT EQUITY & PUPIL | $128,095.36 | 40,990.52 | 169,085.88 |
| WARREN | KAPRESE | HIGH SCH CLASS | $41,418.00 | 13,253.76 | 54,671.76 |
| WASHAM | ASHLEY | MID SCHOOL TEACHER 195 | $65,445.38 | 20,942.52 | 86,387.90 |
| WATSON | ANGELA | ELEMENTARY PE | $63,850.00 | 20,432.00 | 84,282.00 |
| WATSON | EMMA | MIDDLE SCH PRINCIPAL | $116,466.24 | 37,269.20 | 153,735.44 |
| WEATHERFORD | TONIA | HIGH SCH CLASS | $66,996.00 | 21,438.72 | 88,434.72 |
| WEAVER | JESSICA | PREK DISTRICT | $51,010.00 | 16,323.20 | 67,333.20 |
| WEAVER ANDERSON | ANNA | ELEMENTARY MUSIC TEACHER | $70,244.00 | 22,478.08 | 92,722.08 |
| WEBB | CASSIE | PRIMARY TEACHERS | $37,236.00 | 11,915.52 | 49,151.52 |
| WEBB | MARY | COORD SPEC ED | $72,371.56 | 23,158.90 | 95,530.46 |
| WEBSTER | CRYSTAL | INTERMEDIATE TEACHER | $56,694.00 | 18,142.08 | 74,836.08 |
| WEDGE | THOMAS | ELEMENTARY PE | $36,445.00 | 11,662.40 | 48,107.40 |
| WELCH | MARCY | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| WEST | SHANDRE | ASSESSMENT SPECIALIST | $70,684.31 | 22,618.98 | 93,303.29 |
| WEST | YVONE | FRESHMEN CAMPUS ADMIN | $98,826.98 | 31,624.63 | 130,451.61 |
| WESTERMAN | ELLEN | MID SCHOOL TEACHER 200 | $62,691.63 | 20,061.32 | 82,752.95 |
| WESTFALL | REGINA | MIDDLE SCHOOL TEACHER | $57,181.00 | 18,297.92 | 75,478.92 |
| WHALE | GLORIA | HIGH SCH VOC JAG -215 DAY | $64,865.23 | 20,756.87 | 85,622.10 |
| WHATLEY | SUSAN | ELEM COUNSELOR | $66,996.00 | 21,438.72 | 88,434.72 |
| WHITE | AMY | INTERMEDIATE TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| WHITE | DAVID | HIGH SCH CLASS | $57,861.00 | 18,515.52 | 76,376.52 |
| WHITE | DEANN | INTERMEDIATE TEACHER | $63,850.00 | 20,432.00 | 84,282.00 |
| WHITE | DENITA | PRIMARY TEACHERS | $40,870.00 | 13,078.40 | 53,948.40 |
| WHITE | GAYLE | INTERMEDIATE TEACHER | $49,640.00 | 15,884.80 | 65,524.80 |
| WHITE | HOLLY | MIDDLE SCHOOL TEACHER | $55,537.00 | 17,771.84 | 73,308.84 |
| WHITE | JARRED | ELEM SCHOOL TEACHER 200 | $57,170.11 | 18,294 | |

**PLAINTIFF'S EXHIBIT A-2**