# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## Administrators & Teachers 2018-2019

| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| | | COACH 195 | | | |
| MCGEE | ANGELA | PRIMARY TEACHERS | $66,006.00 | 21,121.92 | 87,127.92 |
| MCGEE | FRANCES | MIDDLE SCHOOL TEACHER | $57,006.00 | 18,241.92 | 75,247.92 |
| MCGEE | TERRANCE | MIDDLE SCHOOL TEACHER | $34,106.00 | 10,913.92 | 45,019.92 |
| MCGIBBONY | CHARLES | HIGH SCH CLASS | $48,906.00 | 15,649.92 | 64,555.92 |
| MCINNIS | PAUL | HIGH SCH CLASS | $39,806.00 | 12,737.92 | 52,543.92 |
| MCKENZIE | SHAWN | INTERMEDIATE TEACHER | $34,956.00 | 11,185.92 | 46,141.92 |
| MCMULLEN | CRYSTAL | LITERACY/MATH COACH 193 | $54,025.78 | 17,288.25 | 71,314.03 |
| MCNEAL | ILIA | HIGH SCH CLASS | $37,566.00 | 12,021.12 | 49,587.12 |
| MCNEARY | CHASTITY | LITERACY/MATH COACH 193 | $52,532.57 | 16,810.42 | 69,342.99 |
| MCNULTY | CHARLES | SUPERINTENDENT | $205,000.00 | 65,600.00 | 270,600.00 |
| MCPEAK | SHAWNA | INTERMEDIATE TEACHER | $51,506.00 | 16,481.92 | 67,987.92 |
| MEACHAM | TARA | PRIMARY TEACHERS | $47,906.00 | 15,329.92 | 63,235.92 |
| MEADOWS | ROBERT | MID/JR MUSIC INST - BAND | $45,936.00 | 14,699.52 | 60,635.52 |
| MEANS | ANGELA | HIGH SCH VOC FAM | $63,684.31 | 20,378.98 | 84,063.29 |
| MELENDEZ | MARTHA | MIDDLE SCHOOL TEACHER | $55,856.00 | 17,873.92 | 73,729.92 |
| MELLOR | MATTHEW | ELEM PRINCIPAL | $90,396.56 | 28,926.90 | 119,323.46 |
| METCALF-FIELDS | TIERYAA | LITERACY/MATH COACH 193 | $60,547.15 | 19,375.09 | 79,922.24 |
| MHOON | BETTIE | INTERMEDIATE TEACHER | $57,006.00 | 18,241.92 | 75,247.92 |
| MICELI | JENNIFER | MIDDLE SCHOOL TEACHER | $3,779.58 | 1,209.47 | 4,989.05 |
| MIDDAUGH | TASHA | PRIMARY TEACHERS | $54,366.00 | 17,397.12 | 71,763.12 |
| MILLER | LANCE | MIDDLE SCHOOL TEACHER | $69,206.00 | 22,145.92 | 91,351.92 |
| MILLER | NANCY | PRIMARY TEACHERS | $54,206.00 | 17,345.92 | 71,551.92 |
| MILLER | SUNNY | MS SP ED RES | $42,656.00 | 13,649.92 | 56,305.92 |
| MILLER | TIFFANY | ELEM SPED CBI | $41,186.00 | 13,179.52 | 54,365.52 |
| MITCHELL | LISA | PRIMARY TEACHERS | $57,006.00 | 18,241.92 | 75,247.92 |
| MIXON | ANDREA | HIGH SCH COUNSELOR | $61,506.47 | 19,682.07 | 81,188.54 |
| MIXON | CARISSA | PRE K SPED TEACHER | $50,856.00 | 16,273.92 | 67,129.92 |
| MOGSTAD | BONNI | HIGH SCH CLASS | $57,006.00 | 18,241.92 | 75,247.92 |
| MOORE | CYNTHIA | ELEM ASST PRIN | $77,192.50 | 24,701.60 | 101,894.10 |
| MOORE | LANI | HIGH SCH MEDIA SPECIALIST | $64,416.00 | 20,613.12 | 85,029.12 |
| MOORE | MELISSA | HIGH SCH CLASS | $51,356.00 | | 67,789.92 |

PLAINTIFF'S EXHIBIT A

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
### Administrators & Teachers 2018-2019

| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| TURNER | LAURA | ELEM COUNSELOR | $59,906.00 | 19,169,92 | 79,075,92 |
| TYSON | CRAIG | MIDDLE SCHOOL TEACHER | $59,906.00 | 19,169,92 | 79,075,92 |
| UNDERWOOD | ANNA | MS SP ED RES | $50,936.00 | 16,299,52 | 67,235,52 |
| UPTERGROVE | TYLER | MIDDLE SCHOOL TEACHER | $39,356.00 | 12,593,92 | 51,949,92 |
| VALOVICH | JOSHUA | MIDDLE SCHOOL TEACHER | $44,906.00 | 14,369,92 | 59,275,92 |
| VAN HORN | JOHN | HIGH SCH CLASS | $43,866.00 | 14,037,12 | 57,903,12 |
| VANBIERVLIET | PAULA | HIGH SCH SPED CBI | $66,006.00 | 21,121,92 | 87,127,92 |
| VANPELT | REBEKAH | PRIMARY TEACHERS | $36,686.00 | 11,739,52 | 48,425,52 |
| VANWINKLE | STASIA | PREK ABC GRANT | $55,856.00 | 17,873,92 | 73,729,92 |
| VASQUEZ | KAYLA | INTERMEDIATE TEACHER | $39,566.00 | 12,661,12 | 52,227,12 |
| VERDELL | NEILANN | HIGH SCH CLASS | $66,006.00 | 21,121,92 | 87,127,92 |
| VEST | JULIE | ELEM GT | $57,006.00 | 18,241,92 | 75,247,92 |
| VILCHES | JUNE | MIDDLE SCHOOL TEACHER | $54,716.00 | 17,509,12 | 72,225,12 |
| VINCENT | JUDY | INTERMEDIATE TEACHER | $62,906.00 | 20,129,92 | 83,035,92 |
| WADDILL | MARSHA | ELEM SPED RESOURCE | $57,006.00 | 18,241,92 | 75,247,92 |
| WAGNER | DIANE | ELEM MEDIA SPECIALIST | $57,006.00 | 18,241,92 | 75,247,92 |
| WAITS | TERESA | SPED HOMEBOUND TEACHER | $59,906.00 | 19,169,92 | 79,075,92 |
| WALKER | JAMES | HIGH SCH CLASS | $51,506.00 | 16,481,92 | 67,987,92 |
| WALLA | ASHLEY | MID/JR MUSIC INST - BAND | $45,956.00 | 14,705,92 | 60,661,92 |
| WALLACE | CHARLOTTE | HIGH SCH ASST PRIN | $92,328.24 | 29,545,04 | 121,873,28 |
| WARD | WHITNEY | MIDDLE SCHOOL TEACHER | $34,956.00 | 11,185,92 | 46,141,92 |
| WARE | WILLENE | MID/JR VOC CO | $57,914.83 | 18,532,75 | 76,447,58 |
| WARREN | JANICE | ASST SUPT EQUITY & PUPIL | $126,202.50 | 40,384,80 | 166,587,30 |
| WASHAM | ASHLEY | MID/JR SPED CBI | $59,906.00 | 19,169,92 | 79,075,92 |
| WATSON | EMMA | MIDDLE SCH PRINCIPAL | $109,500.48 | 35,040,15 | 144,540,63 |
| WEATHERFORD | TONIA | HIGH SCH CLASS | $66,006.00 | 21,121,92 | 87,127,92 |
| WEAVER ANDERSON | ANNA | ELEMENTARY MUSIC TEACHER | $67,856.00 | 21,713,92 | 89,569,92 |
| WEBB | CASSIE | INTERMEDIATE TEACHER | $34,106.00 | 10,913,92 | 45,019,92 |
| WEBSTER | CRYSTAL | PRIMARY TEACHERS | $52,466.00 | 16,789,12 | 69,255,12 |
| WELCH | MARCY | MIDDLE SCHOOL TEACHER | $57,006.00 | 18,241,92 | 75,247,92 |
| WELLS | KATIE | PREK DISTRICT | $38,456.00 | 12,305,92 | 50,761,92 |

## PULASKI COUNTY SPECIAL SCHOOL DISTRICT
### Administrators & Teachers 2019-2020

| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| MCDONALD | KAREN | MULTI AGE CLASS | $62,906.00 | 20,129,92 | 83,035,92 |
| MCFADDEN | PECOLYA | TITLE 1 FEEDER-READING | $54,862.74 | 17,556,08 | 72,418,82 |
| MCGEE | ANGELA | PRIMARY TEACHERS | $66,006.00 | 21,121,92 | 87,127,92 |
| MCGEE | FRANCES | MIDDLE SCHOOL TEACHER | $57,006.00 | 18,241,92 | 75,247,92 |
| MCGIBBONY | CHARLES | HIGH SCH CLASS | $48,906.00 | 15,649,92 | 64,555,92 |
| MCKENZIE | SHAWN | INTERMEDIATE TEACHER | $35,816.00 | 11,461,12 | 47,277,12 |
| MCMULLEN | CRYSTAL | LITERACY/MATH COACH 193 | $55,224.41 | 17,671,81 | 72,896,22 |
| MCNEAL | ILIA | HIGH SCH CLASS | $40,506.00 | 12,961,92 | 53,467,92 |
| MCNEARY | CHASTITY | LITERACY/MATH COACH 193 | $53,690.57 | 17,180,98 | 70,871,55 |
| MCNULTY | CHARLES | SUPERINTENDENT | $205,000.00 | 65,600,00 | 270,600,00 |
| MCPEAK | SHAWNA | INTERMEDIATE TEACHER | $51,506.00 | 16,481,92 | 67,987,92 |
| MEACHAM | TARA | PRIMARY TEACHERS | $48,906.00 | 15,649,92 | 64,555,92 |
| MEADOWS | MONICA | ELEM GT | $66,516.00 | 21,285,12 | 87,801,12 |
| MEADOWS | ROBERT | MID/JR MUSIC INST - BAND | $46,916.00 | 15,013,12 | 61,929,12 |
| MEANS | ANGELA | HIGH SCH VOC FAM | $65,030.52 | 20,809,77 | 85,840,29 |
| MELENDEZ | MARTHA | MIDDLE SCHOOL TEACHER | $57,006.00 | 18,241,92 | 75,247,92 |
| MELLOR | MATTHEW | ELEM PRINCIPAL | $92,215.64 | 29,509,00 | 121,724,64 |
| METCALF-FIELDS | TIERYAA | LITERACY/MATH COACH 193 | $61,827.04 | 19,784,65 | 81,611,69 |
| MHOON | BETTIE | INTERMEDIATE TEACHER | $57,006.00 | 18,241,92 | 75,247,92 |
| MIDDAUGH | TASHA | PRIMARY TEACHERS | $55,556.00 | 17,777,92 | 73,333,92 |
| MILLER | LANCE | MIDDLE SCHOOL TEACHER | $69,206.00 | 22,145,92 | 91,351,92 |
| MILLER | NANCY | PRIMARY TEACHERS | $54,206.00 | 17,345,92 | 71,551,92 |
| MILLER | SUNNY | MS SP ED RES | $43,656.00 | 13,969,92 | 57,625,92 |
| MILLER | TIFFANY | ELEM SPED CBI | $42,116.00 | 13,477,12 | 55,593,12 |
| MITCHELL | LISA | PRIMARY TEACHERS | $57,006.00 | 18,241,92 | 75,247,92 |
| MIXON | ANDREA | HIGH SCH COUNSELOR | $61,506.47 | 19,682,07 | 81,188,54 |
| MIXON | CARISSA | PRE K SPED TEACHER | $55,666.00 | 17,813,12 | 73,479,12 |
| MOGSTAD | BONNI | MIDDLE SCHOOL TEACHER | $57,006.00 | 18,241,92 | 75,247,92 |
| MOORE | CYNTHIA | MID/JR ASST PRIN | $86,294.40 | 27,614,21 | 113,908,61 |
| MOORE | LANI | HIGH SCH MEDIA SPECIALIST | $65,706.00 | 21,025,92 | 86,731,92 |
| MOORE | MELISSA | HIGH SCH CLASS | $52,466.00 | 16,789,12 | 69,255,12 |
| MOORE | MIKA | KINDERGARTEN | $38,456.00 | | 50,761,92 |

PLAINTIFF'S EXHIBIT B

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## Administrators & Teachers 2019-2020

| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| VINCENT | JUDY | INTERMEDIATE TEACHER | $62,906.00 | 20,129,92 | 83,035,92 |
| WADDILL | MARSHA | ELEM SPED RESOURCE | $57,006.00 | 18,241,92 | 75,247,92 |
| WAGNER | DIANE | ELEM MEDIA SPECIALIST | $57,006.00 | 18,241,92 | 75,247,92 |
| WAITS | TERESA | SPED HOMEBOUND TEACHER | $61,482.47 | 19,674,39 | 81,156,86 |
| WALKER | JAMES | HIGH SCH CLASS | $51,506.00 | 16,481,92 | 67,987,92 |
| WALLA | ASHLEY | MID/JR MUSIC INST - BAND | $47,016.00 | 15,045,12 | 62,061,12 |
| WALLACE | CHARLOTTE | HIGH SCH ASST PRIN | $92,328.24 | 29,545,04 | 121,873,28 |
| WARD | WHITNEY | MIDDLE SCHOOL TEACHER | $35,816.00 | 11,461,12 | 47,277,12 |
| WARE | WILLENE | MID/JR VOC CO | $57,914.83 | 18,532,75 | 76,447,58 |
| WARREN | JANICE | ASST SUPT EQUITY & PUPIL | $126,202.50 | 40,384,80 | 166,587,30 |
| WASHAM | ASHLEY | MID/JR SPED CBI | $59,906.00 | 19,169,92 | 79,075,92 |
| WATSON | EMMA | MIDDLE SCH PRINCIPAL | $109,500.48 | 35,040,15 | 144,540,63 |
| WEATHERFORD | TONIA | HIGH SCH CLASS | $66,006.00 | 21,121,92 | 87,127,92 |
| WEAVER ANDERSON | ANNA | ELEMENTARY MUSIC TEACHER | $69,206.00 | 22,145,92 | 91,351,92 |
| WEBB | CASSIE | INTERMEDIATE TEACHER | $34,956.00 | 11,185,92 | 46,141,92 |
| WEBSTER | CRYSTAL | PRIMARY TEACHERS | $53,586.00 | 17,147,52 | 70,733,52 |
| WELCH | MARCY | MIDDLE SCHOOL TEACHER | $57,006.00 | 18,241,92 | 75,247,92 |
| WELLS | KATIE | PREK DISTRICT | $39,356.00 | 12,593,92 | 51,949,92 |
| WENGER | SHOSHANNA | HIGH SCH CLASS | $44,906.00 | 14,369,92 | 59,275,92 |
| WEST | JAMES | HIGH SCH CLASS | $50,256.00 | 16,081,92 | 66,337,92 |
| WEST | YVONE | FRESHMEN CAMPUS ADMIN | $95,402.23 | 30,528,71 | 125,930,94 |
| WESTERMAN | ELLEN | MID/JR MUSIC VOC | $51,356.00 | 16,433,92 | 67,789,92 |
| WHALE | GLORIA | HIGH SCH VOC JAG -215 DAY | $63,906.73 | 20,450,15 | 84,356,88 |
| WHATLEY | SUSAN | ELEM COUNSELOR | $62,906.00 | 20,129,92 | 83,035,92 |
| WHEELER | AMY | HIGH SCH CLASS | $57,006.00 | 18,241,92 | 75,247,92 |
| WHITE | CALLI | MIDDLE SCHOOL TEACHER | $38,756.00 | 12,401,92 | 51,157,92 |
| WHITE | DEANN | INTERMEDIATE TEACHER | $62,906.00 | 20,129,92 | 83,035,92 |
| WHITE | DENITA | PRIMARY TEACHERS | $38,456.00 | 12,305,92 | 50,761,92 |
| WHITE | GAYLE | PRIMARY TEACHERS | $48,906.00 | 15,649,92 | 64,555,92 |
| WHITE | JARRED | ELEMENTARY PE | $43,056.00 | 13,777,92 | 56,833,92 |

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## Administrators & Teachers 2020-2021

| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| MCCRANEY | JOHN | COORD EQUITY/MENTORING | $92,632.96 | 29,642.55 | 122,275.51 |
| MCCULLOUGH | MONICA | LITERACY/MATH COACH 195 | $45,695.68 | 14,622.62 | 60,318.30 |
| MCCURRY | PAMELA | A9C ELEM PRINCIPAL | $89,489.51 | 28,636.64 | 118,126.15 |
| MCDANIEL | JOSEPH | HIGH SCH CLASS | $44,524.00 | 14,247.68 | 58,771.68 |
| MCDONALD | BRITTANY | ELEMENTARY PE | $54,390.00 | 17,404.80 | 71,794.80 |
| MCDONALD | KAREN | PRIMARY TEACHERS | $63,850.00 | 20,432.00 | 84,282.00 |
| MCFADDEN | PECOLYA | INTERMEDIATE TEACHER | $56,486.00 | 18,075.52 | 74,561.52 |
| MCGEE | FRANCES | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| MCKENZIE | SHAWN | INTERMEDIATE TEACHER | $37,236.00 | 11,915.52 | 49,151.52 |
| MCKENZIE | STEPHANIE | MIDDLE SCHOOL TEACHER | $66,996.00 | 21,438.72 | 88,434.72 |
| MCMULLIN | LINDSEY | MIDDLE SCHOOL TEACHER | $34,618.00 | 11,077.76 | 45,695.76 |
| MCNEAL | ILIA | HIGH SCH CLASS | $42,078.00 | 13,464.96 | 55,542.96 |
| MCNEARY | CHASTITY | LITERACY/MATH COACH 193 | $59,516.58 | 19,045.31 | 78,561.89 |
| MCNULTY | CHARLES | SUPERINTENDENT | $215,000.00 | 68,800.00 | 283,800.00 |
| MCPEAK | SHAWNA | INTERMEDIATE TEACHER | $52,279.00 | 16,729.28 | 69,008.28 |
| MEACHAM | TARA | INTERMEDIATE TEACHER | $49,640.00 | 15,884.80 | 65,524.80 |
| MEADOWS | MONICA | ELEM GT | $68,874.00 | 22,039.68 | 90,913.68 |
| MEADOWS | ROBERT | MID/JR MUSIC INST - BAND | $48,625.00 | 15,560.00 | 64,185.00 |
| MEANS | ANGELA | HIGH SCH VOC FAM | $67,383.18 | 21,562.62 | 88,945.80 |
| MELENDEZ | MARTHA | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| MELLOR | MATTHEW | ELEM PRINCIPAL | $95,443.36 | 30,541.88 | 125,985.24 |
| METCALF-FIELDS | TIERYAA | LITERACY/MATH COACH 193 | $64,063.81 | 20,500.42 | 84,564.23 |
| MHOON | BETTIE | INTERMEDIATE TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| MIDDAUGH | TASHA | PRIMARY TEACHERS | $57,607.00 | 18,434.24 | 76,041.24 |
| MILLER | NANCY | KINDERGARTEN | $55,019.00 | 17,606.08 | 72,625.08 |
| MILLER | TIFFANY | ELEM SPED CBI | $42,748.00 | 13,679.36 | 56,427.36 |
| MITCHELL | JAMES | ALE FACILITATOR | $44,158.23 | 14,130.63 | 58,288.86 |
| MITCHELL | LISA | KINDERGARTEN | $57,861.00 | 18,515.52 | 76,376.52 |
| MIXON | ANDREA | HIGH SCH COUNSELOR | $63,951.63 | 20,464.52 | 84,416.15 |
| MOLINA | LADY | MIDDLE SCHOOL TEACHER | $53,253.00 | 17,040.96 | 70,293.96 |
| MONTGOMERY | MARCUS | HIGH SCH CLASS | $34,618.00 | | 45,695.76 |

**PLAINTIFF'S EXHIBIT C**

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## Administrators & Teachers 2020-2021

| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| TYSON | CRAIG | MIDDLE SCHOOL TEACHER | $63,850.00 | 20,432,00 | 84,282,00 |
| UNDERWOOD | ANNA | MID/JR SPED CBI | $53,903.00 | 17,248,96 | 71,151,96 |
| UPTERGROVE | TYLER | MIDDLE SCHOOL TEACHER | $41,804.00 | 13,377,28 | 55,181,28 |
| VAN HORN | JOHN | HIGH SCH CLASS | $46,645.00 | 14,926,40 | 61,571,40 |
| VANBIERVLIET | PAULA | HIGH SCH SPED CBI | $66,996.00 | 21,438,72 | 88,434,72 |
| VANDENBERG | KRISTIN | PRIMARY TEACHERS | $66,996.00 | 21,438,72 | 88,434,72 |
| VANPELT | REBEKAH | PRIMARY TEACHERS | $39,033.00 | 12,490,56 | 51,523,56 |
| VANWINKLE | STASIA | PREK ABC GRANT | $57,861.00 | 18,515,52 | 76,376,52 |
| VAUGHT | LESLIE | MID/JR MUSIC VOC | $35,480.00 | 11,353,60 | 46,833,60 |
| VERDELL | NEILANN | HIGH SCH CLASS | $66,996.00 | 21,438,72 | 88,434,72 |
| VILCHES | JUNE | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515,52 | 76,376,52 |
| VINCENT | JUDY | INTERMEDIATE TEACHER | $63,850.00 | 20,432,00 | 84,282,00 |
| WADDELL | DAVID | HIGH SCH VOC TECH | $53,036.42 | 16,971,65 | 70,008,07 |
| WADE | ABIGAIL | MIDDLE SCHOOL TEACHER | $34,618.00 | 11,077,76 | 45,695,76 |
| WAGNER | DIANE | ELEM MEDIA SPECIALIST | $59,383.66 | 19,002,77 | 78,386,43 |
| WAITS | TERESA | SPED HOMEBOUND TEACHER | $62,405.13 | 19,969,64 | 82,374,77 |
| WALKER | CINDI | ELEM SPED RESOURCE | $57,861.00 | 18,515,52 | 76,376,52 |
| WALKER | JAMES | HIGH SCH CLASS | $52,279.00 | 16,729,28 | 69,008,28 |
| WALLA | ASHLEY | MID/JR MUSIC INST - BAND | $48,807.00 | 15,618,24 | 64,425,24 |
| WALLACE | CHARLOTTE | HIGH SCH ASST PRIN | $93,698.57 | 29,983,54 | 123,682,11 |
| WALLACE | JAVON | HIGH SCH CLASS | $35,480.00 | 11,353,60 | 46,833,60 |
| WARD | REBEKKAH | KINDERGARTEN | $60,865.00 | 19,476,80 | 80,341,80 |
| WARD | WHITNEY | MIDDLE SCHOOL TEACHER | $37,236.00 | 11,915,52 | 49,151,52 |
| WARREN | JANICE | ASST SUPT EQUITY & PUPIL | $128,095.36 | 40,990,52 | 169,085,88 |
| WARREN | KAPRESE | HIGH SCH CLASS | $40,403.00 | 12,928,96 | 53,331,96 |
| WASHAM | ASHLEY | MID/JR SPED CBI | $60,805.00 | 19,457,60 | 80,262,60 |
| WATSON | ANGELA | ELEMENTARY PE | $44,768.00 | 14,325,76 | 59,093,76 |
| WATSON | EMMA | MIDDLE SCH PRINCIPAL | $116,466.24 | 37,269,20 | 153,735,44 |
| WATSON | SHAMEKA | ALE FACILITATOR | $35,480.00 | 11,353,60 | 46,833,60 |
| WATSON | TINA | MS SP ED RES | $45,762.00 | 14,643,84 | 60,405,84 |
| WEATHERFORD | TONIA | HIGH SCH CLASS | $66,996.00 | 21,438,72 | 88,434,72 |
| WEAVER ANDERSON | ANNA | ELEMENTARY MUSIC TEACHER | $70,244.00 | 22,478,08 | 92,722,08 |
| WEBB | CASSIE | INTERMEDIATE | $36,353.00 | 11,632,96 | 47,985,96 |


| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| MARTIN | JENNIFER | PREK DISTRICT | $49,640.00 | 15,884.80 | 65,524.80 |
| MARTIN | KIMBERLY | INTERMEDIATE TEACHER | $38,129.00 | 12,201.28 | 50,330.28 |
| MARTIN | LISA | LEAD ASSESSMENT SPEC | $85,331.75 | 27,306.16 | 112,637.91 |
| MASON | SANDRA | HIGH SCH SPED RES | $60,805.00 | 19,457.60 | 80,262.60 |
| MASSANELLI | MARY | ELEM ART TEACHER | $39,946.00 | 12,782.72 | 52,728.72 |
| MATTHEWS | TRACI | MID/JR. MEDIA SPECIALIST | $68,759.05 | 22,002.90 | 90,761.95 |
| MAUPIN | BRIAN | ELEM SCHOOL TEACHER 200 | $60,161.05 | 19,251.54 | 79,412.59 |
| MAYFIELD | FELICIA | ELEM COUNSELOR | $48,148.00 | 15,407.36 | 63,555.36 |
| MAYO | TONYA | MIDDLE SCHOOL TEACHER | $47,620.00 | 15,238.40 | 62,858.40 |
| MCCARLEY | JON | MIDDLE SCHOOL TEACHER | $34,618.00 | 11,077.76 | 45,695.76 |
| MCCARTY | SHERRY | HIGH SCH VOC MKTG | $68,823.68 | 22,023.58 | 90,847.26 |
| MCCAULEY | PATRICIA | ELEM ART TEACHER | $49,640.00 | 15,884.80 | 65,524.80 |
| MCCLAIN | JOSEPHINE | HIGH SCH COUNSELOR | $63,951.63 | 20,464.52 | 84,416.15 |
| MCCLURE | THELMA | INTERMEDIATE TEACHER | $55,019.00 | 17,606.08 | 72,625.08 |
| MCCORMICK | REBECCA | A9C SCHOOL PSY SPEC | $71,620.72 | 22,918.63 | 94,539.35 |
| MCCRANEY | JOHN | COORD EQUITY INITIATIVES | $99,021.44 | 31,686.86 | 130,708.30 |
| MCCURRY | PAMELA | A9C ELEM PRINCIPAL | $89,489.51 | 28,636.64 | 118,126.15 |
| MCDANIEL | JOSEPH | HIGH SCH CLASS | $47,721.00 | 15,270.72 | 62,991.72 |
| MCDONALD | BRITTANY | ELEMENTARY PE | $55,537.00 | 17,771.84 | 73,308.84 |
| MCDONALD | KAREN | LITERACY/MATH COACH 193 | $64,858.16 | 20,754.61 | 85,612.77 |
| MCGEE | FRANCES | MID SCHOOL TEACHER 200 | $67,849.64 | 21,711.88 | 89,561.52 |
| MCINTOSH | KRISTI | HIGH SCH ASST PRIN | $98,191.83 | 31,421.39 | 129,613.22 |
| MCKENZIE | SHAWN | INTERMEDIATE TEACHER | $38,129.00 | 12,201.28 | 50,330.28 |
| MCKENZIE | STEPHANIE | MIDDLE SCHOOL TEACHER | $66,996.00 | 21,438.72 | 88,434.72 |
| MCMULLIN | LINDSEY | MIDDLE SCHOOL TEACHER | $35,480.00 | 11,353.60 | 46,833.60 |
| MCNULTY | CHARLES | SUPERINTENDENT | $215,000.00 | 68,800.00 | 283,800.00 |
| MCPEAK | SHAWNA | INTERMEDIATE TEACHER | $52,279.00 | 16,729.28 | 69,008.28 |
| MCPHERSON | SHADAVEYA | HIGH SCH CLASS | $21,872.61 | 6,999.24 | 28,871.85 |
| MEACHAM | TARA | INTERMEDIATE TEACHER | $49,640.00 | 15,884.80 | 65,524.80 |
| MEADOWS | MONICA | MID/JR GIFTED&TAL | $70,244.00 | 22,478.08 | 92,722.08 |
| MEADOWS | ROBERT | MID SCHOOL TEACHER 215 | $69,090.83 | 22,109.07 | 91,199.90 |
| MEDINA | EMILY | MIDDLE SCHOOL TEACHER | $35,480.00 | 11,353.60 | 46,833.60 |
| MELDER | LOGAN | HIGH SCHOOL TEACHER 200 | $49,397.98 | 15,807.35 | 65,205.33 |
| MELENDEZ | MARTHA | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| MELLOR | MATTHEW | ELEM PRINCIPAL | $95,443.36 | 30,541.88 | 125,985.24 |
| METCALF-FIELDS | TIERYAA | LITERACY/MATH COACH 193 | $65,383.32 | 20,922.66 | 86,305.98 |
| METZLER | ALISON | INTERMEDIATE TEACHER | $36,445.00 | 11,662.40 | 48,107.40 |
| MHOON | BETTIE | INTERMEDIATE TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| MIDDAUGH | TASHA | ELEM GT | $58,835.00 | 18,827.20 | 77,662.20 |
| MILES | CHERI | MIDDLE SCHOOL TEACHER | $34,618.00 | 11,077.76 | 45,695.76 |
| MILLER | HANNAH | PRIMARY TEACHERS | $43,479.00 | 13,913.28 | 57,392.28 |
| MILLER | NANCY | KINDERGARTEN | $55,019.00 | 17,606.08 | 72,625.08 |
| MILLER | TIFFANY | PRIMARY TEACHERS | $43,702.00 | 13,984.64 | 57,686.64 |
| MILNE | IAN | MIDDLE SCHOOL TEACHER | $56,389.00 | 18,044.48 | 74,433.48 |
| MILNER | ANNE | MIDDLE SCHOOL TEACHER | $35,480.00 | 11,353.60 | 46,833.60 |
| MITCHELL | JAMES | MID SCHOOL TEACHER 195 | $48,575.23 | 15,544.07 | 64,119.30 |
| MIXON | ANDREA | HIGH SCH COUNSELOR | $63,951.63 | 20,464.52 | 84,416.15 |
| MOKA | TERESA | HIGH SCH ASST PRIN | $88,343.74 | 28,27_ | |
| MOLINA | LADY | MIDDLE SCHOOL TEACHER | $58,379.00 | 18,6_ | |

**PLAINTIFF'S EXHIBIT D**

| Last Name | First Name | Current Job Class Title | Annual Salary | Fringe Benefits (Using 32% of annual salary as a mean) | Annual Salary + Fringe Benefits |
|---|---|---|---|---|---|
| VAN HORN | JOHN | HIGH SCH CLASS | $47,721.00 | 15,270.72 | 62,991.72 |
| VANPELT | REBEKAH | PRIMARY TEACHERS | $39,946.00 | 12,782.72 | 52,728.72 |
| VANWINKLE | STASIA | PREK ABC GRANT | $57,861.00 | 18,515.52 | 76,376.52 |
| VAUGHN | MELISSA | PRIMARY TEACHERS | $49,640.00 | 15,884.80 | 65,524.80 |
| VAUGHN | NATALIE | PRIMARY TEACHERS | $56,694.00 | 18,142.08 | 74,836.08 |
| VAUGHT | LESLIE | MID SCHOOL TEACHER 200 | $39,720.44 | 12,710.54 | 52,430.98 |
| VERDELL | NEILANN | HIGH SCH CLASS | $66,996.00 | 21,438.72 | 88,434.72 |
| VICENT | DIEGO | HIGH SCH CLASS | $37,236.00 | 11,915.52 | 49,151.52 |
| VILCHES | JUNE | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| VINCENT | APRIL | HIGH SCH CLASS | $36,445.00 | 11,662.40 | 48,107.40 |
| VINCENT | JUDY | PRIMARY TEACHERS | $63,850.00 | 20,432.00 | 84,282.00 |
| VULLMAHN | STEPHANIE | PRIMARY TEACHERS | $49,903.00 | 15,968.96 | 65,871.96 |
| WADDELL | DAVID | HIGH SCH VOC TECH | $53,036.42 | 16,971.65 | 70,008.07 |
| WAGNER | DIANE | ELEM MEDIA SPECIALIST | $59,383.66 | 19,002.77 | 78,386.43 |
| WAITS | TERESA | SPED HOMEBOUND TEACHER | $62,405.13 | 19,969.64 | 82,374.77 |
| WALKER | CINDI | ELEM SPED RESOURCE | $57,861.00 | 18,515.52 | 76,376.52 |
| WALKER | DEBORAH | INTERMEDIATE TEACHER | $60,500.00 | 19,360.00 | 79,860.00 |
| WALKER | JAMES | HIGH SCH CLASS | $52,279.00 | 16,729.28 | 69,008.28 |
| WALLA | ASHLEY | MID SCHOOL TEACHER 215 | $65,950.75 | 21,104.24 | 87,054.99 |
| WALLACE | CHARLOTTE | HIGH SCH ASST PRIN | $93,698.57 | 29,983.54 | 123,682.11 |
| WALLACE | JAVON | HIGH SCHOOL TEACHER 195 | $40,944.96 | 13,102.39 | 54,047.35 |
| WARD | WHITNEY | MIDDLE SCHOOL TEACHER | $42,291.00 | 13,533.12 | 55,824.12 |
| WARE | BRIANNA | PRIMARY TEACHERS | $34,618.00 | 11,077.76 | 45,695.76 |
| WARREN | JANICE | ASST SUPT EQUITY & PUPIL | $128,095.36 | 40,990.52 | 169,085.88 |
| WARREN | KAPRESE | HIGH SCH CLASS | $41,418.00 | 13,253.76 | 54,671.76 |
| WASHAM | ASHLEY | MID SCHOOL TEACHER 195 | $65,445.38 | 20,942.52 | 86,387.90 |
| WATSON | ANGELA | ELEMENTARY PE | $63,850.00 | 20,432.00 | 84,282.00 |
| WATSON | EMMA | MIDDLE SCH PRINCIPAL | $116,466.24 | 37,269.20 | 153,735.44 |
| WEATHERFORD | TONIA | HIGH SCH CLASS | $66,996.00 | 21,438.72 | 88,434.72 |
| WEAVER | JESSICA | PREK DISTRICT | $51,010.00 | 16,323.20 | 67,333.20 |
| WEAVER ANDERSON | ANNA | ELEMENTARY MUSIC TEACHER | $70,244.00 | 22,478.08 | 92,722.08 |
| WEBB | CASSIE | PRIMARY TEACHERS | $37,236.00 | 11,915.52 | 49,151.52 |
| WEBB | MARY | COORD SPEC ED | $72,371.56 | 23,158.90 | 95,530.46 |
| WEBSTER | CRYSTAL | INTERMEDIATE TEACHER | $56,694.00 | 18,142.08 | 74,836.08 |
| WEDGE | THOMAS | ELEMENTARY PE | $36,445.00 | 11,662.40 | 48,107.40 |
| WELCH | MARCY | MIDDLE SCHOOL TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| WEST | SHANDRE | ASSESSMENT SPECIALIST | $70,684.31 | 22,618.98 | 93,303.29 |
| WEST | YVONE | FRESHMEN CAMPUS ADMIN | $98,826.98 | 31,624.63 | 130,451.61 |
| WESTERMAN | ELLEN | MID SCHOOL TEACHER 200 | $62,691.63 | 20,061.32 | 82,752.95 |
| WESTFALL | REGINA | MIDDLE SCHOOL TEACHER | $57,181.00 | 18,297.92 | 75,478.92 |
| WHALE | GLORIA | HIGH SCH VOC JAG -215 DAY | $64,865.23 | 20,756.87 | 85,622.10 |
| WHATLEY | SUSAN | ELEM COUNSELOR | $66,996.00 | 21,438.72 | 88,434.72 |
| WHITE | AMY | INTERMEDIATE TEACHER | $57,861.00 | 18,515.52 | 76,376.52 |
| WHITE | DAVID | HIGH SCH CLASS | $57,861.00 | 18,515.52 | 76,376.52 |
| WHITE | DEANN | INTERMEDIATE TEACHER | $63,850.00 | 20,432.00 | 84,282.00 |
| WHITE | DENITA | PRIMARY TEACHERS | $40,870.00 | 13,078.40 | 53,948.40 |
| WHITE | GAYLE | INTERMEDIATE TEACHER | $49,640.00 | 15,884.80 | 65,524.80 |
| WHITE | HOLLY | MIDDLE SCHOOL TEACHER | $55,537.00 | 17,771.84 | 73,308.84 |
| WHITE | JARRED | ELEM SCHOOL TEACHER 200 | $57,170.11 | 18,294.44 | 75,464.55 |