Page 1

IN THE UNITED STATES DISTRICT COURT
EASterN DISTRICT OF ARKANSAS
CENTRAL DIVISION

---------------------------------------------------

JANICE HARGROVE WARREN,

            PLAINTIFF,

VS.    NO. 4:19-cv-655-BSM

DR. CHARLES MCNULTY, et al.,

            DEFENDANTS.

---------------------------------------------------

---o---

DEPOSITION

OF

JANICE HARGROVE WARREN

---o---

MONDAY, JUNE 22, 2020

---o---

Page 2

APPEARANCES:

ON BEHALF OF PLAINTIFF:

    SARAH HOWARD JENKINS, ESQUIRE
    Attorney at Law
    P. O. Box 242694
    Little Rock, Arkansas  72223

ON BEHALF OF DEFENDANTS:

    W. CODY KEES, ESQUIRE
    JAY BEQUETTE, ESQUIRE  (Not Present)
    Bequette, Billingsley and Kees
    425 West Capitol Avenue
    Suite 3200
    Little Rock, Arkansas  72201

---o---

2

Page 3

I N D E X

| WITNESS: | PAGE: |
|---|---|
| JANICE HARGROVE WARREN | |
| Direct Examination............................ | 5 |
| Cross Examination............................. | 153 |

---o---

E X H I B I T S

| Exhibit One........................................ | 49 |
|---|---|
| Exhibit Two....................................... | 85 |
| Exhibit Three..................................... | 110 |

---o---

| Reporter's Certificate............................ | 160 |
|---|---|

---o---

3

Page 4

1      The deposition of Janice Hargrove Warren
2  was taken before me, Debbye L. Petre, Certified Court
3  Reporter and notary public within and for the County
4  of Pulaski, State of Arkansas, duly commissioned and
5  acting, on Monday, June 22, 2020, beginning at the
6  hour of 1:00 p.m., at the Offices of Bequette,
7  Billingsley and Kees, 425 West Capitol Avenue, Suite
8  3200, Little Rock, Pulaski County, Arkansas.
9      Said deposition being taken in
10 accordance with the Rules of Federal Procedure and
11 pursuant to the provisions of the Arkansas Rules of
12 Civil Procedure at instance of counsel for the
13 Defendant in the above-styled case in the United
14 States District Court, Eastern District of Arkansas,
15 Central Division.
16         ---o---
17 THEREUPON, the following proceedings were had,
18 to-wit:
19         ---o---
20
21
22
23
24
25

**EXHIBIT 1**

Page 16

1  A    No, not yet.
2  Q    No?  Are you deferring it, or are you eligible?
3  A    I don't know.
4  Q    Okay.  It's not a trick question.  I'm just
5  trying to understand.
6  A    I'm not old enough yet.
7  Q    When is your birthday?
8  A    August 16th, 1956.
9  Q    So, that makes you how old?
10 A    I will be 64 in August.
11 Q    No, I don't think you are eligible yet.  It was
12 what, August what?
13 A    16th, 1956.
14 Q    And then, who did you report to when you took
15 that job as the Director of Elementary Education?
16 A    Doctor Remele, the Deputy.
17 Q    Where was your office in Central Office?
18 A    Upstairs, in Learning Services.
19 Q    Okay.  And was Remele, was she downstairs where
20 Alesia Smith is now?
21 A    She was downstairs as well when I got here.
22 Q    Who had the office that Alesia Smith has now?
23 A    I'm not sure.  I don't know if anyone was in
24 that office.  They had an attorney, but I think the
25 attorney was gone by then.

C E R T I F I C A T E

STATE OF ARKANSAS )
)
COUNTY OF PULASKI )

        I, DEBBYE L. PETRE, Certified Court Reporter in and for the County of Pulaski, State of Arkansas, duly commissioned and acting, do hereby certify that the above-entitled proceedings were taken by me in Stenotype, and were thereafter reduced to print by means of computer-assisted transcription, and the same fully, truly, and correctly reflects the proceedings had.

        I FURTHER CERTIFY that I am not attorney or counsel of any of the parties, nor am I relative or employee of any attorney or counsel or party connected with the action, and have no interest in the outcome or results of this litigation.

        WHEREFORE, I have subscribed my signature and seal as such court reporter in the City of Little Rock, County of Pulaski, State of Arkansas, this the 10th day of July, 2020.

                              _____
                              DEBBYE L. PETRE, CCR
                              COURT REPORTER IN AND FOR
                              PULASKI COUNTY, ARKANSAS

                                  ---o---