EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 493-2018-02090 |
| | | and EEOC |

RECEIVED OCT 01 2018 — EQUAL EMPLOYMENT OPPORTUNITY COMM. LITTLE ROCK, AR

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Janice H. Warren | (870) 500-7704 | 1956 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8917 B Northwood Creek Drive, N Little Rock, AR 72113 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT | 500 or More | (501) 234-2000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 925 East Dixon Road, Little Rock, AR 72206 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2018   Latest: 04-03-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about June 1, 2012. I am currently employed as an Assistant Superintendent for Equity and Pupil Services. On or about July 18, 2017 I accepted the Interim Superintendent position. Between August 2017 and October 2017, I made reports regarding the discriminatory practices in district facilities. In early 2018, I applied for the permanent superintendent position. On or about March 29, 2018 I learned I was not selected for an interview and on or about April 3, 2018 I learned I was not selected for the permanent superintendent position.

Three lesser qualified, younger, male applicants were selected for interviews. A lesser qualified, younger, white male applicant was selected for the position.

I believe that I was denied the opportunity to interview for the superintendent position and not promoted because of my race, Black, sex, Female, and in retaliation for reporting discrimination practices, in violation of Title VII of the Civil Rights Act of 1964, as amended, and due to my age, 61, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 10-1-18 Date — Janice H. Warren, Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

PLAINTIFF'S EXHIBIT 1