APPENDIX 2

Eighth Circuit Model Rules, modified October 22, 2020.

Given the length of the document, Plaintiff will provide an electronic version of the Eighth

Circuit Model Rules, modified October 22, 2020, via email to counsel and the Court.