IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                    **PLAINTIFF**

v.                             Case No. 4:19-cv-00655-BSM

**KEMP, et al.**                                                                        **DEFENDANTS**

### PLAINTIFF'S ADDENDUM WITH APPENDICES AND EXHIBITS IN OPPOSITION TO THE DEFENDANTS' RENEWED RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND THE JUDGMENT

This Addendum serves as a cover sheet for filing the Appendices and Exhibits cited in Plaintiff's Brief filed in opposition to Defendants' Renewed Rule 50(B) Motion for Judgment as a Matter of Law or, In the Alternative, Motion to Alter or Amend the Judgment.

Respectfully submitted this 5th day of April 2022,
Sarah Howard Jenkins
AR Bar No. 97046
Attorney for the Plaintiffs
SARAH HOWARD JENKINS, PLLC
P.O. BOX 242694
Little Rock, AR 72223
Telephone No. (501) 406-0905
Email: sarah@shjenkinslaw.com

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8220
Facsimile: 501-372-5567
Email: Aporte5640@aol.com