

Sarah Jenkins <sarah@shjenkinslaw.com>

## No Opposition to Request for Extension, Local Rule 6.2 (a)
1 message

**Sarah Jenkins** <sarah@shjenkinslaw.com>  Tue, May 3, 2022 at 2:56 PM
To: Cody Kees <ckees@bbpalaw.com>, Jay Bequette <jbequette@bbpalaw.com>, austinlaw@hotmail.com

Cody,
This is to confirm our conversation today, May 3, 2022, at 1:48 p.m. regarding my filing of a Motion for Extension. I appreciate your willingness to consent to my request for a 14-day extension to file my Fed. R. Civ. Pro. 54(d) Motion for Attorney's Fees and Costs. Thank you for sharing that you will not oppose the Motion. As we discussed, I believe an extension occurs automatically under Local Rule 54.1 with the filing of my Motion for Reconsideration yesterday. I'm just exercising an abundance of caution. Thanks again!

Have a Happy Mother's Day.
Sarah
**Sarah Howard Jenkins, PLLC**
**Attorney at Law**
P.O. Box 242694
Little Rock, AR 72223
(501) 406-0905
www.shjenkinslaw.com

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.