IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                                                 **PLAINTIFF**

v.                              Case No. 4:19-cv-00655-BSM

**KEMP, et al.**                                                                                    **DEFENDANTS**

**ADDENDUM**

Plaintiff submits the exhibits with and as an Addendum to her Motion for Attorney's Fees and Cost.

                                                                Respectfully submitted this 19th day of May 2022,

                                                                 Sarah Howard Jenkins
                                                                 AR Bar No. 97046
                                                                 Attorney for the Plaintiffs
                                                                 SARAH HOWARD JENKINS, PLLC
                                                                 P.O. BOX 242694
                                                                 Little Rock, AR 72223
                                                                 Telephone No. (501) 406-0905
                                                                 Email:  sarah@shjenkinslaw.com

                                                                Austin Porter Jr., No. 86145
                                                                PORTER LAW FIRM
                                                                323 Center Street, Suite 1035
                                                                Little Rock, Arkansas 72201
                                                                Telephone: 501-244-8220
                                                                Facsimile: 501-372-5567
                                                                Email: Aporte5640@aol.com
                                                                Attorneys for the Plaintiff