IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                              PLAINTIFF

VS.                              CASE NO. 4:19-CV-00655 BSM

KEMP, ET AL.                                                        DEFENDANTS

| | |
|---|---|
| Sarah Howard Jenkins, PLLC<br>Attorney at Law<br>Arkansas Bar No. 97046<br>P. O. Box 242694<br>Little Rock, Arkansas 72223<br>Telephone: 501-406-0905<br>Email: sarah@shjenkinslaw.com<br><br>Attorney for Plaintiff | William Cody Kees, No. 2012118<br>George Jay Bequette, No. 87012<br>BEQUETTE, BILLINGS & KEES, P.A.<br>425 W. Capitol Avenue, Suite 3200<br>Little Rock, Arkansas 72201<br>Telephone: 501-374-1107<br>Facsimile: 501-374-5092<br><br>jbequette@bbpalaw.com<br>ckees@bbalaw.com<br><br>Attorneys for Defendant |
| Austin Porter Jr., Ark. Bar No. 86145<br>PORTER LAW FIRM<br>Catlett-Prien Tower Building<br>323 Center Street, Suite 1035<br>Little Rock, Arkansas 72201<br>Telephone: 501-244-8200<br>Facsimile: 501-372-5567<br>Email: Aporte5640@aol.com<br><br>Attorney for Plaintiff | |

## AFFIDAVIT OF AUSTIN PORTER JR.

Comes the affiant, **Austin Porter Jr.**, submitting the following affidavit under oath:

1.      I graduated from the University of Arkansas at Little Rock in the fall of 1982 with

a major in criminal justice.  During the spring of 1983, I was awarded one of two Winthrop

1

Rockefeller Scholarships to attend law school at the University of Arkansas at Little Rock (UALR) School of Law. I enrolled at the UALR School of Law during the fall of 1983. I graduated from the UALR School of Law on May 18, 1986. On August 25, 1986, I was admitted to the practice of law before the Bar of Arkansas. I have also been admitted to practice before the United States District Court, Eastern and Western Districts of Arkansas.

2.      Upon completion of law school, I went to work for Central Arkansas Legal Services (CALS), where I handled cases such as domestic relations, consumer, real estate and landlord tenant. I worked at CALS from August 1986 until May 5, 1989. I then worked at Walker, Roaf, Campbell, Ivory & Dunklin. While at this firm, I handled personal injury litigation and criminal matters. I also continued to handle consumer matters. I joined the firm of John W. Walker, P.A. on September 2, 1991, and have been involved in employment discrimination cases, civil rights cases, and voting rights cases. I left the employment of John W. Walker, P.A., on May 7, 1999, when I opened the Porter Law Firm as a solo practitioner.

3.      The professional associations that I hold memberships in are:   Arkansas Bar Association, Pulaski County Bar Association and the W. Harold Flowers Law Society. I served on the Board of Directors of the Pulaski County Bar Association during 1990 and 1991. I served as chairman of the Law Day Committee for the Pulaski County Bar Association. I currently serve on the Arkansas Bar Association's Commission on Diversity, and I am a former member of the Federal Practice Committee.

4.      Some of the cases that I have been involved in are:

**Employment Discrimination**

Harrison v. Moore, United States District No. PB-C-91-0468, Tarar Porter v. Carolyn Staley, United States District Court No. LR-C-94-8, Pamela Smith v. KATV, et al., United States

District Court No. LR-C-94-434; Ollie Eddings, et al. v. Augusta School District, et al., United

States District Court No. H-C-95-120;  Angela Piggee v. Jimmy Jones, 84 F. 3d. 303, 109 Ed. Law

Rep. 622 (8th Cir. 1996); Debra A. Smith, et al. v. Riceland Foods, Inc., 151 F.3d 813 (8th Cir.

1998); Julia Ellis, et al. v. Arkansas Department of Human Services, United States District Court

No. LR-C-97-1036; Shirley Justice v. Togo West, et al., EEOC Commission Nos., 250-98-

8312X/Agency No. 95-1246, 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X/Agency No. 98-2498, 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X/Agency No.

95-1715, Richard Day and Calvin Hollowell v. F. G. "Buddy" Villines, et al., 907 F. Supp. 1264

(E. D. Ark. 1995), reversed 119 F.3d 650 (8th Cir. 1997);  Milton Graham, et al. v. Arkansas

Department of Human Services, United States District Court No. 4:00CV-00960 JMM, Ester

Lunnie, et al. v. University of Arkansas Board of Trustees, et al., United States District Court No.

4:99CV-000809, interlocutory appealed, 255 F.3d. 615 (8th Cir. 2001), Myrtle "Merle" Smith v.

Arkansas Department of Human Services, United States District Court No. 4:00CV00277 GTE;

Michael Coleman v. Holiday Inn Select, 158 F.Supp.2d 923 (E.D.Ark. 2001);  Dorothy Smith v.

Arkansas Teacher Retirement, United States District Court No. 4-01-CV0-0026GH; Nicole L.

Gray v. United States Beef Corporation, United States District Court No. CV-02-6101;   Timothy

Starks v. Southland Hyundai, Inc., d/b/a Northland Hyundai, United States District Court No.

4:01CV-00542 GTE; Ausler v. Arkansas Department of Education, 245 F.Supp.2d 1024 (E.D.

Ark. 2003); Gloria Leapheart v. The City of Morrilton, et al., United States District Court No. LR-

C-91-696; Desi A. Ledbetter v. Alltel Corporate Services, 437 F.3d 717 (8th Cir. 2006), Sheila

Fields v. Shelter Mutual Insurance Co., 520 F.3d 859 (8th Cir. 2008), Carol Fuller v. Fiber Glass

Systems, L.P., 618 F.3d 858 (8th Cir. 2010),  Kelven Hadley v. The City of Pine Bluff, Arkansas,

et al., United States District Court No. 5:08-CV-00184 JLH; Gary Austin v. Fletcher Long, 779

F.3d 522 (8th Cir. 2015); Melvin Smith v. URS Corporation, 803 F.3d 964 (8th Cir. 2014); Jeffrey

Sand Co. v. Adrian Bryant, 919 F.3d 520 (8th Cir. 2019); Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., 935 F.3d 633 (8th Cir. 2019); Doris Smith v. Arkansas Department of Finance and Administration, United States District Court No. 4:17-CV-00857 JM; DaVetta Flowers v. Major General Kendell Penn, United States District Court No. 4:18-CV-577 DPM.

**School Litigation**

Tammie McFarlin, et al. v. Newport Special School District, 980 F.2d 1208 (8th Cir. 1992); Tammie McFarlin, et al. v. Newport Special School District, 784 F.Supp. 589 (E.D.Ark. 1992), Simmons on Behalf of Simmons v. Hooks, 843 F.Supp. 1296 (E.D.Ark. 1994)

**42 U.S.C.S. § 1983**

Adams v. Hartwick, United States District Court No. LR-C-86-747; Willie Ashford v. The City of Hamburg, Arkansas, et al., United States District Court No. 93-1032; Elvin Gamble Jr. v. Pulaski County, Arkansas et al., United States District Court No. LR-C-97-38; Charles Dobbins v. Mike Collie, et al., United States District Court No. 96-6011; Annie Johnson v. Pulaski County, Arkansas, et al., United States District Court No., LR-C-96-594; Delois Parker, et al. v. Columbia County, Arkansas, et al., United States District Court No. CV-97-1075; Wheeler v Prince, 318 F.Supp.2d 767 (E.D.Ark. 2004); Jerry Cooperwood v. The City of Kensett, Arkansas, et al., United States District Court No. 4:05-CV-0902 JLH; Rodney Burrell v. The City of Sherwood, Arkansas, United States District Court No. 4:08-CV-002517 WRW; Dwain Smith v. Conway County, Arkansas, 759 F.3d 853 (8th Cir. 2014); Colbert v. City of Monticello, Arkansas, 775 F.3d 1006 (8th Cir. 2014); Sylvia Perkins, et al. v. Joshua Hastings, et al., United States District Court No. 4:15-CV-00310 BSM; Davdrin Goffin v. Robbie Ashcraft, 957 F.3d 858 (8th Cir. 2020).

**42 U.S.C.S. § 1981**

Johnny Whitfield, et al. v. Forrest City School District, et al., United States District Court No. H-C-88-86, Sherri Betton v. Sears, United States District Court No. LR-C-91-852, Tinika Daniels et. al. v. Dillard's, Inc., et al., 373 F.3d 885 (8th Cir. 2004);

**Labor and Employment Law**

Petty v. Scan, United States District Court No. LR-C-91-324,

**State Reported Opinions**

Green v. Bell, 308 Ark. 473, 826 S.W.2d 226 (1992), Torrence Tabor Cheatham v. State, 63 Ark.App. 106, 974 S.W.2d 490 (Ark.App. 1998); Bell v. Jefferson Hospital Association, Inc., 96 Ark.App. 283, 241 S.W.3d 276 (Ark.App. 2006); Huff and Ward v. Family Dollar Trucking, Inc., et al., 2015 Ark. App. 574 (2015)[1].

5.     I have been a presenter for the following Continuing Legal Education events:

- W. Harold Flowers Law Society – Annual Meeting: Employment: Employment Discrimination – June 20 – 21, 2003;

- Arkansas Bar Association – 2003 Bridging the Gap Seminar: Employment Law – November 8, 2003;

- Arkansas Bar Association – 2004 Bridging the Gap Seminar: Employment Law – November 6, 2004;

- National Business Institute - *Prevent Human Resource Claims* - March 14, 2006;

---

[1]The defendants appealed a jury verdict in the amount of $3,250,000.00, which was affirmed in large part.

To name a few.

6.      The fee that I am requesting in this case is **$375.00** per hour, which rate is reasonable and commensurate with my experience and qualifications.  This rate is comparable to that of other attorneys with my experience, and working in Little Rock, Arkansas who are involved in this type of litigation or in general practice.

7.      In 1994, I was awarded an hourly rate of $130.00 for the work that I performed in the case of Gloria Leapheart v. The City of Morrilton, et al., United States District Court No. LR-C-91-696 and on January 19, 1995, I was awarded an hourly rate of $130.00 for work I performed in the case of Willie Ashford v. The City of Hamburg, Arkansas, et al., United States District Court No. 93-1032.  On September 27, 1996, I was awarded an hourly rate of $135.00 in the case of Richard Day and Calvin Hollowell v. Randy Johnson, et al., United States District Court No. LR-C-94-849 (case and fee award reversed on appeal)[2].  In May 1997, in the case of Charles Dobbins v. Mike Collie, et al., United States District Court No. 96-6011, the parties settled the fee issue, giving undersigned counsel his hourly rate of $135.00.   On December 17, 1997, I was awarded an hourly rate of $135.00 in the case of Debra A. Smith et al. v. Riceland Foods, Inc., 151 F.3d 813 (8th Cir. 1998).  On August 19, 1999, I was awarded an hourly rate of $140.00 in the case of Delois Parker, et al. v. Columbia County, Arkansas, et al., United States District Court No. CV-97-1075.  On July 9, 2001, I was awarded an hourly rate of $150.00 in the case of Shirley Justice v. Togo West, et al., EEOC Commission Nos., 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X/Agency No. 95-1246, 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X/Agency No. 98-2498, 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X/Agency No. 95-1715.  On October 5, 2001,  I was awarded an hourly rate of $150.00 in the case of Kevin Byers v. Augusta School District, *et al.*,

---

[2] Richard Day and Calvin Hollowell v. Randy Johnson, et al., 119 F.3d 650 (8th Cir. 1997).

United States District Court No. 2:97CV00109JFF.   On the date of December 17, 2001, I was awarded an hourly rate of $150.00 in the case of <u>Milton Graham, et al. v. Arkansas Department of Humans Services</u>, United States District Court No. 4:00CV-00960 JMM.   On May 5, 2003, I was awarded an hourly rate of $170.00 in the case of <u>Nicole L. Gray v. United States Beef Corporation</u>, United States District Court No. CV-02-6101.   On October 28, 2004, I was awarded an hourly rate of $200.00 in the case of <u>Desi A. Ledbetter v. Alltel Corporate Services, Inc.</u>, United States District Court No. 4-03-CV-00533 WRW.[3]   In January 2007, I was awarded an hourly rate of $225.00 based on a settlement in the case of <u>Jerry Cooperwood v. The City of Kensett, Arkansas, et al.</u>, United States District Court No. No. 4:05-CV-0902 JLM.   In March 2009, I was awarded an hourly rate of $250.00[4] in the case of <u>Levoria Jefferson, et al. v. Helena/West Helena School District</u>, United States District Court No. Case No. 2:04-CV-00170 BRW.   In September 2009, I was awarded an hourly rate of $225.00 in the case of <u>Carol L. Fuller v. Fiber Glass Systems, L.P.</u>, United States District Court No. 4:07-CV-01120 BRW.   In September 2016, I was awarded an hourly rate of $325.00 in the case of <u>Little Rock School District v. Pulaski County Special School District, et al.</u>, United States District Court No. 4:82-CV-00866 DPM.   On October 20, 2017, undersigned counsel was awarded an hourly rate of $350.00 in the case of <u>Sylvia Perkins, et al. v. Joshua Hastings, et al</u>, United States District Court No. 4:15-CV-00310.   On May 31, 2018, undersigned counsel was awarded an hourly rate of $350.00 in the case of <u>Adrian Bryant v. Jeffrey Sand Company</u>, United States District Court No. 4:16-CV-0509 BSM.[1]   On July 23, 2018, undersigned counsel was awarded an hourly rate of $285.00 by The Honorable Price Marshall;

---

[3]Alltel Corporate Services, Inc., did not challenge this hourly rate at the district court level, apparently believing it to be reasonable.

[4]Aldolphus Hicks did not challenge this hourly rate at the district court level, believing it to be reasonable.

[1] This hourly rate was upheld on appeal. *See* <u>Adrian Bryant v. Jeffrey Sand Co.</u>, 919 F.3d 520, 529 (8th Cir. 2019).

counsel had requested his customary hourly rate of $350.00, but Judge Marshall refused despite stating that "[M]r. Porter is a gifted, skilled, and experienced lawyer." The Court noted that Mr. Ridgell's success "wasn't across the board." The jury ruled in favor of Mr. Ridgell's race claim, but not the retaliation claim. *See* Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., United States District Court No. 5:16-CV-00073 DPM [**Doc. # 87**][2]. On May 2, 2019, undersigned counsel was also awarded his customary hourly rate of $350.00 by the Eighth Circuit Court of Appeals. *See* Adrian Bryant v. Jeffrey Sand Company, Eighth Circuit Court of Appeals No. 18-2297. In June 2020, in the case of Doris Smith v. Department of Finance and Administration, United States District Court No. 4:17-CV-00857 JM, undersigned counsel requested an hourly rate of $350.00, which was not opposed, and the defendant agreed to pay the jury verdict of $331,333.81, fees, and other requested equitable relief.

8.      The total time that I am seeking to be compensated for in this case is **196.25** hours.

9.      The total time of **196.25** hours is a conservative but reasonable submission based upon my time records which were prepared contemporaneously to the performance of the work. I have attached a true and accurate account of the hours that I have expended in representing the plaintiff **Janice Hargrove Warren.** The total amount of time being billed is submitted upon careful review of my records, and necessary reductions of hours have been made in order to avoid unproductive and duplicative work. (**See Exhibit "A"**).

This statement is true and correct to the best of my knowledge, records, information and belief.

_____
Austin Porter Jr., No. 86145

---

[2] The Eighth Circuit reversed the jury verdict in this case *in toto*. *See* Albert Ridgell v. The City of Pine Bluff, Arkansas, et al., 935 F.3d 633 (8th Cir. 2019).

STATE OF ARKANSAS )
                      )ss.
COUNTY OF PULASKI )


SUBSCRIBED and SWORN to before me, a Notary Public, on this 3rd day of
May          , 2022.

_Ashley Hathcock_
NOTARY PUBLIC


MY COMMISSION EXPIRES:

_August 16, 2028_

ASHLEY HATHCOCK
MY COMMISSION # 12705421
EXPIRES: August 16, 2028
Pulaski County

9

PORTER LAW FIRM
The Tower Building
323 Center Street, Suite 1035
Little Rock, AR  72201


Invoice submitted to:
Janice Hargrove Warren
8917 Northwood Creek Drive #B
North Little Rock ARKANSAS 72213


May 2, 2022

In Reference To:   Janice Hargrove Warren v. Pulaski County Special School District,
United States District Court No. 4:19-cv-0655

Invoice #10024

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/6/2020 | Spoke with Sarah Jenkins about entering my appearance in this case. | 0.40 375.00/hr | 150.00 |
| 10/8/2020 | Reviewing pleading, complaint, other documents. | 4.50 375.00/hr | 1,687.50 |
| 10/9/2020 | Reviewing summary judgement motion response | 4.50 375.00/hr | 1,687.50 |
| 10/18/2020 | Reviewed emails from Sarah Jenkins about pre-trial disclosures, also about entering my appearance in the case. | 0.30 375.00/hr | 112.50 |
| 11/2/2020 | Reviewed emails from Sarah Jenkins regarding Crossett South African trip. | 0.20 375.00/hr | 75.00 |
| | Sent copies of jury instructions to Professor Jenkins. | 0.40 375.00/hr | 150.00 |
| 11/3/2020 | Emails reguesting copies of depositions. | 0.20 375.00/hr | 75.00 |
| 11/14/2020 | Reviewing jury instructions. | 0.70 375.00/hr | 262.50 |
| 1/16/2021 | Reviewing email from Professor Jenkins regarding motion for sanctions and fees. | 0.50 375.00/hr | 187.50 |
| 6/16/2021 | Spoke with Professor Jenkins in reference to Section 1981.  Also reviewed damages profile. | 0.60 375.00/hr | 225.00 |

EXHIBIT

A

Janice Hargrove Warren                                                                    Page      2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/21/2021 | Reviewed email from Professor Jenkins regarding case matter. | 0.20 375.00/hr | 75.00 |
| 7/22/2021 | Sent emails regarding settlement discussions. | 0.50 375.00/hr | 187.50 |
| 7/27/2021 | Reviewing materials for mediation. | 3.75 375.00/hr | 1,406.25 |
| 7/29/2021 | Sent emails regarding planned mediation. | 0.20 375.00/hr | 75.00 |
| 7/30/2021 | Mediation for Dr. Warren. | 5.75 375.00/hr | 2,156.25 |
| 8/3/2021 | Read Jett v. Dallas Independent School District. | 0.75 375.00/hr | 281.25 |
| 8/4/2021 | Reviewed email from Professor Jenkins regarding Jett v. Dallas Independent School District. | 0.30 375.00/hr | 112.50 |
| 8/26/2021 | Sent Sarah an email regarding depositions. | 0.40 375.00/hr | 150.00 |
| 9/10/2021 | Reviewed Cody Kees' settlement offer of $350,000.00. | 0.10 375.00/hr | 37.50 |
|  | Spoke with Sarah Jenkins regarding Cody Kees' settlement offer of $350,000.00. | 0.40 375.00/hr | 150.00 |
| 10/12/2021 | Reviewing defendant's motion for summary judgement, and plaintiff's response. | 5.50 375.00/hr | 2,062.50 |
| 12/30/2021 | Reviewing court's ruling on motion for summary judgment, motion in limine, and other matters. | 4.75 375.00/hr | 1,781.25 |
| 1/17/2022 | Reading and summarizing deposition of Shelby Thomas. | 4.50 375.00/hr | 1,687.50 |
|  | Reading and summarizing deposition of Dr. Linda Remele. | 1.25 375.00/hr | 468.75 |
| 1/27/2022 | Reading and summarizing deposition of Tina Ward. | 5.75 375.00/hr | 2,156.25 |
| 1/29/2022 | Reading and summarizing deposition of Earnest Duckery. | 4.75 375.00/hr | 1,781.25 |
| 2/3/2022 | Reading and summarizing deposition of Earnest Duckery. | 5.75 375.00/hr | 2,156.25 |

Janice Hargrove Warren                                                                                    Page      3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/4/2022 | Reading and summarizing deposition of Alicia Gillen. | 2.00 375.00/hr | 750.00 |
| 2/5/2022 | Reading and summarizing deposition of Alicia Gillen. | 2.75 375.00/hr | 1,031.25 |
| 2/6/2022 | Reading and summarizing deposition of Alicia Gillen. | 1.20 375.00/hr | 450.00 |
| 2/7/2022 | Reading and summarizing deposition of Alicia Gillen. | 1.90 375.00/hr | 712.50 |
|  | Trial preparation, reviewing jury bio, pleading, jury instruction, reviewing notes, deposition summaries. | 5.75 375.00/hr | 2,156.25 |
| 2/9/2022 | Reading and summarizing deposition of Alicia Gillen. | 3.55 375.00/hr | 1,331.25 |
| 2/10/2022 | Reading and summarizing deposition of Dr. Linda Remele. | 5.25 375.00/hr | 1,968.75 |
|  | Trial preparation, reviewing jury bio, pleading, jury instruction, reviewing notes, deposition summaries. | 3.25 375.00/hr | 1,218.75 |
| 2/11/2022 | Reading and summarizing deposition of Dr. Linda Remele. | 2.50 375.00/hr | 937.50 |
|  | Trial preparation, reviewing jury bio, pleading, jury instruction, reviewing notes, deposition summaries. | 2.75 375.00/hr | 1,031.25 |
| 2/12/2022 | Reading and summarizing deposition of Dr. Linda Remele. | 4.10 375.00/hr | 1,537.50 |
| 2/13/2022 | Reading and summarizing deposition of Dr. Linda Remele. | 5.50 375.00/hr | 2,062.50 |
| 2/14/2022 | Reading and summarizing deposition of Dr. Linda Remele. | 0.50 375.00/hr | 187.50 |
|  | Court - trial started. | 9.00 375.00/hr | 3,375.00 |
| 2/15/2022 | Pre-trial preparation. | 2.75 375.00/hr | 1,031.25 |
|  | Court - trial. | 8.75 375.00/hr | 3,281.25 |
| 2/16/2022 | Trial preparation, reviewing notes from the previous two (2) days, reviewing deposition summaries. | 4.25 375.00/hr | 1,593.75 |

Janice Hargrove Warren                                                                    Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/17/2022 | Court - trial. | 10.25<br>375.00/hr | 3,843.75 |
| 2/18/2022 | Court - trial. | 10.30<br>375.00/hr | 3,862.50 |
| 2/19/2022 | Reviewing notes, deposition summaries, pleading. | 4.50<br>375.00/hr | 1,687.50 |
| 2/22/2022 | Court - trial. | 7.25<br>375.00/hr | 2,718.75 |
| 2/23/2022 | Court - trial. (Went home early due to weather - sleeting.) | 4.25<br>375.00/hr | 1,593.75 |
| 2/25/2022 | Court - jury verdict. | 0.75<br>375.00/hr | 281.25 |
| 2/26/2022 | Email to Sarah. | 0.60<br>375.00/hr | 225.00 |
|  | Read cases - Sanders v. Lee County School District, Johnson, et al. v. Georgia Highway Express. | 2.75<br>375.00/hr | 1,031.25 |
| 2/27/2022 | Working on anticipated Rule 50(b) response. | 5.85<br>375.00/hr | 2,193.75 |
| 2/28/2022 | Time management. | 1.30<br>375.00/hr | 487.50 |
|  | Working on anticipated Rule 50(b) response. | 3.75<br>375.00/hr | 1,406.25 |
| 3/4/2022 | Read the following cases in references to damages against the district:  a) Pembaur v. City of Cincinnati, et al., b) Jamil v. Secretary of Defense, c) Evans v. Kansas City, Missouri (retaliation),, d) Setser v. Novack (I & II). | 6.25<br>375.00/hr | 2,343.75 |
| 3/6/2022 | Working on anticipated Rule 50(b) response. | 2.50<br>375.00/hr | 937.50 |
| 3/11/2022 | Spoke with Sarah about recovering under Sec. 1981 and Title VII. | 0.30<br>375.00/hr | 112.50 |
|  | Read Brown v. GSA, 42 U.S.C. 820 (1976) and Johnson v. Railway Express, Inc., 421 U.S. 454 (1975). | 1.75<br>375.00/hr | 656.25 |
| 3/12/2022 | Worked on motion for equitable relief. | 5.75<br>375.00/hr | 2,156.25 |
| 3/19/2022 | Worked on Amended and Substituted Motion and Brief for Equitable Relief. | 1.20<br>375.00/hr | 450.00 |

Janice Hargrove Warren                                                                    Page      5

|            |                                                                      | Hrs/Rate | Amount |
|------------|----------------------------------------------------------------------|----------|--------|
| 3/21/2022  | Worked on Amended and Substituted Motion and Brief for Equitable Relief. | 1.50<br>375.00/hr | 562.50 |
| 3/26/2022  | Reviewed the defendant's Rule 50(b) motion.                          | 0.70<br>375.00/hr | 262.50 |
|            | Read Evans v. Kansas City School District.                           | 0.80<br>375.00/hr | 300.00 |
| 4/5/2022   | Reviewed Prof. Jenkins Rule 50(b) brief, made changes and suggestions. | 1.30<br>375.00/hr | 487.50 |
|            | For professional services rendered                                   | 196.25   | $73,593.75 |
|            | Balance due                                                          |          | $73,593.75 |