

# AT&T Records key

AT&T searches all available databases to ensure all responsive records are provided. Multiple reports may be provided in response to your request.

**Note: For each record described in this key, all times are stored and provided in UTC**

## AT&T Mobility Voice Descriptions

| Column/Field Name | Description |
|---|---|
| **Item** | Row Number |
| **Conn.Date** | Connection Date. The date of the call. |
| **Conn.Time(UTC)** | Connection Time. The time the call was connected. Time is in UTC. Times is expressed in military time as HH:MM:SS. |
| **Conn Date Time** | Connection date and time- Date and Time the call was connected. Displayed as one column on the Landline Call Detail Records. |
| **SeizureTime** | The time it takes to connect the call measured from the moment the caller presses “Send” to when the call is connected. |
| **ET (Elapsed Time)** | Duration of the transaction. Duration is in MM:SS |
| **Originating Number** | The phone number the call/text originated from. For data records, this does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |
| **Terminating Number** | The number the transaction terminated to. |
| **DIALED (D)** | The number that the originating party dialed.<br>Appears in subsequent line of the same row in the Originating Number column.<br>*(Note: only appears if the Terminating number differs from the Dialed number)*<br>A = *, B = # |
| **FORWARDED (F)** | The number the terminated number forwarded the call to.<br>Appears in subsequent line of the same row in the Originating Number column. |
| **TRANSLATED (T)** | Indicates if a number was translated to a different number. For example, if the number called is 911, then that gets translated to a ten-digit number for routing to a 911 dispatch center. The (T) indicates the number the translation was from, not the number translated to. |
| **ORIGINAL ORIGINATING (OO)** | Denotes the number that originated the call before call forwarding was invoked.<br>Appears in subsequent line of the same row in the Originating Number column. |
| **-1** | Represents no record found or available. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



| | |
|---|---|
| **IMEI International Mobile Equipment Identifier** | A 15-digit number that uniquely identifies an individual wireless device<br><br>Only the IMEI of the number requested is displayed. |
| **IMSI International Mobile Subscriber Identity** | The IMSI is a globally-unique code number that identifies a GSM subscriber to the network. The IMSI is linked to your account information with the carrier. The IMSI resides in the SIM card which can be moved from one GSM phone to another.<br><br>Only the IMSI of the number requested in the legal demand is displayed. |
| **CT (Call Type)** | Denotes if the leg of a call is an originating leg or terminating leg.<br><br>Mobile Originating (MO)<br>Mobile Terminating (MT)<br>Service Originating (SO)<br>Service Terminating (ST)<br><br>**A leg of a call represents each time the call is processed through a network switch. Calls may go through several switches in AT&Ts network in order to reach the intended party.**<br><br>**A service record is generated when the network generates a leg of a call to reach a service on the network. For example, a leg connecting to the voicemail platform denotes a service invoked on the network and may show up as a service record.** |
| **Feature** | This column represents the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed too. |
| **Make** | The Make of the handset used in the transaction. |
| **Model** | The Model of the handset used in the transaction. |
| **Cell Location** | **Identifiers:**<br>3G Network cell Site= LAC/CID<br><br>4G Network Cell Site= ECGI<br><br>**Examples:**<br>3G Network Cell Site. [27077/11621:-80.05629:26.74779:350:90.0]<br>**LAC/CID LONG:LAT Sector:Beamwidth** |



| | |
|---|---|
| | 4G Network Cell Site {133151247:520122: -96.912452:33.013937:358:-1.0<br>**ECGI:ENB-ID** **LONG:LAT** **Sector:Beamwidth**<br><br>**Definitions:**<br>LAC-Location Area Code. This number identifies the specific region a cell tower is located in. The number is used internally in AT&T and for network purposes.<br><br>CID-Cell Identity. This number identifies the location of the tower within a specified region. The number is used internally in AT&T and for network purposes.<br><br>ECGI-Enhanced cell global identity. A nine digit number that indicates the location of a cell tower when 4G technology is being used. The number is used internally in AT&T and for network purposes.<br><br>ENB-ID- Evolved Node B (eNodeB) Hardware connected to the AT&T mobility network that communicates directly with a mobile device. This number is used internally to AT&T to identify a specific antenna on a tower when 4G technology is used.<br><br>Longitude - A geographic coordinate that specifies an East-West Position of a point on the earth's surface. The Latitude represented is of the cell tower.<br><br>Latitude - A geographic coordinate that specifies a North-South Position of a point on the earth's surface. The Longitude represented is of the cell tower.<br><br>Sector-A number out of 360 degrees that indicates the side of the cell site antenna used in processing the call.<br><br>Beamwidth-A number out of the 360 degrees that specifies the angle of coverage of the RF signal coming from a particular cell site sector. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## Feature Definitions for Mobility Voice Report

Features represents the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed to.

| Feature Acronym | Feature Definition |
|---|---|
| **'ADD'** | Unstructured Supplementary Service Data |
| **'CBI'** | Barring of All Incoming Calls |
| **'CBIOP'** | Incoming Operator Determined Barring |
| **'CBIP'** | Barring of All Incoming Calls Roaming Outside Public Land Mobile Network |
| **'CBIUK'** | Barring of Incoming Calls |
| **'CBO'** | Barring of All Outgoing Calls |
| **'CBOI'** | Barring of All Outgoing Intl Calls |
| **'CBOIP'** | Barring of All Outgoing Intl Calls Except to Public Land Mobile Network |
| **'CBOOP'** | Outgoing Operator Determined Barring |
| **'CBOUK'** | Barring of Outgoing Calls |
| **'CBUK'** | All Barring |
| **'CFB'** | Call Forwarding Subscriber Busy |
| **'CFC'** | Call Forwarding All Conditional |
| **'CFNA'** | Call Forwarding No Reply |
| **'CFNR'** | Call Forwarding Not Reachable |
| **'CFO'** | Call Forwarding in Gateway (Unknown) |
| **'CFU'** | Call Forwarding Unconditional |
| **'CFUK'** | All Forwarding |
| **'CGC'** | Advice of Charge Charging |
| **'CGI'** | Advice of Charge Information |
| **'CIAC'** | Account Code Service |
| **'CICUG'** | Closed user Groups Service |
| **'CIPCI'** | Proprietary Customer Information |
| **'CMH'** | Call Hold |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



| | |
|---|---|
| **'CMPRL'** | Proprietary Release Link Trunk Service |
| **'CMPVM'** | Proprietary Voice Mail Call Dropback |
| **'CMR'** | Call Re-origination |
| **'CMRC'** | Call Re-Origination By Cause |
| **'CMW'** | Call Waiting |
| **'ECT'** | Explicit Call Transfer |
| **'GREM'** | Enhanced Multi |
| **'INIOR'** | Invoke Calling Number Identity Restriction |
| **'MPS'** | Multiparty Services |
| **'NIND'** | Proprietary Calling Name Delivery |
| **'NIOP'** | Calling Number Identity Presentation |
| **'NIOR'** | Calling Number Identity Restriction |
| **'NITP'** | Connected Line Identity Presentation |
| **'NITR'** | Connected Line Identity Restriction |
| **'NSDA'** | Directory Assistance Service Call |
| **'OACR'** | Anonymous Call Rejection |
| **'OEXT'** | Extension Service |
| **'OMCT'** | Malicious Call Trace |
| **'OMSC'** | MSC |
| **'OOR'** | Optimal Routing (of Late Call Forwarding) |
| **'SUBCMH' Call hold** | Call hold, Invoke, Invoked by Subscriber |
| **V2G** | Volte to 3G. It indicates the call was handed off from one Volte (a VOIP call) to the 3G network (circuit switched call) |
| **VM** | Voicemail involved in transaction |
| **VCORR** | 4G Cell site was correlated with additional database |
| **FCID** | "Flexible Caller ID" This indicates a secondary device, such as a watch or tablet, originated the call. The number indicated as the Original Originating (OO) is the native number belonging to the secondary device that originated the call. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## Feature Definitions for Mobility Voice and Mobility SMS Report

Features represents the type of Call/SMS that occurred as recorded by our network and used for purposes of processing a Call/SMS on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed to.

| Feature Acronym | Feature Definition |
|---|---|
| **'Wi-Fi'** | This denotes when a Call/SMS was carried over Wi-Fi. No cell sites or any type of location information is available on these transactions because AT&T does not store this information. |

## AT&T Mobility SMS Descriptions

| Column Name | Description |
|---|---|
| **Originating Number** | Number that originated the SMS |
| **Terminating Number** | Number that received the SMS |
| **Description** | If known, describes the direction of the SMS<br>SMSO (SMS originating)<br>SMST (SMS terminating) |

## AT&T Mobility SMS-Email Descriptions

| Column Name | Description |
|---|---|
| **Email** | Email address associated |
| **Email Status** | SEND/RCVD |
| **Description** | MO (Mobile originating) MT (Mobile terminating)<br>AO (Application originating)<br>AT (Application terminating) |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## AT&T Mobility Data Descriptions

| Column Name | Description |
|---|---|
| **Bytes Up** | The number of bytes sent from mobile station to the network. |
| **Bytes Dn** | The number of bytes from the network to the mobile station. |
| **Originating Number** | For data records, the Originating Number does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |

## AT&T Wi-Fi Data Descriptions

This report signifies data transactions where the customer is connected to Wi-Fi using AT&T VPN service.

| Column Name | Description |
|---|---|
| **Bytes Up** | The number of bytes sent from mobile station to the network. |
| **Bytes Dn** | The number of bytes from the network to the mobile station. |
| **Originating Number** | For data records, the Originating Number does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## AT&T Wireline Descriptions

| Column Name | Description |
|---|---|
| **Sec. Orig** | Secondary Originating Number. A secondary number associated with the call transaction. This number can either be a wireline or mobility number. As an example, if it is a non-mobility number, this could be a number that sits behind a customer's internal phone network such as a PBX. There are other numerous situations when secondary originating numbers are part of a call transaction. |
| **CIC** | Carrier Identification Code. The number in this column translates to identifying the interexchange carrier of the call. A public listing of CIC codes can be found at the following url: http://www.nanpa.com/reports/reports_cic.html |
| **Call Code** | Represents the type of call that was processed on the wireline network. |
| **Orig. Acc.** | Originating Access ID. When a call is received from another carrier and traverses AT&Ts VoIP network. This number translates to what carrier sent AT&T the call. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



## AT&T International Descriptions

| Column Name | Description |
|---|---|
| Orig Country | The country the call originated from based on the NPA-NXX of the party that placed the call. |
| Dial Country | The country of the number dialed based on the NPA-NXX of the dialed number. |
| In Country | Inbound Country. The country AT&T terminated the call to. This does not necessarily mean the called party is in the listed country. This represents the country that AT&T directed the call to in order to properly route the call to its final destination. Other carriers may pick up the call after the call has left the AT&T network. |
| Out Country | Outbound Country. The country AT&T routed the call from. This does not necessarily mean the call originated from the listed country. This represents the country AT&Ts network was used in to properly route the call to its final destination. |
| Ans Ind | Indicates if the call was answered. |
| From CPN | From Calling Party Number. Indicates if the call originated from the Originating Number. |

## AT&T Common Scenarios

| Scenarios | Description |
|---|---|
| Zero Duration Calls | Voice usage reports showing all calls with zero durations in the Elapsed Time "ET" column indicate calls that were not connected. Numbers such as this are commonly used for routing purposes. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.