**4:18-cv-00029-SWW** Carter v. Pulaski County Special School District
Susan Webber Wright, presiding
**Date filed:** 01/12/2018
**Date terminated:** 01/30/2019
**Date of last filing:** 05/15/2020

# Case Summary

**Office:** Central Division
**Jury Demand:** Both
**Nature of Suit:** 442
**Jurisdiction:** Federal Question
**County:** Pulaski
**Origin:** 1
**Lead Case:**
**Related Case:**
**Defendant Custody Status:**
**Flags:** CLOSED,JTK,JURY,PROTO

**Filed:** 01/12/2018
**Demand:**
**Cause:** 42:2000 Job Discrimination (Race)
**Disposition:** Judgment - Motion Before Trial def
**Terminated:** 01/30/2019
**Reopened:**
None
None

**Other Court Case:** 19-1426[USCA8]

**Plaintiff:** Marion Carter  **represented by**  Shawn Garrick Childs (Designation Retained)  **Phone:** 501-374-3758  **Email:** schilds@walkerandchilds.com

**Plaintiff:** Marion Carter  **represented by**  John W. Walker (Designation Retained)  **Phone:** 501-374-3758  **Email:** johnwalkeratty@aol.com

**Defendant:** Pulaski County Special School District  **represented by**  George Jay Bequette, Jr.  **Phone:** 501-374-1107  **Email:** jbequette@bbpalaw.com

**Defendant:** Pulaski County Special School District  **represented by**  William Cody Kees  **Phone:** 501-374-1107  **Fax:** 501-374-5092  **Email:** ckees@bbpalaw.com

**4:18-cv-00218-BSM** Petersen v. Pulaski County Special School District
Brian S. Miller, presiding
**Date filed:** 03/26/2018
**Date terminated:** 09/25/2019
**Date of last filing:** 09/25/2019

# Case Summary

**Office:** Central Division | **Filed:** 03/26/2018
**Jury Demand:** Both | **Demand:**
**Nature of Suit:** 445 | **Cause:** 42:2000e Job Discrimination (Employment)
**Jurisdiction:** Federal Question | **Disposition:** Dismissed – Settled (7 person majority firm 6 white males, 1 white female)
**County:** Faulkner | **Terminated:** 09/25/2019
**Origin:** 1 | **Reopened:**
**Lead Case:** None
**Related Case:** None | **Other Court Case:** None

**Defendant Custody Status:**
**Flags:** CLOSED,BD,JURY

| | | | |
|---|---|---|---|
| **Plaintiff:** Debra L Petersen | **represented by** | Clayton R. Blackstock | **Phone:** 501-378-7870<br>**Email:** cblackstock@mitchellblackstock.com |
| **Defendant:** Pulaski County Special School District | **represented by** | George Jay Bequette, Jr. | **Phone:** 501-374-1107<br>**Fax:** 501-374-5092<br>**Email:** jbequette@bbpalaw.com |
| **Defendant:** Pulaski County Special School District | **represented by** | William Cody Kees | **Phone:** 501-374-1107<br>**Fax:** 501-374-5092<br>**Email:** ckees@bbpalaw.com |

**4:18-cv-00356-JM** D'Abadie v. Pulaski County Special School District
James M. Moody Jr., presiding
**Date filed:** 05/25/2018
**Date terminated:** 02/09/2021
**Date of last filing:** 02/09/2021

# Case Summary

**Office:** Central Division          **Filed:** 05/25/2018
**Jury Demand:** Defendant           **Demand:**
**Nature of Suit:** 442              **Cause:** 42:2003 Job Discrimination
**Jurisdiction:** Federal Question   **Disposition:** Judgment - Jury Verdict
**County:** Saline                   **Terminated:** 02/09/2021
**Origin:** 1                        **Reopened:**
**Lead Case:**                       None
**Related Case:**                    None                          **Other Court Case:** None
**Defendant Custody Status:**
**Flags:** CLOSED,JTK,JURY,PROTO

| | | | |
|---|---|---|---|
| **Plaintiff:** Cynthia D'Abadie | **represented by** | Shawn Garrick Childs (Designation Retained) | **Phone:** 501-374-3758 **Email:** schilds@walkerandchilds.com |
| **Plaintiff:** Cynthia D'Abadie | **represented by** | John W. Walker(Designation Retained) | **Phone:** 501-374-3758 **Email:** johnwalkeratty@aol.com |
| **Plaintiff:** Cynthia D'Abadie | **represented by** | Lawrence Anthony Walker | **Phone:** 501-374-3758 **Fax:**   501-374-4187 **Email:** tonywalkeratty@gmail.com |
| **Defendant:** Pulaski County Special School District | **represented by** | George Jay Bequette, Jr. | **Phone:** 501-374-1107 **Fax:**   501-374-5092 **Email:** jbequette@bbpalaw.com |
| **Defendant:** Pulaski County Special School District | **represented by** | William Cody Kees | **Phone:** 501-374-1107 **Fax:**   501-374-5092 **Email:** ckees@bbpalaw.com |

**4:18-cv-00508-DPM** Beasley et al v. McNulty et al
D. P. Marshall Jr., presiding
**Date filed:** 08/06/2018
**Date terminated:** 02/01/2021
**Date of last filing:** 02/01/2021

# Case Summary

**Office:** Central Division
**Jury Demand:** Both
**Nature of Suit:** 442
**Jurisdiction:** Federal Question
**County:** Pulaski
**Origin:** 1
**Lead Case:**
**Related Case:**
**Defendant Custody Status:**
**Flags:** CLOSED,JJV,JURY

**Filed:** 08/06/2018
**Demand:**
**Cause:** 42:2000 Job Discrimination (Race)
**Disposition:** <mark>Judgment - Motion Before Trial</mark>
**Terminated:** 02/01/2021
**Reopened:**
None
None                                    **Other Court Case:** None

| | | |
|---|---|---|
| **Plaintiff:** Jennifer Beasley | **represented by** Shawn Garrick Childs (Designation Retained) | **Phone:** 501-374-3758 **Email:** schilds@walkerandchilds.com |
| **Plaintiff:** Kiffany Pride | **represented by** Shawn Garrick Childs (Designation Retained) | **Phone:** 501-374-3758 **Email:** schilds@walkerandchilds.com |
| **Plaintiff:** Laura Shirley | **represented by** Shawn Garrick Childs (Designation Retained) | **Phone:** 501-374-3758 **Email:** schilds@walkerandchilds.com |
| **Plaintiff:** Nicole Townsend | **represented by** Shawn Garrick Childs (Designation Retained) | **Phone:** 501-374-3758 **Email:** schilds@walkerandchilds.com |
| **Defendant:** Charles McNulty | **represented by** George Jay Bequette, Jr. | **Phone:** 501-374-1107 **Fax:** 501-374-5092 **Email:** jbequette@bbpalaw.com |

**4:19-cv-00751-DPM** Nellums v. North Little Rock School District
D. P. Marshall Jr., presiding
**Date filed:** 09/23/2019
**Date terminated:** 10/07/2020
**Date of last filing:** 10/09/2020

# Case Summary

| | |
|---|---|
| **Office:** Central Division | **Filed:** 09/23/2019 |
| **Jury Demand:** Defendant | **Demand:** |
| **Nature of Suit:** 442 | **Cause:** 42:2000 Job Discrimination (Race) |
| **Jurisdiction:** Federal Question | **Disposition:** Dismissed – Voluntarily |
| **County:** Pulaski | **Terminated:** 10/07/2020 |
| **Origin:** 1 | **Reopened:** |
| **Lead Case:** | None |
| **Related Case:** | None |

**Other Court Case:** 2:19-cv-00121[USDC Arkansas Eastern]

**Defendant Custody Status:**
**Flags:** CLOSED,JTR,JURY,PROTO

**Plaintiff:** Michael Nellums          represented by Lawrence Anthony Walker  **Phone:**501-374-3758
                                                                            **Fax:**   501-374-4187
                                                                            **Email:**tonywalkeratty@gmail.com

**Defendant:** North Little Rock School District **represented by** George Jay Bequette, Jr.   **Phone:**501-374-1107

**4:19-cv-00778-LPR** Grigsby v. Pulaski County Special School District
Lee P. Rudofsky, presiding
**Date filed:** 11/04/2019
**Date terminated:** 07/14/2021
**Date of last filing:** 07/14/2021

# Case Summary

**Office:** Central Division          **Filed:** 11/04/2019
**Jury Demand:** Both                  **Demand:**
**Nature of Suit:** 442                 **Cause:** 42:2000 Job Discrimination (Sex)
**Jurisdiction:** Federal Question     **Disposition:** Judgment – Motion Before Trial def
**County:** Pulaski                     **Terminated:** 07/14/2021
**Origin:** 1                           **Reopened:**
**Lead Case:**                          None
**Related Case:**                       None                          **Other Court Case:** None
**Defendant Custody Status:**
**Flags:** CLOSED,JTR,JURY

**Plaintiff:** Wanda Grigsby                **represented by** Austin Porter, Jr.       **Phone:** 501-244-8200
                                           (Designation Retained)   **Fax:**   501-372-5567
                                                                     **Email:** aporte5640@aol.com
**Defendant:** Pulaski County Special School District **represented by** George Jay Bequette, Jr. **Phone:** 501-374-1107
                                                                     **Fax:**   501-374-5092

**4:20-cv-01357-JM** Steveson v. Pulaski County Special School District
James M. Moody Jr., presiding
**Date filed:** 11/17/2020
**Date of last filing:** 06/01/2021

# Case Summary

**Office:** Central Division         **Filed:** 11/17/2020
**Jury Demand:** Both               **Demand:**
**Nature of Suit:** 445             **Cause:** 42:2000e Job Discrimination (Employment)
**Jurisdiction:** Federal Question  **Disposition:**
**County:** Pulaski                 **Terminated:**
**Origin:** 1                       **Reopened:**
**Lead Case:**                      None
**Related Case:**                   None                                **Other Court Case:** None
**Defendant Custody Status:**
**Flags:** ERE,JURY

| | | | |
|---|---|---|---|
| **Plaintiff:** Lavetta Steveson | **represented by** | April Rheaume (Designation Retained) | **Phone:** 501-904-1655 **Fax:** 501-904-1655 **Email:** april@sanfordlawfirm.com |
| **Plaintiff:** Lavetta Steveson | **represented by** | Joshua Sanford(Designation Retained) | **Phone:** 501-221-0088 **Fax:** 888-787-2040 **Email:** josh@sanfordlawfirm.com |
| **Defendant:** Pulaski County Special School District | **represented by** | George Jay Bequette, Jr. | **Phone:** 501-374-1107 |

**4:21-cv-00612-JM** Bailey v. Pulaski County Special School District et al
James M. Moody Jr., presiding
**Date filed:** 07/08/2021
**Date of last filing:** 11/30/2021

# Case Summary

**Office:** Central Division      **Filed:** 07/08/2021
**Jury Demand:** Defendant      **Demand:**
**Nature of Suit:** 442      **Cause:** 42:1983 Civil Rights (Employment Discrimination)
**Jurisdiction:** Federal Question      **Disposition:**
**County:** Pulaski      **Terminated:**
**Origin:** 1      **Reopened:**
**Lead Case:**      None
**Related Case:**      None      **Other Court Case:** None
**Defendant Custody Status:**
**Flags:** JURY,PROTO,PSH

**Plaintiff:** Mary Carolyn Bailey      represented by   George R. Coleman, Jr.   **Phone:**501-707-5544
     (Designation Retained)    **Fax:**    501-375-1027
     **Email:** grc@jacknelsonjones.com
**Defendant:** Pulaski County Special School District **represented by** George Jay Bequette, Jr. **Phone:**501-374-1107

**4:98-cv-00070-SWW** Anderson, et al v. Pulaski Cty School
Susan Webber Wright, presiding
**Date filed:** 02/03/1998
**Date terminated:** 03/02/2006
**Date of last filing:** 03/02/2006

# Case Summary

| | |
|---|---|
| **Office:** Central Division | **Filed:** 02/03/1998 |
| **Jury Demand:** Defendant | **Demand:** $0 |
| **Nature of Suit:** 442 | **Cause:** 42:2000e Job Discrimination (Employment) |
| **Jurisdiction:** Federal Question | **Disposition:** <mark>Judgment - Court Trial defs</mark> |
| **County:** Pulaski | **Terminated:** 03/02/2006 |
| **Origin:** 4 | **Reopened:** 07/23/2004 |
| **Lead Case:** | None |
| **Related Case:** | None                                      **Other Court Case:** None |
| **Defendant Custody Status:** | |
| **Flags:** CLOSED,DISC,HLJ | |

**Plaintiff:** Michael Anderson      **represented by** John W. Walker **Phone:**501-374-3758
**Email:**johnwalkeratty@aol.com
**Plaintiff:** Louis Richard Rowland **represented by** John W. Walker **Phone:**501-374-3758

**4:06-cv-00606-DPM** Humphries v. Pulaski County Special School District
D. P. Marshall Jr., presiding
**Date filed:** 05/24/2006
**Date terminated:** 05/05/2011
**Date of last filing:** 06/22/2011

# Case Summary

**Office:** Central Division
**Jury Demand:** Both

**Nature of Suit:** 442

**Jurisdiction:** Federal
Question
**County:** Pulaski
**Origin:** 3
**Lead Case:** None
**Related Case:** None

**Filed:** 05/24/2006
**Demand:**
**Cause:** 42:2000e Job Discrimination
(Employment)

**Disposition:** <mark>Judgment - Jury Verdict def</mark>

**Terminated:** 05/05/2011
**Reopened:** 10/30/2009

**Other Court Cases:** '08-2485'['USCA8'], '08-2594'['USCA8']

**Defendant Custody Status:**
**Flags:** CLOSED,JWC

**Plaintiff:** Donna Humphries                       **represented by** Mark Terry Burnette      **Phone:**501-378-7870
**Defendant:** Pulaski County Special School District **represented by** George Jay Bequette, Jr. **Phone:**501-374-1107
                                                                                             **Email:**jbequette@bbpalaw.com
**Defendant:** Pulaski County Special School District **represented by** Keith I. Billingsley **Phone:**(501) 374-1

**4:06-cv-00846-BRW** Herren v. Pulaski County Special School District
Billy Roy Wilson, presiding
**Date filed:** 07/21/2006
**Date terminated:** 05/29/2007
**Date of last filing:** 05/29/2007

# Case Summary

**Office:** Central Division        **Filed:** 07/21/2006
**Jury Demand:** Both              **Demand:**
**Nature of Suit:** 442            **Cause:** 42:2000e Job Discrimination (Employment)
**Jurisdiction:** Federal Question  **Disposition:** <mark>Dismissed - Voluntarily</mark>
**County:** Pulaski               **Terminated:** 05/29/2007
**Origin:** 1                     **Reopened:**
**Lead Case:**                    None
**Related Case:**                 None                    **Other Court Case:** None
**Defendant Custody Status:**
**Flags:** CLOSED,HLJ,JURY


**Plaintiff:** Wayne Herren                    represented by Mark Terry Burnette    **Phone:**501-378-7870
**Defendant:** Pulaski County Special School District represented by George Jay Bequette, Jr. **Phone:**501-374-1107
                                                                        **Email:** jbequette@bbpalaw.com

**4:07-cv-01098-JMM** Perkins v. Pulaski County Special School District et al
James M. Moody, presiding
**Date filed:** 11/08/2007
**Date terminated:** 09/02/2008
**Date of last filing:** 10/07/2008

# Case Summary

| | |
|---|---|
| **Office:** Central Division | **Filed:** 11/08/2007 |
| **Jury Demand:** Plaintiff | **Demand:** |
| **Nature of Suit:** 442 | **Cause:** 42:2000e Job Discrimination (Employment) |
| **Jurisdiction:** Federal Question | **Disposition:** Judgment – Motion Before Trial def |
| **County:** Pulaski | **Terminated:** 09/02/2008 |
| **Origin:** 1 | **Reopened:** |
| **Lead Case:** | None |
| **Related Case:** | None      **Other Court Case:** None |
| **Defendant Custody Status:** | |
| **Flags:** CLOSED,HLJ,JURY,PROTO | |

**Plaintiff:** Veronica Perkins      **represented by** Rickey H. Hicks      **Phone:** 501-492-3444
**Fax:** 501-588-7827
**Email:** hickslawoffice@yahoo.com

**Defendant:** Pulaski County Special School District **represented by** George Jay Bequette, Jr. **Phone:** 501-374-1107

**4:07-cv-01119-BSM** Dixon v. Pulaski County Special School District
Brian S. Miller, presiding
**Date filed:** 11/19/2007
**Date terminated:** 07/22/2008
**Date of last filing:** 09/17/2009

## Case Summary

**Office:** Central Division          **Filed:** 11/19/2007
**Jury Demand:** Defendant           **Demand:**
**Nature of Suit:** 442              **Cause:** 42:2000e Job Discrimination (Employment)
**Jurisdiction:** Federal Question   **Disposition:** Judgment - Motion Before Trial def
**County:** Pulaski                  **Terminated:** 07/22/2008
**Origin:** 1                        **Reopened:**
**Lead Case:**                       None
**Related Case:**                    None                          **Other Court Case:** '08-3201'['USCA8']
**Defendant Custody Status:**
**Flags:** CLOSED,HDY

**Plaintiff:** Norma Dixon **represented by** Mark Terry Burnette **Phone:**501-378-7870

**4:10-cv-00063-BSM** Brown v. Pulaski County Special School District et al
Brian S. Miller, presiding
**Date filed:** 01/28/2010
**Date terminated:** 12/08/2011
**Date of last filing:** 12/08/2011

# Case Summary

**Office:** Central Division          **Filed:** 01/28/2010
**Jury Demand:** Both                  **Demand:**
**Nature of Suit:** 446                **Cause:** 42:12111 American Disability Act
**Jurisdiction:** Federal Question     **Disposition:** Dismissed - Lack of Jurisdiction
**County:** Pulaski                    **Terminated:** 12/08/2011
**Origin:** 1                          **Reopened:**
**Lead Case:**                         None
**Related Case:**                      None                    **Other Court Case:** None
**Defendant Custody Status:**

**4:10-cv-01143-JLH** Williams v. Pulaski County Special School District
J. Leon Holmes, presiding
**Date filed:** 08/10/2010
**Date terminated:** 05/24/2011
**Date of last filing:** 09/19/2011

# Case Summary

**Office:** Central Division                    **Filed:** 08/10/2010
**Jury Demand:** Defendant                      **Demand:**
**Nature of Suit:** 442                         **Cause:** 42:2000e Job Discrimination (Employment)
**Jurisdiction:** Federal Question              **Disposition:** Judgment - Motion Before Trial
**County:** Pulaski                             **Terminated:** 05/24/2011
**Origin:** 1                                   **Reopened:**
**Lead Case:**                                  None
**Related Case:**                               None                    **Other Court Case:** 11-2358[USCA8]
**Defendant Custody Status:**
**Flags:** CLOSED,JJV


**Plaintiff:** Rafeea Williams
**Defendant:** Pulaski County Special School District **represented by** George Jay Bequette, Jr. **Phone:**501-374-1107
**Email:**jbequette@bbpalaw.com

**4:15-cv-00695-SWW** Walker v. Pulaski County Special School District

Susan Webber Wright, presiding

**Date** filed: 11/10/2015

**Date** terminated: 05/01/2017

**Date** of last filing: 05/25/2017

## Case Summary

Office: Central Division          Filed: 11/10/2015

Jury Demand: Both    Demand:

Nature of Suit: 445       Cause: 42:2000e Job Discrimination (Employment)

Jurisdiction: Federal Question          Disposition: Judgment - Motion Before Trial

County: Pulaski        Terminated: 05/01/2017

Origin: 1       Reopened:

Lead Case:      None

Related Case:   None    Other Court Case: None

Defendant Custody Status:

Flags: CLOSED,JURY,PSH

Plaintiff: Sharon K Walker        represented by        Austin Porter, Jr.(Designation Retained)

Phone: 501-244-8200

**4:16-cv-00574-SWW** Smith v. Pulaski County Special School District

Susan Webber Wright, presiding

**Date** filed: 08/09/2016

**Date** terminated: 02/28/2017

**Date** of last filing: 07/10/2017

## Case Summary

Office: Central Division        Filed: 08/09/2016

Jury Demand: Defendant        Demand:

Nature of Suit: 442    Cause: 42:2000e Job Discrimination (Employment)

Jurisdiction: Federal Question        Disposition: Judgment - Motion Before Trial

County: Jefferson        Terminated: 02/28/2017

Origin: 1        Reopened:

Lead Case:        None

Related Case:  None   Other Court Case: 17-1781[USCA8]

Defendant Custody Status:

Flags: CLOSED,JTR,JURY

Plaintiff: Patricia Smith

Defendant: Pulaski County Special School District        represented by George Jay Bequette, Jr. Email:        jbequette@bbpalaw.com

Phone: 501-374-1107 Phone: 501-374-1107 Fax:        501-374-5092 Email:  ckees@bbpalaw.com

**4:00-cv-00350-HW** Long v. Pulaski Cty School

Henry Woods, presiding

Date filed: 04/28/2000

Date terminated: 12/11/2001

Date of last filing: 12/11/2001

Case Summary

Office: Central Division          Filed: 04/28/2000

Jury Demand: Both     Demand: $0

Nature of Suit: 442     Cause: 42:2000e Job Discrimination (Employment)

Jurisdiction: Federal Question          Disposition: Dismissed - Settled

County: Out of State   Terminated: 12/11/2001

Origin: 1        Reopened:

Lead Case:      None

Related Case:  None   Other Court Case: {}

Defendant Custody Status:

Flags: DISC,JWC,TERMED

Plaintiff: Brenda Long  represented by       Kevin Gregory Beckham

Phone:478-396-5074 Defendant: Pulaski County Special School District     represented by       George Jay Bequette, Jr.

Phone:501-374-1107Email:   jbequette@bbpalaw.com

**4:03-cv-00652-JLH** Johnson v. Pulaski Cty School
J. Leon Holmes, presiding
**Date filed:** 08/13/2003
**Date terminated:** 09/23/2004
**Date of last filing:** 09/23/2004

# Case Summary

**Office:** Central Division      **Filed:** 08/13/2003
**Jury Demand:** Defendant      **Demand:** $0
**Nature of Suit:** 442      **Cause:** 42:2000e Job Discrimination (Employment)
**Jurisdiction:** Federal Question      **Disposition:** Dismissed - Settled
**County:** Pulaski      **Terminated:** 09/23/2004
**Origin:** 1      **Reopened:**
**Lead Case:**      None
**Related Case:**      None      **Other Court Case:** None
**Defendant Custody Status:**
**Flags:** DISC,HLJ,PROTO,TERMED

**Plaintiff:** Angela Johnson      represented by Shawn Garrick Childs      **Phone:**501-374-3758
                              **Email:**schilds@walkerandchilds.com
**Plaintiff:** Angela Johnson      represented by John W. Walker      **Phone:**501-374-3758
                              **Email:**johnwalkeratty@aol.com
**Defendant:** Pulaski County Special School District represented by George Jay Bequette, Jr. **Phone:**501-374-1107
                              **Email:**jbequette@bbpalaw.com

Box

Office: Central Division        Filed: 11/04/2003

Jury Demand: Both      Demand: $0

Nature of Suit: 442      Cause: 42:2000e Job Discrimination (Employment)

Jurisdiction: Federal Question       Disposition: <mark>Judgment - Motion Before Trial</mark>

County: Pulaski       Terminated: 07/13/2005

Origin: 1       Reopened:

Lead Case:      None

Related Case:  None   Other Court Case: None

Defendant Custody Status:

Flags: CLOSED,DISC,JURY,JWC,PROTO


Plaintiff: Elizabeth D Box        represented by       **Austin Porter, Jr.**

Phone: (501) 244-8200

Email:  aporte5640@aol.com

Defendant: Pulaski County Special School District     represented by       George Jay Bequette, Jr.

Phone: 501-374-1107

Email:  jbequette@bbpalaw.com

**Plaintiff:** Patricia Smith
**Defendant:** Pulaski County Special School District **represented by** George Jay Bequette, Jr. **Phone:**501-374-1107
                                                                                **Email:**jbequette@bbpalaw.com
**Defendant:** Pulaski County Special School District **represented by** William Cody Kees **Phone:**501-374-1107
                                                                                **Fax:**   501-374-5092
                                                                                **Email:**ckees@bbpalaw.com

| | |
|---|---|
| **Office:** Central Division | **Filed:** 04/28/2000  4:2000cv00350 |
| **Jury Demand:** Both | **Demand:** $0 |
| **Nature of Suit:** 442 | **Cause:** 42:2000e Job Discrimination (Employment) |
| **Jurisdiction:** Federal Question | **Disposition:** <mark>Dismissed - Settled</mark> |
| **County:** Out of State | **Terminated:** 12/11/2001 |
| **Origin:** 1 | **Reopened:** |
| **Lead Case:** | None |
| **Related Case:** | None |
| **Defendant Custody Status:  4:2002cv00780** | |
| **Flags:** DISC,JWC,TERMED | |

**Other Court Case:** {}

-------------
**Plaintiff:** Brenda Long                                   **represented by** <mark>Kevin Gregory Beckham</mark> **Phone:**478-396-5074
**Defendant:** Pulaski County Special School District **represented by** George Jay Bequette, Jr.    **Phone:**501-374-1107
                                                                                **Email:** jbequette@bbpalaw.com

**4:02-cv-00780-JMM** Nellums, et al v. Pulaski Cty School, et al
James M. Moody, presiding
**Date filed:** 12/19/2002
**Date terminated:** 09/30/2004
**Date of last filing:** 09/30/2004

# Case Summary

**Office:** Central Division                    **Filed:** 12/19/2002
**Jury Demand:** Both                          **Demand:** $0
**Nature of Suit:** 442                        **Cause:** 42:2000e Job Discrimination (Employment)
**Jurisdiction:** Federal Question             **Disposition: Dismissed - <mark>Settled</mark>**
**County:** Pulaski                            **Terminated:** 09/30/2004
**Origin:** 1                                  **Reopened:**
**Lead Case:**                                 None
**Related Case:**                              None                              **Other Court Case:** None
**Defendant Custody Status:**
**Flags:** DISC,JTR,PROTO,TERMED
————————————

4:03-cv-00244-GTE McLaughlin, et al v. Pulaski Education Bd, et al
G. Thomas Eisele, presiding
Date filed: 04/08/2003
Date terminated: 09/03/2003
Date of last filing: 09/03/2003

Case Summary
Office: Central Division        Filed: 04/08/2003
Jury Demand: Defendant        Demand: $0
Nature of Suit: 440    Cause: 42:1983 Other Civil Rights
                            Jurisdiction: Federal Question        Disposition: Dismissed - Settled
County: Pulaski        Terminated: 09/03/2003
Origin: 1    Reopened:
Lead Case:    None
Related Case:  None   Other Court Case: None
Defendant Custody Status:
_____