Plaintiff_ Exhibit 2 Staples Copy Charge