Plaintiff's Exhibit 3



Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT074024
Cashier ID: llguti
Transaction Date: 09/23/2019
Payer Name: SARAH HOWARD JENKINS

CIVIL FILING FEE
 For: SARAH HOWARD JENKINS
 Case/Party: D-ARE-4-19-CV-000655-001
 Amount:        $400.00

CREDIT CARD
 Amt Tendered: $400.00

Total Due:       $400.00
Total Tendered: $400.00
Change Amt:       $0.00

Warren v. McNulty et al

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."