# Davis Process Service L.L.C.

1524 S. Main Street
Little Rock, AR 72202
501-376-8379    FAX 501-376-8479

Plaintiff's Exhibit 4

SARAH HOWARD JENKINS, PLLC
SARAH HOWARD JENKINS
POST OFFICE BOX 242694

LITTLE ROCK AR 72223

Client No:

Monday, April 20, 2020

Invoice #: 143327

United States District Court Case Number: 4:19-CV-655-BSM
JANICE HARGROVE WARREN VS. CHARLES MCNULTY, ET AL VS. WITTENBERG, DELONY & DAVIDSON ARCHITECTS
SERVED: SKIP DAVIDSON ON 4/20/2020

| | |
|---|---|
| Process Serving Fee: | $65.00 |
| Other fees: | $0.00 |
| | $65.00 |