Plaintiff's Exhibit 5



# Invoice

PO Box 1430
Conway, AR 72033

| Date | Invoice # |
|---|---|
| 6/2/2020 | 4407 |

**Bill To**

Wittenberg, Delony & Davidson
400 W Capitol
Suite 1800
Little Rock, AR 72201

| Due Date | Terms |
|---|---|
| 6/17/2020 | Net 15 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Remote Support | Task/Ticket: Email Correspondence Request<br>Summary Notes: Earnest contacted me and to let me know that he was back in the office after the export completed. I remoted into his computer and had him double check to make sure there weren't any other email he had that needed to be exported. I filtered his calendar and categorized the appointments related to the project and exported them to a separate PST file on his desktop. Let him know to give the calendar file to Jay Clark so he can submit all of the email and calendar items to the correct people. | 0.5 | 120.00 | 60.00T |
| Remote Support | Task/Ticket: Email Correspondence Request<br>Summary Notes: Exported Earnest's calendar containing Mills High appointments to his desktop for Jay and added a new keyword to the rules to move any more relevant emails to the Mills High folder for export, then ran the rule on the inbox. | 0.5 | 120.00 | 60.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $600.00 |
| **Sales Tax (9.0%)** | $54.00 |
| **Total** | $654.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $654.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| (501) 327-9797 | (501) 205-0118 | billing@linklightnetworking.com |
| | | Web Site |
| | | www.linklightnetworking.com |






PO Box 1430
Conway, AR 72033

# Invoice

| Date | Invoice # |
|---|---|
| 6/2/2020 | 4407 |

| Bill To |
|---|
| Wittenberg, Delony & Davidson<br>400 W Capitol<br>Suite 1800<br>Little Rock, AR 72201 |

| Due Date | Terms |
|---|---|
| 6/17/2020 | Net 15 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Onsite Support | Task/Ticket: Email Correspondence Request<br>Summary Notes: Created a rule in Earnest's mailbox to move any email pertaining to the keywords they said were relevant in the project. When that completed, I exported the folder with all said email to a PST file on his desktop so they can send the file to the appropriate people. While that ran, filtered Brad's calendar and categorized all of the relevant appointments to export them into a PST file. Also exported all of his email in the folder for this specific project to a separate PST file. | 2.75 | 120.00 | 330.00T |

Thank you for your business.

| | **Subtotal** | |
|---|---|---|
| | **Sales Tax (9.0%)** | |
| | **Total** | |
| | **Payments/Credits** | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---|---|---|
| (501) 327-9797 | (501) 205-0118 | billing@linklightnetworking.com |
| | | Web Site |
| | | www.linklightnetworking.com |





# Invoice

PO Box 1430
Conway, AR 72033

| Date | Invoice # |
|---|---|
| 6/2/2020 | 4407 |

| Bill To |
|---|
| Wittenberg, Delony & Davidson<br>400 W Capitol<br>Suite 1800<br>Little Rock, AR 72201 |

| Due Date | Terms |
|---|---|
| 6/17/2020 | Net 15 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Remote Support | Task/Ticket: Email Correspondence Request<br>Summary Notes: Remotely logged into the Exchange server and created a new email query to include all of the keywords David provided that are related to their request. Only a few hits returned. Removed the keywords that returned 0 results and narrowed down other possible keywords related to the project. After several more attempts to narrow down possible keywords to include as many related emails as possible, I believe the results are not going get any more accurate. Exported the emails to a PST to be submitted. | 1.25 | 120.00 | 150.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (9.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax # | E-mail |
|---|---|---|
| (501) 327-9797 | (501) 205-0118 | billing@linklightnetworking.com |
| | | Web Site |
| | | www.linklightnetworking.com |

Page 1