Plaintiff's Exhibit 7

 **Teresa Hollingsworth**
April 27, 2022
Money Sent

**- $599.50**

**Paid with**



$599.50

You'll see "PAYPAL *TeresaCCR" on your card statement.

**Ship to**

Sarah Jenkins

**Transaction ID**

7UG954503F231524F

**Contact info**

Message Teresa Hollingsworth
TeresaCCR@aol.com

**Details**

Sent to Teresa Hollingsworth                                    $599.50

**Total**                                                        $599.50

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **October 24, 2022**. You may be **eligible for purchase protection**

 **Flora and Associates**
March 31, 2022
Money Sent

**- $245.25**

**Paid with**

$245.25

You'll see "PAYPAL *FLORAASSOCI" on your
card statement.

**Ship to**

Sarah Jenkins

**Transaction ID**

8L792759SR4151300

**Contact info**

**Message Flora and Associates**

**Details**

Sent to Flora and Associates                                    $245.25

**Total**                                                            $245.25

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **September 27, 2022**. You may be
**eligible for purchase protection**

 **Teresa Hollingsworth**
March 31, 2022
Money Sent

**- $181.50**

**Paid with**

$181.50

You'll see "PAYPAL *TeresaCCR" on your card
statement.

**Ship to**

Sarah Jenkins

United States

**Transaction ID**

81082621BU346581C

**Contact info**

**Message Teresa Hollingsworth**
**TeresaCCR@aol.com**

**Note**

Warren V Kemp, 4:19-cv-655-BSM Testimony of Margie Powell If you would prefer the Monday delivery, let
me know and I'll adjust the amount. The price for Monday delivery is 163. 50.

**Details**

Sent to Teresa Hollingsworth

$181.50

**Total**

$181.50

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **September 27, 2022.** You may be
**eligible for purchase protection**