

# Shuttleworth & INGERSOLL
### ATTORNEYS AT LAW • ESTABLISHED 1854

October 4, 2021
Invoice 4466497

Janice Hargrove Warren
c/o Sarah Howard Jenkins, PLLC
PO Box 242694
Little Rock, AR  USA  72223

## PLEASE RETURN THIS PAGE WITH PAYMENT

**Client.Matter: 31769 - 1 - TCD**

**RE:   Assitance with Remote Trial Testimony**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 690.00** |

Send Payments To:         Shuttleworth & Ingersoll, P.L.C.
                          ATTN:  Accounts Receivable
                          P.O. BOX 2107
                          Cedar Rapids, IA 52406-2107

W-9 Information:          Shuttleworth & Ingersoll, P.L.C.
                          115 Third Street SE, Suite 500
                          Cedar Rapids, IA 52406-2107

                          FID# 42-1496619

## PAYMENT DUE UPON RECEIPT

*Thank you!*
*Your business is greatly appreciated.*



# Shuttleworth & INGERSOLL
ATTORNEYS AT LAW • ESTABLISHED 1854

October 4, 2021
Invoice   4466497

Janice Hargrove Warren
c/o Sarah Howard Jenkins, PLLC
PO Box 242694
Little Rock, AR  USA  72223

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: September 30, 2021.

**Client.Matter: 31769 - 1 - TCD**

**RE:   Assitance with Remote Trial Testimony**

| | |
|---|---:|
| Total Professional Services | $ 690.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 690.00** |

MAILING ADDRESS: P.O. BOX 2107 CEDAR RAPIDS, IOWA 52406-2107
STREET ADDRESS: 115 THIRD STREET SE CEDAR RAPIDS, IOWA 52401
TELEPHONE 319.365.9461   FACSIMILE 319.365.8443   WWW.SHUTTLEWORTHLAW.COM

# Shuttleworth & INGERSOLL
ATTORNEYS AT LAW • ESTABLISHED 1854

October 4, 2021
Invoice   4466497

**Client.Matter: 31769 - 1 - TCD**

**RE:  Assitance with Remote Trial Testimony**

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/15/21 | TCD | Multiple emails and telephone conference's with S Jenkins regarding representation and assistance for trial; review subpoena and related documents received from S Jenkins; telephone conference with A Reasner regarding communication with M Schwarzhoff directly; draft email to M Schwarzhoff; | .90 |
| 9/22/21 | TCD | Emails from/to S Jenkins regarding new trial date and anticipated date of testimony; telephone conference to Schwarzhoff regarding meeting to discuss testimony; emails from/to Ray and Associates regarding same | .50 |
| 9/27/21 | TCD | Review emails from attorney for M Schwarzhoff; draft email to S Jenkins regarding same; review multiple emails from S Jenkins to attorney for Schwarzhoff | .40 |
| 9/29/21 | TCD | Correspondence to/from S Jenkins regarding communications with attorney representing Schwarzhoff | .20 |

|  |  |
|---|---|
| **TOTAL PROFESSIONAL SERVICES** | **$ 690.00** |
| **TOTAL THIS INVOICE** | **$ 690.00** |

MAILING ADDRESS: P.O. BOX 2107 CEDAR RAPIDS, IOWA 52406-2107
STREET ADDRESS: 115 THIRD STREET SE CEDAR RAPIDS, IOWA 52401
TELEPHONE 319.365.9461   FACSIMILE 319.365.8443   WWW.SHUTTLEWORTHLAW.COM

3