

# Shuttleworth & INGERSOLL
ATTORNEYS AT LAW • ESTABLISHED 1854

March 1, 2022
Invoice 4483670

Janice Hargrove Warren
c/o Sarah Howard Jenkins, PLLC
PO Box 242694
Little Rock, AR USA 72223

## PLEASE RETURN THIS PAGE WITH PAYMENT

**Client.Matter: 31769 - 1 - TCD**

**RE: Assitance with Remote Trial Testimony**

| **BALANCE DUE THIS INVOICE** | **$ 1,391.50** |
|---|---|

Send Payments To:    Shuttleworth & Ingersoll, P.L.C.
ATTN: Accounts Receivable
P.O. BOX 2107
Cedar Rapids, IA 52406-2107

W-9 Information:    Shuttleworth & Ingersoll, P.L.C.
115 Third Street SE, Suite 500
Cedar Rapids, IA 52406-2107

FID# 42-1496619

### PAYMENT DUE UPON RECEIPT

*Thank you!*
*Your business is greatly appreciated.*



# Shuttleworth & INGERSOLL
ATTORNEYS AT LAW • ESTABLISHED 1854

Janice Hargrove Warren  
c/o Sarah Howard Jenkins, PLLC  
PO Box 242694  
Little Rock, AR USA 72223

March 1, 2022  
Invoice  4483670

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: February 28, 2022.

**Client.Matter: 31769 - 1 - TCD**

**RE:  Assitance with Remote Trial Testimony**

| | |
|---|---:|
| Total Professional Services | $ 1,391.50 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,391.50** |

# Shuttleworth & INGERSOLL
ATTORNEYS AT LAW • ESTABLISHED 1854

March 1, 2022
Invoice 4483670

**Client.Matter: 31769 - 1 - TCD**

**RE:   Assitance with Remote Trial Testimony**

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/21 | TCD | Emails to/from S Jenkins regarding upcoming conferences and cancellation of zoom meeting; emails from/to M Moran regarding same | .40 | 345.00 | 138.00 |
| 12/06/21 | TCD | Jenkins - communications from/to S Jenkins regarding new trial dates and anticipated testimony date | .20 | 345.00 | 69.00 |
| 2/16/22 | TCD | Review multiple emails and documents received from S Jenkins regarding issues from Schwarzhoff's attorney and documents for trial exam; multiple emails from/to S Jenkins regarding process for 2/17; telephone conference with attorney for Schwarzhoff regarding confirming cooperation and appearance; telephone conference with S Jenkins regarding need to send second subpoena; work on appearance/ motion for pro hac vice in Arkansas; email from S Jenkins with subpoena; draft email sending same to R Montgomery sending subpoena and supporting documents and answering questions regarding testimony; emails from/to S Jenkins regarding no appearance necessary; prep B Brecount for trial attendance and possible issues | 1.50 | 365.00 | 547.50 |
| 2/17/22 | TCD | Communications with B Brecount regarding status of witness testimony at courthouse | 1.00 | 365.00 | 365.00 |
| 2/17/22 | BNL | Attended video testimony of Molly Schwarzhoff at the federal courthouse. | 1.70 | 160.00 | 272.00 |

**TOTAL PROFESSIONAL SERVICES**  $ 1,391.50

## SUMMARY OF PROFESSIONAL SERVICES

MAILING ADDRESS: P.O. BOX 2107 CEDAR RAPIDS, IOWA 52406-2107
STREET ADDRESS: 115 THIRD STREET SE CEDAR RAPIDS, IOWA 52401
TELEPHONE 319.365.9461   FACSIMILE 319.365.8443   WWW.SHUTTLEWORTHLAW.COM

# SHUTTLEWORTH & INGERSOLL, P.L.C.

Invoice  4483670                                                                                                                 March 1, 2022

| Name | Hours | Total |
|---|---|---|
| Lopez, Brandi N | 1.70 | 272.00 |
| Davis, Theresa C | 3.10 | 1,119.50 |
| **Total** | **4.80** | **$ 1,391.50** |

**TOTAL THIS INVOICE**                                                                                                     **$ 1,391.50**

MAILING ADDRESS: P.O. BOX 2107 CEDAR RAPIDS, IOWA 52406-2107
STREET ADDRESS: 115 THIRD STREET SE CEDAR RAPIDS, IOWA 52401
TELEPHONE 319.365.9461    FACSIMILE 319.365.8443    WWW.SHUTTLEWORTHLAW.COM