**DEBBYE L. PETRE, CCR**
CERTIFIED COURT REPORTERS
Post Office Box 1027
Little Rock, Arkansas   72203-1027

PHONE NUMBER:   501-834-2352          INVOICE NO. DL-51820
                501-351-0031
FAX NUMBER:     501-834-5156
                debbyepetre@yahoo.com


TAX ID NUMBER 46-6802327

-----------------------------------------------------------

TO:                                    RE:
Ms. Sarah Howard Jenkins               Warren
Attorney at Law                        v.
P. O. Box 242694                       McNulty, et al
Little Rock, Arkansas   72223

-----------------------------------------------------------

Date:  6-9-20

Deposition of Earnest Lamont Duckery taken May 18, 2020.

Appearance fee, 93 pages, 64 exhiibts scanned,
etranscript                                         669.00
Postage                                               8.00


                       **TOTAL AMOUNT DUE**        $  677.00