<pre>
                    DEBBYE L. PETRE, CCR
                  CERTIFIED COURT REPORTERS
                    Post Office Box 1027
                 Little Rock, Arkansas  72203-1027

    PHONE NUMBER:  501-834-2352   INVOICE NO. DL-61520
                   501-351-0031
    FAX NUMBER:    501-834-5156
                   debbyepetre@yahoo.com


    TAX ID NUMBER 46-6802327

    -----------------------------------------------------------
    TO:                              RE:
      Ms. Sarah Howard Jenkins         Warren
      Attorney at Law                  v.
      P. O. Box 242694                 McNulty, et al
      Little Rock, Arkansas  72223

    -----------------------------------------------------------
    Date:  7-14-20

         Depositions of Linda Remele and Tina Ward taken
    June 15, 2020.

    Appearance fee, 214 pages, 97 exhibits scanned,
    etranscript (two)                                  1347.00
    Postage                                               8.00


                         TOTAL AMOUNT DUE       $    1355.00
</pre>

**DEBBYE L. PETRE, CCR**
CERTIFIED COURT REPORTERS
Post Office Box 1027
Little Rock, Arkansas   72203-1027

PHONE NUMBER:   501-834-2352        INVOICE NO. DL-61620
                501-351-0031
FAX NUMBER:     501-834-5156
                debbyepetre@yahoo.com

TAX ID NUMBER 46-6802327

---

TO:                                  RE:
Ms. Sarah Howard Jenkins             Warren
Attorney at Law                      v.
P. O. Box 242694                     McNulty, et al
Little Rock, Arkansas   72223

---

Date:  7-15-20

   Depositions of Paul Brewer, Alicia Gillen, and Shelby Thomas taken June 16, 2020.

| | |
|---|---|
| Appearance fee, 185 pages, 61 exhibits scanned, etranscript (three) | 1256.00 |
| Postage | 8.00 |
| **TOTAL AMOUNT DUE** | **$ 1264.00** |

```
                    DEBBYE L. PETRE, CCR
                   CERTIFIED COURT REPORTERS
                     Post Office Box 1027
                  Little Rock, Arkansas  72203-1027

     PHONE NUMBER:   501-834-2352      INVOICE NO. DL-62220
                     501-351-0031
     FAX NUMBER:     501-834-5156
                     debbyepetre@yahoo.com


     TAX ID NUMBER 46-6802327
```
--------------------------------------------------------------

TO:                                  RE:
   Ms. Sarah Howard Jenkins             Warren
   Attorney at Law                      v.
   P. O. Box 242694                     McNulty, et al
   Little Rock, Arkansas  72223

--------------------------------------------------------------

Date:  7-15-20

   Deposition of Charles McNulty taken June 22, 2020.

Appearance fee (half), 97 pages, 28 exhibits scanned,
etranscript                                              628.00
Postage                                                    8.00


                    TOTAL AMOUNT DUE         $   636.00