| Luke Hartwick Invoice | | | | |
|---|---|---|---|---|
| Dates: 2/9/2022 & 3/1/2022 | | | | |
| Section 1983 Research - Remedies | | | | |
| DATE | In | Out | Total | Task |
| 9-Feb | 12:05PM | 1:35PM | 1.5 | Researching scope of injunctive relief in 1983 and Title VII cases |
| 9-Feb | 3:20PM | 4:30PM | 1.1 | Researching scope of injunctive relief in 1983 and Title VII cases |
| 1-Mar | 12:30PM | 2:17PM | 1.7 | Reading cases from *Monell* footnotes 5 and 6 and drafting case summaries |
| 1-Mar | 2:50PM | 4:42PM | 1.8 | Reading cases from *Monell* footnotes 5 and 6 and drafting case summaries |
| Total Hours | | | ~6 | |

6 * 20= $120

6 hrs 17 = 6.5 / $130

Luke Hartwick
53 Prospect Trail
North Little Rock, AR 72118

*Warren* (signature)