Plaintiff's Exhibit 13

Potbelly Sandwich Shop
www.potbelly.com
401 W CAPITOL AVE
(501) 747-1297

Host: Kevin                02/14/2022
Order235                   1:53 PM
                           20035

                              11.69
Pick-your-Pair
 PYP Avo Turkey
  Turkey Breast
  Swiss
  Cucumber
  Avocado
 PYP Farmhouse Salad
  Grape Tomatoes
  Cucumbers
  Bleu Cheese
  Chopped Eggs
  Bacon
  Grilled Chicken
  Ranch
                               3.49
Chips + Drink                  6.79
Half Farmhouse Salad

Tell us about your experience today and
enjoy a FREE COOKIE on your next order
with a purchase of a
sandwich or entree salad.
Offer not valid with any
other discount or coupon.
One offer per receipt. No cash value.
-
Go to www.potbellylistens.com in the
next three days to give us your feedback
Survey number:

| 035 002 200 040 110 358 83 |

Bring back this receipt with
validation code to redeem offer
Validation code: _____

Subtotal                        21.97

Total Tax                        2.42

TakeOut Total       24.39

M.C #XXXXXXXXXXXX3760            24.39
   Auth:035113

You deserve free sandwiches!
Join Potbelly Perks today to learn more
Download the app or visit www.potbelly.com

--- Check Closed ---

*Forgot to request Sarah's cc. Paid with personal cc. Sarah reimbursed me $25.00 2/15/22.*

*Claire Anderson*

PB-1

Tell us about your experience today and
enjoy a FREE COOKIE on your next order
with a purchase of a
sandwich or entree salad.
Offer not valid with any
other discount or coupon.
One offer per receipt. No cash value.
-
Go to www.potbellylistens.com in the
next three days to give us your feedback
Survey number:

_____

| 015 002 200 070 110 308 62 |

_____

Bring back this receipt with
validation code to redeem offer
Validation code: _____

Potbelly Sandwich Shop
www.potbelly.com
401 W CAPITOL AVE
(501) 747-1297

Host: Kevin                  02/17/2022
Order220                     11:36 AM
                                20020

| | |
|---|---|
| Chips + Drink | 3.49 |
| Zapps Regular (2 @1.69) | 3.38 |
| Half Farmhouse Salad | 6.79 |
| Half Apple Walnut Salad | 6.79 |
| Pick-your-Pair | 11.69 |

PYP Avo Turkey
  Turkey Breast
  Swiss
  Cucumber
  Avocado
PYP Apple Walnut Salad
  Grapes
  Bleu Cheese
  Apples
  Dried Cranberries
  Walnuts
  Grilled Chicken
  Balsamic

| | |
|---|---|
| Subtotal | 32.14 |
| Total Tax | 3.54 |
| **Dine in Total** | **35.68** |
| M.C #XXXXXXXXXXXXX3935 | 35.68 |
| Auth:60449Z | |

You deserve free sandwiches!
Join Potbelly Perks today to learn more
Download the app or visit www.potbelly.com

--- Check Closed ---

Receipt for lunch purchased with Sarah's cc on 2/17/22

Claire Adams

PB - 2

Subtotal                                                25.55

Total Tax                                                2.81

Dine in Total          28.36

M.C #XXXXXXXXXXXXX3935                                    28.36
   Auth:72431Z

Potbelly Sandwich Shop
www.potbelly.com
401 W CAPITOL AVE
(501) 747-1297
Host: Kevin                    02/ 3/2022
Order244                       12:11 PM
                                  20044

Half Apple Walnut Salad                   6.79
Half Farmhouse Salad (2 @6.79)           13.58
Chips + Drink                             3 49
Zapps Regular                             1.69

You deserve free sandwiches!
Join Potbelly Perks today to learn more
Download the app or visit www.potbelly.com

- Check Closed ---

Tell us about your experience today and
enjoy a FREE COOKIE on your next order
with a purchase of a
sandwich or entree salad.
Offer not valid with any
other discount or coupon.
One offer per receipt. No cash value.
-
Go to www.potbellylistens.com in the
next three days to give us your feedback
Survey number:

| 025 002 200 080 110 348 84 |

Bring back this receipt with
validation code to redeem offer
Validation code: _____

Receipt for lunch purchased
with Sarah's cc 3/15/2-2

Claire
Anderson

PB-3

Subtotal                          23.86

Total Tax                          2.62

Total                             26.48

M.C #XXXXXXXXXXXX3935              26.48
   Auth:41974Z


Not Set Order

1

Anderson A
(501) 590-1914

Ready Time: 11:40 AM

        Potbelly Sandwich Shop
            www.potbelly.com
            401 W CAPITOL AVE
             (501) 747-1297
Host: Term2                02/22/2022
Cashier: Kevin
Anderson A                    11:44 AM
                               220001


Half Farmhouse Salad (2 @6.79)    13.58
Chips + Drink                      3.49
Half Apple Walnut Salad            6.79


Tell us about your experience today and
enjoy a FREE COOKIE on your next order
with a purchase of a
sandwich or entree salad.
Offer not valid with any
other discount or coupon.
One offer per receipt. No cash value.
-
Go to www.potbellylistens.com in the
next three days to give us your feedback
Survey number:

| 005 002 202 020 210 318 00 |

Bring back this receipt with
validation code to redeem offer
Validation code: _____

You deserve free sandwiches!
Join Potbelly Perks today to learn more
Download the app or visit www.potbelly.com

--- Check Closed ---

*Receipt for lunch purchased with Sarah's cc on 2/22/22.*

PB-4