## Pay Success

THANK YOU FOR YOUR PAYMENT.

Payment Reference Number

422U220223D27957

Payment Amount

$17.95

Payment Date

02/23/2022 at 02:35 PM

Payment Type

Mastercard

Credit Card Number

XXXXXXXXXXXX1279

Billing Zip Code

72204

Phone Number

(501) 590-1914

Email

cdglover7023@sbcglobal.net

Citation Paymen

002292649

**MORE INFORMATION**

Your payment will be posted to your payment instrument account within 1 business day.

Note that the charge for this payment will display on your credit card statement as **DSI LTL ROCK PARKING W**.

Please note there may be a delay for your payment to reflect to your citation account with us. Please do not pay more than once.

Please for your records.

CLOSE

---

**PARKING VIOLATION**
**CITY OF LITTLE ROCK, ARKANSAS**

Issue No: 002292649
Date: 02/18/2022   Time: 10:36AM
Officer Name: Williams   Officer ID: 115
Agency: PUBLIC WORKS DEPT
Location: 504 CAPITOL AV
Meter: 1543

Violation
Code: 057 ORD 32-403-B
EXPIRED METER

Due Now: $15.00   After 30 days: $50.00

Vehicle
Tag No: 484TYT   State: AR
VIN:   Color: TAN
Make: TOYOTA   Body Style: 4 DOOR

Remarks:

For Payment options:
SEE REVERSE SIDE
Little Rock Parking Enforcement
501-918-5222