## Print Charge

| DATE PRINT | Page Count | EXPENSE | PURPOSE |
|---|---|---|---|
| 5/13/2020 | 43 | $5.20 | Docs_Motion to Intervene |
| 5/18/2020 | 468.00 | $56.11 | Docs_Duckery Deposition |
| 6/22/2020 | 29 | $3.48 | Petre_McNulty Deposition Docs |
| 7/25/2020 | 1,192.00 | $143.04 | Print Expense (July Statement) |
| 8/1/2020 | 24 | $2.88 | Plaint_Sup_Resp_Defs 3 |
| 8/3/2020 | 5 | $0.50 | Plaint_Sup_Resp_Defs 3 |
| 8/19/2020 | 27 | $3.24 | Amended Complaint |
| | | | Trial Exhibit Books (5) |
| 9/7/2020 | 60 | $7.20 | Response Motion Summary Judgment |
| 9/29/2020 | 41 | $4.92 | Response Motion to Strike |
| 10/1/2020 | 75 | $9.00 | Response Motion to File Supp Plead |
| 10/9/2020 | 37 | $4.44 | Motion in Limine |
| 10/14/2020 | 17 | $2.04 | Motion in Limine Equitable Estoppel |
| 11/25/2020 | 235 | $28.20 | Jury Instructions |
| 2/13-16/22 | 1070 | $128.40 | Trial Exhibits copies |
| 9/7/2020 | 60 | $7.20 | |

| SCAN | | | |
|---|---|---|---|
| | | | Petre_McNulty Deposition Docs |
| 6/22/2020 | 143 | $14.30 | Plaint_Sup_Resp_Defs 3_6&7 |
| 8/1/2020 | 131 | $13.10 | Plaint_Sup_Resp_Defs 3_6&7 |
| 8/3/2020 | 12 | $1.20 | Response Motion Summary Judgment |
| 9/7/2020 | 500 | $50.00 | Motion in Limine |
| 10/9/2020 | 12 | $1.20 | |
| | | $79.80 | |
| | | $675.37 | |

**FedEx Office**

September 13, 2019 16:20                     Page: 1
Receipt #: 0123115447
VISA #: XXXXXXXXXXXX1294
2019/09/13 15:42

| Qty | Description | Amount |
|---|---|---|
| 33 | ES B&W S/S White 8.5 x11 | 4.29 |
| 3 | ES Color S/S LTR | 1.95 |
| 3 | ES B&W S/S White 8.5 x11 | 0.39 |

|  | SubTotal | 6.63 |
|---|---|---|
|  | Taxes | 0.60 |
|  | Total | 7.23 |

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx Office Print & Ship Centers

1121 S Spring St
Little Rock,AR 72202-4849
(501) 372-0775
www.FedExOffice.com

Tell us how we're doing and receive $5 off your next $30 print order at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/19

Get your message out in a big way with everything from full-color banners to photo-quality posters, yard signs, auto magnets and more.

Please Recycle This Receipt

---

**FedEx Office**

*Copies for tender to Jay Bequette for per filing negotiations*

FedEx Office is your destination for printing and shipping.

1121 S Spring St
Little Rock, AR 72202-4849
Tel: (501) 372-0775

9/13/2019                    3:59:20 PM CST
Team Member: PHILLIP K.

SALE

Fold Per Sheet          100 @    0.0300 T
  000373 Reg. Price      0.03

    Regular Total        3.00
    Discounts            0.00

  Total                  3.00

Sub-Total                           3.00
Tax  9.00%                          0.27
Deposit                             0.00

Total                               3.27

************** PURCHASE **************
            APPROVED
Total:                            $3.27
Card Type:    VISA
Card Entry:   CHIP
Acct #:       ***********6439
Approval Code: 03580G
************ EMV PURCHASE ************
App Label:              VISA CREDIT
Mode:                        Issuer
AID: A0000000031010
TVR: 8000008000
IAD: 06010A03A08000
TSI: 6800
ARC:
AC:  DE18D0B212CD6FAE
CVM: 5E0000

    Total Tender                  3.27
    Change Due                    0.00



FedEx Office.

**May 18, 2020 09:42**                    **Page: 1**
Receipt #: 0123120759
VISA #: XXXXXXXXXXXXX1294
2020/05/18 09:15

| Qty | Description | Amount |
|-----|-------------|--------|
| 396 | ES B&W S/S White 8.5 x11 | 51.48 |

|  |  |
|--|--|
| SubTotal | 51.48 |
| Taxes | 4.63 |
| Total | 56.11 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

1121 S Spring St
Little Rock,AR 72202-4849
(501) 372-0775
www.FedExOffice.com

Tell us how we're doing and receive
$7 off your next $40 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/2020

By submitting your project to FedEx Office or by
making a purchase in a FedEx Office store, you
agree to all FedEx Office terms and conditions,
including limitations of liability.  Request a copy
of our terms and conditions from a team member
or visit fedex.com/officeserviceterms for details.

Please Recycle This Receipt

---

FedEx Office.

FedEx Office is your destination
for printing and

1121 S Spring
Little Rock, AR 72202-
Tel: (501) 372-0775

9/13/2019                      4:22:44 PM CST
Team Member: Joseph H.

SALE

| MailKrft10.25x15 1Ct | 1 @ | 1.9900 T |
|---|---|---|
| 004230 Reg. Price | 1.99 | |

| Regular Total | 1.99 |
|---|---|
| Discounts | 0.00 |

| Total | 1.99 |
|---|---|

| Sub-Total | 1.99 |
|---|---|
| Tax 9.00% | 0.18 |
| Deposit | 0.00 |

| Total | 2.17 |
|---|---|

*************** PURCHASE ***************
APPROVED
Total:                          $2.17
Card Type:      VISA
Card Entry:     CHIP
Acct #:         ************1294
Approval Code: 08581G
************ EMV PURCHASE ************
App Label:                  VISA CREDIT
Mode:                           Issuer
AID: A0000000031010
TVR: 8000008000
IAD: 06010A03A00000
TSI: 6800
ARC:
AC: 8C7CC33CF54A21BF
/M: 5E0000

| Total Tender | 2.17 |
|---|---|
| Change Due | 0.00 |

# STAPLES
### Make More Happen

Low prices. Every item. Every day
Store No: 0785
12309 Chenal Parkway
Little Rock, AR 72211
501-225-2773

262626 00 026 08945
Receipt #: 08945        09/23/2019 11:05
------------------------------------------------
Qty  Description                Amount

153  BW Copy - 233548            16.83
9    Color Copy - 233586          5.04
162  28lb Paper - 24345900        1.62


     SubTotal                     23.49
     Taxes                         2.11
     Total              USD $25.60

VISA #:************1294 [S]
Swipe
Auth No.: 05497G

The Cardholder agrees to pay the
Issuer of the charge card in
accordance with the agreement between
the Issuer and the Cardholder.

        Compare and Save
    With Staples-brand products.
   THANK YOU FOR SHOPPING AT STAPLES!



0785092319089452 6

# Deals made for better workdays

**SHIP 7 DAYS A WEEK — NIGHTS AND WEEKENDS.**

## 20% off
### signs, banners and posters when you spend $50 or more.

Valid through 11/9/19.

## Coupon code: 79525

Valid online at staples.com/services/printing or in Staples® U.S. stores. Excludes Daily Deals, Auto Restock orders, banner accessories and outsource printing. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Minimum purchase requirement must be met with purchases to which no other coupon or instant savings offer applies. Tax and shipping not included in calculating the minimum purchase. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. Coupon value applied pre-tax. **Expires 11/9/19.**  ⊓ **Staples**

## 10% off
### shipping.

Valid through 11/9/19.

## Coupon code: 15596

Valid in Staples® U.S. stores only. Excludes postage stamps. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. Coupon value applied pre-tax. **Expires 11/9/19.**  ⊓ **Staples**

## Free shredding up to 2 lb.

## Coupon code: 35987

Valid in Staples® U.S. stores only. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. Coupon value applied pre-tax. **Expires 11/9/19.**  ⊓ **Staples**

PR20836



May 13, 2020 14:19                                  Page: 1
Receipt #: 0123120684
VISA #: XXXXXXXXXXXX1294
2020/05/13 14:12

| Qty | Description | Amount |
|-----|-------------|--------|
| 40 | ES B&W S/S White 8.5 x11 | 5.20 |

|  | SubTotal | 5.20 |
|--|----------|------|
|  | Taxes | 0.47 |
|  | Total | 5.67 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

1121 S Spring St
Little Rock,AR 72202-4849
(501) 372-0775
www.FedExOffice.com

Tell us how we're doing and receive
$7 off your next $40 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/2020

By submitting your project to FedEx Office or by
making a purchase in a FedEx Office store, you
agree to all FedEx Office terms and conditions,
including limitations of liability.  Request a copy
of our terms and conditions from a team member
or visit fedex.com/officeserviceterms for details.

Please Recycle This Receipt