An official website of the United States government. Here's how you know.



PACER
Public Access to Court Electronic Records

# Billing History

## BILLING HISTORY

**Detailed Transaction Report by Date**
**All**
**from 07/01/2020 to 09/01/2020**

Plaintiff's Exhibit 16

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| **07/03/2020** | | | | | | | |
| 07/03/2020 | 04:44:53 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/03/2020 | 04:45:21 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 06/26/2020 | $3.00 |
| 07/03/2020 | 04:47:36 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/03/2020 | 05:08:05 | 4 | AREDC | | IMAGE5503-0 | 4:82-CV-00866-DPM DOCUMENT 5503-0 | $0.40 |
| 07/03/2020 | 05:13:24 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/03/2020 | 05:14:01 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/03/2020 | 05:16:04 | 13 | AREDC | | IMAGE5548-0 | 4:82-CV-00866-DPM DOCUMENT 5548-0 | $1.30 |
| 07/03/2020 | 05:18:57 | 2 | AREDC | | IMAGE5549-0 | 4:82-CV-00866-DPM DOCUMENT 5549-0 | $0.20 |
| 07/03/2020 | 05:20:09 | 2 | AREDC | | IMAGE5560-0 | 4:82-CV-00866-DPM DOCUMENT 5560-0 | $0.20 |
| 07/03/2020 | 05:21:57 | 3 | AREDC | | IMAGE5562-0 | 4:82-CV-00866-DPM DOCUMENT 5562-0 | $0.30 |
| 07/03/2020 | 05:23:48 | 2 | AREDC | | IMAGE5566-0 | 4:82-CV-00866-DPM DOCUMENT 5566-0 | $0.20 |
| 07/03/2020 | 05:24:51 | 2 | AREDC | | IMAGE5568-0 | 4:82-CV-00866-DPM DOCUMENT 5568-0 | $0.20 |
| 07/03/2020 | 05:26:25 | 6 | AREDC | | IMAGE5569-0 | 4:82-CV-00866-DPM DOCUMENT 5569-0 | $0.60 |
| 07/03/2020 | 05:26:28 | 14 | AREDC | | IMAGE5569-1 | 4:82-CV-00866-DPM DOCUMENT 5569-1 | $1.40 |
| 07/03/2020 | 05:40:29 | 7 | AREDC | | IMAGE5576-0 | 4:82-CV-00866-DPM DOCUMENT 5576-0 | $0.70 |
| Subtotal: | | 147 | pages | | $14.70 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $14.70 | | |
| **07/06/2020** | | | | | | | |
| 07/06/2020 | 18:43:23 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-00655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/06/2020 | 18:43:40 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| Subtotal: | | 6 | pages | | $0.60 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.60 | | |
| **07/07/2020** | | | | | | | |
| 07/07/2020 | 06:49:48 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 458; CASE YEAR 2011; CASE NUMBER 4:11-CV-458; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/07/2020 | 06:50:10 | 21 | AREDC | | DOCKET REPORT | 4:11-CV-00458-DPM | $2.10 |
| 07/07/2020 | 06:52:38 | 1 | AREDC | | IMAGE141-1 | 4:11-CV-00458-DPM DOCUMENT 141-1 | $0.10 |
| Subtotal: | | 23 | pages | | $2.30 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $2.30 | | |
| **07/08/2020** | | | | | | | |
| 07/08/2020 | 07:31:49 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/08/2020 | 07:32:15 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/08/2020 | 07:53:24 | 1 | AREDC | | IMAGE5029-0 | 4:82-CV-00866-DPM DOCUMENT 5029-0 | $0.10 |
| 07/08/2020 | 07:56:16 | 4 | AREDC | | IMAGE5021-0 | 4:82-CV-00866-DPM DOCUMENT 5021-0 | $0.40 |
| 07/08/2020 | 08:03:05 | 7 | AREDC | | IMAGE5023-1 | 4:82-CV-00866-DPM DOCUMENT 5023-1 | $0.70 |
| 07/08/2020 | 08:04:04 | 2 | AREDC | | IMAGE5023-0 | 4:82-CV-00866-DPM DOCUMENT 5023-0 | $0.20 |
| 07/08/2020 | 08:24:10 | 30 | AREDC | | IMAGE5020-0 | 4:82-CV-00866-DPM DOCUMENT 5020-0 | $3.00 |
| 07/08/2020 | 08:39:00 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/08/2020 | 08:43:17 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/08/2020 | 09:17:50 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/08/2020 | 09:18:56 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/08/2020 | 09:27:16 | 10 | AREDC | | IMAGE5063-0 | 4:82-CV-00866-DPM DOCUMENT 5063-0 | $1.00 |
| 07/08/2020 | 09:43:13 | 2 | AREDC | | IMAGE5091-0 | 4:82-CV-00866-DPM DOCUMENT 5091-0 | $0.20 |
| 07/08/2020 | 09:45:17 | 2 | AREDC | | IMAGE5089-0 | 4:82-CV-00866-DPM DOCUMENT 5089-0 | $0.20 |
| 07/08/2020 | 09:46:42 | 6 | AREDC | | IMAGE5084-0 | 4:82-CV-00866-DPM DOCUMENT 5084-0 | $0.60 |
| 07/08/2020 | 09:56:35 | 3 | AREDC | | IMAGE5087-0 | 4:82-CV-00866-DPM DOCUMENT 5087-0 | $0.30 |
| 07/08/2020 | 10:07:42 | 6 | AREDC | | IMAGE5170-0 | 4:82-CV-00866-DPM DOCUMENT 5170-0 | $0.60 |
| 07/08/2020 | 10:41:31 | 3 | AREDC | | IMAGE5206-0 | 4:82-CV-00866-DPM DOCUMENT 5206-0 | $0.30 |
| 07/08/2020 | 10:42:22 | 1 | AREDC | | IMAGE5206-1 | 4:82-CV-00866-DPM DOCUMENT 5206-1 | $0.10 |
| 07/08/2020 | 10:48:52 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/08/2020 | 10:49:12 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/08/2020 | 11:07:57 | 3 | AREDC | | IMAGE5253-0 | 4:82-CV-00866-DPM DOCUMENT 5253-0 | $0.30 |
| 07/08/2020 | 17:12:41 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/08/2020 | 17:13:17 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/08/2020 | 17:16:04 | 3 | AREDC | | IMAGE5215-0 | 4:82-CV-00866-DPM DOCUMENT 5215-0 | $0.30 |
| 07/08/2020 | 17:31:57 | 2 | AREDC | | IMAGE5292-1 | 4:82-CV-00866-DPM DOCUMENT 5292-1 | $0.20 |
| 07/08/2020 | 17:31:57 | 3 | AREDC | | IMAGE5292-0 | 4:82-CV-00866-DPM DOCUMENT 5292-0 | $0.30 |
| 07/08/2020 | 17:32:00 | 9 | AREDC | | IMAGE5292-2 | 4:82-CV-00866-DPM DOCUMENT 5292-2 | $0.90 |
| 07/08/2020 | 18:20:20 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/08/2020 | 18:23:09 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/08/2020 | 18:50:12 | 1 | AREDC | | IMAGE5443-0 | 4:82-CV-00866-DPM DOCUMENT 5443-0 | $0.10 |
| 07/08/2020 | 18:50:13 | 1 | AREDC | | IMAGE5443-1 | 4:82-CV-00866-DPM DOCUMENT 5443-1 | $0.10 |
| 07/08/2020 | 18:55:46 | 4 | AREDC | | IMAGE5482-3 | 4:82-CV-00866-DPM DOCUMENT 5482-3 | $0.40 |
| Subtotal: | | 289 | pages | | $28.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $28.90 | | |
| **07/10/2020** | | | | | | | |
| 07/10/2020 | 13:31:17 | 2 | AREDC | | IMAGE21-0 | 4:19-CV-00655-BSM DOCUMENT 21-0 | $0.20 |
| Subtotal: | | 2 | pages | | $0.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.20 | | |
| **07/13/2020** | | | | | | | |
| 07/13/2020 | 15:33:40 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/13/2020 | 15:34:02 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 04/14/2020 | $3.00 |
| 07/13/2020 | 15:34:28 | 2 | AREDC | | IMAGE5657-0 | 4:82-CV-00866-DPM DOCUMENT 5657-0 | $0.20 |
| 07/13/2020 | 15:35:39 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/13/2020 | 15:36:12 | 6 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 04/14/2020 | $0.60 |
| 07/13/2020 | 15:40:40 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 07/13/2020 | 15:44:04 | 4 | AREDC | | IMAGE3327-0 | 4:82-CV-00866-DPM DOCUMENT 3327-0 | $0.40 |
| Subtotal: | | 74 | pages | | $7.40 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $7.40 | | |
| **07/20/2020** | | | | | | | |
| 07/20/2020 | 17:21:21 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/20/2020 | 17:21:47 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 07/21/2019 | $3.00 |
| 07/20/2020 | 17:22:20 | 3 | AREDC | | IMAGE5651-0 | 4:82-CV-00866-DPM DOCUMENT 5651-0 | $0.30 |
| 07/20/2020 | 17:29:58 | 1 | 00PCL | | CIVIL CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-00655; OFFICE 4; CASE TYPE CV; JURISDICTION CV; PAGE: 1 | $0.10 |
| 07/20/2020 | 17:30:13 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| Subtotal: | | 40 | pages | | $4.00 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $4.00 | | |
| **07/23/2020** | | | | | | | |
| 07/23/2020 | 12:02:40 | 1 | 00PCL | | CIVIL CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; JURISDICTION CV; PAGE: 1 | $0.10 |
| 07/23/2020 | 12:02:58 | 2 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.20 |
| Subtotal: | | 3 | pages | | $0.30 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.30 | | |
| **07/29/2020** | | | | | | | |
| 07/29/2020 | 05:48:16 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 07/29/2020 | 05:48:38 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 07/29/2020 | 05:49:25 | 1 | AREDC | | IMAGE26-0 | 4:19-CV-00655-BSM DOCUMENT 26-0 | $0.10 |
| 07/29/2020 | 07:05:14 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| Subtotal: | | 14 | pages | | $1.40 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.40 | | |
| **08/13/2020** | | | | | | | |
| 08/13/2020 | 09:12:05 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 08/13/2020 | 09:12:26 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 08/13/2020 | 09:13:08 | 2 | AREDC | | IMAGE27-0 | 4:19-CV-00655-BSM DOCUMENT 27-0 | $0.20 |
| 08/13/2020 | 09:13:09 | 29 | AREDC | | IMAGE27-1 | 4:19-CV-00655-BSM DOCUMENT 27-1 | $2.90 |
| 08/13/2020 | 09:13:10 | 3 | AREDC | | IMAGE27-2 | 4:19-CV-00655-BSM DOCUMENT 27-2 | $0.30 |
| 08/13/2020 | 09:13:10 | 5 | AREDC | | IMAGE27-3 | 4:19-CV-00655-BSM DOCUMENT 27-3 | $0.50 |
| 08/13/2020 | 09:13:11 | 3 | AREDC | | IMAGE27-4 | 4:19-CV-00655-BSM DOCUMENT 27-4 | $0.30 |
| 08/13/2020 | 09:13:12 | 12 | AREDC | | IMAGE27-5 | 4:19-CV-00655-BSM DOCUMENT 27-5 | $1.20 |
| 08/13/2020 | 09:13:12 | 1 | AREDC | | IMAGE27-6 | 4:19-CV-00655-BSM DOCUMENT 27-6 | $0.10 |
| 08/13/2020 | 09:13:13 | 30 | AREDC | | IMAGE27-8 | 4:19-CV-00655-BSM DOCUMENT 27-8 | $3.00 |
| 08/13/2020 | 09:13:13 | 2 | AREDC | | IMAGE27-7 | 4:19-CV-00655-BSM DOCUMENT 27-7 | $0.20 |
| 08/13/2020 | 09:13:15 | 2 | AREDC | | IMAGE27-9 | 4:19-CV-00655-BSM DOCUMENT 27-9 | $0.20 |
| 08/13/2020 | 09:13:16 | 2 | AREDC | | IMAGE27-10 | 4:19-CV-00655-BSM DOCUMENT 27-10 | $0.20 |
| 08/13/2020 | 09:13:18 | 11 | AREDC | | IMAGE27-11 | 4:19-CV-00655-BSM DOCUMENT 27-11 | $1.10 |
| 08/13/2020 | 09:13:19 | 1 | AREDC | | IMAGE27-13 | 4:19-CV-00655-BSM DOCUMENT 27-13 | $0.10 |
| 08/13/2020 | 09:13:19 | 3 | AREDC | | IMAGE27-12 | 4:19-CV-00655-BSM DOCUMENT 27-12 | $0.30 |
| 08/13/2020 | 09:17:41 | 30 | AREDC | | IMAGE28-0 | 4:19-CV-00655-BSM DOCUMENT 28-0 | $3.00 |
| 08/13/2020 | 09:18:58 | 6 | AREDC | | IMAGE29-0 | 4:19-CV-00655-BSM DOCUMENT 29-0 | $0.60 |
| Subtotal: | | 149 | pages | | $14.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $14.90 | | |
| [illegible] | | | | | | | |