| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2020 | 20:53:46 | 19 | AREDC | IMAGE40-25 | 4:19-CV-00655-BSM DOCUMENT 40-25 | $1.90 |
| 10/01/2020 | 23:12:04 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/01/2020 | 23:12:27 | 29 | AREDC | IMAGE27-1 | 4:19-CV-00655-BSM DOCUMENT 27-1 | $2.90 |
| 10/01/2020 | 23:36:26 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/01/2020 | 23:37:12 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/01/2020 | 23:42:37 | 3 | AREDC | IMAGE3348-0 | 4:82-CV-00866-DPM DOCUMENT 3348-0 | $0.30 |
| 10/01/2020 | 23:44:10 | 5 | AREDC | IMAGE3340-0 | 4:82-CV-00866-DPM DOCUMENT 3340-0 | $0.50 |
| 10/01/2020 | 23:53:19 | 8 | AREDC | IMAGE3360-0 | 4:82-CV-00866-DPM DOCUMENT 3360-0 | $0.80 |
| Subtotal: | | 105 | pages | $10.50 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $10.50 | | |
| **10/02/2020** | | | | | | |
| 10/02/2020 | 13:32:30 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/02/2020 | 13:33:20 | 30 | AREDC | IMAGE43-0 | 4:19-CV-00655-BSM DOCUMENT 43-0 | $3.00 |
| Subtotal: | | 35 | pages | $3.50 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $3.50 | | |
| **10/05/2020** | | | | | | |
| 10/05/2020 | 06:38:32 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/05/2020 | 06:39:00 | 4 | AREDC | IMAGE40-68 | 4:19-CV-00655-BSM DOCUMENT 40-68 | $0.40 |
| 10/05/2020 | 07:19:54 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM STARTING WITH DOCUMENT: 40 ENDING WITH DOCUMENT: 43 | $0.50 |
| 10/05/2020 | 07:20:17 | 9 | AREDC | IMAGE40-45 | 4:19-CV-00655-BSM DOCUMENT 40-45 | $0.90 |
| 10/05/2020 | 09:26:10 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/05/2020 | 09:29:12 | 1 | AREDC | IMAGE41-0 | 4:19-CV-00655-BSM DOCUMENT 41-0 | $0.10 |
| 10/05/2020 | 09:34:32 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/05/2020 | 09:35:49 | 30 | AREDC | IMAGE43-0 | 4:19-CV-00655-BSM DOCUMENT 43-0 | $3.00 |
| 10/05/2020 | 15:45:17 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/05/2020 | 15:45:28 | 2 | AREDC | IMAGE56-0 | 4:19-CV-00655-BSM DOCUMENT 56-0 | $0.20 |
| Subtotal: | | 71 | pages | $7.10 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $7.10 | | |
| **10/08/2020** | | | | | | |
| 10/08/2020 | 05:27:05 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/08/2020 | 05:27:18 | 6 | AREDC | IMAGE29-0 | 4:19-CV-00655-BSM DOCUMENT 29-0 | $0.60 |
| 10/08/2020 | 10:01:09 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/08/2020 | 10:02:26 | 18 | AREDC | IMAGE42-0 | 4:19-CV-00655-BSM DOCUMENT 42-0 | $1.80 |
| 10/08/2020 | 10:55:43 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/08/2020 | 10:56:21 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| Subtotal: | | 65 | pages | $6.50 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $6.50 | | |
| **10/09/2020** | | | | | | |
| 10/09/2020 | 13:39:09 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/09/2020 | 13:39:50 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/09/2020 | 13:43:12 | 3 | AREDC | IMAGE5206-0 | 4:82-CV-00866-DPM DOCUMENT 5206-0 | $0.30 |
| 10/09/2020 | 13:43:13 | 1 | AREDC | IMAGE5206-1 | 4:82-CV-00866-DPM DOCUMENT 5206-1 | $0.10 |
| Subtotal: | | 35 | pages | $3.50 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $3.50 | | |
| **10/10/2020** | | | | | | |
| 10/10/2020 | 16:26:19 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/10/2020 | 16:26:35 | 2 | AREDC | IMAGE56-0 | 4:19-CV-00655-BSM DOCUMENT 56-0 | $0.20 |
| Subtotal: | | 7 | pages | $0.70 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $0.70 | | |
| **10/11/2020** | | | | | | |
| 10/11/2020 | 16:17:29 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/11/2020 | 16:21:59 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/11/2020 | 16:24:49 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/11/2020 | 20:09:53 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/11/2020 | 20:22:16 | 8 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.80 |
| 10/11/2020 | 20:26:46 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| Subtotal: | | 50 | pages | $5.00 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $5.00 | | |
| **10/12/2020** | | | | | | |
| 10/12/2020 | 14:20:11 | 4 | AREDC | IMAGE3327-0 | 4:82-CV-00866-DPM DOCUMENT 3327-0 | $0.40 |
| 10/12/2020 | 14:36:12 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/12/2020 | 14:37:18 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/12/2020 | 14:39:32 | 6 | AREDC | IMAGE3328-0 | 4:82-CV-00866-DPM DOCUMENT 3328-0 | $0.60 |
| 10/12/2020 | 14:41:26 | 2 | AREDC | IMAGE3333-0 | 4:82-CV-00866-DPM DOCUMENT 3333-0 | $0.20 |
| 10/12/2020 | 14:44:36 | 4 | AREDC | IMAGE3334-0 | 4:82-CV-00866-DPM DOCUMENT 3334-0 | $0.40 |
| 10/12/2020 | 14:46:22 | 3 | AREDC | IMAGE3335-0 | 4:82-CV-00866-DPM DOCUMENT 3335-0 | $0.30 |
| 10/12/2020 | 14:48:53 | 3 | AREDC | IMAGE3336-0 | 4:82-CV-00866-DPM DOCUMENT 3336-0 | $0.30 |
| 10/12/2020 | 14:53:09 | 5 | AREDC | IMAGE3340-0 | 4:82-CV-00866-DPM DOCUMENT 3340-0 | $0.50 |
| 10/12/2020 | 14:54:55 | 5 | AREDC | IMAGE3341-0 | 4:82-CV-00866-DPM DOCUMENT 3341-0 | $0.50 |
| 10/12/2020 | 14:57:41 | 3 | AREDC | IMAGE3348-0 | 4:82-CV-00866-DPM DOCUMENT 3348-0 | $0.30 |
| 10/12/2020 | 14:59:43 | 3 | AREDC | IMAGE3349-0 | 4:82-CV-00866-DPM DOCUMENT 3349-0 | $0.30 |
| 10/12/2020 | 15:02:28 | 5 | AREDC | IMAGE3350-0 | 4:82-CV-00866-DPM DOCUMENT 3350-0 | $0.50 |
| 10/12/2020 | 15:06:31 | 8 | AREDC | IMAGE3360-0 | 4:82-CV-00866-DPM DOCUMENT 3360-0 | $0.80 |
| 10/12/2020 | 18:28:28 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/12/2020 | 18:29:29 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| Subtotal: | | 113 | pages | $11.30 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $11.30 | | |
| **10/14/2020** | | | | | | |
| 10/14/2020 | 13:41:07 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/14/2020 | 13:42:32 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/14/2020 | 14:11:47 | 3 | AREDC | IMAGE5253-0 | 4:82-CV-00866-DPM DOCUMENT 5253-0 | $0.30 |
| 10/14/2020 | 14:13:02 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/14/2020 | 14:13:23 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/14/2020 | 14:26:59 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/14/2020 | 15:07:58 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/14/2020 | 15:08:35 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/14/2020 | 23:08:22 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| Subtotal: | | 131 | pages | $13.10 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $13.10 | | |
| **10/16/2020** | | | | | | |
| 10/16/2020 | 21:28:38 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/16/2020 | 21:51:37 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/16/2020 | 21:52:10 | 30 | AREDC | IMAGE28-0 | 4:19-CV-00655-BSM DOCUMENT 28-0 | $3.00 |
| Subtotal: | | 40 | pages | $4.00 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $4.00 | | |
| **10/17/2020** | | | | | | |
| 10/17/2020 | 00:02:26 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/17/2020 | 00:03:57 | 30 | AREDC | IMAGE43-0 | 4:19-CV-00655-BSM DOCUMENT 43-0 | $3.00 |
| Subtotal: | | 35 | pages | $3.50 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $3.50 | | |
| **10/18/2020** | | | | | | |
| 10/18/2020 | 21:41:23 | 5 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| Subtotal: | | 5 | pages | $0.50 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $0.50 | | |
| **10/19/2020** | | | | | | |
| 10/19/2020 | 15:05:56 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/19/2020 | 15:06:41 | 15 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 10/20/2019 | $1.50 |
| Subtotal: | | 16 | pages | $1.60 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $1.60 | | |
| **10/20/2020** | | | | | | |
| 10/20/2020 | 00:35:05 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/20/2020 | 00:35:24 | 2 | AREDC | IMAGE61-0 | 4:19-CV-00655-BSM DOCUMENT 61-0 | $0.20 |
| 10/20/2020 | 00:37:10 | 8 | AREDC | IMAGE62-0 | 4:19-CV-00655-BSM DOCUMENT 62-0 | $0.80 |
| 10/20/2020 | 21:00:19 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/20/2020 | 21:40:31 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| Subtotal: | | 28 | pages | $2.80 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $2.80 | | |
| **10/21/2020** | | | | | | |
| 10/21/2020 | 01:08:54 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/21/2020 | 01:10:19 | 30 | AREDC | IMAGE43-0 | 4:19-CV-00655-BSM DOCUMENT 43-0 | $3.00 |
| 10/21/2020 | 01:10:48 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/21/2020 | 23:47:34 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/21/2020 | 23:48:00 | 1 | AREDC | IMAGE40-69 | 4:19-CV-00655-BSM DOCUMENT 40-69 | $0.10 |
| Subtotal: | | 49 | pages | $4.90 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $4.90 | | |
| **10/22/2020** | | | | | | |
| 10/22/2020 | 10:12:29 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/22/2020 | 14:27:56 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/22/2020 | 14:28:24 | 8 | AREDC | IMAGE74-0 | 4:19-CV-00655-BSM DOCUMENT 74-0 | $0.80 |
| 10/22/2020 | 14:29:14 | 2 | AREDC | IMAGE73-0 | 4:19-CV-00655-BSM DOCUMENT 73-0 | $0.20 |
| 10/22/2020 | 14:29:14 | 2 | AREDC | IMAGE73-1 | 4:19-CV-00655-BSM DOCUMENT 73-1 | $0.20 |
| 10/22/2020 | 14:35:09 | 8 | AREDC | IMAGE70-0 | 4:19-CV-00655-BSM DOCUMENT 70-0 | $0.80 |
| Subtotal: | | 32 | pages | $3.20 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $3.20 | | |
| **10/23/2020** | | | | | | |
| 10/23/2020 | 22:32:33 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/23/2020 | 22:34:25 | 8 | AREDC | IMAGE70-0 | 4:19-CV-00655-BSM DOCUMENT 70-0 | $0.80 |
| 10/23/2020 | 22:38:37 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/23/2020 | 22:38:51 | 9 | AREDC | IMAGE66-0 | 4:19-CV-00655-BSM DOCUMENT 66-0 | $0.90 |
| 10/23/2020 | 22:41:49 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/23/2020 | 22:42:14 | 15 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 10/24/2019 | $1.50 |
| 10/23/2020 | 22:44:16 | 5 | AREDC | IMAGE5658-0 | 4:82-CV-00866-DPM DOCUMENT 5658-0 | $0.50 |
| 10/23/2020 | 22:44:17 | 12 | AREDC | IMAGE5658-1 | 4:82-CV-00866-DPM DOCUMENT 5658-1 | $1.20 |
| Subtotal: | | 62 | pages | $6.20 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $6.20 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **10/26/2020** | | | | | | |
| 10/26/2020 | 23:30:34 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/26/2020 | 23:31:09 | 6 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/26/2020 | 23:32:08 | 27 | AREDC | IMAGE67-0 | 4:19-CV-00655-BSM DOCUMENT 67-0 | $2.70 |
| Subtotal: | | 34 | pages | $3.40 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $3.40 | | |
| **10/27/2020** | | | | | | |
| 10/27/2020 | 01:04:14 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME D'ABADIE; JURISDICTION CV; ROLE PLA; ALL COURTS; PAGE: 1 | $0.10 |
| 10/27/2020 | 01:04:43 | 5 | AREDC | DOCKET REPORT | 4:18-CV-00356-JM | $0.50 |
| 10/27/2020 | 01:05:14 | 5 | AREDC | IMAGE9-10 | 4:18-CV-00356-JM DOCUMENT 9-10 | $0.50 |
| 10/27/2020 | 01:05:50 | 9 | AREDC | IMAGE9-9 | 4:18-CV-00356-JM DOCUMENT 9-9 | $0.90 |
| 10/27/2020 | 01:11:32 | 1 | AREDC | IMAGE63-0 | 4:18-CV-00356-JM DOCUMENT 63-0 | $0.10 |
| 10/27/2020 | 01:12:36 | 5 | AREDC | IMAGE32-0 | 4:18-CV-00356-JM DOCUMENT 32-0 | $0.50 |
| 10/27/2020 | 01:14:31 | 2 | AREDC | IMAGE45-0 | 4:18-CV-00356-JM DOCUMENT 45-0 | $0.20 |
| 10/27/2020 | 01:16:37 | 1 | AREDC | IMAGE54-0 | 4:18-CV-00356-JM DOCUMENT 54-0 | $0.10 |
| 10/27/2020 | 01:31:55 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/27/2020 | 01:32:37 | 9 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| Subtotal: | | 39 | pages | $3.90 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $3.90 | | |
| **10/30/2020** | | | | | | |
| 10/30/2020 | 12:32:38 | 7 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.70 |
| 10/30/2020 | 12:33:23 | 1 | AREDC | IMAGE82-0 | 4:19-CV-00655-BSM DOCUMENT 82-0 | $0.10 |
| 10/30/2020 | 12:34:00 | 2 | AREDC | IMAGE81-0 | 4:19-CV-00655-BSM DOCUMENT 81-0 | $0.20 |
| 10/30/2020 | 12:36:59 | 9 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| 10/30/2020 | 12:37:59 | 1 | AREDC | IMAGE40-76 | 4:19-CV-00655-BSM DOCUMENT 40-76 | $0.10 |
| 10/30/2020 | 12:40:13 | 7 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.70 |
| 10/30/2020 | 12:41:16 | 4 | AREDC | IMAGE40-68 | 4:19-CV-00655-BSM DOCUMENT 40-68 | $0.40 |
| 10/30/2020 | 13:56:13 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/30/2020 | 13:57:17 | 2 | AREDC | IMAGE5721-0 | 4:82-CV-00866-DPM DOCUMENT 5721-0 | $0.20 |
| 10/30/2020 | 13:57:18 | 7 | AREDC | IMAGE5721-1 | 4:82-CV-00866-DPM DOCUMENT 5721-1 | $0.70 |
| 10/30/2020 | 13:57:18 | 5 | AREDC | IMAGE5721-2 | 4:82-CV-00866-DPM DOCUMENT 5721-2 | $0.50 |
| Subtotal: | | 75 | pages | $7.50 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $7.50 | | |
| Grand Total: | | 1552 | pages | $155.20 | | |
| | | 0 | audio files ($2.40 ea) | $0.00 | | |
| | | | | $155.20 | | |

PACER FAQ

Privacy & Security

Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov