PACER
Public Access To Court Electronic Records

Billing

# BILLING SUMMARY

**Sarah Howard Jenkins, PLLC**
Client: Warren

Plaintiff's Exhibit 18

| Billing Summary | |
|---|---|
| Date: 2/1/2021 | Cost |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| 11/02/2020 - 12/01/2020 | $ 3.20 |
| Total | [redacted] |



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov