Plaintiff_Exhibit 19