PACER
Public Access To Court Electronic Records

# Billing History

## BILLING HISTORY

**Detailed Transaction Report by Date**
**All**
**from 10/11/2020 to 01/11/2021**

Plaintiff's Exhibit 20

**Billing Transactions**

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| **10/11/2020** | | | | | | | |
| 10/11/2020 | 16:17:29 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/11/2020 | 16:21:59 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/11/2020 | 16:24:49 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/11/2020 | 20:09:53 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/11/2020 | 20:22:16 | 8 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.80 |
| 10/11/2020 | 20:26:46 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| Subtotal: | | 50 | pages | | $5.00 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $5.00 | | |
| **10/12/2020** | | | | | | | |
| 10/12/2020 | 14:20:11 | 4 | AREDC | | IMAGE3327-0 | 4:82-CV-00866-DPM DOCUMENT 3327-0 | $0.40 |
| 10/12/2020 | 14:36:12 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/12/2020 | 14:37:18 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/12/2020 | 14:39:32 | 6 | AREDC | | IMAGE3328-0 | 4:82-CV-00866-DPM DOCUMENT 3328-0 | $0.60 |
| 10/12/2020 | 14:41:26 | 2 | AREDC | | IMAGE3333-0 | 4:82-CV-00866-DPM DOCUMENT 3333-0 | $0.20 |
| 10/12/2020 | 14:44:36 | 4 | AREDC | | IMAGE3334-0 | 4:82-CV-00866-DPM DOCUMENT 3334-0 | $0.40 |
| 10/12/2020 | 14:46:22 | 3 | AREDC | | IMAGE3335-0 | 4:82-CV-00866-DPM DOCUMENT 3335-0 | $0.30 |
| 10/12/2020 | 14:48:53 | 3 | AREDC | | IMAGE3336-0 | 4:82-CV-00866-DPM DOCUMENT 3336-0 | $0.30 |
| 10/12/2020 | 14:53:09 | 5 | AREDC | | IMAGE3340-0 | 4:82-CV-00866-DPM DOCUMENT 3340-0 | $0.50 |
| 10/12/2020 | 14:54:55 | 5 | AREDC | | IMAGE3341-0 | 4:82-CV-00866-DPM DOCUMENT 3341-0 | $0.50 |
| 10/12/2020 | 14:57:41 | 3 | AREDC | | IMAGE3348-0 | 4:82-CV-00866-DPM DOCUMENT 3348-0 | $0.30 |
| 10/12/2020 | 14:59:43 | 3 | AREDC | | IMAGE3349-0 | 4:82-CV-00866-DPM DOCUMENT 3349-0 | $0.30 |
| 10/12/2020 | 15:02:28 | 5 | AREDC | | IMAGE3350-0 | 4:82-CV-00866-DPM DOCUMENT 3350-0 | $0.50 |
| 10/12/2020 | 15:06:31 | 8 | AREDC | | IMAGE3360-0 | 4:82-CV-00866-DPM DOCUMENT 3360-0 | $0.80 |
| 10/12/2020 | 18:28:28 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/12/2020 | 18:29:29 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| Subtotal: | | 113 | pages | | $11.30 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $11.30 | | |
| **10/14/2020** | | | | | | | |
| 10/14/2020 | 13:41:07 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/14/2020 | 13:42:32 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/14/2020 | 14:11:47 | 3 | AREDC | | IMAGE5253-0 | 4:82-CV-00866-DPM DOCUMENT 5253-0 | $0.30 |
| 10/14/2020 | 14:13:02 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/14/2020 | 14:13:23 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/14/2020 | 14:26:59 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/14/2020 | 15:07:58 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/14/2020 | 15:08:35 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/14/2020 | 23:08:22 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| Subtotal: | | 131 | pages | | $13.10 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $13.10 | | |
| **10/16/2020** | | | | | | | |
| 10/16/2020 | 21:28:38 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/16/2020 | 21:51:37 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/16/2020 | 21:52:10 | 30 | AREDC | | IMAGE28-0 | 4:19-CV-00655-BSM DOCUMENT 28-0 | $3.00 |
| Subtotal: | | 40 | pages | | $4.00 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $4.00 | | |
| **10/17/2020** | | | | | | | |
| 10/17/2020 | 00:02:26 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| 10/17/2020 | 00:03:57 | 30 | AREDC | | IMAGE43-0 | 4:19-CV-00655-BSM DOCUMENT 43-0 | $3.00 |
| Subtotal: | | 35 | pages | | $3.50 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $3.50 | | |
| **10/18/2020** | | | | | | | |
| 10/18/2020 | 21:41:23 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.50 |
| Subtotal: | | 5 | pages | | $0.50 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.50 | | |
| **10/19/2020** | | | | | | | |
| 10/19/2020 | 15:05:56 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/19/2020 | 15:06:41 | 15 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 10/20/2019 | $1.50 |
| Subtotal: | | 16 | pages | | $1.60 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.60 | | |
| **10/20/2020** | | | | | | | |
| 10/20/2020 | 00:35:05 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/20/2020 | 00:35:24 | 2 | AREDC | | IMAGE61-0 | 4:19-CV-00655-BSM DOCUMENT 61-0 | $0.20 |
| 10/20/2020 | 00:37:10 | 8 | AREDC | | IMAGE62-0 | 4:19-CV-00655-BSM DOCUMENT 62-0 | $0.80 |
| 10/20/2020 | 21:00:19 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/20/2020 | 21:40:31 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| Subtotal: | | 28 | pages | | $2.80 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $2.80 | | |
| **10/21/2020** | | | | | | | |
| 10/21/2020 | 01:08:54 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/21/2020 | 01:10:19 | 30 | AREDC | | IMAGE43-0 | 4:19-CV-00655-BSM DOCUMENT 43-0 | $3.00 |
| 10/21/2020 | 01:10:48 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/21/2020 | 23:47:34 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/21/2020 | 23:48:00 | 1 | AREDC | | IMAGE40-69 | 4:19-CV-00655-BSM DOCUMENT 40-69 | $0.10 |
| Subtotal: | | 49 | pages | | $4.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $4.90 | | |
| **10/22/2020** | | | | | | | |
| 10/22/2020 | 10:12:29 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/22/2020 | 14:27:56 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/22/2020 | 14:28:24 | 8 | AREDC | | IMAGE74-0 | 4:19-CV-00655-BSM DOCUMENT 74-0 | $0.80 |
| 10/22/2020 | 14:29:14 | 2 | AREDC | | IMAGE73-0 | 4:19-CV-00655-BSM DOCUMENT 73-0 | $0.20 |
| 10/22/2020 | 14:29:14 | 2 | AREDC | | IMAGE73-1 | 4:19-CV-00655-BSM DOCUMENT 73-1 | $0.20 |
| 10/22/2020 | 14:35:09 | 8 | AREDC | | IMAGE70-0 | 4:19-CV-00655-BSM DOCUMENT 70-0 | $0.80 |
| Subtotal: | | 32 | pages | | $3.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $3.20 | | |
| **10/23/2020** | | | | | | | |
| 10/23/2020 | 22:32:33 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/23/2020 | 22:34:25 | 8 | AREDC | | IMAGE70-0 | 4:19-CV-00655-BSM DOCUMENT 70-0 | $0.80 |
| 10/23/2020 | 22:38:37 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/23/2020 | 22:38:51 | 9 | AREDC | | IMAGE66-0 | 4:19-CV-00655-BSM DOCUMENT 66-0 | $0.90 |
| 10/23/2020 | 22:41:49 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 866; CASE YEAR 1982; CASE NUMBER 4:82-CV-00866; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/23/2020 | 22:42:14 | 15 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 10/24/2019 | $1.50 |
| 10/23/2020 | 22:44:16 | 5 | AREDC | | IMAGE5658-0 | 4:82-CV-00866-DPM DOCUMENT 5658-0 | $0.50 |
| 10/23/2020 | 22:44:17 | 12 | AREDC | | IMAGE5658-1 | 4:82-CV-00866-DPM DOCUMENT 5658-1 | $1.20 |
| Subtotal: | | 62 | pages | | $6.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $6.20 | | |
| **10/26/2020** | | | | | | | |
| 10/26/2020 | 23:30:34 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/26/2020 | 23:31:09 | 6 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.60 |
| 10/26/2020 | 23:32:08 | 27 | AREDC | | IMAGE67-0 | 4:19-CV-00655-BSM DOCUMENT 67-0 | $2.70 |
| Subtotal: | | 34 | pages | | $3.40 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $3.40 | | |
| **10/27/2020** | | | | | | | |
| 10/27/2020 | 01:04:14 | 1 | 00PCL | | CIVIL PARTY SEARCH | ALL COURTS; NAME D'ABADIE; JURISDICTION CV; ROLE PLA; ALL COURTS; PAGE: 1 | $0.10 |
| 10/27/2020 | 01:04:43 | 5 | AREDC | | DOCKET REPORT | 4:18-CV-00356-JM | $0.50 |
| 10/27/2020 | 01:05:14 | 5 | AREDC | | IMAGE9-10 | 4:18-CV-00356-JM DOCUMENT 9-10 | $0.50 |
| 10/27/2020 | 01:05:50 | 9 | AREDC | | IMAGE9-9 | 4:18-CV-00356-JM DOCUMENT 9-9 | $0.90 |
| 10/27/2020 | 01:11:32 | 1 | AREDC | | IMAGE63-0 | 4:18-CV-00356-JM DOCUMENT 63-0 | $0.10 |
| 10/27/2020 | 01:12:36 | 5 | AREDC | | IMAGE32-0 | 4:18-CV-00356-JM DOCUMENT 32-0 | $0.50 |
| 10/27/2020 | 01:14:31 | 2 | AREDC | | IMAGE45-0 | 4:18-CV-00356-JM DOCUMENT 45-0 | $0.20 |
| 10/27/2020 | 01:16:37 | 1 | AREDC | | IMAGE54-0 | 4:18-CV-00356-JM DOCUMENT 54-0 | $0.10 |
| 10/27/2020 | 01:31:55 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 10/27/2020 | 01:32:37 | 9 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| Subtotal: | | 39 | pages | | $3.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $3.90 | | |
| **10/30/2020** | | | | | | | |
| 10/30/2020 | 12:32:38 | 7 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.70 |
| 10/30/2020 | 12:33:23 | 1 | AREDC | | IMAGE82-0 | 4:19-CV-00655-BSM DOCUMENT 82-0 | $0.10 |
| 10/30/2020 | 12:34:00 | 2 | AREDC | | IMAGE81-0 | 4:19-CV-00655-BSM DOCUMENT 81-0 | $0.20 |
| 10/30/2020 | 12:36:59 | 9 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| 10/30/2020 | 12:37:59 | 1 | AREDC | | IMAGE40-76 | 4:19-CV-00655-BSM DOCUMENT 40-76 | $0.10 |
| 10/30/2020 | 12:40:13 | 7 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.70 |
| 10/30/2020 | 12:41:16 | 4 | AREDC | | IMAGE40-68 | 4:19-CV-00655-BSM DOCUMENT 40-68 | $0.40 |
| 10/30/2020 | 13:56:13 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 10/30/2020 | 13:57:17 | 2 | AREDC | | IMAGE5721-0 | 4:82-CV-00866-DPM DOCUMENT 5721-0 | $0.20 |
| 10/30/2020 | 13:57:18 | 7 | AREDC | | IMAGE5721-1 | 4:82-CV-00866-DPM DOCUMENT 5721-1 | $0.70 |
| 10/30/2020 | 13:57:18 | 5 | AREDC | | IMAGE5721-2 | 4:82-CV-00866-DPM DOCUMENT 5721-2 | $0.50 |
| Subtotal: | | 75 | pages | | $7.50 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $7.50 | | |
| **11/02/2020** | | | | | | | |
| 11/02/2020 | 00:49:58 | 1 | 00PCL | | CIVIL CASE SEARCH | ALL COURTS; CASE TITLE BEASLEY V. MCNULTY; JURISDICTION CV | $0.10 |
| 11/02/2020 | 00:51:28 | 1 | 00PCL | | CIVIL CASE SEARCH | ALL COURTS; CASE NUMBER 508; CASE YEAR 2018; CASE NUMBER 4:18-CV-508; OFFICE 4; CASE TITLE BEASLEY V. MCNULTY; CASE TYPE CV; JURISDICTION CV | $0.10 |
| 11/02/2020 | 14:13:27 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| Subtotal: | | 12 | pages | | $1.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.20 | | |
| **11/06/2020** | | | | | | | |
| 11/06/2020 | 00:13:06 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 11/06/2020 | 00:13:22 | 7 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.70 |
| 11/06/2020 | 00:13:47 | 3 | AREDC | | IMAGE85-0 | 4:19-CV-00655-BSM DOCUMENT 85-0 | $0.30 |
| Subtotal: | | 11 | pages | | $1.10 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.10 | | |
| **11/08/2020** | | | | | | | |
| 11/08/2020 | 20:00:13 | 7 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.70 |
| 11/08/2020 | 20:00:31 | 1 | AREDC | | IMAGE15-0 | 4:19-CV-00655-BSM DOCUMENT 15-0 | $0.10 |
| 11/08/2020 | 20:02:17 | 1 | AREDC | | IMAGE68-0 | 4:19-CV-00655-BSM DOCUMENT 68-0 | $0.10 |
| Subtotal: | | 9 | pages | | $0.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.90 | | |
| **12/04/2020** | | | | | | | |
| 12/04/2020 | 19:27:59 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 12/04/2020 | 19:28:19 | 7 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.70 |
| Subtotal: | | 8 | pages | | $0.80 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.80 | | |
| **Grand Total:** | | 749 | pages | | $74.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $74.90 | | |



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.