Plaintiff Exhibit 21

# BILLING HISTORY

### Detailed Transaction Report by Date
### All
### from 01/01/2022 to 03/31/2022

Wed Apr 13 13:11:20 CDT 2022
showj731

[Back] [New Search]

**Billing Transactions**

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 01/06/2022 | | | | | | | |
| 01/06/2022 | 10:23:08 | 12 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 01/06/2022 | 10:23:34 | 3 | AREDC | | IMAGE92-0 | 4:19-CV-00655-BSM DOCUMENT 92-0 | $0.30 |
| 01/06/2022 | 10:25:29 | 1 | AREDC | | IMAGE96-0 | 4:19-CV-00655-BSM DOCUMENT 96-0 | $0.10 |
| 01/06/2022 | 23:39:00 | 1 | OOPCL | | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, JAY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 01/06/2022 | 23:40:10 | 1 | OOPCL | | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, JAY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 2 | $0.10 |
| 01/06/2022 | 23:41:29 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME KEYS, CODY; ROLE ATY; ALL COURTS | $0.10 |
| 01/06/2022 | 23:44:27 | 1 | OOPCL | | CIVIL CASE SEARCH | COURT ID ARE; CASE TITLE PULASKI COUNTY SPECIAL SCHOOL DISTRICT; JURISDICTION CV; NATURE OF SUIT 440; CASE STATUS O | $0.10 |
| 01/06/2022 | 23:45:32 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME PULASKI COUNTY SPECIAL SCHOOL DISTRICT; ROLE DFT; COURT ID ARE; CASE STATUS O; PAGE: 1 | $0.10 |
| 01/06/2022 | 23:46:18 | 2 | AREDC | | DOCKET REPORT | 4:20-CV-01357-JM | $0.20 |
| 01/06/2022 | 23:48:13 | 2 | AREDC | | DOCKET REPORT | 4:21-CV-00458-JM | $0.20 |
| 01/06/2022 | 23:49:14 | 3 | AREDC | | DOCKET REPORT | 4:21-CV-00612-JM | $0.30 |
| 01/06/2022 | 23:51:10 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE; ROLE ATY; COURT ID ARE; JURISDICTION CV; CASE STATUS O; PAGE: 1; SORT: COURT NAME, ASC | $0.10 |
| 01/06/2022 | 23:51:49 | 10 | AREDC | | DOCKET REPORT | 4:20-CV-00091-JM | $1.00 |
| 01/06/2022 | 23:54:09 | 6 | AREDC | | DOCKET REPORT | 4:20-CV-00795-KGB | $0.60 |
| 01/06/2022 | 23:55:11 | 5 | AREDC | | DOCKET REPORT | 4:20-CV-01012-BSM | $0.50 |
| 01/06/2022 | 23:55:56 | 3 | AREDC | | DOCKET REPORT | 4:20-CV-00939-BSM | $0.30 |
| 01/06/2022 | 23:57:42 | 3 | AREDC | | DOCKET REPORT | 4:20-CV-01176-KGB | $0.30 |
| 01/06/2022 | 23:58:11 | 3 | AREDC | | DOCKET REPORT | 4:20-CV-01233-KGB | $0.30 |
| 01/06/2022 | 23:58:59 | 7 | AREDC | | DOCKET REPORT | 4:19-CV-00525-KGB | $0.70 |
| 01/06/2022 | 23:59:36 | 5 | AREDC | | DOCKET REPORT | 2:21-CV-00157-BSM | $0.50 |
| Subtotal: | | 71 pages | | | | | $7.10 |
| | | 0 audio files ($2.40 each) | | | | | $0.00 |
| | | | | | | | $7.10 |
| 01/07/2022 | | | | | | | |
| 01/07/2022 | 00:00:28 | 2 | AREDC | | DOCKET REPORT | 2:20-CV-00223-BSM | $0.20 |
| 01/07/2022 | 00:00:59 | 2 | AREDC | | DOCKET REPORT | 4:20-CV-01379-BSM | $0.20 |
| 01/07/2022 | 00:01:39 | 2 | AREDC | | DOCKET REPORT | 4:20-CV-01383-JM | $0.20 |
| 01/07/2022 | 00:02:08 | 2 | AREDC | | DOCKET REPORT | 4:21-CV-00039-BSM | $0.20 |

| Date/Time | Pages | Client | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 01/07/2022 00:02:58 | 4 | AREDC | DOCKET REPORT | 4:21-CV-00420-JM | $0.40 |
| 01/07/2022 00:03:34 | 2 | AREDC | DOCKET REPORT | 4:21-CV-00920-JM | $0.20 |
| 01/07/2022 00:04:08 | 10 | AREDC | DOCKET REPORT | 4:20-CV-00091-JM | $1.00 |
| 01/07/2022 10:27:46 | 9 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| 01/07/2022 10:50:11 | 9 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| 01/07/2022 10:50:55 | 8 | AREDC | IMAGE95-1 | 4:19-CV-00655-BSM DOCUMENT 95-1 | $0.80 |
| 01/07/2022 10:50:55 | 7 | AREDC | IMAGE95-0 | 4:19-CV-00655-BSM DOCUMENT 95-0 | $0.70 |
| 01/07/2022 10:52:26 | 6 | AREDC | IMAGE94-0 | 4:19-CV-00655-BSM DOCUMENT 94-0 | $0.60 |
| 01/07/2022 10:52:27 | 1 | AREDC | IMAGE94-1 | 4:19-CV-00655-BSM DOCUMENT 94-1 | $0.10 |
| 01/07/2022 10:53:34 | 1 | AREDC | IMAGE96-0 | 4:19-CV-00655-BSM DOCUMENT 96-0 | $0.10 |
| 01/07/2022 11:13:16 | 3 | AREDC | IMAGE92-0 | 4:19-CV-00655-BSM DOCUMENT 92-0 | $0.30 |
| 01/07/2022 11:13:17 | 25 | AREDC | IMAGE92-1 | 4:19-CV-00655-BSM DOCUMENT 92-1 | $2.50 |
| 01/07/2022 11:13:18 | 4 | AREDC | IMAGE92-2 | 4:19-CV-00655-BSM DOCUMENT 92-2 | $0.40 |
| 01/07/2022 13:18:39 | 9 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| 01/07/2022 16:46:45 | 9 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| Subtotal: | 115 pages | | | | $11.50 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $11.50 |

**01/10/2022**

| Date/Time | Pages | Client | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 01/10/2022 23:18:04 | 9 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| 01/10/2022 23:18:17 | 4 | AREDC | IMAGE124-0 | 4:19-CV-00655-BSM DOCUMENT 124-0 | $0.40 |
| 01/10/2022 23:18:18 | 1 | AREDC | IMAGE124-1 | 4:19-CV-00655-BSM DOCUMENT 124-1 | $0.10 |
| 01/10/2022 23:19:47 | 4 | AREDC | IMAGE125-0 | 4:19-CV-00655-BSM DOCUMENT 125-0 | $0.40 |
| Subtotal: | 18 pages | | | | $1.80 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $1.80 |

**01/11/2022**

| Date/Time | Pages | Client | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 01/11/2022 12:06:43 | 1 | OOPCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 1098; CASE YEAR 2007; CASE NUMBER 4:07-CV-01098; OFFICE 4; CASE TITLE PERKINS V. PCSSD; CASE TYPE CV | $0.10 |
| 01/11/2022 12:07:28 | 1 | OOPCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 1098; CASE YEAR 2007; CASE NUMBER 4:07-CV-1098; OFFICE 4; CASE TITLE PERKINS V. PCSSD; CASE TYPE CV | $0.10 |
| 01/11/2022 12:07:45 | 1 | OOPCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE TITLE PERKINS V. PCSSD | $0.10 |
| 01/11/2022 12:08:15 | 1 | OOPCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE TITLE PERKINS V. PULASKI COUNTY SPECIAL SCHOOL DISTRICT; PAGE: 1 | $0.10 |
| 01/11/2022 12:08:37 | 3 | AREDC | DOCKET REPORT | 4:07-CV-01098-JMM | $0.30 |
| 01/11/2022 12:27:59 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 01/11/2022 18:24:33 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 01/11/2022 18:41:17 | 2 | AREDC | IMAGE18-0 | 4:19-CV-00655-BSM DOCUMENT 18-0 | $0.20 |
| 01/11/2022 22:25:59 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 01/11/2022 22:27:08 | 4 | AREDC | IMAGE3611-0 | 4:82-CV-00866-DPM DOCUMENT 3611-0 | $0.40 |
| 01/11/2022 22:54:10 | 1 | OOPCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE TITLE SMITH V. ARKANSAS HIGHWAY POLICE; PAGE: 1; CASE STATUS C | $0.10 |
| 01/11/2022 22:54:32 | 8 | AREDC | DOCKET REPORT | 4:13-CV-00301-JLH | $0.80 |
| 01/11/2022 22:54:44 | 5 | AREDC | IMAGE39-0 | 4:13-CV-00301-JLH DOCUMENT 39-0 | $0.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Subtotal: | | | | 83 pages | | | $8.30 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $8.30 |

**01/12/2022**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/12/2022 00:37:56 | 9 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| Subtotal: | | | | 9 pages | | $0.90 |
| | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | $0.90 |

**01/13/2022**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/13/2022 21:26:50 | 9 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $0.90 |
| Subtotal: | | | | 9 pages | | $0.90 |
| | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | $0.90 |

**01/14/2022**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/14/2022 14:04:46 | 13 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 01/14/2022 14:05:51 | 30 | AREDC | | IMAGE40-12 | 4:19-CV-00655-BSM DOCUMENT 40-12 | $3.00 |
| 01/14/2022 14:28:16 | 9 | AREDC | | IMAGE66-0 | 4:19-CV-00655-BSM DOCUMENT 66-0 | $0.90 |
| 01/14/2022 15:33:55 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| Subtotal: | | | | 62 pages | | $6.20 |
| | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | $6.20 |

**01/16/2022**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/16/2022 22:12:23 | 1 | 00PCL | | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 01/16/2022 22:12:49 | 1 | 00PCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 01/16/2022 22:13:29 | 1 | 00PCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY; ROLE ATY; ALL COURTS; PAGE: 3 | $0.10 |
| 01/16/2022 22:14:07 | 5 | AREDC | | DOCKET REPORT | 4:19-CV-00525-KGB | $0.50 |
| 01/16/2022 22:14:52 | 5 | AREDC | | DOCKET REPORT | 4:20-CV-00020-LPR | $0.50 |
| 01/16/2022 22:16:00 | 4 | AREDC | | DOCKET REPORT | 4:19-CV-00249-BSM | $0.40 |
| 01/16/2022 22:17:55 | 7 | AREDC | | DOCKET REPORT | 4:19-CV-00525-KGB | $0.70 |
| 01/16/2022 22:18:49 | 3 | AREDC | | DOCKET REPORT | 4:19-CV-00751-DPM | $0.30 |
| 01/16/2022 22:19:46 | 10 | AREDC | | DOCKET REPORT | 4:20-CV-00091-JM | $1.00 |
| Subtotal: | | | | 37 pages | | $3.70 |
| | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | $3.70 |

**01/19/2022**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/19/2022 15:52:47 | 11 | AREDC | | DOCKET REPORT | 2:20-CV-00017-LPR | $1.10 |
| Subtotal: | | | | 11 pages | | $1.10 |
| | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | $1.10 |

**01/25/2022**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/25/2022 12:46:57 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 01/25/2022 12:47:06 | 3 | AREDC | | IMAGE132-0 | 4:19-CV-00655-BSM DOCUMENT 132-0 | $0.30 |

| Date/Time | Pages | Court | Description | Case | Cost |
|---|---|---|---|---|---|
| 01/25/2022 14:01:19 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 01/25/2022 14:01:39 | 8 | AREDC | IMAGE128-0 | 4:19-CV-00655-BSM DOCUMENT 128-0 | $0.80 |
| 01/25/2022 21:19:41 | 10 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 01/25/2022 21:20:24 | 10 | AREDC | DOCKET REPORT | 2:20-CV-00017-LPR | $1.00 |
| Subtotal: | | | 54 pages | | $5.40 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $5.40 |

**01/27/2022**

| Date/Time | Pages | Court | Description | Case | Cost |
|---|---|---|---|---|---|
| 01/27/2022 20:01:33 | 10 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 01/27/2022 20:01:41 | 2 | AREDC | IMAGE133-0 | 4:19-CV-00655-BSM DOCUMENT 133-0 | $0.20 |
| Subtotal: | | | 12 pages | | $1.20 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $1.20 |

**01/28/2022**

| Date/Time | Pages | Court | Description | Case | Cost |
|---|---|---|---|---|---|
| 01/28/2022 03:44:56 | 10 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 01/28/2022 10:31:21 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 01/28/2022 10:31:34 | 1 | AREDC | IMAGE134-0 | 4:19-CV-00655-BSM DOCUMENT 134-0 | $0.10 |
| 01/28/2022 12:02:36 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 01/28/2022 12:03:30 | 11 | AREDC | DOCKET REPORT | 2:20-CV-00017-LPR | $1.10 |
| Subtotal: | | | 48 pages | | $4.80 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $4.80 |

**02/01/2022**

| Date/Time | Pages | Court | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/01/2022 04:51:49 | 10 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 02/01/2022 04:57:02 | 15 | AREDC | IMAGE83-0 | 4:19-CV-00655-BSM DOCUMENT 83-0 | $1.50 |
| 02/01/2022 05:49:59 | 10 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 02/01/2022 05:50:23 | 3 | AREDC | IMAGE85-0 | 4:19-CV-00655-BSM DOCUMENT 85-0 | $0.30 |
| 02/01/2022 18:23:06 | 10 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| Subtotal: | | | 48 pages | | $4.80 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $4.80 |

**02/02/2022**

| Date/Time | Pages | Court | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/02/2022 06:54:53 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| Subtotal: | | | 13 pages | | $1.30 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $1.30 |

**02/03/2022**

| Date/Time | Pages | Court | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/03/2022 06:20:35 | 10 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| Subtotal: | | | 10 pages | | $1.00 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $1.00 |

**02/04/2022**

| Date/Time | Pages | Court | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/04/2022 21:51:02 | 10 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 02/04/2022 21:51:12 | 2 | AREDC | IMAGE135-0 | 4:19-CV-00655-BSM DOCUMENT 135-0 | $0.20 |

| Date/Time | Pages | Client | | Description | Search Criteria | Cost |
|---|---|---|---|---|---|---|
| 02/04/2022 21:52:34 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 02/04/2022 21:52:57 | 2 | AREDC | | IMAGE136-0 | 4:19-CV-00655-BSM DOCUMENT 136-0 | $0.20 |
| Subtotal: | | | 24 pages | | | $2.40 |
| | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | $2.40 |

**02/05/2022**

| Date/Time | Pages | Client | | Description | Search Criteria | Cost |
|---|---|---|---|---|---|---|
| 02/05/2022 08:37:31 | 10 | AREDC | | DOCKET REPORT | 2:20-CV-00017-LPR | $1.00 |
| 02/05/2022 20:44:59 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 02/05/2022 20:49:03 | 2 | AREDC | | IMAGE61-0 | 4:19-CV-00655-BSM DOCUMENT 61-0 | $0.20 |
| 02/05/2022 20:49:45 | 8 | AREDC | | IMAGE62-0 | 4:19-CV-00655-BSM DOCUMENT 62-0 | $0.80 |
| Subtotal: | | | 30 pages | | | $3.00 |
| | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | $3.00 |

**02/06/2022**

| Date/Time | Pages | Client | | Description | Search Criteria | Cost |
|---|---|---|---|---|---|---|
| 02/06/2022 02:42:11 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 02/06/2022 02:43:52 | 1 | AREDC | | IMAGE91-0 | 4:19-CV-00655-BSM DOCUMENT 91-0 | $0.10 |
| 02/06/2022 03:28:07 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| Subtotal: | | | 21 pages | | | $2.10 |
| | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | $2.10 |

**02/07/2022**

| Date/Time | Pages | Client | | Description | Search Criteria | Cost |
|---|---|---|---|---|---|---|
| 02/07/2022 17:30:58 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 02/07/2022 17:32:15 | 2 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 01/31/2022 | $0.20 |
| 02/07/2022 17:32:34 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 02/07/2022 20:25:36 | 13 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 02/07/2022 20:31:37 | 1 | AREDC | | IMAGE117-0 | 4:19-CV-00655-BSM DOCUMENT 117-0 | $0.10 |
| Subtotal: | | | 56 pages | | | $5.60 |
| | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | $5.60 |

**02/08/2022**

| Date/Time | Pages | Client | | Description | Search Criteria | Cost |
|---|---|---|---|---|---|---|
| 02/08/2022 12:25:21 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| Subtotal: | | | 10 pages | | | $1.00 |
| | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | $1.00 |

**02/10/2022**

| Date/Time | Pages | Client | | Description | Search Criteria | Cost |
|---|---|---|---|---|---|---|
| 02/10/2022 11:33:21 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 02/10/2022 17:28:03 | 10 | AREDC | | DOCKET REPORT | 2:20-CV-00017-LPR | $1.00 |
| 02/10/2022 17:28:33 | 2 | AREDC | | IMAGE105-0 | 2:20-CV-00017-LPR DOCUMENT 105-0 | $0.20 |
| Subtotal: | | | 42 pages | | | $4.20 |
| | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | $4.20 |

**02/11/2022**

| Date/Time | Pages | Client | | Description | Search Criteria | Cost |
|---|---|---|---|---|---|---|
| 02/11/2022 08:59:53 | 11 | AREDC | | DOCKET REPORT | 2:20-CV-00017-LPR | $1.10 |
| 02/11/2022 09:00:01 | 2 | AREDC | | IMAGE118-0 | 2:20-CV-00017-LPR DOCUMENT 118-0 | $0.20 |
| 02/11/2022 14:42:10 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |

| Date/Time | Pages | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 02/11/2022 14:42:57 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 02/11/2022 14:43:56 | 4 | AREDC | IMAGE5402-0 | 4:82-CV-00866-DPM DOCUMENT 5402-0 | $0.40 |
| 02/11/2022 14:47:12 | 8 | AREDC | IMAGE5337-0 | 4:82-CV-00866-DPM DOCUMENT 5337-0 | $0.80 |
| 02/11/2022 14:47:13 | 1 | AREDC | IMAGE5337-1 | 4:82-CV-00866-DPM DOCUMENT 5337-1 | $0.10 |
| 02/11/2022 16:58:04 | 11 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.10 |
| 02/11/2022 16:58:12 | 2 | AREDC | IMAGE148-0 | 4:19-CV-00655-BSM DOCUMENT 148-0 | $0.20 |
| Subtotal: | 79 pages | | | | $7.90 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $7.90 |

**02/12/2022**

| Date/Time | Pages | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 02/12/2022 15:51:33 | 11 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.10 |
| 02/12/2022 16:20:58 | 2 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 02/05/2022 | $0.20 |
| 02/12/2022 16:21:09 | 6 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 02/12/2021 | $0.60 |
| 02/12/2022 16:21:20 | 30 | AREDC | IMAGE5783-0 | 4:82-CV-00866-DPM DOCUMENT 5783-0 | $3.00 |
| Subtotal: | 49 pages | | | | $4.90 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $4.90 |

**02/15/2022**

| Date/Time | Pages | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 02/15/2022 05:15:51 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 02/15/2022 05:18:35 | 2 | AREDC | IMAGE5727-0 | 4:82-CV-00866-DPM DOCUMENT 5727-0 | $0.20 |
| Subtotal: | 32 pages | | | | $3.20 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $3.20 |

**02/19/2022**

| Date/Time | Pages | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 02/19/2022 10:49:35 | 6 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 02/19/2021 | $0.60 |
| 02/19/2022 10:50:03 | 4 | AREDC | IMAGE5782-0 | 4:82-CV-00866-DPM DOCUMENT 5782-0 | $0.40 |
| 02/19/2022 17:47:53 | 11 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.10 |
| Subtotal: | 21 pages | | | | $2.10 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $2.10 |

**02/20/2022**

| Date/Time | Pages | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 02/20/2022 03:11:32 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 02/20/2022 03:12:37 | 5 | AREDC | IMAGE5322-0 | 4:82-CV-00866-DPM DOCUMENT 5322-0 | $0.50 |
| Subtotal: | 35 pages | | | | $3.50 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $3.50 |

**02/21/2022**

| Date/Time | Pages | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|
| 02/21/2022 11:06:37 | 15 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.50 |
| 02/21/2022 11:06:52 | 3 | AREDC | IMAGE159-0 | 4:19-CV-00655-BSM DOCUMENT 159-0 | $0.30 |

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/21/2022 21:08:58 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 02/21/2022 21:12:15 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| Subtotal: | | | 78 pages | | $7.80 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $7.80 |

**02/22/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/22/2022 00:39:14 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 02/22/2022 00:41:26 | 6 | AREDC | IMAGE5084-0 | 4:82-CV-00866-DPM DOCUMENT 5084-0 | $0.60 |
| 02/22/2022 12:55:58 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 02/22/2022 12:56:23 | 9 | AREDC | IMAGE161-0 | 4:19-CV-00655-BSM DOCUMENT 161-0 | $0.90 |
| Subtotal: | | | 57 pages | | $5.70 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $5.70 |

**02/25/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/25/2022 09:58:00 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 02/25/2022 09:58:11 | 9 | AREDC | IMAGE161-0 | 4:19-CV-00655-BSM DOCUMENT 161-0 | $0.90 |
| Subtotal: | | | 21 pages | | $2.10 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $2.10 |

**02/26/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/26/2022 04:22:24 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 02/26/2022 04:22:42 | 10 | AREDC | IMAGE171-0 | 4:19-CV-00655-BSM DOCUMENT 171-0 | $1.00 |
| 02/26/2022 12:54:13 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| Subtotal: | | | 34 pages | | $3.40 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $3.40 |

**02/27/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/27/2022 04:31:52 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 02/27/2022 04:32:26 | 3 | AREDC | IMAGE159-0 | 4:19-CV-00655-BSM DOCUMENT 159-0 | $0.30 |
| Subtotal: | | | 15 pages | | $1.50 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $1.50 |

**02/28/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 02/28/2022 09:39:57 | 16 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.60 |
| 02/28/2022 17:50:24 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 02/28/2022 17:50:45 | 19 | AREDC | IMAGE169-0 | 4:19-CV-00655-BSM DOCUMENT 169-0 | $1.90 |
| Subtotal: | | | 47 pages | | $4.70 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $4.70 |

**03/01/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/01/2022 03:17:00 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 03/01/2022 03:17:13 | 9 | AREDC | IMAGE161-0 | 4:19-CV-00655-BSM DOCUMENT 161-0 | $0.90 |

| Date/Time | Pages | Court | Description | Case/Search | Cost |
|---|---|---|---|---|---|
| 03/01/2022 10:58:14 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 03/01/2022 15:34:21 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 03/01/2022 17:42:13 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| Subtotal: | 57 pages | | | | $5.70 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $5.70 |
| **03/02/2022** | | | | | |
| 03/02/2022 04:15:43 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 03/02/2022 04:17:38 | 8 | AREDC | IMAGE128-0 | 4:19-CV-00655-BSM DOCUMENT 128-0 | $0.80 |
| 03/02/2022 04:19:21 | 2 | AREDC | IMAGE135-0 | 4:19-CV-00655-BSM DOCUMENT 135-0 | $0.20 |
| 03/02/2022 04:20:09 | 12 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 03/02/2022 16:20:04 | 1 | OOPCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE EXACT MATCHES ONLY; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/02/2022 16:40:41 | 1 | AREDC | CASE SUMMARY | 4:03-CV-00876-GH | $0.10 |
| 03/02/2022 17:06:16 | 1 | OOPCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/02/2022 17:06:38 | 1 | AREDC | CASE SUMMARY | 4:15-CV-00695-SWW | $0.10 |
| 03/02/2022 17:08:51 | 3 | AREDC | DOCKET REPORT | 4:15-CV-00695-SWW | $0.30 |
| 03/02/2022 20:12:21 | 1 | OOPCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/02/2022 20:12:36 | 1 | AREDC | CASE SUMMARY | 4:16-CV-00574-SWW | $0.10 |
| 03/02/2022 20:15:37 | 1 | AREDC | CASE SUMMARY | 4:00-CV-00350-HW | $0.10 |
| 03/02/2022 20:21:28 | 1 | OOPCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/02/2022 20:22:54 | 1 | AREDC | CASE SUMMARY | 4:01-CV-00393-SWW | $0.10 |
| 03/02/2022 20:23:42 | 1 | AREDC | CASE SUMMARY | 4:02-CV-00780-JMM | $0.10 |
| 03/02/2022 20:24:56 | 1 | AREDC | CASE SUMMARY | 4:15-CV-00695-SWW | $0.10 |
| 03/02/2022 20:26:26 | 1 | AREDC | CASE SUMMARY | 4:02-CV-00780-JMM | $0.10 |
| 03/02/2022 20:27:38 | 1 | AREDC | CASE SUMMARY | 4:03-CV-00244-GTE | $0.10 |
| 03/02/2022 20:29:14 | 1 | AREDC | CASE SUMMARY | 4:03-CV-00652-JLH | $0.10 |
| 03/02/2022 20:31:42 | 1 | OOPCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY EXACT MATCHES ONLY; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/02/2022 20:32:23 | 1 | OOPCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY EXACT MATCHES ONLY; ROLE ATY; ALL COURTS; PAGE: 2 | $0.10 |
| 03/02/2022 20:32:53 | 1 | OOPCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY EXACT MATCHES ONLY; ROLE ATY; ALL COURTS; PAGE: 3 | $0.10 |
| 03/02/2022 20:33:06 | 1 | AREDC | CASE SUMMARY | 4:18-CV-00029-SWW | $0.10 |
| 03/02/2022 20:34:20 | 3 | AREDC | DOCKET REPORT | 4:18-CV-00029-SWW | $0.30 |
| 03/02/2022 20:35:15 | 1 | AREDC | CASE SUMMARY | 4:18-CV-00327-LPR | $0.10 |
| 03/02/2022 20:36:34 | 1 | AREDC | CASE SUMMARY | 4:18-CV-00218-BSM | $0.10 |
| 03/02/2022 20:38:19 | 1 | AREDC | CASE SUMMARY | 4:18-CV-00356-JM | $0.10 |
| 03/02/2022 20:39:56 | 1 | AREDC | CASE SUMMARY | 4:18-CV-00508-DPM | $0.10 |
| 03/02/2022 20:40:52 | 1 | AREDC | CASE SUMMARY | 4:19-CV-00249-BSM | $0.10 |
| 03/02/2022 20:41:30 | 1 | AREDC | CASE SUMMARY | 4:19-CV-00751-DPM | $0.10 |
| 03/02/2022 20:42:51 | 1 | AREDC | CASE SUMMARY | 4:20-CV-00020-LPR | $0.10 |
| 03/02/2022 20:43:07 | 1 | AREDC | CASE SUMMARY | 4:19-CV-00778-LPR | $0.10 |

| Date/Time | Qty | Client | Description | Detail | Cost |
|---|---|---|---|---|---|
| 03/02/2022 20:44:12 | 4 | AREDC | DOCKET REPORT | 4:19-CV-00778-LPR | $0.40 |
| 03/02/2022 20:45:20 | 1 | AREDC | CASE SUMMARY | 4:20-CV-01357-JM | $0.10 |
| 03/02/2022 20:46:42 | 2 | AREDC | DOCKET REPORT | 4:20-CV-01357-JM | $0.20 |
| 03/02/2022 20:47:33 | 10 | AREDC | IMAGE1-0 | 4:20-CV-01357-JM DOCUMENT 1-0 | $1.00 |
| 03/02/2022 20:52:00 | 1 | AREDC | CASE SUMMARY | 4:21-CV-00458-JM | $0.10 |
| 03/02/2022 20:52:23 | 1 | AREDC | CASE SUMMARY | 4:21-CV-00612-JM | $0.10 |
| 03/02/2022 20:56:10 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/02/2022 20:57:02 | 1 | AREDC | CASE SUMMARY | 4:98-CV-00070-SWW | $0.10 |
| 03/02/2022 20:58:03 | 4 | AREDC | DOCKET REPORT | 4:98-CV-00070-SWW | $0.40 |
| 03/02/2022 20:59:17 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 2 | $0.10 |
| 03/02/2022 20:59:32 | 1 | AREDC | CASE SUMMARY | 4:06-CV-00606-DPM | $0.10 |
| 03/02/2022 21:03:56 | 17 | AREDC | DOCKET REPORT | 4:06-CV-00606-DPM | $1.70 |
| 03/02/2022 21:07:41 | 1 | AREDC | CASE SUMMARY | 4:06-CV-00846-BRW | $0.10 |
| 03/02/2022 21:08:50 | 1 | AREDC | CASE SUMMARY | 4:07-CV-01098-JMM | $0.10 |
| 03/02/2022 21:09:42 | 3 | AREDC | DOCKET REPORT | 4:07-CV-01098-JMM | $0.30 |
| 03/02/2022 21:10:50 | 1 | AREDC | CASE SUMMARY | 4:07-CV-01119-BSM | $0.10 |
| 03/02/2022 21:11:40 | 3 | AREDC | DOCKET REPORT | 4:07-CV-01119-BSM | $0.30 |
| 03/02/2022 21:13:49 | 1 | AREDC | CASE SUMMARY | 4:10-CV-00063-BSM | $0.10 |
| 03/02/2022 21:15:33 | 1 | AREDC | CASE SUMMARY | 4:10-CV-00240-BSM | $0.10 |
| 03/02/2022 21:16:28 | 1 | AREDC | CASE SUMMARY | 4:10-CV-01143-JLH | $0.10 |
| 03/02/2022 21:17:29 | 2 | AREDC | DOCKET REPORT | 4:10-CV-01143-JLH | $0.20 |
| 03/02/2022 21:23:16 | 1 | AREDC | CASE SUMMARY | 4:11-CV-00537-BSM | $0.10 |
| Subtotal: | | | 125 pages | | $12.50 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $12.50 |

**03/04/2022**

| Date/Time | Qty | Client | Description | Detail | Cost |
|---|---|---|---|---|---|
| 03/04/2022 13:23:25 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 655; CASE YEAR 2019; CASE NUMBER 4:19-CV-655; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 03/04/2022 13:23:46 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| Subtotal: | | | 14 pages | | $1.40 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $1.40 |

**03/05/2022**

| Date/Time | Qty | Client | Description | Detail | Cost |
|---|---|---|---|---|---|
| 03/05/2022 13:15:05 | 1 | 00PCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME PORTER EXACT MATCHES ONLY; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/05/2022 13:16:02 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME PORTER, AUSTIN EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/05/2022 13:16:35 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME PORTER, AUSTIN EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 2 | $0.10 |
| 03/05/2022 13:17:03 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME PORTER, AUSTIN EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 3 | $0.10 |
| 03/05/2022 13:17:30 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME PORTER, AUSTIN EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 4 | $0.10 |
| 03/05/2022 13:18:03 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME PORTER, AUSTIN EXACT MATCHES ONLY; JURISDICTION | $0.10 |

| Date/Time | Pages | Client | Description | Search/Case | Cost |
|---|---|---|---|---|---|
| | | | | CV; ROLE ATY; ALL COURTS; PAGE: 5 | |
| 03/05/2022 13:18:44 | 10 | AREDC | DOCKET REPORT | 4:18-CV-00577-DPM | $1.00 |
| 03/05/2022 13:19:13 | 7 | AREDC | IMAGE137-0 | 4:18-CV-00577-DPM DOCUMENT 137-0 | $0.70 |
| Subtotal: | | | 23 pages | | $2.30 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $2.30 |

**03/11/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/11/2022 09:08:53 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 03/11/2022 09:11:05 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| Subtotal: | | | 26 pages | | $2.60 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $2.60 |

**03/15/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/15/2022 12:32:37 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 03/15/2022 21:39:53 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| Subtotal: | | | 26 pages | | $2.60 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $2.60 |

**03/16/2022**

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/16/2022 21:44:08 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| Subtotal: | | | 13 pages | | $1.30 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $1.30 |

**03/17/2022**

| Date/Time | Pages | Client | Description | Search/Case | Cost |
|---|---|---|---|---|---|
| 03/17/2022 17:57:41 | 1 | OOPCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/17/2022 17:58:16 | 1 | AREDC | CASE SUMMARY | 4:15-CV-00695-SWW | $0.10 |
| 03/17/2022 18:05:32 | 3 | AREDC | DOCKET REPORT | 4:15-CV-00695-SWW | $0.30 |
| 03/17/2022 18:06:35 | 1 | AREDC | CASE SUMMARY | 4:16-CV-00574-SWW | $0.10 |
| 03/17/2022 18:12:49 | 3 | AREDC | DOCKET REPORT | 4:15-CV-00695-SWW | $0.30 |
| 03/17/2022 18:15:47 | 3 | AREDC | DOCKET REPORT | 4:16-CV-00574-SWW | $0.30 |
| 03/17/2022 18:17:59 | 1 | AREDC | CASE SUMMARY | 4:00-CV-00350-HW | $0.10 |
| 03/17/2022 18:20:20 | 1 | AREDC | CASE SUMMARY | 4:01-CV-00393-SWW | $0.10 |
| 03/17/2022 18:21:15 | 1 | AREDC | CASE SUMMARY | 4:02-CV-00780-JMM | $0.10 |
| 03/17/2022 18:23:28 | 1 | AREDC | CASE SUMMARY | 4:03-CV-00244-GTE | $0.10 |
| 03/17/2022 18:25:35 | 2 | AREDC | DOCKET REPORT | 4:03-CV-00244-GTE | $0.20 |
| 03/17/2022 18:26:52 | 26 | AREDC | IMAGE1-0 | 4:03-CV-00244-GTE DOCUMENT 1-0 | $2.60 |
| 03/17/2022 18:28:21 | 1 | OOPCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/17/2022 18:29:47 | 1 | AREDC | CASE SUMMARY | 4:03-CV-00652-JLH | $0.10 |
| 03/17/2022 18:31:59 | 1 | AREDC | CASE SUMMARY | 4:03-CV-00876-GH | $0.10 |
| 03/17/2022 18:33:03 | 3 | AREDC | DOCKET REPORT | 4:03-CV-00876-GH | $0.30 |
| 03/17/2022 18:34:10 | 1 | AREDC | CASE SUMMARY | 4:05-CV-00685-SWW | $0.10 |
| 03/17/2022 18:35:26 | 3 | AREDC | DOCKET REPORT | 4:05-CV-00685-SWW | $0.30 |
| 03/17/2022 18:36:19 | 1 | AREDC | CASE SUMMARY | 4:98-CV-00070-SWW | $0.10 |
| 03/17/2022 18:37:11 | 4 | AREDC | DOCKET REPORT | 4:98-CV-00070-SWW | $0.40 |

| Date/Time | Pages | Court | Type | Case/Details | Cost |
|---|---|---|---|---|---|
| 03/17/2022 18:37:24 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 2 | $0.10 |
| 03/17/2022 18:38:23 | 1 | AREDC | CASE SUMMARY | 4:10-CV-00063-BSM | $0.10 |
| 03/17/2022 18:39:59 | 1 | AREDC | CASE SUMMARY | 4:11-CV-00537-BSM | $0.10 |
| 03/17/2022 18:40:28 | 2 | AREDC | DOCKET REPORT | 4:11-CV-00537-BSM | $0.20 |
| 03/17/2022 18:41:51 | 1 | AREDC | CASE SUMMARY | 4:11-CV-00538-KGB | $0.10 |
| 03/17/2022 18:42:46 | 1 | AREDC | CASE SUMMARY | 4:18-CV-00327-LPR | $0.10 |
| 03/17/2022 18:43:00 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME BEQUETTE, GEORGE JAY EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 3 | $0.10 |
| 03/17/2022 18:43:46 | 5 | AREDC | DOCKET REPORT | 4:18-CV-00356-JM | $0.50 |
| 03/17/2022 18:44:38 | 1 | AREDC | CASE SUMMARY | 4:19-CV-00249-BSM | $0.10 |
| 03/17/2022 18:45:00 | 1 | AREDC | CASE SUMMARY | 4:19-CV-00663-KGB | $0.10 |
| 03/17/2022 18:45:43 | 1 | AREDC | CASE SUMMARY | 4:20-CV-00020-LPR | $0.10 |
| 03/17/2022 18:46:33 | 1 | AREDC | CASE SUMMARY | 4:20-CV-01357-JM | $0.10 |
| 03/17/2022 18:47:39 | 1 | AREDC | CASE SUMMARY | 4:21-CV-00458-JM | $0.10 |
| 03/17/2022 18:49:06 | 1 | 00PCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE JAY EXACT MATCHES ONLY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/17/2022 18:50:29 | 1 | 00PCL | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BEQUETTE JAY EXACT MATCHES ONLY; ALL COURTS; PAGE: 2 | $0.10 |
| 03/17/2022 18:51:46 | 1 | AREDC | CASE SUMMARY | 4:11-CV-00538-KGB | $0.10 |
| 03/17/2022 18:54:11 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME PULASKI CTY SCHOOL EXACT MATCHES ONLY; JURISDICTION CV; ROLE DEF; ALL COURTS | $0.10 |
| 03/17/2022 18:55:16 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME PULASKI COUNTY SPECIAL SCHOOL DISTRICT EXACT MATCHES ONLY; JURISDICTION CV; ROLE DEF; ALL COURTS | $0.10 |
| 03/17/2022 19:01:40 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME JONES, SAM EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/17/2022 19:05:21 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME JONES, M SAMUEL EXACT MATCHES ONLY; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |

| Subtotal: | 84 pages | | $8.40 |
|---|---|---|---|
| | 0 audio files ($2.40 each) | | $0.00 |
| | | | $8.40 |

**03/18/2022**

| Date/Time | Pages | Court | Type | Case/Details | Cost |
|---|---|---|---|---|---|
| 03/18/2022 11:17:34 | 16 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.60 |
| 03/18/2022 11:17:49 | 4 | AREDC | IMAGE177-0 | 4:19-CV-00655-BSM DOCUMENT 177-0 | $0.40 |
| 03/18/2022 11:19:18 | 23 | AREDC | IMAGE178-0 | 4:19-CV-00655-BSM DOCUMENT 178-0 | $2.30 |
| 03/18/2022 11:19:19 | 2 | AREDC | IMAGE178-1 | 4:19-CV-00655-BSM DOCUMENT 178-1 | $0.20 |
| 03/18/2022 11:36:18 | 16 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.60 |

| Subtotal: | 61 pages | | $6.10 |
|---|---|---|---|
| | 0 audio files ($2.40 each) | | $0.00 |
| | | | $6.10 |

**03/21/2022**

| Date/Time | Pages | Court | Description | Detail | Cost |
|---|---|---|---|---|---|
| 03/21/2022 08:02:34 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 03/21/2022 11:22:34 | 4 | AREDC | IMAGE177-0 | 4:19-CV-00655-BSM DOCUMENT 177-0 | $0.40 |
| 03/21/2022 12:28:16 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 03/21/2022 14:15:45 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME ROBERTS, ALLEN; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 03/21/2022 14:16:24 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME ROBERTS, ALLEN; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 2 | $0.10 |
| 03/21/2022 14:17:02 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME ROBERTS, ALLEN; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 3 | $0.10 |
| 03/21/2022 14:17:35 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME ROBERTS, ALLEN; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 4 | $0.10 |
| 03/21/2022 14:18:17 | 1 | AREDC | CASE SUMMARY | 5:19-CV-00248-LPR | $0.10 |
| 03/21/2022 14:18:56 | 1 | 00PCL | CIVIL PARTY SEARCH | ALL COURTS; NAME ROBERTS, ALLEN; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 5 | $0.10 |
| 03/21/2022 21:10:38 | 1 | 00PCL | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 577; CASE YEAR 2018; CASE NUMBER 4:18-CV-577; OFFICE 4; CASE TYPE CV; PAGE: 1 | $0.10 |
| 03/21/2022 21:11:09 | 10 | AREDC | DOCKET REPORT | 4:18-CV-00577-DPM | $1.00 |
| 03/21/2022 21:11:32 | 5 | AREDC | IMAGE139-0 | 4:18-CV-00577-DPM DOCUMENT 139-0 | $0.50 |
| 03/21/2022 21:11:33 | 12 | AREDC | IMAGE139-1 | 4:18-CV-00577-DPM DOCUMENT 139-1 | $1.20 |
| 03/21/2022 21:11:34 | 9 | AREDC | IMAGE139-2 | 4:18-CV-00577-DPM DOCUMENT 139-2 | $0.90 |
| 03/21/2022 21:11:35 | 16 | AREDC | IMAGE139-3 | 4:18-CV-00577-DPM DOCUMENT 139-3 | $1.60 |
| 03/21/2022 21:11:36 | 4 | AREDC | IMAGE139-4 | 4:18-CV-00577-DPM DOCUMENT 139-4 | $0.40 |
| 03/21/2022 21:11:38 | 28 | AREDC | IMAGE139-5 | 4:18-CV-00577-DPM DOCUMENT 139-5 | $2.80 |
| 03/21/2022 21:13:31 | 11 | AREDC | IMAGE141-0 | 4:18-CV-00577-DPM DOCUMENT 141-0 | $1.10 |
| 03/21/2022 21:13:31 | 1 | AREDC | IMAGE141-1 | 4:18-CV-00577-DPM DOCUMENT 141-1 | $0.10 |
| 03/21/2022 21:13:32 | 1 | AREDC | IMAGE141-2 | 4:18-CV-00577-DPM DOCUMENT 141-2 | $0.10 |
| 03/21/2022 21:13:32 | 1 | AREDC | IMAGE141-3 | 4:18-CV-00577-DPM DOCUMENT 141-3 | $0.10 |
| 03/21/2022 21:25:45 | 28 | AREDC | IMAGE140-0 | 4:18-CV-00577-DPM DOCUMENT 140-0 | $2.80 |

| Subtotal | 163 pages | | | | $16.30 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $16.30 |

**03/23/2022**

| Date/Time | Pages | Court | Description | Detail | Cost |
|---|---|---|---|---|---|
| 03/23/2022 02:15:56 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 03/23/2022 02:16:08 | 2 | AREDC | IMAGE181-0 | 4:19-CV-00655-BSM DOCUMENT 181-0 | $0.20 |
| 03/23/2022 02:17:09 | 9 | AREDC | IMAGE182-0 | 4:19-CV-00655-BSM DOCUMENT 182-0 | $0.90 |

| Subtotal | 24 pages | | | | $2.40 |
| | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | $2.40 |

### 03/27/2022

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/27/2022 16:36:38 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 03/27/2022 16:39:42 | 9 | AREDC | IMAGE3337-0 | 4:82-CV-00866-DPM DOCUMENT 3337-0 | $0.90 |
| 03/27/2022 16:49:05 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 03/27/2022 16:50:26 | 4 | AREDC | IMAGE3347-0 | 4:82-CV-00866-DPM DOCUMENT 3347-0 | $0.40 |
| Subtotal: | | | 73 pages | | $7.30 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $7.30 |

### 03/28/2022

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/28/2022 17:29:43 | 30 | AREDC | DOCKET REPORT | 4:82-CV-00866-DPM | $3.00 |
| 03/28/2022 17:36:49 | 2 | AREDC | IMAGE5468-0 | 4:82-CV-00866-DPM DOCUMENT 5468-0 | $0.20 |
| 03/28/2022 17:45:16 | 2 | AREDC | IMAGE3256-0 | 4:82-CV-00866-DPM DOCUMENT 3256-0 | $0.20 |
| 03/28/2022 17:48:18 | 5 | AREDC | IMAGE3472-0 | 4:82-CV-00866-DPM DOCUMENT 3472-0 | $0.50 |
| Subtotal: | | | 39 pages | | $3.90 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $3.90 |

### 03/29/2022

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/29/2022 14:32:58 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 03/29/2022 15:11:29 | 1 | AREDC | IMAGE172-0 | 4:19-CV-00655-BSM DOCUMENT 172-0 | $0.10 |
| 03/29/2022 15:12:09 | 4 | AREDC | IMAGE166-0 | 4:19-CV-00655-BSM DOCUMENT 166-0 | $0.40 |
| Subtotal: | | | 18 pages | | $1.80 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $1.80 |

### 03/30/2022

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/30/2022 18:15:35 | 16 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.60 |
| 03/30/2022 18:16:26 | 30 | AREDC | IMAGE168-0 | 4:19-CV-00655-BSM DOCUMENT 168-0 | $3.00 |
| Subtotal: | | | 46 pages | | $4.60 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $4.60 |

### 03/31/2022

| Date/Time | Pages | Client | Description | Case | Cost |
|---|---|---|---|---|---|
| 03/31/2022 04:28:10 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| 03/31/2022 04:28:56 | 1 | AREDC | IMAGE65-12 | 4:19-CV-00655-BSM DOCUMENT 65-12 | $0.10 |
| 03/31/2022 04:32:01 | 13 | AREDC | DOCKET REPORT | 4:19-CV-00655-BSM | $1.30 |
| Subtotal: | | | 27 pages | | $2.70 |
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $2.70 |

| Grand Total: | | | 2070 pages | | $207.00 |
|---|---|---|---|---|---|
| | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | $207.00 |

Back    New Search

PACER FAQ

Privacy & Security

Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov