Plaintiff_Exhibit 22