PACER CHARGES
Warren v. Kemp

| July 2021 | $22.20 |
|---|---|
| August 2021 | $81.30 |
| September 2021 | $59.10 |
| **Total** | **$162.60** |