Plaintiff_Exhibit 24