Plaintiff's Exhibit 25

# S. Renee Parker
108 Halifax Cove
Jacksonville, AR. 72076

## Printing of Exhibits
## Warren v. McNulty

| Exhibit No. | Description Of Exhibit | Pages in Exhibit | Copies Made | Total Pages | Amt per copy | Total for Exhibit |
|---|---|---|---|---|---|---|
| 3 | Judge Marshall's Order | 68 | 6 | 408 | $.06 | $24.48 |
| 31 | Minutes 11/30/2016 | 3 | 6 | 18 | $.06 | $1.08 |
| 32 | Minutes 4/20/2016 | 3 | 6 | 18 | $.06 | $1.08 |
| 33 | Smith & Warren Applications | 36 | 5 | 180 | $.06 | $10.80 |
| 44 | Remele concerns with response | 9 | 6 | 54 | $.06 | $3.24 |
| 46 | Gillen concerns with response | 3 | 6 | 18 | $.06 | $1.08 |
| 53 | Duckery depo exhibits | 67 | 6 | 402 | $.06 | $24.12 |
| 55 | Redacted email from teacher | 1 | 6 | 6 | $.06 | $0.36 |
| 58 | PCSSD Racial and Gender hstry | 3 | 6 | 18 | $.06 | $1.08 |
| 64* | Bowles EEOC | 1 | 6 | 6 | $.06 | $0.36 |
| 65* | Dixon Settlement agreement | 11 | 6 | 66 | $.06 | $3.96 |
| 66* | Nellums Settlement agreement | 2 | 6 | 12 | $.06 | $0.72 |
| 73* | Daniel Boone Racial breakdown | 2 | 6 | 12 | $.06 | $0.72 |
| 75* | Warren's application | 10 | 6 | 60 | $.06 | $3.60 |
| 76* | McNulty's application | 25 | 6 | 150 | $.06 | $9.00 |
| 77* | Pruitt's application | 21 | 6 | 126 | $.06 | $7.56 |
| 78* | Harris' application | 14 | 6 | 84 | $.06 | $5.04 |
| | | | | | | |
| | | | | | | |
| Corrected Amount | | | Totals | 1641 | $.06 | $98.46 |

*These are new exhibit numbers after I closed the gap left by the depositions.

S. Renee Parker
September 22, 2021