# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152281 | 4/20/2020 | 92998 |
| Job Date | Case No. | |
| 4/8/2020 | 4:82-CV-00866-DPM | |

**Case Name**

Little Rock School District vs. Pulaski County Special School District, et al.

**Payment Terms**

Due upon receipt

BUSHMAN COURT REPORTING
620 W. Third Street, Suite 302
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
Phone: 501-372-5115   Fax: 501-378-0077

Sarah Howard Jenkins
Sarah Howard Jenkins Attorney at Law
P.O. Box 242694
Little Rock, AR 72223
Phone: 501-406-0905

1 COPY OF TRANSCRIPT OF:
   Janice Warren     243.00
   Exhibit     52.00 Pages @ 0.250     13.00

**TOTAL DUE  >>>**     **$256.00**

Location of Job : Mitchell, Williams, Selig, Gates & Woodyard PLLC
425 West Capitol
Suite 1800
Little Rock, AR 72201

Thank you, we appreciate your business!

*PAID*
DEC 21 2020
Visa By Sarah Jenkins
Captured: 08981D
Reference: 0716

**Tax ID:** 71-0687373

*Please detach bottom portion and return with payment.*

Sarah Howard Jenkins
Sarah Howard Jenkins Attorney at Law
P.O. Box 242694
Little Rock, AR 72223

Invoice No.  : 152281
Invoice Date : 4/20/2020
**Total Due**  : **$256.00**

Remit To: **BUSHMAN COURT REPORTING**
620 W. Third Street, Suite 302
P.O. Box 2734
**LITTLE ROCK, AR 72203-2734**

Job No.    : 92998
BU ID      : 1-MAIN
Case No.   : 4:82-CV-00866-DPM
Case Name  : Little Rock School District vs. Pulaski County Special School District, et al.