5/19/22, 7:36 AM    Case 4:19-cv-00655-BSM   Document 201-32   Filed 05/19/22   Page 1 of 1
Gmail - Subscription receipt for "Subscription Access" on ashleycountyledger.com

Plaintiff's Exhibit 31



Sarah Jenkins <shjenkinsatty@gmail.com>

## Subscription receipt for "Subscription Access" on ashleycountyledger.com
1 message

**editor@ashleycountyledger.com** <editor@ashleycountyledger.com>　　　　　　　　　　Mon, Nov 2, 2020 at 12:14 AM
To: shjenkinsatty@gmail.com

Sarah,
Per your request, your subscription to "Subscription Access" on ashleycountyledger.com has been processed.

Your credit card has been billed $45.00 in payment for this service. The term of your subscription is 365 days (11/02/2021).

If you wish to cancel your subscription prior to this date, please contact Ashley County Ledger by phone at 870-853-2424 or via email at editor@ashleycountyledger.com.

Our system will attempt to renew this subscription on 10/30/2021 (3 days before expiring) for a regular term of 365 days.