

# TOM JAMES
# INVESTIGATIONS LTD.

INVOICE: 21-416

Date: 8/30/21

Project Title: Background search on four subjects

Project Description: Background search

Terms: On Receipt                                   FIN: 27-1686007

| TYPE OF INVESTIGATION | RATE | HOURS | DISCRIPTION | COST |
|---|---|---|---|---|
| **Background Seach** | $100 | 1.5hrs | Background Search; Farmer, Lee, Johnson and Morris | 150.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | **150.00** |

THANK YOU FOR YOUR BUSINESS

tomjamesinvestigations@gmail.com          19010 Kryer Lane, Roland AR 72135
AR Lic: CMPY.0001882                                        501-993-8689
                              Page 1