Plaintiff's Exhibit 41

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379    FAX 501-376-8479**

SARAH HOWARD JENKINS, PLLC
SARAH HOWARD JENKINS
POST OFFICE BOX 242694

LITTLE ROCK AR 72223

Client No:

Monday, April 20, 2020

**Invoice #:**  143326

**United States District Court Case Number: 4:19-CV-655-BSM**
**JANICE HARGROVE WARREN VS. CHARLES MCNULTY, ET AL VS. EARNEST L.**
**DUCKERY**
**SERVED: EARNEST L. DUCKERY ON 4/20/2020**

|  |  |
|---|---|
| **Process Serving Fee:** | $65.00 |
| **Other fees:** | $0.00 |
|  | **$65.00** |