An official website of the United States government. Here's how you know.

# BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**All**
**from 12/11/2021 to 01/10/2022**

Fri Jan 21 16:53:06 CST 2022
showj731

Back    New Search

### Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| **01/06/2022** | | | | | | | |
| 01/06/2022 | 10:23:08 | 12 | AREDC | | Docket Report | 4:19-cv-00655-BSM | $1.20 |
| 01/06/2022 | 10:23:34 | 3 | AREDC | | Image92-0 | 4:19-cv-00655-BSM Document 92-0 | $0.30 |
| 01/06/2022 | 10:25:29 | 1 | AREDC | | Image96-0 | 4:19-cv-00655-BSM Document 96-0 | $0.10 |
| 01/06/2022 | 23:39:00 | 1 | 00PCL | | Civil Party Search | All Courts; Name Bequette, Jay; Jurisdiction CV; Role aty; All Courts; Page: 1 | $0.10 |
| 01/06/2022 | 23:40:10 | 1 | 00PCL | | Civil Party Search | All Courts; Name Bequette, Jay; Jurisdiction CV; Role aty; All Courts; Page: 2 | $0.10 |
| 01/06/2022 | 23:41:29 | 1 | 00PCL | | All Court Types Party Search | All Courts; Name Keys, Cody; Role aty; All Courts | $0.10 |
| 01/06/2022 | 23:44:27 | 1 | 00PCL | | Civil Case Search | Court ID ARE; Case Title Pulaski County Special School District; Jurisdiction CV; Nature Of Suit 440; Case Status O | $0.10 |
| 01/06/2022 | 23:45:32 | 1 | 00PCL | | All Court Types Party Search | All Courts; Name Pulaski County Special School District; Role dft; Court ID ARE; Case Status O; Page: 1 | $0.10 |
| 01/06/2022 | 23:46:18 | 2 | AREDC | | Docket Report | 4:20-cv-01357-JM | $0.20 |
| 01/06/2022 | 23:48:13 | 2 | AREDC | | Docket Report | 4:21-cv-00458-JM | $0.20 |
| 01/06/2022 | 23:49:14 | 3 | AREDC | | Docket Report | 4:21-cv-00612-JM | $0.30 |
| 01/06/2022 | 23:51:10 | 1 | 00PCL | | All Court Types Party Search | All Courts; Name Bequette, George; Role aty; Court ID ARE; Jurisdiction CV; Case Status O; Page: 1; sort: Court Name, ASC | $0.10 |
| 01/06/2022 | 23:51:49 | 10 | AREDC | | Docket Report | 4:20-cv-00091-JM | $1.00 |
| 01/06/2022 | 23:54:09 | 6 | AREDC | | Docket Report | 4:20-cv-00795-KGB | $0.60 |
| 01/06/2022 | 23:55:11 | 5 | AREDC | | Docket Report | 4:20-cv-01012-BSM | $0.50 |
| 01/06/2022 | 23:55:56 | 3 | AREDC | | Docket Report | 4:20-cv-00939-BSM | $0.30 |
| 01/06/2022 | 23:57:42 | 3 | AREDC | | Docket Report | 4:20-cv-01176-KGB | $0.30 |
| 01/06/2022 | 23:58:11 | 3 | AREDC | | Docket Report | 4:20-cv-01233-KGB | $0.30 |
| 01/06/2022 | 23:58:59 | 7 | AREDC | | Docket Report | 4:19-cv-00525-KGB | $0.70 |
| 01/06/2022 | 23:59:36 | 5 | AREDC | | Docket Report | 2:21-cv-00157-BSM | $0.50 |
| Subtotal: | | | | 71 pages | | | $7.10 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $7.10 |
| **01/07/2022** | | | | | | | |
| 01/07/2022 | 00:00:28 | 2 | AREDC | | Docket Report | 2:20-cv-00223-BSM | $0.20 |
| 01/07/2022 | 00:00:59 | 2 | AREDC | | Docket Report | 4:20-cv-01379-BSM | $0.20 |
| 01/07/2022 | 00:01:39 | 2 | AREDC | | Docket Report | 4:20-cv-01383-JM | $0.20 |
| 01/07/2022 | 00:02:08 | 2 | AREDC | | Docket Report | 4:21-cv-00039-BSM | $0.20 |
| 01/07/2022 | 00:02:58 | 4 | AREDC | | Docket Report | 4:21-cv-00420-JM | $0.40 |
| 01/07/2022 | 00:03:34 | 2 | AREDC | | Docket Report | 4:21-cv-00920-JM | $0.20 |
| 01/07/2022 | 00:04:08 | 10 | AREDC | | Docket Report | 4:20-cv-00091-JM | $1.00 |
| 01/07/2022 | 00:05:56 | 10 | AREDC | | Docket Report | 4:20-cv-00091-JM | $1.00 |
| 01/07/2022 | 10:27:46 | 9 | AREDC | | Docket Report | 4:19-cv-00655-BSM | $0.90 |
| 01/07/2022 | 10:50:11 | 9 | AREDC | | Docket Report | 4:19-cv-00655-BSM | $0.90 |
| 01/07/2022 | 10:50:55 | 7 | AREDC | | Image95-0 | 4:19-cv-00655-BSM Document 95-0 | $0.70 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 01/07/2022 | 10:50:55 | 8 | AREDC | | Image95-1 | 4:19-cv-00655-BSM Document 95-1 | $0.80 |
| 01/07/2022 | 10:52:26 | 6 | AREDC | | Image94-0 | 4:19-cv-00655-BSM Document 94-0 | $0.60 |
| 01/07/2022 | 10:52:27 | 1 | AREDC | | Image94-1 | 4:19-cv-00655-BSM Document 94-1 | $0.10 |
| 01/07/2022 | 10:53:34 | 1 | AREDC | | Image96-0 | 4:19-cv-00655-BSM Document 96-0 | $0.10 |
| 01/07/2022 | 11:13:16 | 3 | AREDC | | Image92-0 | 4:19-cv-00655-BSM Document 92-0 | $0.30 |
| 01/07/2022 | 11:13:17 | 25 | AREDC | | Image92-1 | 4:19-cv-00655-BSM Document 92-1 | $2.50 |
| 01/07/2022 | 11:13:18 | 4 | AREDC | | Image92-2 | 4:19-cv-00655-BSM Document 92-2 | $0.40 |
| 01/07/2022 | 13:18:39 | 9 | AREDC | | Docket Report | 4:19-cv-00655-BSM | $0.90 |
| 01/07/2022 | 16:46:45 | 9 | AREDC | | Docket Report | 4:19-cv-00655-BSM | $0.90 |
| Subtotal: | | | | | 125 pages | | $12.50 |
| | | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | | $12.50 |
| **01/10/2022** | | | | | | | |
| 01/10/2022 | 23:18:04 | 9 | AREDC | | Docket Report | 4:19-cv-00655-BSM | $0.90 |
| 01/10/2022 | 23:18:17 | 4 | AREDC | | Image124-0 | 4:19-cv-00655-BSM Document 124-0 | $0.40 |
| 01/10/2022 | 23:18:18 | 1 | AREDC | | Image124-1 | 4:19-cv-00655-BSM Document 124-1 | $0.10 |
| 01/10/2022 | 23:19:47 | 4 | AREDC | | Image125-0 | 4:19-cv-00655-BSM Document 125-0 | $0.40 |
| Subtotal: | | | | | 18 pages | | $1.80 |
| | | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | | $1.80 |
| **12/14/2021** | | | | | | | |
| 12/14/2021 | 04:45:59 | 1 | 00PCL | | CIVIL CASE SEARCH | ALL COURTS; CASE TITLE DA'VETTA FLOWERS V. PENN; JURISDICTION CV | $0.10 |
| 12/14/2021 | 04:48:38 | 1 | 00PCL | | CIVIL PARTY SEARCH | ALL COURTS; NAME LOWE, MICHAEL; JURISDICTION CV; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| 12/14/2021 | 04:52:13 | 1 | 00PCL | | CIVIL CASE SEARCH | ALL COURTS; CASE TITLE DA'VETTA FLOWERS V. PENN; JURISDICTION CV | $0.10 |
| 12/14/2021 | 04:53:17 | 1 | 00PCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME LOWE EXACT MATCHES ONLY; ROLE ATY; ALL COURTS; PAGE: 1 | $0.10 |
| Subtotal: | | | | | 4 pages | | $0.40 |
| | | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | | $0.40 |
| **12/16/2021** | | | | | | | |
| 12/16/2021 | 19:51:15 | 1 | 00PCL | | CIVIL PARTY SEARCH | ALL COURTS; NAME MOORE, KENNETH EXACT MATCHES ONLY; JURISDICTION CV; ROLE PLA; ALL COURTS; PAGE: 1 | $0.10 |
| 12/16/2021 | 19:53:14 | 1 | 00PCL | | CIVIL CASE SEARCH | ALL COURTS; CASE TITLE BRYAN V. PCSSD; JURISDICTION CV | $0.10 |
| 12/16/2021 | 20:08:52 | 12 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 12/16/2021 | 20:10:08 | 5 | AREDC | | IMAGE40-48 | 4:19-CV-00655-BSM DOCUMENT 40-48 | $0.50 |
| 12/16/2021 | 20:11:39 | 7 | AREDC | | IMAGE40-18 | 4:19-CV-00655-BSM DOCUMENT 40-18 | $0.70 |
| 12/16/2021 | 20:13:52 | 2 | AREDC | | IMAGE27-10 | 4:19-CV-00655-BSM DOCUMENT 27-10 | $0.20 |
| 12/16/2021 | 22:30:13 | 1 | AREDC | | IMAGE40-63 | 4:19-CV-00655-BSM DOCUMENT 40-63 | $0.10 |
| Subtotal: | | | | | 29 pages | | $2.90 |
| | | | | | 0 audio files ($2.40 each) | | $0.00 |
| | | | | | | | $2.90 |
| **12/17/2021** | | | | | | | |
| 12/17/2021 | 20:26:48 | 12 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.20 |
| 12/17/2021 | 20:27:14 | 8 | AREDC | | IMAGE114-0 | 4:19-CV-00655-BSM DOCUMENT 114-0 | $0.80 |
| 12/17/2021 | 20:32:53 | 11 | AREDC | | DOCKET REPORT | 2:20-CV-00017-LPR | $1.10 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| Subtotal: | | | | 31 pages | | | $3.10 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $3.10 |
| Grand Total: | | | | 278 pages | | | $27.80 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $27.80 |

Back    New Search

PACER FAQ

Privacy & Security

Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov