Plaintiff's Exhibit 33



### Modified Filing Procedures Address Security Concerns

The federal Judiciary is responding to the recent disclosure of wide-spread cybersecurity breaches of government computer systems with new security procedures to protect highly sensitive confidential documents. New procedures will not change current policies regarding public access to court records.

An official website of the United States government. Here's how you know.

# BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**All**
**from 06/15/2021 to 07/14/2021**

Wed Jul 14 10:42:20 CDT 2021
showj731

Back   New Search

### Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 06/16/2021 | | | | | | | |
| 06/16/2021 | 13:54:18 | 10 | AREDC | | DOCKET REPORT | 4:19-CV-00655-BSM | $1.00 |
| 06/16/2021 | 13:59:25 | 30 | AREDC | | DOCKET REPORT | 4:82-CV-00866-DPM START DATE: 06/16/2020 | $3.00 |
| Subtotal: | | 48 | pages | | | $4.80 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $4.80 | |

| Grand Total: | | 303 | pages | | | $30.30 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $30.30 | |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 06/21/2021 | | | | | | | |
| ✓ 06/21/2021 | 22:22:25 | 8 | AREDC | | DOCKET REPORT | 2:20-CV-00017-LPR | $0.80 |
| Subtotal: | | 8 | pages | | $0.80 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.80 | | |
| 06/25/2021 | | | | | | *Warren* | |
| 06/25/2021 | 03:35:39 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE TITLE BOWLES V. PULASKI COUNTY SPECIAL SCHOOL DISTRICT | $0.10 |
| 06/25/2021 | 03:54:46 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE TITLE BRENDA BOWLES V. PCSSD | $0.10 |
| Subtotal: | | 2 | pages | | $0.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.20 | | |
| 06/30/2021 | | | | | | | |
| 06/30/2021 | 06:59:09 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE TITLE DICKSON V. PCSSD | $0.10 |
| 06/30/2021 | 07:02:27 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE TITLE PCSSD; CASE TYPE CIVIL | $0.10 |
| Grand Total: | | 303 | pages | | $30.30 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $30.30 | | |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 06/30/2021 | 07:02:40 | 1 | OOPCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE TITLE DIXON V. PCSSD; CASE TYPE CIVIL | $0.10 |
| 06/30/2021 | 07:04:02 | 1 | OOPCL | | CIVIL PARTY SEARCH | ALL COURTS; NAME DIXON, NORMA; JURISDICTION CV; ROLE PLA; ALL COURTS; PAGE: 1 | $0.10 |
| 06/30/2021 | 07:04:55 | 4 | AREDC | | DOCKET REPORT | 4:20-CV-00020-LPR | $0.40 |
| 06/30/2021 | 07:06:40 | 1 | AREDC | | IMAGE32-0 | 4:20-CV-00020-LPR DOCUMENT 32-0 | $0.10 |
| 06/30/2021 | 07:09:56 | 1 | OOPCL | | CIVIL PARTY SEARCH | ALL COURTS; NAME DIXON, NORMA; JURISDICTION CV; ROLE PLA; ALL COURTS; PAGE: 1 | $0.10 |
| 06/30/2021 | 07:10:09 | 4 | AREDC | | DOCKET REPORT | 4:20-CV-00020-LPR | $0.40 |
| Subtotal: | | 14 | pages | | $1.40 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.40 | | |
| 07/06/2021 | | | | | | | |
| 07/06/2021 | 15:41:04 | 8 | AREDC | | Docket Report | 2:20-cv-00017-LPR | $0.80 |
| Subtotal: | | 8 | pages | | $0.80 | | |
| Grand Total: | | 303 | pages | | $30.30 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $30.30 | | |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| | | 0 | audio files ($2.40 ea) | | | | $0.00 |
| | | | | | | | $0.80 |
| 07/09/2021 | | | | | | | |
| 07/09/2021 | 12:10:11 | 8 | AREDC | | Docket Report | 2:20-cv-00017-LPR | $0.80 |
| 07/09/2021 | 12:12:58 | 30 | AREDC | | Image68-31 | 2:20-cv-00017-LPR Document 68-31 | $3.00 |
| Subtotal: | | 38 | pages | | | | $3.80 |
| | | 0 | audio files ($2.40 ea) | | | | $0.00 |
| | | | | | | | $3.80 |
| 07/13/2021 | | | | | | | |
| 07/13/2021 | 04:52:46 | 1 | OOPCL | | All Court Types Case Search | All Courts; Case Number 866; Case Year 1982; Case Number 4:82-cv-00866; Office 4; Case Type cv; Page: 1 | $0.10 |
| 07/13/2021 | 04:53:42 | 30 | AREDC | | Docket Report | 4:82-cv-00866-DPM | $3.00 |
| 07/13/2021 | 05:23:04 | 6 | AREDC | | Image5084-0 | 4:82-cv-00866-DPM Document 5084-0 | $0.60 |
| 07/13/2021 | 05:30:55 | 3 | AREDC | | Image5233-0 | 4:82-cv-00866-DPM Document 5233-0 | $0.30 |
| 07/13/2021 | 05:37:41 | 1 | AREDC | | Image5029-0 | 4:82-cv-00866-DPM Document 5029-0 | $0.10 |

| Grand Total: | | 303 | pages | | | | $30.30 |
|---|---|---|---|---|---|---|---|
| | | 0 | audio files ($2.40 ea) | | | | $0.00 |
| | | | | | | | $30.30 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 07/13/2021 | 06:23:38 | 5 | AREDC | | Image5198-0 | 4:82-cv-00866-DPM Document 5198-0 | $0.50 |
| 07/13/2021 | 06:31:55 | 1 | AREDC | | Image5198-1 | 4:82-cv-00866-DPM Document 5198-1 | $0.10 |
| 07/13/2021 | 06:35:44 | 2 | AREDC | | Image5200-0 | 4:82-cv-00866-DPM Document 5200-0 | $0.20 |
| 07/13/2021 | 13:16:47 | 1 | OOPCL | | All Court Types Case Search | All Courts; Case Number 866; Case Year 1982; Case Number 4:82-cv-00866; Office 4; Case Type cv; Page: 1 | $0.10 |
| 07/13/2021 | 13:17:26 | 30 | AREDC | | Docket Report | 4:82-cv-00866-DPM | $3.00 |
| 07/13/2021 | 13:18:37 | 6 | AREDC | | Image5343-0 | 4:82-cv-00866-DPM Document 5343-0 | $0.60 |
| Subtotal: | | 185 | pages | | $18.50 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $18.50 | | |
| Grand Total: | | 303 | pages | | $30.30 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $30.30 | | |

Back   New Search

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 07/13/2021 | 05:39:28 | 2 | AREDC |  | Image4986-0 | 4:82-cv-00866-DPM Document 4986-0 | $0.20 |
| 07/13/2021 | 05:42:46 | 3 | AREDC |  | Image4960-0 | 4:82-cv-00866-DPM Document 4960-0 | $0.30 |
| 07/13/2021 | 05:46:34 | 30 | AREDC |  | Image4959-0 | 4:82-cv-00866-DPM Document 4959-0 | $3.00 |
| 07/13/2021 | 05:54:04 | 5 | AREDC |  | Image4978-0 | 4:82-cv-00866-DPM Document 4978-0 | $0.50 |
| 07/13/2021 | 05:54:05 | 1 | AREDC |  | Image4978-1 | 4:82-cv-00866-DPM Document 4978-1 | $0.10 |
| 07/13/2021 | 05:54:05 | 17 | AREDC |  | Image4978-2 | 4:82-cv-00866-DPM Document 4978-2 | $1.70 |
| 07/13/2021 | 05:54:05 | 3 | AREDC |  | Image4978-3 | 4:82-cv-00866-DPM Document 4978-3 | $0.30 |
| 07/13/2021 | 05:54:06 | 2 | AREDC |  | Image4978-4 | 4:82-cv-00866-DPM Document 4978-4 | $0.20 |
| 07/13/2021 | 05:54:06 | 1 | AREDC |  | Image4978-5 | 4:82-cv-00866-DPM Document 4978-5 | $0.10 |
| 07/13/2021 | 06:14:20 | 5 | AREDC |  | Image5196-0 | 4:82-cv-00866-DPM Document 5196-0 | $0.50 |
| 07/13/2021 | 06:22:42 | 30 | AREDC |  | Docket Report | 4:82-cv-00866-DPM | $3.00 |

| Grand Total: | 303 | pages | 29.50 |
|---|---|---|---|
|  | 0 | audio files ($2.40 ea) | $0.00 |
|  |  |  | 29.50 |