Plaintiff's Exhibit 34

```
         S A M ' S    C L U B
         Self Checkout
         CLUB MANAGER JOHN HOYT
            ( 501 ) 227 - 7119
             LITTLE ROCK, AR
07/23/21 16:53 6014 08104 096      9096

SARAH

  980035075 MM 3IN BNDR          9.98 T
  980035075 MM 3IN BNDR          9.98 T
             SUBTOTAL            19.96
  TAX 1    9.000 %                1.80
                TOTAL            21.76
                MCARD TEND       21.76
Mastercard         **** **** **** 3935 I 1
APPROVAL # 672012
AID A0000000041010
AAC 2075AC1A1384B828
TERMINAL # SC112617
             CHANGE DUE          0.00

Visit samsclub.com to see your savings

     # ITEMS SOLD 2

    TC# 5513 1022 1745 0728 7600

         *** MEMBER COPY ***
```

*WARREN* (signature)