TIME RECORD
GAIL HARRIS

FROM: 

TO: 

| Date | Task (review documents, client name) | Time | Comments/Follow Up/Questions |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Photocopies 1070 pages | | |
| | [ 870 pages (2/13/22) / 200 pages (2/16/22) ] | | |
| | Photocopy Paper - (2/8/22) $17.38 | | |
| | | | |
| | | | |