| | | | | |
|---|---|---|---|---|
| **Trial Witnesses - Plaintiff's Exhibit 34** | | | | |
| **Name & Address** | **Witness Fee** | **Process Server** | **Service Fee** | **$0.56** |
| | | | | |
| Paul Brewer | $40 | Dewange Hall,, (501) 733-9966 | $50 | $72.24 |
| 217 GREGORY DR | | PO Box 1262 | | |
| HOT SPRINGS, AR 71913 | | Conway, AR 72033 | | |
| | | Garland County | | |
| | | | | |
| Dr. Jerry Guess | $40 | Glen Lawson 630 Savage, | $50 | $119.84 |
| 178 Gray Fawn Trl., | | Hamburg, AR 71646, | | |
| Camden, AR 71701 | | (870) 866-4531 | | |
| | | (870) 853-9883(f) Camden | | |
| | | | | |
| Jeff Senn, Superintendent Lonoke Schools | $40 | Davis Process Service | $75 | $28.45 |
| Former PCSSD Principal | | 1524 Main St. | | |
| 401 West Holly Street, | | Little Rock, AR 72202 | | |
| Lonoke, AR 72086 | | | | |
| | | | | |
| Pam Fitzgiven | $40 | Davis Process Service | $65 | $15.01 |
| Teacher, PACT | | 1524 Main St. | | |
| 41 Single Oaks, | | Little Rock, AR 72202 | | |
| Sherwood, AR 72120 | | | | |

| | | | | |
|---|---|---|---|---|
| Earnest Duckery | $40 | Davis Process Service | $65 | $12.54 |
| Whittenberg, Delong & Davison | | 1524 Main St. | | |
| 5050 Northshore Ln, NLR, AR 72118 | | Little Rock, AR 72202 | | |
| | | | | |
| Molly Schwarzhoff | $40 | Insight Process Serving (Rich) | $150 | $32.48 |
| 3250 Linn Buchanan Rd. | | RichGadient@gmail.com | | |
| Walker, IA 52352 | | 319-462-0151 | | |
| | | | | |
| Mr. Johnny Key | $40 | Davis Process Service | $65 | $0.00 |
| Commissioner of Educarion, Cabinet | | 1524 Main St. | | |
| Secretary of the Department of Education | | Little Rock, AR 72202 | | |
| Arkansas Department of Education | | | | |
| Capitol Mall | | | | |
| Little Rock, AR 72201 | | | | |
| | | | | |
| Lajuana M Green | $40 | Charles Bolden | $60 | $14.04 |
| 22 Pine Breeze Ct. | | Boldencharlese@aol.com | | |
| Little Rock, AR 72210 | | | | |
| | | | | |
| Sherman Whitfield | $40 | Davis Process Service | $65 | $15.46 |
| 20 Norfork Dr. | | 1524 Main St. | | |
| Maumelle, AR 72113 | | Little Rock, AR 72202 | | |
| SAWHITFIELD@pcssd.org | | | | |
| | | | | |
| Denise Palmer | $40 | Davis Process Service | $75 | $33.82 |
| 190 Northwind Ln | | 1524 Main St. | | |

| | | | | |
|---|---|---|---|---|
| Cabot, AR 72032 | | Little Rock, AR 72202 | | |
| | | | | |
| Brady M. Bratcher | $40 | Charles Bolden | $60 | $19.60 |
| 12 Crestview Ct. | | Boldencharlese@aol.com | | |
| Maumelle, AR 72113 | | | | |
| | | | | |
| Pastor John Tackett | $40 | Charles Bolden | $60 | $29.84 |
| Lonoke Apostolic Church | | Boldencharlese@aol.com | | |
| | | | | |
| Emma Watson | $40 | Davis Process Service | $65 | $12.54 |
| 103 Blackburn | | 1524 Main St. | | |
| Little Rock, AR 72211 | | Little Rock, AR 72202 | | |
| | | | | |
| John L McCraney | $40 | Davis Process Service | $70 | $8.29 |
| 607 Russenberger Rd # D | | 1524 Main St. | | |
| Little Rock, AR 72206 | | Little Rock, AR 72202 | | |
| | | | | |
| Deborah R. Roush | $40 | Davis Process Service | $70 | $17.02 |
| 4 Fairway Woods Circle | | 1524 Main St. | | |
| Maumelle, AR 72113 | | Little Rock, AR 72202 | | |
| | | | | |
| Yvone West | $40 | Charles Bolden | $60 | $13.34 |
| 8800 TALL PINES CT | | Boldencharlese@aol.com | | |
| | | | | |
| Charles R. McMulty | $40 | Charles Bolden | $60 | $19.71 |
| 74 Clervaux Dr. | | Boldencharlese@aol.com | | |
| Little Rock, AR 72223 | | | | |
| | | | | |
| Shawn D. Burgess | $40 | Charles Bolden | $60 | $0.00 |
| 8 Seneca Cv. | | Boldencharlese@aol.com | | |

| | | | | |
|---|---:|---|---:|---:|
| Maumelle, AR 72113 | | | | |
| | | | | |
| Curtis Johnson | $40 | Charles Bolden | $60 | $2.00 |
| 1108 South Cross | | Boldencharlese@aol.com | | |
| Little Rock 72202 | | | | |
| | | | | |
| Dr. Linda Gay Remele | $40 | Charles Bolden | $60 | $0.00 |
| 1406 Hawkwood Road | | Boldencharlese@aol.com | | |
| Sherwood, Arkansas 72120 | | | | |
| | | | | |
| Kimala Forrest | $40 | Charles Bolden | $60 | 18.72 |
| 6420 The Divide Parkway Apt 206 | | Boldencharlese@aol.com | | |
| Little Rock, AR 72223 | | | | |
| Kforrest015@yahoo.com | | | | |
| | | | | |
| Alicia Gillen | $40 | Charles Bolden | $60 | 18.25 |
| 68 Jasmine Cv. | | Boldencharlese@aol.com | | |
| Maumelle, AR 72113 | | | | |
| | | | | |
| | | | | |
| **TOTAL** | **$880** | | **$1,465** | **$503** |