Plaintiff Exhibit 34D

Subpoena Letters – Mail Out

| | | |
|---|---|---|
| 3 letters | Certified Mail and Return Receipt<br>(December 20, 2021) | $22.14 |
| 10 letters | Certified Mail Sticker only<br>(December 21, 2021) | $43.30 |
| 3 letters | Certified Mail Sticker only<br>(December 22, 2021) | $12.99 |
| | Total | $78.43 |

Letter
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162022
Total               $4.33

First-Class Mail®   1     $0.58
Letter
    Sherwood, AR 72120
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162015
Total               $4.33

First-Class Mail®   1     $0.58
Letter
    Hot Springs National, AR 71913
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162008
Total               $4.33

---

Grand Total:           $43.30

Debit Card Remitted     $43.30
    Card Name: VISA
    Account #: XXXXXXXXXXXX4668
    Approval #: 757360
    Transaction #: 476
    Receipt #: 056346
    Debit Card Purchase: $43.30
    AID: A0000000980840    Chip
    AL: US DEBIT
    PIN: Verified

---

************************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
      1-800-222-1811.

      Preview your Mail
      Track your Packages
      Sign up for FREE @
   https://informeddelivery.usps.com

All Priority Mail Express shipments mailed
between December 22 and December 25, 2021
will not be eligible for postage refunds;
   unless the package is not delivered
  or an attempt to deliver is not made
within two delivery days of the date of
    the accepted scan event.

Earn rewards on your business account
  purchases of Priority Mail labels
  with the USPS Loyalty program by
  using Click and Ship. Visit
    www.usps.com/smallbizloyalty
      for more info.

All sales final on stamps and postage.
Refunds for guaranteed services only.
   Thank you for your business.

   Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,





        SOUTHSIDE
       1700 MAIN ST
LITTLE ROCK, AR 72206-9998
      (800)275-8777

12/21/2021           11:42 AM

---

Product       Qty    Unit    Price
                   Price

---

First-Class Mail®   1     $0.58
Letter
    Maumelle, AR 72113
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162114
Total               $4.33

First-Class Mail®   1     $0.58
Letter
    Maumelle, AR 72113
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162107
Total               $4.33

First-Class Mail®   1     $0.58
Letter
    Camden, AR 71701
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162084
Total               $4.33

First-Class Mail®   1     $0.58
Letter
    Lonoke, AR 72086
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162077
Total               $4.33

First-Class Mail®   1     $0.58
Letter
    Little Rock, AR 72207
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162060
Total               $4.33

First-Class Mail®   1     $0.58
Letter
    Maumelle, AR 72113
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:
        70181830000050162053
Total               $4.33

First-Class Mail®   1     $0.58
Letter
    Little Rock, AR 72202
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Fri 12/24/2021
    Certified Mail®      $3.75
      Tracking #:



**UNITED STATES POSTAL SERVICE.**

ASHER
7401 COLONEL GLENN RD
LITTLE ROCK, AR 72204-9998
(800)275-8777

12/22/2021                                10:09 AM
------------------------------------------------
Product              Qty    Unit        Price
                            Price
------------------------------------------------
First-Class Mail®     1                 $0.58
Letter
   Little Rock, AR 72223
   Weight: 0 lb 0.70 oz
   Estimated Delivery Date
      Mon 12/27/2021
   Certified Mail®                       $3.75
      Tracking #:
         70181830000050162138
Total                                    $4.33

First-Class Mail®     1                 $0.58
Letter
   Little Rock, AR 72211
   Weight: 0 lb 0.70 oz
   Estimated Delivery Date
      Mon 12/27/2021
   Certified Mail®                       $3.75
      Tracking #:
         70181830000050162145
Total                                    $4.33

First-Class Mail®     1                 $0.58
Letter
   Sherwood, AR 72120
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
      Mon 12/27/2021
   Certified Mail®                       $3.75
      Tracking #:
         70181830000050162152
Total                                    $4.33

------------------------------------------------
Grand Total:                            $12.99
------------------------------------------------
Debit Card Remitted                     $12.99
   Card Name: VISA
   Account #: XXXXXXXXXXXX4668
   Approval #: 177744
   Transaction #: 527
   Receipt #: 041030
   Debit Card Purchase: $12.99
   AID: A0000000980840          Chip
   AL: US DEBIT
   PIN: Verified


**UNITED STATES POSTAL SERVICE.**

BRADY
8509 W MARKHAM ST
LITTLE ROCK, AR 72205-2400
(800)275-8777

_/2021                                   04:51 PM
------------------------------------------------
   _t              Qt     Unit        Price
                          Price
------------------------------------------------
_t Class Mail®       1                 $0.58
_ter
   _orth Little Rock, _R 72118
   _eight: 0 lb 0.70 oz
   _stimated De_very Date
      _hu 12/2_/202_
   _                                    $3.75
   _racking #:
      70181830000050161_41
   R_ Receipt                           $3.05
   _cking #:
      9590 9402 4817 8344 8326 99
_tal                                    $7.38

_lass Mail®          1                 $0.58
_
   _abot, AR 72023
   Weight: 0 lb 0.7_ oz
   Estimated Delivery Date
      Thu 12/23/2_ _
   Certified Mail®                       $3.75
      Tracking #:
         70181830000050161872
   Return Receipt                       $3.05
      Tracking #:
         9590 940_ 4_ _ 8344 8326 68
Total                                    $7.38

First _lass Mail®                       $0.58
Let_
   Maumelle, AR 72113
   Weight: 0 lb 0.7_
   Estimated Delivery Date
      Thu 12/23/2021
   Certified Mail®                       $3.75
      Tracking #:
         70181830000050161865
   Return Receipt                       $3.05
      Tracking #:
         9590 9402 4817 8344 8326 75
Total                                    $7.38

------------------------------------------------
Grand Total:                            $22.14
------------------------------------------------
Credit Card Remitted                    $22.14
   Card Name: VISA
   Account #: XXXXXXXXXXXX4668
   Approval #: 172909
   Transaction #: 454
   AID: A0000000980840          Chip
   AL: US DEBIT
   PIN: Not Required



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 1830 0000 5016 1872

For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Cabot, AR 72023

Certified Mail Fee  $3.75   0015 82
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00   Postmark
☐ Adult Signature Required          $ $0.00   Here
☐ Adult Signature Restricted Delivery $
Postage  $0.58
$                              12/20/2021
Total Postage and Fees
$                              $7.38
Sent To  Denise Palmer
Street and Apt. No., or PO Box No.  190 Northwind Ln
City, State, ZIP+4®  Cabot, AR 72023

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 1830 0000 5016 1841

For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
North Little Rock, AR 72118

Certified Mail Fee  $3.75   0015 82
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00   Postmark
☐ Adult Signature Required          $ $0.00   Here
☐ Adult Signature Restricted Delivery $
Postage  $0.58
$                              12/20/2021
Total Postage and Fees
$                              $7.38
Sent To  Earnest Duckery
Street and Apt. No., or PO Box No.  5050 Northshore Ln
City, State, ZIP+4®  North Little Rock, AR 72118

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 1830 0000 5016 2114

For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Maumelle, AR 72113

Certified Mail Fee  $3.75   0016 15
$                    $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00   Postmark
☐ Adult Signature Required          $ $0.00   Here
☐ Adult Signature Restricted Delivery $
Postage  $0.58
$                              12/21/2021
Total Postage and Fees
$                              $4.33
Sent To  Debrah R. Roush
Street and Apt. No., or PO Box No.  4 Fairway Woods Circle
City, State, ZIP+4®  Maumelle, AR 72113

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 1830 0000 5016 1865

For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Maumelle, AR 72113

Certified Mail Fee  $3.75   0015 82
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00   Postmark
☐ Adult Signature Required          $ $0.00   Here
☐ Adult Signature Restricted Delivery $
Postage  $0.58
$                              12/20/2021
Total Postage and Fees
$                              $7.38
Sent To  Sherman Whitfield
Street and Apt. No., or PO Box No.  20 Norfork Dr
City, State, ZIP+4®  Maumelle, AR 72113

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 1830 0000 5016 2053

For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Maumelle, AR 72113

Certified Mail Fee  $3.75   0016 15
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00   Postmark
☐ Adult Signature Required          $ $0.00   Here
☐ Adult Signature Restricted Delivery $
Postage  $0.58
$                              12/21/2021
Total Postage and Fees
$                              $4.33
Sent To  Shawn D Burgess
Street and Apt. No., or PO Box No.  8 Seneca Cv
City, State, ZIP+4®  Maumelle, AR 72113

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 1830 0000 5016 2039

For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Little Rock, AR 72202

Certified Mail Fee  $3.75   0016 15
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00   Postmark
☐ Adult Signature Required          $ $0.00   Here
☐ Adult Signature Restricted Delivery $
Postage  $0.58
Total Postage and Fees
$                              $4.33
Sent To  Curtis Johnson
Street and Apt. No., or PO Box No.  1108 South Cross
City, State, ZIP+4®  Little Rock, AR 72202

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Lonoke, AR 72086

| Certified Mail Fee | $3.75 | |
| $ | | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.58 | |
| Total Postage and Fees | | |
| $ | 4.33 | |

7018 1830 0000 5016 2077

Sent To Jeff Senn
Street and Apt. No., or PO Box No. 401 West Holly Street
City, State, ZIP+4® Lonoke, AR 72086

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Little Rock, AR 72227

| Certified Mail Fee | $3.75 | |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.58 | |
| Total Postage and Fees | | |
| $ | 4.33 | 12/21/2021 |

7018 1830 0000 5016 2060

Sent To Johnny Key
Street and Apt. No., or PO Box No. 14 Lantern Hill Rd.
City, State, ZIP+4® Little Rock, AR 72227

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instruction



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Maumelle, AR 72113

| Certified Mail Fee | $3.75 | 0016 |
| $ | $0.00 | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.58 | |
| Total Postage and Fees | | |
| $ | 4.33 | |

7018 1830 0000 5016 2107

Sent To Brady Bretcher
Street and Apt. No., or PO Box No. Crestview Ct
City, State, ZIP+4® Maumelle, AR 72113

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Camden, AR 71701

| Certified Mail Fee | $3.75 | 15 |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.58 | |
| Total Postage and Fees | | |
| $ | 4.33 | 12/21/2021 |

7018 1830 0000 5016 2084

Sent To Dr. Jerry Guess
Street and Apt. No., or PO Box No. 115 Gray Fawn Trl
City, State, ZIP+4® Camden, AR 71701

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instruction



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sherwood, AR 72120

| Certified Mail Fee | $3.75 | 0016 |
| $ | $0.00 | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.58 | |
| Total Postage and Fees | | |
| $ | 4.33 | |

7018 1830 0000 5016 2015

Sent To Dr. Linda Gay Remele
Street and Apt. No., or PO Box No. 1406 Hawkwood Road
City, State, ZIP+4® Sherwood, AR 72120

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Hot Springs National, AR 71913

| Certified Mail Fee | $3.75 | 0016 |
| $ | | 15 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.58 | |
| Total Postage and Fees | | |
| $ | 4.33 | 12/21/2021 |

7018 1830 0000 5016 2008

Sent To Paul Brewer
Street and Apt. No., or PO Box No. 217 Gregory Dr
City, State, ZIP+4® Hot Springs, AR 71913

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instruction

## Receipt 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sherwood, AR 72120

| | |
|---|---|
| Certified Mail Fee $3.75 | 0014 |
| $ | 47 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.58 | |
| $ | 12/22/2021 |
| Total Postage and Fees $4.33 | |
| Sent To Pam Fitzgiven | |
| Street and Apt. No., or PO Box No. 41 Single Oaks | |
| City, State, ZIP+4® Sherwood, AR 72120 | |

7018 1830 0000 5016 2152

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## Receipt 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Little Rock, AR 72206

| | |
|---|---|
| Certified Mail Fee $3.75 | 0014 |
| $ | 47 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.58 | |
| $ | 12/22/2021 |
| Total Postage and Fees $4.33 | |
| Sent To John L McCraney | |
| Street and Apt. No., or PO Box No. 607 Rusenberger Rd #D | |
| City, State, ZIP+4® Little Rock, AR 72206 | |

7018 1830 0000 5016 2022

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instruction

## Receipt 3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Little Rock, AR 72223

| | |
|---|---|
| Certified Mail Fee $3.75 | 0014 |
| $ $0.00 | 47 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.58 | |
| $ | 12/22/2021 |
| Total Postage and Fees $4.33 | |
| Sent To Charles R McNulty | |
| Street and Apt. No., or PO Box No. 74 Clervaux Dr | |
| City, State, ZIP+4® Little Rock, AR 72223 | |

7018 1830 0000 5016 2138

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## Receipt 4

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Little Rock, AR 72211 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.75 | 0014 |
| $ | 47 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.58 | |
| $ | 12/22/2021 |
| Total Postage and Fees $4.33 | |
| Sent To Emma Watson | |
| Street and Apt. No., or PO Box No. 103 Blackburn | |
| City, State, ZIP+4® Little Rock, AR 72211 | |

7018 1830 0000 5016 2145

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instruction

**Card 1**

SENDER: *COMPLETE THIS SECTION*

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Sherman Whitfield_
☐ Agent
☐ Addressee

B. Received by (Printed Name)  _Sherman Whitfield_   C. Date of Delivery

1. Article Addressed to:

Sherman Whitfield
20 Norfork Dr
Maumelle, AR 72113

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[stamp] DEC 30 2021 USPS

9590 9402 4817 8344 8326 75

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7018 1830 0000 5016 1865

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**Card 2**

SENDER: *COMPLETE THIS SECTION*

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Iris Arms_   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  IRIS Arm   2-22-21

1. Article Addressed to:

Denise Palmer
190 Northwind Ln
Cabot, AR 72023

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

9590 9402 4817 8344 8326 68

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7018 1830 0000 5016 1872

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**Card 3**

SENDER: *COMPLETE THIS SECTION*

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Jennifer C. Kimberling_  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)  J.C. Kimberling   C. Date of Delivery

1. Article Addressed to:

Earnest Duckery
5050 Northshore Ln
North Little Rock, AR 72118

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 4817 8344 8326 99

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7018 1830 0000 5016 1841

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt