Plaintiff Exhibit 34F

# INVOICE

Tax #       EIN84-2037072

**Dewayne Hall**

Billed To:
Sarah Howard Jenkins PPL
PO Box 242694
Little Rock Ar 72223

Invoice #       2021001
Date            9/3/2021

Process Service LLC
22 Bud Chuck Ln
P.O. Box 1262
Conway, AR 72033

| Name | Date | County | Case Number | Served | Non-Served | Comments: |
|------|------|--------|-------------|--------|-----------|-----------|
| Paul Brewer | 8/25/2021 | Garland | 4:19CV-00655 | $50.00 | | |
| | | | | | | |
| | | | TOTAL | $50.00 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

524720

| Statement | DATE August 28, 2021 | TERMS |
|---|---|---|

TO

Sarah Howard Jenkins PLLC
P.O. Box 242694
Little Rock, Arkansas 72223

**IN ACCOUNT WITH**

**LAWSON PROCESS SERVICE**
630 E. Savage
Hamburg, Arkansas 71646

| | | | | | 50.00 |
|---|---|---|---|---|---|
| | | Process Service Dr. Jerry Guess | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Thanks | | |
| | | | | | |
| | | | | | |
| | | | | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 50. | |
|---|---|---|---|---|---|

adams DC5812                                    01-11