

**UNITED STATES POSTAL SERVICE**

CHENAL
315 TECHNOLOGY DR
ROCK, AR 72223-9998
(800)275-8777

09/03/2021                                    12:31 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

PM Express 2-Day        1                    $38.85
Flat Rate Env
    Walker, IA 52352
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Sun 09/05/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        EJ805767175US
    Insurance                                 $0.00
        Up to $100.00 included
Total                                        $38.85

Grand Total:                                 $38.85

Credit Card Remitted                         $38.85
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX3935
    Approval #: 04150Z
    Transaction #: 621
    AID: A0000000041010          Chip
    AL: Mastercard
    PIN: Not Required       Mastercard

************************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
************************************************

Save this receipt as evidence of
insurance. For information on filing an
    insurance claim go to
    https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call