| PLAINTIFF'S REASONABLY INCURRED COSTS | | | | |
|---|---|---|---|---|
| **DESCRIPTION** | **DATE** | **EXHIBIT NUMBER** | **COST** | **PURPOSE OR FUNCTION** |
| | | | | |
| Staples Copy Charge, complaint and exhibits | 9/23/2019 | Exhibit 2 | $97.26 | |
| Federal Court Filing Fee | 9/23/2019 | Exhibit 3 | $400.00 | Complaint Filed |
| WD&D Process Services Subpoena | 4/29/2020 | Exhibit 4 | $65.00 | Subpoena Duces Tecum |
| Whittenburg Documents | 6/2/2020 | Exhibit 5 | $654.00 | |
| Subpoean Duces Tecum Service of Process (McNulty) | 3/10/2020 | Exhibit 6 | $65.00 | |
| | | | | |
| Transcript Duckery Trial Testimony | 5/16/2022 | Exhibit 7 | $245.25 | Response to Defendants' Request for Judgment |
| Transcript Powell Trial Testimony | 5/18/2022 | Exhibit 7 | $181.50 | Response to Defendants' Request for Judgment |
| Transcript Warren Trial Testimony | 4/272022 | Exhibit 7 | $599.50 | Plaintiff's Motion for Reconsideration |
| Iowa Attorney_ Fees_Invoice #1 | 10/4/2021 | Exhibit 8 | $690.00 | |
| Iowa Attorney Fees_Invoice #2 | 3/1/2022 | Exhibit 9 | $1,119.00 | responding to emails; prepping paralegal to attend trial |
| Iowa Paralegal | 3/1/2022 | Exhibit 9 | $272.00 | Attended Schwarzhoff Testimony |
| Petre Duckery Deposition | 9/6/2020 | Exhibit 10 | $677.00 | |
| Petre PCSSD  Board & Superintendent Deposition | 7/14-15/2021 | Exhibit 11 | $3,255.00 | |
| Law Clerks | 2/9/2022 & 3/1/2022 | Exhibit 12 | $440.00 | |
| Lunch Trial Week | 2/14-25/2022 | Exhibit 13 | $114.91 | |
| Parking Ticket | 2/18/2022 | Exhibit 14 | $17.95 | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Print Expense | 7/1/2019 - 5/30/2022 | Exhibit 15 | $771.75 | |
| Pacer Document Retrieval (DESEG) | 7/1 - 9/1/2020 | Exhibit 16 | $94.60 | |
| Pacer Document Retrieval (DESEG) | 9/2 - 11/1/20 | Exhibit 17 | $155.20 | |
| Pacer Document Retrieval (DESEG) | 11/2-12/1/20 | Exhibit 18 | $3.20 | |
| Pacer Document Retrieval (DESEG) | 10/11 - 1/11/2021 | Exhibit 20 | $74.90 | |
| Pacer Document Retrieval (DESEG) | 1/1 - 3/31/2022 | Exhibit 21 | $207.00 | |
| Federal Court Document Fee | 5/28/21-7/13/21 | Exhibit 22 | $27.60 | |
| Federal Court Document Fee | 7/2021-9/2021 | Exhibit 23 | $162.60 | |
| Print & Scan Charges | 8/19-11/25/20 | Exhibit 24 | $110.24 | |
| | | | | |
| Renee Parker Print Invoice | 9/3/2021 | Exhibit 25 | $98.46 | Print charge, 5 trial exhibit books |
| Bushman Court Reporting | 4/20/2020 | Exhibit 26 | $256.00 | |
| Ashley Country Ledger | 11/2/2020 | Exhibit 27 | $45.00 | Access to newspaper articles from 2001-2012 |
| Tom James Investigations | 8/30/2021 | Exhibit 28 | $150.00 | Background Search four individuals |
| Duckery Subpoena_Deposition | 4/20/2020 | Exhibit 29 | $65.00 | |
| Pacer Document Detailed Transaction | 12/11 - 1/10/2022 | Exhibit 30 | $27.80 | |
| Pacer Document Detailed Transaction | 6/15 - 7/14/2021 | Exhibit 31 | $29.50 | |
| Sams Club Trial Binder | 7/23/2021 | Exhibit 32 | $21.76 | |
| Harris Print Invoice | 2/8/2022 | Exhibit 33 | $17.38 | |
| Witness Appearance Fees | | Exhibit 34 | $880.00 | |
| Witness Subpoena Service Fees | | Exhibit 34 | $1,465.00 | |
| Bolden Service Docs | 9/06-07/2021 | Exhibit 34A | $0.00 | Support Docs for Exhibit 34 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Davis Service Docs | | Exhibit 34B | $0.00 | Support Docs for Exhibit 34 |
| Witness Travel Fees | | Exhibit 34 | $503.00 | |
| Mileage Fee Docs | | Exhibit 34C | $0.00 | Support Docs for Exhibit 34 |
| Certified Mailing to Witnesses | 12/20/2021 | Exhibit 34D | $78.43 | Support Docs for Exhibit 34 |
| Iowa Service Docs | | Exhibit 34E | $0.00 | Support Docs for Exhibit 34 |
| Other Process Service | 8/28/2021 & 9/3/2021 | Exhibit 34F | $100.00 | Support Docs for Exhibit 34 |
| Iowa Witness Mailing | 9/3/2021 | Exhibit 34G | $38.85 | Support Docs for Exhibit 34 |
| Duckery Deposition Witness Fee | 4/20/20 | Exhibit 35 | $40.00 | |
| | | | $14,500.79 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |