**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JANICE HARGROVE WARREN**                                                     **PLAINTIFF**

**v.**                              **No. 4:19-cv-00655-BSM**

**MIKE KEMP, et al.**                                                          **DEFENDANTS**

## NOTICE OF APPEAL

Defendants, by their attorneys, Bequette, Billingsley & Kees, P.A., hereby files this Notice of Appeal to the United States Court of Appeals for the Eighth Circuit from the judgment, opinions and orders of U.S. District Judge Brian S. Miller dated March 29, 2021 (ECF Doc. 90), March 10, 2022 (ECF Doc. 176), and April 21, 2022 (ECF Doc. 191).

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By:  **W. Cody Kees**
    Jay Bequette, Ark. Bar #87012
    W. Cody Kees, Ark. Bar #2012118

*Attorneys for Defendants*