IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANICE WARREN**                                                                                       **PLAINTIFF**

v.                               Case No. 4:19-CV-00655-BSM

**MIKE KEMP,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Janice Warren's motion for reconsideration [Doc. Nos. 192 & 195] is denied. While the trial record contains limited evidence on the issue of mitigation of damages, Warren testified at trial that she did not apply for any other superintendent positions, including an open position at the nearby Conway School District. Warren Test. at 86–87, Doc. No. 194-2. Warren also testified that she was personally committed to remaining at the Pulaski County Special School District. *Id.* This evidence was sufficient for the jury to find that Warren did not "exercise reasonable diligence under the circumstances to minimize her damages." Court's Jury Instructions at 22, Doc. No. 170. I decline to award Warren additional back pay, or front pay, because it would contradict this permissible finding by the jury.

IT IS SO ORDERED this 24th day of May, 2022.

*[signature]*
UNITED STATES DISTRICT JUDGE