IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN            PLAINTIFF

v.            No. 4:19-cv-00655-BSM

MIKE KEMP, et al.            DEFENDANTS

## AFFIDAVIT OF JACQUELINE ROWLETT

Comes the Affiant, Jacqueline Rowlett, and for her Affidavit states under oath as follows:

1. My name is Jacqueline Rowlett and I am the Chief Financial Officer for the Pulaski County Special School District ("PCSSD" or "District").

2. I am aware of the judgment in this matter and the post-judgment interest and that the total amount is $400,306.76. The District had a net legal balance of $17,089,632.00 when its fiscal year ended on June 30, 2021. The District's net legal balance has remained in excess of $17 million the past four fiscal years. *See* District's Annual Reports, hereto attached as Exhibit A.

3. The District's new fiscal year begins July 1, 2022, and the full judgment amount in this matter, inclusive of pre-judgment interest, in the amount of $400,306.76, will be set aside as a line item in the District's operating budget and will be coded as a "Judgment," as described in the Arkansas Financial Accounting Handbook, for budgeting purposes. This judgment amount will carry forward on the District's general budget as a line item until paid or otherwise resolved.

FURTHER AFFIANT SAYETH NOT.

*Jacqueline Rowlett*

_____
Jacqueline Rowlett

**EXHIBIT 1**

STATE OF ARKANSAS    )
                     ) ss.        **VERIFICATION**
COUNTY OF PULASKI    )

Comes before me the above Affiant who states on oath that the facts set forth in the foregoing Affidavit are true and correct to the best of her knowledge and belief.

SUBSCRIBED AND SWORN to before me this 10th day of June, 2022.

_____
Notary Public
(SEAL)

My commission expires:

1-22-29

# Annual Statistical Report 2017/2018

County: PULASKI    PULASKI COUNTY SPECIAL SCHOOL DISTRICT    LEA: 6003000

| | 2017/2018 Actual | 2018/2019 Budget |
|---|---:|---:|
| 1 Area in Square Miles | 634 | |
| 2 ADA | 11,197 | |
| 4 4 Qtr ADM | 12,032 | |
| 5 Prior Year 3 Qtr ADM | 12,074 | |
| 6 Assessment | 2,644,002,409 | |
| 7 M&O Mills | 25.00 | |
| 8 URT Mills | 25.00 | |
| 9 M&O Mills in Excess of URT | 0.00 | |
| 10 Dedicated M&O Mills | 0.90 | |
| 11 Debt Service Mills | 14.80 | |
| 12 Total Mills | 40.70 | |
| 13 Total Debt Bond/Non Bond | 239,540,000 | |
| **State and Local Revenue** | | |
| 14 Property Tax Receipts (Incl URT) | 104,897,977 | 103,820,750 |
| 15 Other Local Receipts | 5,546,337 | 2,963,693 |
| 16 Revenue From Interm Srcs | 14,828 | 14,800 |
| 17.1 Foundation Funding (Excl URT) | 16,516,688 | 16,624,360 |
| 17.2 98% of URT X Assessment less Net Revenues | 2,543,661 | 1,989,461 |
| 18 Student Growth Funding | 0 | 0 |
| 19 Declining Enrollment Funding | 1,153,562 | 134,230 |
| 20 Consolidation Incentive/Assistance | 0 | 0 |
| 21 Isolated Funding | 0 | 0 |
| 22 Enhanced Transportation Funding | 0 | 0 |
| 23 Other Unrestricted State Funding | 0 | 0 |
| **24 Total Unrestricted Revenue from State and Local Sources** | **130,673,053** | **125,547,294** |
| **Restricted Revenue from State Sources:** | | |
| 25 Adult Education | 1,038,398 | 1,014,045 |
| **Regular Education:** | | |
| 26 Professional Development | 315,966 | 329,735 |
| 27 Other Regular Education | 213,236 | 266,217 |
| **Special Education:** | | |
| 28 Gifted And Talented | 24,041 | 24,300 |
| 29 Alt. Learning Environment (ALE) | 848,924 | 1,041,471 |
| 30 English Language Learner (ELL) | 220,376 | 223,425 |
| 31 National School Lunch State Categorical Funds (NSL) | 3,456,872 | 3,254,888 |
| 32 Other Special Education | 3,182,371 | 2,497,531 |
| 33 Career Education | 377,484 | 193,497 |
| 34 School Food Service | 34,754 | 48,000 |
| 35 Educational Service Cooperatives | 0 | 5,000 |
| 36 Early Childhood Programs | 2,401,769 | 2,286,866 |
| 37 Magnet School Programs | 0 | 0 |
| 38 Other Non-Instructional Program Aid | 20,835,544 | 0 |
| **39 Total Restricted Revenue from State Sources** | **32,949,735** | **11,184,975** |
| **40 Total Restricted Revenue from Federal Sources** | **14,492,628** | **15,813,723** |
| **Other Sources of Funds:** | | |
| 41 Financing Sources | 66,296,895 | 13,813,000 |
| 42 Balances Consol/Annexed District | 0 | 0 |
| 43 Indirect Cost Reimbursement | 390,622 | 235,193 |
| 44 Gains & Losses - Sale Fixed Assets | 15,588 | 0 |
| 45 Compensation - Loss Of Fixed Assets | 28,958 | 0 |
| 46 Other | 12,173 | 0 |
| **47 Total Other Sources of Funds** | **66,744,236** | **14,048,193** |
| **48 Total Revenue and Other Sources of Funds from All Sources** | **244,859,653** | **166,594,185** |

| | 2017/2018 Actual | 2018/2019 Budget |
|---|---:|---:|
| **CURRENT EXPENDITURES** | | |
| **Instruction:** | | |
| 49 Regular Instruction | 50,284,353 | 48,274,816 |
| 50 Special Education | 12,414,151 | 12,571,157 |
| 51 Career Education | 3,943,214 | 3,987,284 |
| 52 Adult Education | 1,229,438 | 1,079,383 |
| 53 Compensatory Education | 2,581,927 | 3,176,739 |
| 54 Other | 7,188,004 | 5,715,905 |
| **55 Total Instruction** | **77,641,087** | **74,805,284** |
| **District Level Support:** | | |
| 56 General Administration | 1,531,916 | 1,284,393 |
| 57 Central Services | 6,570,819 | 8,023,727 |
| 58 Maintenance & Operations Of Plant | 15,149,336 | 14,402,644 |
| 59 Student Transportation | 9,317,461 | 7,960,040 |
| 60 Othr District Level Support Service | 772,033 | 1,138,993 |
| **61 Total District Support Services** | **33,341,565** | **32,809,798** |
| **School Level Support:** | | |
| 62 Student Support Services | 8,266,898 | 8,185,082 |
| 63 Instructional Staff Support Service | 10,233,713 | 11,515,360 |
| 64 School Administration | 9,467,168 | 10,489,970 |
| **65 Total District Support Services** | **27,967,780** | **30,190,413** |
| **Non-Instructional Services:** | | |
| 66 Food Service Operations | 6,246,933 | 6,304,448 |
| 67 Other Enterprise Operations | 0 | 0 |
| 68 Community Operations | 596,948 | 336,617 |
| 69 Other Non-Instructional Services | 0 | 0 |
| **70 Total Non-Instructional Services** | **6,843,881** | **6,641,065** |
| 71 Facilities Acquisition And Const. | 54,055,416 | 36,934,833 |
| 72 Debt Service | 10,112,122 | 15,349,854 |
| 75 Other Non-Programmed Costs | 5,417,821 | 22,339 |
| **76 Total Expenditures** | **215,379,672** | **196,753,585** |
| 77 Less: Capital Expenditures | (55,387,057) | -38,367,149 |
| 78 Less: Debt Service | (10,112,122) | -15,349,854 |
| **79 Total Current Expenditures** | **149,880,493** | **143,036,582** |
| 80 Exclusions from Current Expenditures | (13,398,889) | -7,504,281 |
| **81 Net Current Expenditures** | **136,481,604** | **135,532,302** |
| 82 Per Pupil Expenditures | 12,190 | |
| 83 Personnel - Non-Federal Licensed Classroom FTEs | 871.57 | |
| 83.5 Total Salary - Non-Federal Licensed Classroom FTEs | 44,969,780 | |
| 84 Avg Salary - Non-Federal Licensed Classroom FTEs | 51,596 | |
| 85 Personnel - Non-Federal Licensed FTEs | 946.53 | |
| 85.5 Total Salary - Non-Federal Licensed FTEs | 51,824,063 | |
| 86 Avg Salary - Non-Federal Licensed FTEs | 54,752 | |
| 87.1 Legal Balance (funds 1-2-4) | 20,339,954 | 13,960,445 |
| 87.2 Categorical Fund Balance | 547,101 | 0 |
| 87.3 Deposits With Paying Agents (QZAB) | 0 | 0 |
| 87.4 Net Legal Bal (Excl Cat & QZAB) | 19,792,852 | 13,960,445 |
| 88 Building Fund Balance (fund 3) | 63,701,139 | 40,879,306 |
| 89 Capital Outlay Balance/Dedicated M&O (fund 5) | 3,159,546 | 2,545,873 |

**EXHIBIT A**

# Annual Statistical Report 2018/2019

County: PULASKI   PULASKI COUNTY SPECIAL SCHOOL DISTRICT   LEA: 6003000

| | 2018/2019 Actual | 2019/2020 Budget | | 2018/2019 Actual | 2019/2020 Budget |
|---|---:|---:|---|---:|---:|
| 1 Area in Square Miles | 634 | | **CURRENT EXPENDITURES** | | |
| 2 ADA | 10,965 | | **Instruction:** | | |
| 3 ADA Pct Change over 5 Years | | | 49 Regular Instruction | 50,374,304 | 46,764,428 |
| 4 4 Qtr ADM | 11,717 | | 50 Special Education | 12,668,812 | 12,268,950 |
| 5 Prior Year 3 Qtr ADM | 12,034 | | 51 Career Education | 3,787,471 | 3,941,027 |
| 6 Assessment | 2,753,144,191 | | 52 Adult Education | 1,169,859 | 1,084,968 |
| 7 M&O Mills | 25.00 | | 53 Compensatory Education | 2,850,967 | 2,762,342 |
| 8 URT Mills | 25.00 | | 54 Other | 3,907,892 | 4,888,081 |
| 9 M&O Mills in Excess of URT | 0.00 | | **55 Total Instruction** | **74,759,304** | **71,709,795** |
| 10 Dedicated M&O Mills | 0.90 | | **District Level Support:** | | |
| 11 Debt Service Mills | 14.80 | | 56 General Administration | 1,760,857 | 1,620,709 |
| 12 Total Mills | 40.70 | | 57 Central Services | 6,475,144 | 7,171,009 |
| 13 Total Debt Bond/Non Bond | 257,058,190 | | 58 Maintenance & Operations Of Plant | 14,355,699 | 13,930,258 |
| **State and Local Revenue** | | | 59 Student Transportation | 8,858,751 | 8,793,020 |
| 14 Property Tax Receipts (Incl URT) | 105,250,004 | 108,489,196 | 60 Othr District Level Support Service | 580,845 | 1,080,330 |
| 15 Other Local Receipts | 6,052,080 | 2,554,961 | **61 Total District Support Services** | **32,031,296** | **32,595,326** |
| 16 Revenue From Interm Srcs | 0 | 0 | **School Level Support:** | | |
| 17.1 Foundation Funding (Excl URT) | 16,514,113 | 13,333,412 | 62 Student Support Services | 8,022,448 | 7,989,386 |
| 17.2 98% of URT X Assessment less Net Revenues | 1,520,463 | 1,830,840 | 63 Instructional Staff Support Service | 11,882,356 | 12,078,115 |
| 18 Student Growth Funding | 0 | 0 | 64 School Administration | 9,099,777 | 9,269,018 |
| 19 Declining Enrollment Funding | 134,230 | 963,376 | **65 Total District Support Services** | **29,004,582** | **29,336,519** |
| 20 Consolidation Incentive/Assistance | 0 | 0 | **Non-Instructional Services:** | | |
| 21 Isolated Funding | 0 | 0 | 66 Food Service Operations | 5,822,142 | 5,801,603 |
| 22 Enhanced Transportation Funding | 0 | 0 | 67 Other Enterprise Operations | 0 | 0 |
| 23 Other Unrestricted State Funding | 0 | 0 | 68 Community Operations | 520,235 | 286,357 |
| **24 Total Unrestricted Revenue from State and Local Sources** | **129,470,890** | **127,171,785** | 69 Other Non-Instructional Services | 0 | 0 |
| **Restricted Revenue from State Sources:** | | | **70 Total Non-Instructional Services** | **6,342,377** | **6,087,960** |
| | | | 71 Facilities Acquisition And Const. | 37,904,523 | 40,498,404 |
| 25 Adult Education | 1,007,995 | 1,072,284 | 72 Debt Service | 14,794,640 | 17,189,848 |
| **Regular Education:** | | | 75 Other Non-Programmed Costs | 494,008 | 11,793 |
| 26 Professional Development | 329,735 | 322,083 | **76 Total Expenditures** | **195,330,731** | **197,429,645** |
| 27 Other Regular Education | 177,576 | 180,000 | 77 Less: Capital Expenditures | (38,651,587) | -41,644,384 |
| **Special Education:** | | | 78 Less: Debt Service | (14,794,640) | -17,189,848 |
| 28 Gifted And Talented | 19,106 | 24,000 | **79 Total Current Expenditures** | **141,884,504** | **138,595,413** |
| 29 Alt. Learning Environment (ALE) | 1,041,471 | 1,071,234 | 80 Exclusions from Current Expenditures | (8,739,103) | -5,589,164 |
| 30 English Language Learner (ELL) | 231,192 | 223,425 | **81 Net Current Expenditures** | **133,145,401** | **133,006,249** |
| 31 National School Lunch State Categorical Funds (NSL) | 3,254,888 | 3,095,510 | 82 Per Pupil Expenditures | 12,143 | |
| 32 Other Special Education | 3,019,044 | 2,297,846 | 83 Personnel - Non-Federal Licensed Classroom FTEs | 954.09 | |
| 33 Career Education | 204,149 | 253,790 | 83.5 Total Salary - Non-Federal Licensed Classroom FTEs | 45,187,578 | |
| 34 School Food Service | 32,110 | 31,000 | 84 Avg Salary - Non-Federal Licensed Classroom FTEs | 47,362 | |
| 35 Educational Service Cooperatives | 0 | 0 | 85 Personnel - Non-Federal Licensed FTEs | 1,025.54 | |
| 36 Early Childhood Programs | 2,340,532 | 2,334,020 | 85.5 Total Salary - Non-Federal Licensed FTEs | 51,695,176 | |
| 37 Magnet School Programs | 0 | 0 | 86 Avg Salary - Non-Federal Licensed FTEs | 50,408 | |
| 38 Other Non-Instructional Program Aid | 37,681 | 0 | 87.1 Legal Balance (funds 1-2-4) | 23,497,570 | 16,176,275 |
| **39 Total Restricted Revenue from State Sources** | **11,695,478** | **10,905,193** | 87.2 Categorical Fund Balance | 621,088 | 225,556 |
| **40 Total Restricted Revenue from Federal Sources** | **13,911,543** | **13,391,953** | 87.3 Deposits With Paying Agents (QZAB) | 0 | 0 |
| **Other Sources of Funds:** | | | 87.4 Net Legal Bal (Excl Cat & QZAB) | 22,876,482 | 15,950,719 |
| 41 Financing Sources | 20,020,909 | 0 | 88 Building Fund Balance (fund 3) | 40,498,404 | 3,000,000 |
| 42 Balances Consol/Annexed District | 0 | 0 | 89 Capital Outlay Balance/Dedicated M&O (fund 5) | 3,907,113 | 2,763,880 |
| 43 Indirect Cost Reimbursement | 245,750 | 235,193 | | | |
| 44 Gains & Losses - Sale Fixed Assets | 0 | 0 | | | |
| 45 Compensation - Loss Of Fixed Assets | 6,585 | 0 | | | |
| 46 Other | 58,975 | 0 | | | |
| **47 Total Other Sources of Funds** | **20,332,219** | **235,193** | | | |
| **48 Total Revenue and Other Sources of Funds from All Sources** | **175,410,129** | **151,704,124** | | | |

# Annual Statistical Report 2019/2020

County: PULASKI       PULASKI COUNTY SPECIAL SCHOOL DISTRICT       LEA: 6003000

| | 2019/2020 Actual | 2020/2021 Budget | CURRENT EXPENDITURES | 2019/2020 Actual | 2020/2021 Budget |
|---|---:|---:|---|---:|---:|
| | | | **Instruction:** | | |
| 1 Area in Square Miles | 634 | | 49 Regular Instruction | 48,534,726 | 48,179,619 |
| 2 ADA | 11,193 | | 50 Special Education | 13,103,551 | 13,244,939 |
| 4 4 Qtr ADM | 11,720 | | 51 Career Education | 4,148,093 | 3,832,705 |
| 5 Prior Year 3 Qtr ADM | 11,755 | | 52 Adult Education | 1,186,981 | 534,515 |
| 6 Assessment | 2,851,081,783 | | 53 Compensatory Education | 3,467,477 | 4,308,627 |
| 7 M&O Mills | 25.00 | | 54 Other | 4,188,375 | 4,282,666 |
| 8 URT Mills | 25.00 | | **55 Total Instruction** | **74,629,203** | **74,383,070** |
| 9 M&O Mills in Excess of URT | 0.00 | | **District Level Support:** | | |
| 10 Dedicated M&O Mills | 0.90 | | 56 General Administration | 1,752,282 | 1,673,665 |
| 11 Debt Service Mills | 14.80 | | 57 Central Services | 6,792,567 | 6,387,908 |
| 12 Total Mills | 40.70 | | 58 Maintenance & Operations Of Plant | 14,799,131 | 13,476,721 |
| 13 Total Debt Bond/Non Bond | 249,103,806 | | 59 Student Transportation | 9,360,227 | 6,146,217 |
| **State and Local Revenue** | | | 60 Othr District Level Support Service | 534,246 | 333,445 |
| 14 Property Tax Receipts (Incl URT) | 108,976,230 | 109,525,234 | **61 Total District Support Services** | **33,238,453** | **28,017,957** |
| 15 Other Local Receipts | 6,025,708 | 3,468,491 | **School Level Support:** | | |
| 16 Revenue From Interm Srcs | 10,584 | 9,000 | 62 Student Support Services | 8,653,360 | 8,512,301 |
| 17.1 Foundation Funding (Excl URT) | 13,001,908 | 11,858,096 | 63 Instructional Staff Support Service | 11,466,047 | 12,539,058 |
| 17.2 98% of URT X Assessment less Net Revenues | 1,161,128 | 1,195,961 | 64 School Administration | 9,424,134 | 9,375,318 |
| 18 Student Growth Funding | 0 | 0 | **65 Total District Support Services** | **29,543,541** | **30,426,678** |
| 19 Declining Enrollment Funding | 963,376 | 71,584 | **Non-Instructional Services:** | | |
| 20 Consolidation Incentive/Assistance | 0 | 0 | 66 Food Service Operations | 5,561,721 | 5,455,216 |
| 21 Isolated Funding | 0 | 0 | 67 Other Enterprise Operations | 0 | 0 |
| 22 Enhanced Transportation Funding | 0 | 0 | 68 Community Operations | 438,161 | 563,662 |
| 23 Other Unrestricted State Funding | 0 | 0 | 69 Other Non-Instructional Services | 0 | 0 |
| **24 Total Unrestricted Revenue from State and Local Sources** | **130,138,934** | **126,128,365** | **70 Total Non-Instructional Services** | **5,999,882** | **6,018,879** |
| **Restricted Revenue from State Sources:** | | | 71 Facilities Acquisition And Const. | 23,044,233 | 18,505,872 |
| | | | 72 Debt Service | 16,647,119 | 16,807,833 |
| 25 Adult Education | 1,046,656 | 1,007,902 | 75 Other Non-Programmed Costs | 0 | 3,183 |
| **Regular Education:** | | | **76 Total Expenditures** | **183,102,431** | **174,163,472** |
| 26 Professional Development | 322,083 | 422,440 | 77 Less: Capital Expenditures | (24,260,377) | -19,233,743 |
| 27 Other Regular Education | 1,128,950 | 212,291 | 78 Less: Debt Service | (16,647,119) | -16,807,833 |
| **Special Education:** | | | **79 Total Current Expenditures** | **142,194,935** | **138,121,896** |
| 28 Gifted And Talented | 17,150 | 17,150 | 80 Exclusions from Current Expenditures | (6,720,317) | -4,968,726 |
| 29 Alt. Learning Environment (ALE) | 1,071,234 | 1,015,597 | **81 Net Current Expenditures** | **135,474,618** | **133,153,171** |
| 30 English Language Learner (ELL) | 235,635 | 235,635 | 82 Per Pupil Expenditures | 12,104 | |
| 31 National School Lunch State Categorical Funds (NSL) | 3,095,510 | 3,012,928 | 83 Personnel - Non-Federal Licensed Classroom FTEs | 914.31 | |
| 32 Other Special Education | 2,921,709 | 2,764,628 | 83.5 Total Salary - Non-Federal Licensed Classroom FTEs | 45,741,047 | |
| 33 Career Education | 253,743 | 253,743 | 84 Avg Salary - Non-Federal Licensed Classroom FTEs | 50,028 | |
| 34 School Food Service | 32,814 | 31,000 | 85 Personnel - Non-Federal Licensed FTEs | 995.68 | |
| 35 Educational Service Cooperatives | 0 | 0 | 85.5 Total Salary - Non-Federal Licensed FTEs | 52,799,388 | |
| 36 Early Childhood Programs | 2,467,903 | 2,467,903 | 86 Avg Salary - Non-Federal Licensed FTEs | 53,028 | |
| 37 Magnet School Programs | 0 | 0 | 87.1 Legal Balance (funds 1-2-4) | 17,929,305 | 14,715,395 |
| 38 Other Non-Instructional Program Aid | 0 | 0 | 87.2 Categorical Fund Balance | 646,293 | 699,302 |
| **39 Total Restricted Revenue from State Sources** | **12,593,387** | **11,441,217** | 87.3 Deposits With Paying Agents (QZAB) | 0 | 0 |
| **40 Total Restricted Revenue from Federal Sources** | **12,387,405** | **14,993,370** | 87.4 Net Legal Bal (Excl Cat & QZAB) | 17,283,012 | 14,016,093 |
| **Other Sources of Funds:** | | | 88 Building Fund Balance (fund 3) | 18,694,366 | 735,494 |
| 41 Financing Sources | 0 | 0 | 89 Capital Outlay Balance/Dedicated M&O (fund 5) | 3,089,393 | 2,125,031 |
| 42 Balances Consol/Annexed District | 0 | 0 | | | |
| 43 Indirect Cost Reimbursement | 217,013 | 216,000 | | | |
| 44 Gains & Losses - Sale Fixed Assets | 0 | 0 | | | |
| 45 Compensation - Loss Of Fixed Assets | 0 | 0 | | | |
| 46 Other | 189,416 | 24,000 | | | |
| **47 Total Other Sources of Funds** | **406,428** | **240,000** | | | |
| **48 Total Revenue and Other Sources of Funds from All Sources** | **155,526,154** | **152,802,952** | | | |

# Annual Statistical Report 2020/2021

County: PULASKI      PULASKI COUNTY SPECIAL SCHOOL DISTRICT     LEA: 6003000

| | 2020/2021 Actual | 2021/2022 Budget | | 2020/2021 Actual | 2021/2022 Budget |
|---|---:|---:|---|---:|---:|
| 1 Area in Square Miles | 634 | | **CURRENT EXPENDITURES** | | |
| 2 ADA | 10,704 | | **Instruction:** | | |
| 4 4 Qtr ADM | 11,330 | | 49 Regular Instruction | 50,020,309 | 47,885,009 |
| 5 Prior Year 3 Qtr ADM | 11,734 | | 50 Special Education | 13,441,575 | 13,531,769 |
| 6 Assessment | 2,971,656,587 | | 51 Career Education | 4,157,187 | 3,600,514 |
| 7 M&O Mills | 25.00 | | 52 Adult Education | 1,012,466 | 875,943 |
| 8 URT Mills | 25.00 | | 53 Compensatory Education | 3,723,897 | 4,603,226 |
| 9 M&O Mills in Excess of URT | 0.00 | | 54 Other | 4,008,252 | 3,861,900 |
| 10 Dedicated M&O Mills | 0.90 | | **55 Total Instruction** | **76,363,685** | **74,358,361** |
| 11 Debt Service Mills | 14.80 | | **District Level Support:** | | |
| 12 Total Mills | 40.70 | | 56 General Administration | 1,922,705 | 1,830,552 |
| 13 Total Debt Bond/Non Bond | 240,250,614 | | 57 Central Services | 7,482,004 | 5,915,229 |
| **State and Local Revenue** | | | 58 Maintenance & Operations Of Plant | 16,870,961 | 16,475,484 |
| 14 Property Tax Receipts (Incl URT) | 115,105,586 | 115,808,950 | 59 Student Transportation | 9,276,880 | 10,024,627 |
| 15 Other Local Receipts | 2,696,650 | 1,106,041 | 60 Othr District Level Support Service | 629,411 | 3,041,879 |
| 16 Revenue From Interm Srcs | 141,744 | 147,579 | **61 Total District Support Services** | **36,181,961** | **37,287,771** |
| 17.1 Foundation Funding (Excl URT) | 12,192,564 | 8,444,615 | **School Level Support:** | | |
| 17.2 98% of URT X Assessment less Net Revenues | 1,392,356 | 1,200,000 | 62 Student Support Services | 8,878,706 | 7,477,147 |
| 18 Student Growth Funding | 0 | 0 | 63 Instructional Staff Support Service | 14,407,087 | 15,848,624 |
| 19 Declining Enrollment Funding | 71,584 | 1,359,158 | 64 School Administration | 9,938,841 | 10,083,916 |
| 20 Consolidation Incentive/Assistance | 0 | 0 | **65 Total District Support Services** | **33,224,633** | **33,409,687** |
| 21 Isolated Funding | 0 | 0 | **Non-Instructional Services:** | | |
| 22 Enhanced Transportation Funding | 0 | 0 | 66 Food Service Operations | 5,422,229 | 2,763,803 |
| 23 Other Unrestricted State Funding | 0 | 0 | 67 Other Enterprise Operations | 0 | 0 |
| **24 Total Unrestricted Revenue from State and Local Sources** | **131,600,485** | **128,066,343** | 68 Community Operations | 444,910 | 522,611 |
| **Restricted Revenue from State Sources:** | | | 69 Other Non-Instructional Services | 0 | 0 |
| 25 Adult Education | 753,928 | 972,499 | **70 Total Non-Instructional Services** | **5,867,139** | **3,286,415** |
| **Regular Education:** | | | 71 Facilities Acquisition And Const. | 13,335,720 | 50,545 |
| 26 Professional Development | 422,440 | 408,814 | 72 Debt Service | 13,827,703 | 14,235,123 |
| 27 Other Regular Education | 321,927 | 1,713,409 | 75 Other Non-Programmed Costs | 22,569 | 0 |
| **Special Education:** | | | **76 Total Expenditures** | **178,823,411** | **162,627,902** |
| 28 Gifted And Talented | 18,000 | 18,000 | 77 Less: Capital Expenditures | (14,553,553) | -1,347,446 |
| 29 Alt. Learning Environment (ALE) | 1,015,597 | 475,171 | 78 Less: Debt Service | (13,827,703) | -14,235,123 |
| 30 English Language Learner (ELL) | 221,760 | 221,760 | **79 Total Current Expenditures** | **150,442,154** | **147,045,333** |
| 31 Enhanced Student Achievement Funds (ESA) | 3,012,928 | 2,577,540 | 80 Exclusions from Current Expenditures | (5,066,169) | -4,171,988 |
| 32 Other Special Education | 2,709,903 | 2,685,217 | **81 Net Current Expenditures** | **145,375,985** | **142,873,345** |
| 33 Career Education | 170,570 | 236,124 | 82 Per Pupil Expenditures | 13,582 | |
| 34 School Food Service | 28,844 | 28,000 | 83 Personnel - Non-Federal Licensed Classroom FTEs | 904.68 | |
| 35 Educational Service Cooperatives | 0 | 0 | 83.5 Total Salary - Non-Federal Licensed Classroom FTEs | 46,171,634 | |
| 36 Early Childhood Programs | 2,810,041 | 2,519,790 | 84 Avg Salary - Non-Federal Licensed Classroom FTEs | 51,036 | |
| 37 Magnet School Programs | 0 | 0 | 85 Personnel - Non-Federal Licensed FTEs | 983.38 | |
| 38 Other Non-Instructional Program Aid | 100 | 0 | 85.5 Total Salary - Non-Federal Licensed FTEs | 53,451,504 | |
| **39 Total Restricted Revenue from State Sources** | **11,486,038** | **11,856,324** | 86 Avg Salary - Non-Federal Licensed FTEs | 54,355 | |
| **40 Total Restricted Revenue from Federal Sources** | **19,672,294** | **56,742,876** | 87.1 Legal Balance (funds 1-2-4) | 18,503,175 | 17,017,548 |
| **Other Sources of Funds:** | | | 87.2 Categorical Fund Balance | 1,413,544 | 642,771 |
| 41 Financing Sources | 1,924 | 0 | 87.3 Deposits With Paying Agents (QZAB) | 0 | 0 |
| 42 Balances Consol/Annexed District | 0 | 0 | 87.4 Net Legal Bal (Excl Cat & QZAB) | 17,089,632 | 16,374,777 |
| 43 Indirect Cost Reimbursement | 565,656 | 2,994,234 | 88 Building Fund Balance (fund 3) | 5,448,773 | 7,948,773 |
| 44 Gains & Losses - Sale Fixed Assets | 0 | 0 | 89 Capital Outlay Balance/Dedicated M&O (fund 5) | 568,195 | 2,813,767 |
| 45 Compensation - Loss Of Fixed Assets | 345,806 | 300,000 | | | |
| 46 Other | 86,293 | 50,000 | | | |
| **47 Total Other Sources of Funds** | **999,679** | **3,344,234** | | | |
| **48 Total Revenue and Other Sources of Funds from All Sources** | **163,758,495** | **200,009,777** | | | |