An official website of the United States government   Here's how you know ∨                    Log in to PACER Systems →

 **PACER Case Locator**

## Party Search Results

**Search Criteria:** Party Search; Jurisdiction Type: [Civil]; Last Name: [Jenkins]; First Name: [Sarah]; Middle Name: [Howard]; Party Role: [ATY]
**Result Count:** 3 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Jenkins, Sarah Howard (aty) |
| Case Number | 4:2019cv00655 |
| Case Title | Warren v. Kemp et al |
| Court | Arkansas Eastern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Jenkins, Sarah Howard (aty) |
| Case Number | 2:2020cv00017 |
| Case Title | Crystal Clear Computer Solutions LLC et al v. Helena-West Helena Arkansas, City of et al |
| Court | Arkansas Eastern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Jenkins, Sarah Howard (aty) |
| Case Number | 4:1982cv00866 |
| Case Title | Little Rock School et al v. Pulaski Cty School et al |
| Court | Arkansas Eastern District Court |
| Date Filed | |
| Date Closed | |

| | | |
|---|---|---|
| **PACER Service Center** | | 06/15/2022 16:03:06 |
| **User** | CodyKees | |
| **Client Code** | | |
| **Description** | Civil Party Search | |
| | All Courts; Name Jenkins, Sarah Howard; Jurisdiction CV; Role aty; All Courts; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

PACER FAQ                    Privacy & Security                    Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.