## Summary of Billing Categories

| Category | Sum of $ | Sum of Hrs | Category Detail |
|---|---|---|---|
| Deseg | $48,319.92 | 132.38 | Issues related to LRSD vs PCSSD deseg case |
| FOIA | $93,476.50 | 256.10 | Freedom of Information Act as Discovery |
| Iowa Law | $10,919.58 | 29.92 | Legal activites conducted in Iowa |
| Fees Motion | $18,201.33 | 49.87 | Motion for Fees |
| MD | $22,721.25 | 62.25 | Motion by Plaintff that was denied |
| MD- MtoR | $21,656.67 | 59.33 | Motion Denied- Motion to Reconsider Front Pay |
| (blank) | $9,471.75 | 25.95 | Uncategorized |
| Mediation | $24,053.50 | 65.90 | Time spent on Mediation |
| WD/DP | $68,650.42 | 188.08 | Written Discovery/ Document Production |
| Depo | $35,131.25 | 96.25 | Depositions |
| A-Complaint | $15,573.33 | 42.67 | Amended Complaint |
| MSJ | $88,451.67 | 242.33 | Motion for Summary Judgment |
| Jury Instr | $27,350.67 | 74.93 | Jury Instructions |
| ADE | $9,216.25 | 25.25 | Speaking with ADE or related ADE documents |
| Service | $19,290.25 | 52.85 | Process Server/ Serving Witnesses |
| JNOV | $46,324.58 | 126.92 | Judgment Notwithstanding the Verdict |
| Complaint | $23,871.00 | 65.40 | Drafting Complaint |
| MTC | $10,597.17 | 29.03 | Motion to Compel |
| 26(f) | $4,897.08 | 13.42 | Rule 26(f) conference and disclosues |
| Witness | $39,894.50 | 109.30 | Communicating with Witnesses |
| Exhibits | $23,664.17 | 64.83 | Exhibits |
| Trial Prep | $39,924.92 | 109.38 | Trial Prep |
| Trial | $34,948.75 | 95.75 | Trial |
| Research | $13,863.92 | 37.98 | Research |
| Comm | $3,735.17 | 10.23 | Communicating with OA or client |
| Limine | $7,725.83 | 21.17 | Motions in Limine |
| Grand Total | $761,931.42 | 2087.48 | |

**EXHIBIT 3**