# DR. WARREN'S INCOME LOSS (BACK PAY) 2018-2022

### TITLE VII SEX DISCRIMINATION CLAIM
### 2018-2022

| Year | McNulty's Salary & Benefits | Warren's Salary & Benefits | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $437,453.64
Failure to hire because of Sex discrimination: Title VII

### TITLE VII RACE DISCRIMINATION CLAIM
### 2018-2022

| Year | McNulty's Salary & Benefits | Warren's Salary & Benefits | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $437,453.64
Failure to hire because of Race discrimination: Title VII

### TITLE VII RETALIATION DISCRIMINATION CLAIM
### 2018-2022

| Year | McNulty's Salary & Benefits | Warren's Salary & Benefits | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $437,453.64
Failure to hire because of Retaliation: Title VII

### 42 U.S.C. § 1981 RETALIATION CLAIM
### 2018-2022

| Year | McNulty's Salary & Benefits | Warren's Salary & Benefits | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $ 437,453.64
Failure to hire because of Retaliation: 42 U.S.C. § 1981

### 42 U.S.C. § 1981 DISCRIMINATION

| Year | McNulty's Salary & Benefits | Warren's Salary & Benefits | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $ 437,453.64
Failure to hire because of Race Discrimination: 42 U.S.C. § 1981

### DR. WARREN'S LOSS OF BARGAIN
### 2018-2022

| Year | Dr. McNulty's Compensation | Dr. Warren's Compensation | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL DAMAGES, Breach of Contract:   $437,453.64

### SEX DISCRIMINATION 42 USC § 1983
### INDIVIDUAL DEFENDANT DR. LINDA REMELE

| Year | Dr. McNulty's Compensation | Dr. Warren's Compensation | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $ 437,453.64
Failure to hire because of Sex Discrimination: 42 U.S.C. § 1983

### RACE DISCRIMINATION 42 USC § 1983
### INDIVIDUAL DEFENDANT DR. LINDA REMELE

| Year | Dr. McNulty's Compensation | Dr. Warren's Compensation | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $ 437,453.64
Failure to hire because of Race Discrimination: 42 U.S.C. § 1983

### RACE DISCRIMINATION 42 USC § 1983
### INDIVIDUAL DEFENDANT ALICIA GILLEN

| Year | Dr. McNulty's Compensation | Dr. Warren's Compensation | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $ 437,453.64
Failure to hire because of Race Discrimination: 42 U.S.C. § 1983

### SEX DISCRIMINATION 42 USC § 1983
### INDIVIDUAL DEFENDANT ALICIA GILLEN

| Year | Dr. McNulty's Compensation | Dr. Warren's Compensation | Difference |
|---|---|---|---|
| 2018-2019 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2019-2020 | $270,600.00 | $166,587.30 | $104,012.70 |
| 2020-2021 | $283,800.00 | $169,085.88 | $114,714.12 |
| 2021-2022 | $283,800.00 | $169,085.88 | $114,714.12 |

TOTAL INCOME LOSS (BACK PAY):   $ 437,453.64
Failure to hire because of Sex Discrimination: 42 U.S.C. § 1983

## TOTAL LOSS OF INCOME ALL CLAIMS: $4,374,536.40

**EXHIBIT 4**