IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                  PLAINTIFF

v.                CASE NO. 4:19-CV-00655-BSM

MIKE KEMP, *et al.*                  DEFENDANTS

## ORDER

Pursuant to the opinion of the Eighth Circuit Court of Appeals [Doc. Nos. 234 & 235], judgment as a matter of law is entered for defendants; Janice Warren's complaint is dismissed with prejudice; and Warren's petition for attorneys' fees and costs [Doc. No. 199] is denied. All other outstanding motions are denied.

IT IS SO ORDERED this 16th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE