# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 09, 2024

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 09, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

  RE:  22-2067  Janice Warren v. Mike Kemp, et al
     22-2169  Janice Warren v. Mike Kemp, et al

Dear Clerk:

  Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced cases.

              Michael E. Gans
              Clerk of Court

BNW

Enclosure(s)

  District Court/Agency Case Number(s):   4:19-cv-00655-BSM

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 5, 2024

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

      Re:  Janice Hargrove Warren
           v. Mike Kemp, et al.
           No. 23-728
           (Your No. 22-2067, 22-2169)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 3, 2024 and placed on the docket January 5, 2024 as No. 23-728.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Rashonda Garner
                    Case Analyst