# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Feb 28, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

**TO:**  Clerk, U.S. District Court, Eastern District of Arkansas

**FROM:**  Michael E. Gans, Clerk of Court

**DATE:**  February 28, 2024

**RE:**  22-2067  Janice Warren v. Mike Kemp, et al
22-2169  Janice Warren v. Mike Kemp, et al

District Court/Agency Case Number(s):   4:19-cv-00655-BSM

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above cases.

BNW

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

February 26, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re: Janice Hargrove Warren
v. Mike Kemp, et al.
No. 23-728
(Your No. 22-2067, 22-2169)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk